IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., a North Carolina Corporation, and IDEAL MERCHANDISING & SERVICES UNLIMITED, INC., an Arkansas Corporation,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Docket No.: 05-0046-JJF<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certifications, counsel for Defendants moves the admission *pro hac vice* of David S. Fryman, Esq., and Jordana L. Greenwald, Esq., of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, Philadelphia, Pennsylvania 19103-7599 to represent the Defendants in this matter.

Dated: 29 MAR, 2005

Respectfully submitted,

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

_____
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466

Attorneys for Defendant Ideal
Merchandising & Services Unlimited, Inc.

DE_DOCS_A #4179 v1

## CERTIFICATES OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of the Court for any alleged misconduct that occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules.

By: _____
David S. Fryman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 46th Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8105
Facsimile: (215) 864-9743


Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

By: _____
Jordana L. Greenwald, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 47th Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8132
Facsimile: (215) 864-9960

## ORDER

Motion granted.

BY THE COURT:

Dated:_____

_____
United States District Court Judge


## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on _29 March_____, 2005, two copies of the attached Motion and Order for Admission Pro Hac Vice were served upon the following counsel *via* first class mail:

Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William D. Fletcher, Esq.
Noel E. Primos, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

_____
William M. Kelleher, Esq. (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465

Attorney for Defendant Ideal Merchandising & Services Unlimited, Inc.

DE_DOCS_A #4179 v1