IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 05-0046-JJF |
| | : | |
| LOWE'S HOME CENTERS, et al., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on _29 MK 2005_, I, William M. Kelleher, caused to be served true and correct copies of Defendant DDP Holdings, Inc.'s (i) Initial Disclosures; (ii) First Set of Interrogatories Addressed to Plaintiff; (iii) First Request for Production of Documents Addressed to Plaintiff; and (iv) Notice of Deposition, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

### VIA FIRST CLASS MAIL

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19901

Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esquire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
David S. Fryman (PA #57623)
Jordana L. Greenwald (PA #93836)
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500