IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III, | : | Civil Action |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 05-0046-JJF |
| | : | |
| LOWE'S HOME CENTERS, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 2, 2005, I, Peter M. Sweeney, caused to be served two (2) true and correct copies of Defendant Lowe's Home Centers, Inc.'s First Request for Production of Documents Directed to Plaintiff, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

### VIA FIRST CLASS MAIL

William D. Fletcher, Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3404

David S. Fryman, Esquire
Jordana L. Greenwald, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

/s/ Peter M. Sweeney

_____
Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE  19806
Telephone:  (302) 652-2900
Facsimile:  (302) 652-2348

OF COUNSEL:

William J. Leahy, Esquire (PA Bar #80340)
Michele Halgas Malloy, Esquire (PA Bar #88456)
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA  19102
Telephone:  267-402-3000
Facsimile:  267-402-3131