IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III, | * |
| | * |
| Plaintiff, | *   C.A. No.: 05-0046 (JJF) |
| | * |
| v. | * |
| | *   TRIAL BY JURY DEMANDED |
| LOWE'S HOME CENTERS, INC., et al. | * |
| | * |
| Defendants. | * |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S ANSWERS TO DEFENDANT DDP HOLDINGS, INC.'S FIRST SET OF INTERROGATORIES**
and
**PLAINTIFF'S RESPONSES TO DEFENDANT DDP HOLDINGS, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:

William M. Kelleher, Esq.
Ballard Spahr Andrews &
Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

Peter Sweeney, Esq.
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esq.
Littler Mendelson, P.C.
Three Parkway, Ste. 1400
1601 Cherry Street
Philadelphia, PA 19102

David Fryman, Esq.
Jordana L. Greenwald, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

by mailing copies at the address shown above, postage prepaid on May __3__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:NEP:tcl