IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III,<br>        Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., et al.<br>        Defendants | C.A. No.: 05-0046(JJF) |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R, Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties**. All motions to join other parties shall be filed on or before June 30, 2005.

3. **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery**.

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by July 31, 2005.

    (b) Maximum of 50 interrogatories by each party to any other party.

(c) Maximum of 25 requests for admission by each party to any other party.

(d) Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s). Depositions shall not commence until the discovery required by Paragraph 4 (a, b and c) are completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff(s) by September 30, 2005 from the defendant(s) by October 31, 2005.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

5. **Discovery Disputes**.

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may

file, unless otherwise ordered by the Court.

      6.    **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before October 31, 2005.

      7.    **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 31, 2005. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

      8.    **Applications by Motion**.

          (a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

          (b)    No facsimile transmissions will be accepted.

          (c)    No telephone calls shall be made to Chambers.

          (d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

      9.    **Pretrial Conference and Trial**. After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____                                    _____
            DATE                                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I, Peter M. Sweeney, hereby certify that two true and correct copies of the foregoing Rule 16 Scheduling Order were served this date, via first class mail upon the following:

>William D. Fletcher, Esquire
>Noel E. Primos, Esquire
>Schmittinger & Rodriguez, P.A.
>414 S. State Street
>P. O. Box 497
>Dover, DE   19903-0497
>
>William M. Kelleher, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>919 North Market Street, 12th Floor
>Wilmington, DE   19801
>
>David S. Fryman, Esquire
>Jordana L. Greenwald, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>1735 Market Street
>Philadelphia, PA   19103-7599

/s/ Peter M. Sweeney
_____
Peter M. Sweeney (DSB #3671)
psweeney@gfmlaw.com

Dated: May 20, 2005