# GORDON, FOURNARIS & MAMMARELLA, P.A.
ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE 19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

SPECIAL COUNSEL
GROVER C. BROWN
MICHAEL J. MAIMONE+

May 20, 2005

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE   19801

    Re:    William Hanson, III v. Lowe's Home Centers, Inc., et. al.
           C. A. No.: 05-0046 (JJF)

Dear Judge Farnan:

    Counsel has conferred and agreed upon the enclosed courtesy copy of the Rue 16 Scheduling Order in the above referenced matter, which was electronically filed today in the U.S. District Court for the District of Delaware.

    Counsel is available at the Court's convenience to further discuss this matter if necessary.

                              Yours truly,

                              /s/ Peter M. Sweeney

                              Peter M. Sweeney
                              DSB #3671
                              psweeney@gfmlaw.com

PMS/pas
Enclosure
cc:    William H. Leahy, Esquire (w/encl.)
       William D. Fletcher, Esquire (w/encl.)
       Noel E. Primos, Esquire (w/encl.)
       David S. Fryman, Esquire (w/encl.)
       Jordana L. Greenwald, Esquire (w/encl.)
       William M. Kelleher, Esquire (w/encl.)