IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 05-0046 (JJF) |
| | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| LOWE'S HOME CENTERS, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
DIRECTED TO EACH DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
DIRECTED TO EACH DEFENDANT**

to be served upon:

| | |
|---|---|
| William M. Kelleher, Esq.<br>Ballard Spahr Andrews.&<br>Ingersoll, LLP<br>919 Market St., 12th Floor<br>Wilmington, DE 19801 | Peter Sweeney, Esq.<br>Gordon Fournaris & Mammarella, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806 |
| William J. Leahy, Esq.<br>Littler Mendelson, P.C.<br>Three Parkway, Ste. 1400<br>1601 Cherry Street<br>Philadelphia, PA 19102 | David Fryman, Esq.<br>Jordana L. Greenwald, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599 |

by mailing copies at the address shown above, postage prepaid on _July 7_, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:NEP:tcl