IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III, § § § § | |
| Plaintiff, § | Civil Docket No.: 05-0046-JJF |
| § § | |
| v. § | |
| § § | |
| LOWE'S HOME CENTERS, INC., et al. § § § | |
| Defendant. § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 22, 2005, I, William M. Kelleher, caused to be served a true and correct copy of the Amended Notice of Deposition, as well as a copy of this Notice, upon the following counsel of record via Fist Class Mail:

Peter M. Sweeney, Esq.
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William D. Fletcher, Esq.
Noel E. Primos, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

William J. Leahy, Esq.
Little Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

/s/ William M. Kelleher
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherj@ballardspahr.com

Counsel for the Defendant