## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

## NOTICE OF DEPOSITION

to be served upon:

Peter M. Sweeney, Esq.
Gordon Fournaris & Mammarella
1925 Lovering Ave.
Wilmington, DE 19806

William J. Leahy, Esq.
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry St.
Philadelphia, PA 19102

William M. Kelleher, Esq.
Ballard Spahr Andrews &
 Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

David S. Fryman, Esq.
Ballard Spahr Andrews &
 Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

by mailing copies to address shown above, postage prepaid on July 25, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl