IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 05-0046 (JJF) |
| | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| LOWE'S HOME CENTERS, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DEPOSITIONS

TO:

William M. Kelleher, Esq.
Ballard Spahr Andrews &
Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

Peter Sweeney, Esq.
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esq.
Littler Mendelson, P.C.
Three Parkway, Ste. 1400
1601 Cherry Street
Philadelphia, PA 19102

David Fryman, Esq.
Jordana L. Greenwald, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of Yvette Schriver and Linda Myers on **Thursday, September 22, 2005, beginning at 10:00 a.m.** The depositions will take place at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

Dated: 08/10/2005

cc: Cheryl Anthony