IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III,<br><br>  Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., a North Carolina Corporation, and IDEAL MERCHANDISING & SERVICES UNLIMITED, INC., an Arkansas Corporation,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§  Civil Docket No.: 05-0046-JJF<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Lucretia C. Clemons, Esquire, of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, Philadelphia, Pennsylvania 19103-7599 to represent the Defendants in this matter.

Dated: September 19, 2005

Respectfully submitted,

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

/s/William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466

Attorneys for Defendant Ideal
Merchandising & Services Unlimited, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

By: _____
Lucretia C. Clemons, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 46th Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8137
Facsimile: (215) 864-9743

## ORDER

Motion granted.

**BY THE COURT:**

Dated:_____    _____
                                United States District Court Judge