# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIAM HANSON, III,** | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 05-0046-JJF |
| v. | : |
| | : |
| **LOWE'S HOME CENTERS, INC.** | : |
| **and DDP HOLDINGS, INC. f/k/a** | : |
| **IDEAL MERCHANDISING & SERVICES** | : |
| **UNLIMITED, INC.,** | : |
| | : |
| Defendants. | : |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Wednesday, October 19, 2005, beginning at 10:00 a.m., counsel for Defendants will take the deposition of William Hanson, III. The deposition will be held at the office of Ballard Spahr Andrews & Ingersoll, LLP, 919 Market Street, 12th Floor, Wilmington, Delaware 19801, before an officer authorized by law to administer oaths pursuant to the Federal Rules of Civil Procedure. The oral examination will continue from day-to-day until completed.

                                                **GORDON, FOURNARIS & MAMMARELLA, P.A.**

                                                /s/ Peter M. Sweeney
                                                _____
                                                Peter M. Sweeney, Esquire (DSB #3671)
                                                1925 Lovering Avenue
                                                Wilmington, DE  19806
                                                (302) 652-2900
                                                psweeney@gfmlaw.com

OF COUNSEL:
William J. Leahy, Esq. (PA Bar #80340)
Michele Halgas Malloy, Esq.(PA Bar #88456)
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street                              ATTORNEYS FOR DEFENDANT, LOWES
Philadelphia, PA  19102                         HOME CENTERS, INC.
(267) 402-3000
wleahy@littler.com

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

**/s/ William M. Kelleher**

_____
William M. Kelleher, Esquire (DSB #3961)
919 North Market Street, 12th Floor
Wilmington, DE   19801-3404
(302) 252-4460
Attorney for Defendant, DDP Holdings, Inc.

## CERTIFICATE OF SERVICE

_____I, Peter M. Sweeney, hereby certify that on September 27, 2005, two (2) true and correct copies of the attached Amended Notice of Deposition of William Hansen were served via first class mail upon the following:

**VIA U.S. MAIL**
William D. Fletcher, Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
P. O. Box 497
Dover, DE   19903

**VIA U.S. MAIL**
David S. Fryman, Esquire
Lucretia Clemons, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
Philadelphia, PA   19103-7599

/s/ Peter M. Sweeney
_____
Peter M. Sweeney (DSB #3671)
psweeney@gfmlaw.com