IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III, | * |
| | * |
| Plaintiff, | *   C.A. No.: 05-0046 (JJF) |
| | * |
| v. | * |
| | *   TRIAL BY JURY DEMANDED |
| LOWE'S HOME CENTERS, INC., et al. | * |
| | * |
| Defendants. | * |

## NOTICE OF DEPOSITIONS

TO:

William M. Kelleher, Esq.
Ballard Spahr Andrews &
Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

Peter Sweeney, Esq.
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esq.
Littler Mendelson, P.C.
Three Parkway, Ste. 1400
1601 Cherry Street
Philadelphia, PA 19102

Lucretia C. Clemons, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of Linda Myers and Yvette Schriver on **Wednesday, December 14, 2005, beginning at 11:00 a.m.** as follows:

Linda Myers, beginning at 11:00 a.m.
Yvette Schriver, beginning at 1:00 p.m.

The depositions will take place at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

Dated: 11/29/05

cc: Cheryl Anthony