# CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

### NOTICE OF DEPOSITIONS
### Linda Myers and Yvette Scheiver

to be served upon:

| | |
|---|---|
| William M. Kelleher, Esq.<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>919 Market St., 12th Floor<br>Wilmington, DE 19801 | Peter Sweeney, Esq.<br>Gordon Fournaris & Mammarella, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806 |
| William J. Leahy, Esq.<br>Littler Mendelson, P.C.<br>Three Parkway, Ste. 1400<br>1601 Cherry Street<br>Philadelphia, PA 19102 | Lucretia C. Clemons, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599 |

by mailing copies to address shown above, postage prepaid, on November 29, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl