IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 05-0046 (JJF) |
| : | |
| v. : | |
| : | |
| LOWE'S HOME CENTERS, INC., et al. : | |
| : | |
| Defendants. : | |

**STIPULATION AND ORDER EXTENDING TIME**

It is hereby stipulated by plaintiff, William Hanson, III and defendant, DDP, that DDP shall have an extension of time until and including January 17, 2006 in which to file its dispositive motion and supporting brief. Plaintiff Hanson and DDP also stipulate that Plaintiff Hanson will have until and including February 17, 2006 to file his answering brief to DDP's motion and supporting brief, and that DDP will have until March 9, 2006 to file its reply.

/s/ *Noel E. Primos*
Noel E. Primos (DE Bar # 3124)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

Attorney for William Hanson, III

Dated: _____12/15/2005_____

/s/ *William M. Kelleher*
William M. Kelleher (DE Bar # 3961)
Ballard, Spahr, Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Attorney for DDP

Dated: _____12/15/2005_____

SO ORDERED:

_____
U.S.D.J.

DMEAST #9408893 v1