IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III | : | |
| Plaintiff, | : : : | Civil Action No. 05-0046 (JJF) |
| v. | : : | |
| LOWE'S HOME CENTERS, INC., et al. | : : | |
| Defendants. | : | |

**STIPULATION AND ORDER EXTENDING TIME**

It is hereby stipulated by plaintiff, William Hanson, III and defendant, DDP, that DDP will have until March 2, 2006 to file its reply to Plaintiff Hanson's answering brief instead of until March 9, 2006 as mentioned in the earlier stipulation filed on December 15, 2005.

/s/ *Noel E. Primos*
Noel E. Primos (DE Bar # 3124)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

Attorney for William Hanson, III

Dated: _____12/19/2005_____

/s/ *William M. Kelleher*
William M. Kelleher (DE Bar # 3961)
Ballard, Spahr, Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801

Attorney for DDP

Dated: _____12/19/2005_____

SO ORDERED:

_____
U.S.D.J.

DMEAST #9408893 v2