# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 05-0046 (JJF) |
| | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| LOWE'S HOME CENTERS, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DEPOSITION

TO:

William M. Kelleher, Esq.
Ballard Spahr Andrews &
Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

Peter Sweeney, Esq.
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esq.
Littler Mendelson, P.C.
Three Parkway, Ste. 1400
1601 Cherry Street
Philadelphia, PA 19102

Lucretia C. Clemons, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

PLEASE TAKE NOTICE that the undersigned attorney will take oral deposition of Jeremy Lehman on **Wednesday, December 21, 2005, beginning at 8:30 a.m.**

The deposition will take place via telephone, initiated by the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____

NOEL E. PRIMOS
Bar ID #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

Dated: 12-19-05

cc: Cheryl Anthony

## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

### NOTICE OF DEPOSITION
**Jeremy Lehman**

to be served upon:

William M. Kelleher, Esq.
Ballard Spahr Andrews &
Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

Peter Sweeney, Esq.
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esq.
Littler Mendelson, P.C.
Three Parkway, Ste. 1400
1601 Cherry Street
Philadelphia, PA 19102

Lucretia C. Clemons, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

by mailing copies to address shown above, postage prepaid, on December _19th_, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiff

WDF:tcl