IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III,<br>      Plaintiff, | :<br>:<br>:   C.A. No.: 05-0046(JJF)<br>: |
| v. | :<br>: |
| LOWE'S HOME CENTERS, INC., et al.<br>      Defendants. | :<br>: |

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANT LOWE'S HOME CENTERS, INC.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Lowe's Home Centers, Inc. ("Lowe's") hereby moves this Court for Summary Judgment as to all of the claims of Plaintiff William Hanson, III. In support of this Motion, Lowe's relies upon its Brief in Support of Summary Judgment filed contemporaneously herewith, which is incorporated herein by reference.

**GORDON, FOURNARIS & MAMMARELLA, P.A.**

/s/ Peter M. Sweeney

Date: December 29, 2005

Peter M. Sweeney, Esquire (DSB #3671)
1925 Lovering Avenue
Wilmington, DE 19806
Telephone: (302) 652-2900
Facsimile: (302) 652-2348
psweeney@gfmlaw.com

OF COUNSEL:
William J. Leahy, Esquire (PA Bar #80340)
Michele Halgas Malloy, Esquire (PA Bar #88456)
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
Telephone: 267-402-3000

Attorneys for Defendant Lowe's Home Centers, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM HANSON, III,
      Plaintiff,

v.

LOWE'S HOME CENTERS, INC., et al.
      Defendants.

C.A. No.: 05-0046(JJF)

## **PROPOSED ORDER**

And now, this __ of _____, 2006, upon consideration of Defendant Lowe's Home Centers, Inc.'s Motion for Summary Judgment and brief in support thereof, and Plaintiff William Hanson, III's opposition, it is hereby **ORDERED** that Lowe's Motion for Summary Judgment is **GRANTED**. Plaintiff's claims against Lowe's are dismissed, with prejudice.

_____
The Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I, Peter M. Sweeney, hereby certify that on the 29th day of December 2005, a true and correct copy of the foregoing **Defendant Lowe's Home Center, Inc.'s Motion for Summary Judgment and Proposed Order** were served this date, via electronic filing and first class mail, upon:

> William D. Fletcher, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State Street
> P.O. Box 497
> Dover, DE  19903-0497
>
> Lucretia Clemons, Esquire
> Ballard Spahr Andrews & Ingersoll LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA  19103-7599
>
> William M. Kelleher, Esquire
> Ballard Spahr Andrews & Ingersoll, LLP
> 919 North Market Street, 12th Floor
> Wilmington, DE  19801

> /s/ Peter M. Sweeney
> _____
> Peter M. Sweeney, Esq. (DSB #3671)
> psweeney@gfmlaw.com