## CERTIFICATE OF SERVICE

_____I, Peter M. Sweeney, hereby certify that on this 29th day of December 2005, a true and correct copy of the foregoing **Compendium to Defendant Lowe's Home Centers Inc.'s Opening Brief in Support of Their Motion for Summary Judgment** was served this date, via electronic filing and first class mail upon the following:

>William D. Fletcher, Esquire
>Noel E. Primos, Esquire
>Schmittinger & Rodriguez, P.A.
>414 S. State Street
>P. O. Box 497
>Dover, DE   19903-0497
>
>William M. Kelleher, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>919 North Market Street, 12th Floor
>Wilmington, DE   19801
>
>Lucretia Clemons, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA   19103-7599

**/s/ Peter M. Sweeney**
_____
Peter M. Sweeney (DSB #3671)
psweeney@gfmlaw.com