WILLIAM HANSON,

Page 70

1  Q.  What was Kathy's job?
2  A.  Uhm, I believe she was a
3  customer service manager at the front
4  desk.
5  Q.  Okay. Do you know why she
6  quit?
7  A.  Just butting heads with
8  Yvette and just didn't see eye to eye on
9  many issues.
10  Q.  Anybody else who you can
11  think of offhand who quit during that
12  time frame?
13  A.  Actually, Kathy's boss,
14  customer service -- like assistant store
15  manager, but just for the customer
16  service desk and cashiers, basically the
17  whole front end of the store. I can't
18  remember her name, though.
19  Q.  Was it a woman?
20  A.  It was a woman.
21  Q.  Anybody else who you can
22  think of?
23  A.  I would say names, but I'm
24  not going to say a name -- like I know a

Page 71

1  lot of faces. I can associate the faces
2  with people quickly, but I can't
3  associate the names with faces, so I will
4  just end it there. I won't just start
5  throwing names at you because the names I
6  will tell you, they will probably be
7  wrong.
8  Q.  You gave me Jeff Ramirez,
9  Steve Fowler, another Mike in plumbing,
10  Jay Hammond, and Kathy in customer
11  service?
12  A.  Yes, sir.
13  Q.  And Kathy's boss?
14  A.  Which I can't remember her
15  name.
16  Q.  And Jeff Ramirez, what's his
17  race?
18  A.  Hispanic.
19  Q.  How about Steve Fowler?
20  A.  Italian.
21  Q.  How about Jay Hammond?
22  A.  I'm not sure what his
23  nationality is.
24  Q.  Do you know whether he was

Page 72

1  African American, Caucasian, Asian or
2  Asian American?
3  A.  To me, he looked like he was
4  Caucasian, but he also looked kind of on
5  the borderline of Australian.
6  Q.  And how about Mike in
7  plumbing?
8  A.  Mike in plumbing?
9  Caucasian.
10  Q.  How about Kathy in customer
11  service?
12  A.  Caucasian.
13  Q.  How about Kathy's boss?
14  A.  Caucasian.
15  Q.  So then it's fair to say
16  that a lot of people didn't get along
17  with Yvette?
18  A.  Yes.
19  Q.  And a lot of people quit, as
20  far as you know, because they didn't like
21  working for her?
22  A.  Yes, sir.
23  Q.  Now, the incident in which
24  you quit your job at Lowe's when you say

Page 73

1  that Yvette crumbled up the doctor's note
2  that you gave her, were there any
3  witnesses to that?
4  A.  Yes, sir.
5  Q.  Who witnessed it?
6  A.  Jackie.
7  Q.  Who is Jackie?
8  A.  I -- I don't know the last
9  name. She was a customer service desk
10  employee.
11  Q.  Was it a woman?
12  A.  A woman.
13  Q.  Was she there when it
14  happened?
15  A.  Yes, sir.
16  Q.  Did you ever discuss it with
17  Jackie?
18  A.  Yes, sir.
19  Q.  What did you discuss with
20  Jackie about it?
21  A.  That she witnessed what had
22  transpired.
23  Q.  What did Jackie say?
24  A.  She said she did.

**Page 74**

1  Q.  Did she tell you anything
2  else about it?
3  A.  She said that she felt that
4  it was wrong.
5  Q.  What did she see?
6  A.  She saw -- she didn't see
7  the crumbling of the document, but she
8  just saw Yvette escort me out and that
9  she was yelling at me.
10  Q.  Is there anybody else who
11  witnessed it?
12  A.  Wanda.
13  Q.  Who is Wanda?
14  A.  Customer service desk
15  employee.
16  Q.  Did you ever discuss it with
17  Wanda?
18  A.  No, sir.
19  Q.  But she was there when it
20  happened?
21  A.  She was there when it
22  happened.
23  Q.  Anybody else who you
24  remember who witnessed it?

**Page 75**

1  A.  Yes, uhm, Chuck. I don't
2  remember the last name.
3  Q.  Who is Chuck?
4  A.  Shipping and warehouse
5  manager, warehouse department manager.
6  Q.  Did you ever discuss it with
7  Chuck?
8  A.  Yes, sir.
9  Q.  What did you discuss with
10  Chuck about it?
11  A.  Actually, it was that day,
12  right then and there, when she was in
13  front of me, and I said, I can't believe
14  this is happening. He goes, don't worry
15  about it, and that's all he said.
16  Q.  Did you ever discuss it with
17  him again?
18  A.  I have never seen -- well, I
19  have seen him, but we didn't discuss it.
20  Q.  Okay. At that time, you had
21  laryngitis, didn't you?
22  A.  Yes, sir.
23  Q.  How were you having this
24  conversation with Chuck?

**Page 76**

1  A.  He was outside in the
2  concessions stand and I was just going to
3  get some hot tea, hot coffee, whatever
4  they had, and he was waiting in line to
5  get something.
6  Q.  Okay.
7  A.  I was waiting in line to get
8  tea and coffee.
9  Q.  Were you able to speak?
10  A.  Just a very little bit.
11  Q.  Okay. Was that before or
12  after you were being escorted out?
13  A.  It was -- I thought the
14  escorting part was done. Yvette made it
15  a point to come back outside and make
16  sure that I went to my car and that I
17  left. She goes, your car is there and
18  you need to go that way.
19  Q.  So after she escorted you
20  out, you were going to buy coffee and tea
21  from the vendor?
22  A.  Correct.
23  Q.  Okay. And Yvette saw you
24  trying to buy coffee and tea?

**Page 77**

1  A.  Yes, sir.
2  Q.  And told you to go to your
3  car?
4  A.  Yes, sir.
5  Q.  Any other problems that you
6  remember having with Yvette other than
7  what you have told me?
8  A.  From -- not promotion, but
9  pay raise.
10  Q.  What kind of pay raise
11  problems did you have with Yvette?
12  A.  I mean, minuscule, really
13  nothing, like a 50-cent pay raise that
14  she said if I do as many code 3s as
15  possible, running the registers and --
16  basically anything that she asked me, if
17  I fulfilled it, I get 50 cents.
18  I did, and when it came time
19  for the pay raise I didn't get the 50
20  cents, and she made it a point -- it's
21  very minuscule, but I ended up getting 25
22  cents. It's minuscule.
23  Q.  Let me back up for second.
24  She said if you go -- if you

WILLIAM HANSON,

78

1  do all the code 3s, I will give you a
2  50-cent raise?
3      A.  No. I would like to
4  rephrase myself.
5          Not verbatim. Code 3s was
6  one of the many things, because there
7  would be times where she would ask me to
8  get down stock. If she told me to get
9  things down from the top and bring them
10 to the bottom and stock it and front face
11 it and make sure the price is right, just
12 various tasks. Like any time she asked
13 me to do something, which she did
14 regularly, and I had a department
15 manager, but she made it a point to go to
16 me directly, she says if I continued to
17 do what she asked of me, then I will get
18 a 50-cent pay raise. Code 3 was just one
19 of many tasks.
20     Q.  Okay. When did she tell you
21 that?
22     A.  This was probably like -- I
23 mean, that was three or four months when
24 she started, because when she started I

79

1  was close to my, uhm, uhm, annual pay
2  increase.
3      Q.  So about three or four
4  months after she started --
5      A.  Yes, sir. Yes, sir.
6      Q.  -- she did that to you?
7      A.  Yes, sir.
8      Q.  And when did you have a pay
9  raise after that?
10     A.  I don't remember -- I'm not
11 going to remember the exact dates, it has
12 been so long ago, but it wasn't that long
13 after she started.
14     Q.  And she gave you 25 cents
15 instead of 50?
16     A.  Yes, sir.
17     Q.  What had your pay raises
18 been like before that time?
19     A.  A dollar. Some of them 50
20 -- more 50 cents, but I have had a few
21 that were a dollar pay raises. Okay?
22     Q.  And anything less than 50
23 cents?
24     A.  Yes, from going back to '96

80

1  when I first started and just was
2  learning. In the early '90s, it was 25
3  cents.
4      Q.  Any other problems that you
5  had with Yvette during the time that you
6  worked for Lowe's?
7      A.  Yes.
8      Q.  Okay.
9      A.  I had some friends that
10 wanted to apply for Lowe's, that wanted
11 to apply for Lowe's, and at the time the
12 new procurement was doing it on computer,
13 and I told them I would help them out on
14 my lunch break and do that. And where
15 you apply for Lowe's at the computer
16 station is right by Yvette's office.
17         And she goes, what are you
18 doing?
19         I said, I'm just helping my
20 friends apply here at Lowe's.
21         And she goes, well, are you
22 off the clock?
23         I said, yes, ma'am, I am off
24 the clock.

81

1          And she should have checked
2  it before she even did that, but then she
3  went back to the office and then found
4  out that I was off the clock and then she
5  went by me and then I says, so what's
6  wrong?
7          She goes, you're just going
8  to look fishy. It looks fishy. And that
9  kind of made my friends not want to work
10 there, because I was trying to help them
11 out, and when they saw that was coming
12 from the store manager, they said forget
13 it. They didn't even finish applying.
14     Q.  Who were those friends?
15     A.  Jack, and he was with his
16 girlfriend.
17     Q.  What's Jack's last name?
18     A.  I don't remember.
19     Q.  How about his girlfriend?
20     A.  I don't remember.
21     Q.  Do you remember her first
22 name?
23     A.  No, sir.
24     Q.  Do you remember when that

Page 82

1  was?
2     A.  This was back in 2000, 2001
3  about.
4     Q.  Where did they live?
5     A.  Same place where I lived.
6  Actually, I say friends, but they are
7  more neighbors than friends, at Acorn
8  Farms where I used to live.
9     Q.  Have you ever seen them
10 since then?
11    A.  No, sir.
12    Q.  Any other problems that you
13 had with Yvette during the time that you
14 worked for Lowe's?
15    A.  Uhm, probably just no
16 appreciation, just lack of appreciation,
17 probably, on everything.
18    Q.  And what do you mean by
19 that?
20    A.  She would ask me to come to
21 home decor. She would ask me to down
22 stock all the mini blinds, and I did that
23 way -- she would say get done before we
24 closed to down stock all the mini blinds,

Page 83

1  and I would get done an hour before we
2  closed and that wasn't good enough, so
3  instead of giving me a simple thank you,
4  she told me that I needed to clean, you
5  know, just feather dust the mini blind
6  display.
7           Other times, going outside,
8  pushing the carts inside to make sure
9  there's no loose shopping carts in the
10 parking lot and, uhm, nobody wanted to do
11 it. I would do it. Instead of
12 appreciation, she would just make it a
13 point to realize that, you know, I didn't
14 do the warehouse or the -- not the
15 warehouse, but the lumber carts. They
16 have big blue carts for like lumber,
17 concrete, and she would say stuff, well,
18 you know, there's still some out there,
19 you know, and I was like one of just a
20 couple people out there.
21          And then when that would get
22 done, instead of just saying thank you,
23 she goes you can go, you know. You can
24 go.

Page 84

1     Q.  So she wasn't very pleasant,
2  was she?
3     A.  No, sir.
4     Q.  Was she that way to
5  everybody else, too?
6     A.  I would say a majority.
7     Q.  And she didn't show
8  appreciation to the other people who
9  worked there, too?
10    A.  For the most part.
11    Q.  Any other problems that you
12 had with Yvette that you remember during
13 the time that you worked there?
14    A.  I would probably say with,
15 uhm, working -- working for Linda was
16 pretty tough, too, because Linda and
17 Yvette both came from Louisiana from the
18 same Lowe's store. Being that Linda
19 Myers was my department manager, I was
20 getting a lot of flack as far as Linda
21 would tell Yvette this, this and that,
22 and I just felt that that just wasn't
23 fair. No matter how hard I worked, it
24 was just never enough.

Page 85

1     Q.  Let me back up for a second
2  because I was talking about problems you
3  had with Yvette. Is this a problem that
4  you had with Yvette or is this -- are the
5  problems with Linda Myers something
6  separate?
7     A.  I would say it correlates
8  with Yvette. I will tell you why.
9  Because Yvette for some reason would have
10 Linda -- for some reason would have just
11 Linda have me do just all these tasks and
12 a lot of it wouldn't have to do with
13 flooring, and if I didn't -- there would
14 be times where I simply just couldn't
15 complete the tasks because we were
16 understaffed, and they had me running the
17 register, and then Linda would just run
18 back to the Yvette, so it was like Yvette
19 and Linda, and then instead of dealing
20 with Linda and addressing her concerns, I
21 would hear it from Yvette, too, so I
22 would hear it from both of them.
23    Q.  Okay.
24    A.  So --

WILLIAM HANSON,

**86**

1  Q. Well, let me make sure I
2  understand it.
3      You wouldn't be getting your
4  tasks done and Linda would complain to
5  Yvette about it?
6  A. Yes, sir.
7  Q. Okay. And how do you know
8  that Linda would do that?
9  A. Because she said Linda said
10 this, Linda said that.
11 Q. Yvette would say that to
12 you?
13 A. Yes, sir.
14 Q. What kinds of things would
15 this happen with?
16 A. Well, Linda said that she
17 couldn't find you, you're supposed to be
18 rolling the carpet runners and she
19 couldn't find you, or Linda said that
20 you're supposed to get all the padding
21 down, why isn't all the padding down?
22     And I am like one of four,
23 five employees, but for some reason it
24 would always go to me. I'm not even the

**87**

1  department manager. I would do the best
2  I could. I even explained the situation,
3  whether I would be with customers or it
4  would be another transaction or doing a
5  special order for a customer on the
6  computer or being on the phone, and none
7  of that was good enough, so I had to deal
8  with not one, but two people, Linda and
9  Yvette, and then Yvette would use me,
10 well, Linda said this and Linda said
11 that, and I don't think anybody was going
12 through that at the time, because Yvette
13 brought two people with her, Linda Myers
14 and then the gentleman that works in
15 shipping and receiving, but I would never
16 see him because he would do the night
17 shift, which would be from 10:00 to 6:00
18 a.m., 10:00 p.m. to 6:00 a.m., so she had
19 two people that were under her umbrella
20 that came from the Louisiana store.
21 Q. Now, would Linda and/or
22 Yvette talk to other employees in your
23 department about some of these same
24 things?

**88**

1  A. If they did, I don't know
2  about it.
3  Q. Okay. Were there other
4  times when, as far as you know, Linda
5  Myers was unable to find you in your
6  department?
7  A. Just -- one time just
8  miscommunication. Yvette wanted me to
9  run the register and I -- Yvette was
10 right in front of me and I said no
11 problem, and I told one of the associates
12 in flooring to cover for me, and instead
13 of Linda communicating with Yvette or the
14 associate, she, uhm, was, I guess,
15 looking for me the whole time, and then
16 they found me at the register and said,
17 what are you doing here?
18     I said, well, Yvette wanted
19 me here. Then she didn't say anything
20 because I guess she knew if Yvette said
21 it, then it wouldn't be a problem, but I
22 did let her know that I spoke with the
23 sales associate in flooring to cover for
24 me and he should have told you that, but

**89**

1  I guess she was looking for me the whole
2  time and didn't check on that.
3  Q. So it was just a
4  miscommunication?
5  A. Just a miscommunication, but
6  she was very upset.
7  Q. Okay. Any other problems
8  that you had with Linda Myers during the
9  time that you worked for Lowe's?
10 A. Yeah, one of the -- I just
11 felt like I wasn't being treated fair.
12 Q. Okay. How so?
13 A. We would have, uhm, work --
14 work lists, uhm, just like a small tab
15 and it would be just a work list on
16 whether to sweep, down stock, front face,
17 make labels, and it just seemed like
18 every time there was a work list, it
19 seemed like the only work list that was
20 there was for me where everybody else
21 didn't get a work list.
22 Q. So it was a list of tasks
23 for you to do?
24 A. Yes.

23 (Pages 86 to 89)

A 23   ion Services

90

1  Q. What kind of tasks would be
2  on this list?
3  A. Just, uhm, remedial tasks.
4  A lot of it had to deal with just
5  sweeping, with cleaning, feather dusting,
6  down socking, front-facing, uhm, maybe
7  going to the warehouse, bringing in some
8  carpet, linoleum, padding, a lot of
9  arduous tasks.
10          The other -- I wasn't the
11 only sales associate in that department
12 and it seemed like all the time that, you
13 know, these individuals would get to be
14 on the sales force selling and I was
15 doing the, uhm, uhm, other stuff, what
16 was on the work list, which was just
17 heavy lifting, which I had no problem
18 doing, but it's -- if it's an everyday
19 thing, then I do have a problem with that
20 because there's no delegation and
21 everything is going to me and I am not
22 being able -- able to interact with the
23 customers.
24  Q. So Linda was the one who was

91

1  giving you these work lists?
2  A. Yes, sir.
3  Q. And nobody else got a work
4  list other than you?
5  A. No, sir. And if she did --
6  just I will rephrase that.
7          If she did give other people
8  work lists, it is either she didn't do it
9  on a consistent basis.
10 Q. How do you know that?
11 A. Because, uhm, for the most
12 part, every -- I come in -- my schedule
13 was either being in the morning,
14 afternoon or evening because I did
15 different times, so for the most part,
16 when I had -- our work list is taped
17 right next to the computer monitor, and
18 that's how we got our work lists. It is
19 taped on the computer monitor and we pull
20 it out.
21         I mean, there would be times
22 where there might be another work list
23 from the night person, but for the most
24 part, every time it seemed like when I

92

1  went to the department, that that work
2  list -- the only one that was up there
3  was mine. And then every time I would
4  ask, you know, did you get a work list, a
5  lot of the times they would tell me no,
6  they meaning the other sales associates
7  that worked in flooring, and by them
8  telling me that and then I had a work
9  list, it showed me that something wasn't
10 right.
11 Q. Did the other employees ever
12 tell you, yes, I did get a work list?
13 A. There have been times on
14 that.
15 Q. There were other employees
16 who got work lists in the department?
17 A. Not on a consistent basis.
18 Q. How do you know it wasn't on
19 a consistent basis?
20 A. Because every time I
21 reported to work, my work list would be
22 the only one that would be taped up, and
23 then when I did ask, there would be times
24 where they said they did not get a work

93

1  list.
2  Q. Did you get a work list
3  every time you reported for work?
4  A. Yes, sir.
5  Q. Did other employees start at
6  different times than you did?
7  A. Some.
8  Q. Okay. Were there any
9  employees who started at the same time
10 you did?
11 A. Once in a while.
12 Q. Did you ever see them with
13 work lists on days that you had work
14 lists?
15 A. Not as often.
16 Q. But they did have them?
17 A. Sometimes.
18 Q. Okay. And do you know
19 whether other employees who started at
20 different times would have work lists or
21 not?
22 A. Sometimes they would,
23 sometimes they wouldn't.
24 Q. How do you know that?


Case 1:05-cv-00046-JJF   Document 44   Filed 12/29/2005   Page 7 of 20
WILLIAM HANSON,

**Page 94**

1 A. I would either not see a
2 work list and then I would ask them, or
3 they'd either tell me they did or didn't
4 have one, but it seemed like most of the
5 time that they didn't have a work list
6 where my work list was every time.
7 Q. Okay. Any other problems
8 that you had with Linda Myers during the
9 time that you worked for Lowe's?
10 A. Micro management.
11 Q. What do you mean by that?
12 A. With the other workers it
13 seemed like she would kind of let them
14 just do whatever they had to as far as it
15 would be sales or stocking, and with me,
16 she always -- and I don't know why, but
17 with me she always had to make sure that
18 -- she would come by me like every --
19 probably every half hour on the half
20 hour, whether -- if flooring would have
21 four aisles, one aisle would be linoleum,
22 one aisle would be hardwood and one aisle
23 would be carpet, and she would always go
24 by me, what are you doing, what are you

**Page 95**

1 doing.
2 It's okay maybe a few times
3 throughout the day, but this was like
4 every half hour on the half hour as a
5 regular routine, and even if she didn't
6 say anything to me, she did go by my
7 numerous times, and it wasn't to get
8 something, but just to check up on me.
9 Q. How do you know she went to
10 check up on you?
11 A. Because she would stare me
12 down for a couple of seconds and then go
13 to another aisle.
14 Q. Do you know whether she did
15 this to any other employees?
16 A. I don't know. All I know is
17 she did that to me.
18 Q. Did you ever discuss this
19 with any employees at Lowe's?
20 A. Yes, sir.
21 Q. Who did you discuss it with?
22 A. Ryan Hogate.
23 Q. What did you tell Ryan
24 Hogate?

**Page 96**

1 A. That I can't understand why
2 she always feels as if she has to check
3 up on me.
4 Q. What did Ryan say?
5 A. He didn't really -- he -- he
6 wasn't much of a like support unit or
7 anything like that. His -- his quote
8 verbatim was, that is messed up, and that
9 was the end of that.
10 Q. Anybody else you ever
11 discussed it with at Lowe's?
12 A. Larry Reed.
13 Q. What did you discuss with
14 Larry Reed?
15 A. That I just was unhappy with
16 the way that I was getting treated in the
17 flooring department.
18 Q. And what did Larry say?
19 A. He goes, well, if you're not
20 that comfortable, you can always come
21 over to my department, but that never did
22 happen.
23 Q. What department was Larry in
24 again?

**Page 97**

1 A. Paint department.
2 Q. Any other problems that you
3 had with Linda Myers?
4 A. Just -- just, uhm, just her
5 being upset.
6 Q. What do you mean "upset"?
7 A. There would be times because
8 of my school schedule, for example, she
9 would want me to maybe come in on a
10 Saturday or just maybe on a day that
11 somebody needed to take off and there
12 have been times when I told her no.
13 Q. I'm sorry, go ahead.
14 A. And -- and she would just
15 say, well, we work around your school
16 schedule, you can at least work around
17 our schedule.
18 Q. And what did you say?
19 A. I said I'm sorry, but I need
20 this Saturday -- yeah, I know I don't
21 have school on Saturday, but I need this
22 to study. That was it.
23 Q. Any other times that you
24 remember that happening?


25 (Pages 94 to 97)
A.25
Es                          n Services

Page 98

1  A. It was just a couple of
2  times.
3  Q. Okay. Had you ever
4  complained to anybody about that?
5  A. Not at work, I just
6  complained to my family.
7  Q. Did other people at Lowe's
8  like working for Linda?
9  A. No.
10 Q. Who didn't like working for
11 her?
12 A. I can't remember this guy's
13 name. It's hard for me to remember these
14 names. I think his name was Alex.
15 Q. Alex?
16 A. Alex.
17 Q. Who was Alex?
18 A. Flooring -- there was two
19 flooring department specialists. He was
20 one of the specialists in the flooring
21 department.
22 Q. Okay. How do you know Alex
23 didn't like working for her?
24 A. He told me.

Page 99

1  Q. Did he tell you why?
2  A. Basically like that he knew
3  his job and he felt that Linda didn't
4  have to tell him how to do his job.
5  Q. Was it kind of like you said
6  earlier, micromanaging?
7  A. It kind of had -- with him
8  it had more to do with the sales aspect.
9  She would interrupt him when he was
10 trying to sell carpet. She would
11 intervene when she should have just left
12 that alone. Kind of the same, but
13 different aspects.
14 Q. Is that because he had a
15 little bit of a different job?
16 A. Yeah, different job
17 description.
18 Q. Okay. Anybody else?
19 A. Probably Thelma.
20 Q. Okay. Who is Thelma?
21 A. A sales associate in home
22 decor.
23 Q. How do you know Thelma
24 didn't like working for Linda?

Page 100

1  A. She told me.
2  Q. Did Linda at some point
3  supervise Thelma?
4  A. Home decor was at one time
5  part of flooring so there would be
6  supervision -- supervision on that
7  department.
8  Q. Did Thelma tell you why she
9  didn't like working for Linda?
10 A. Basically that Linda just
11 would delegate to have the ladies just do
12 the heavy stuff, and there's commission
13 on sales on special orders, and the only
14 time Linda would help out with home decor
15 is specifically just to do the special
16 orders only to get the sales. She
17 wouldn't do anything that had to deal
18 with cleaning or stocking, not that that
19 was her job or anything, but she didn't
20 contribute even a percent, and everything
21 was delegated for -- all the ladies that
22 worked there was to do heavy lifting,
23 which wasn't right, because a lot of the
24 stuff was like 75 to 100 pounds, and some

Page 101

1  of these ladies were over fifty years of
2  age, and her -- they were all basically
3  just unhappy, because the only time she
4  would contribute to home decor is when
5  she would take the sales, but that's not
6  contributing, but -- it is, but really it
7  isn't because she's getting commission
8  off that and taking commission off the
9  other home decor workers.
10 Q. And so they -- Thelma was
11 unhappy with the tasks that she was given
12 by Linda?
13 A. Yes, sir.
14 Q. Okay. Is there anybody else
15 you remember who was unhappy working for
16 Linda?
17 A. That's all that I can
18 remember at this time.
19 Q. What's Alex's race?
20 A. He was Hispanic.
21 Q. How about Thelma?
22 A. African American descent.
23 Q. Any other problems that you
24 had with Linda while you were working at

26 (Pages 98 to 101)

**Page 102**

1 Lowe's? Let me rephrase that.
2     Any other problems that you
3 had working with Linda while you were
4 working for Lowe's?
5     A. Not at this time. I don't
6 remember.
7     Q. Okay. Any other problems
8 that you had while you were working at
9 Lowe's, working for Lowe's, other than
10 what you have already told me?
11     A. I'm sorry. Can you repeat
12 that?
13     Q. Sure. Were there any other
14 problems that you had while you were
15 working for Lowe's other than what you
16 have told me, and you have told me about
17 problems that you had with Yvette and
18 problems that you had with Linda, so
19 anything else?
20     A. At this time, that's as much
21 as I can remember at this time.
22     Q. Okay.
23     A. There's other events, but at
24 this time, that's as much as I can

**Page 103**

1 remember.
2     Q. Were there any other
3 employees that you had problems with at
4 Lowe's other than Yvette and Linda?
5     A. No, sir.
6     Q. All right. Now, you have
7 told me about leaving Lowe's. Where did
8 you go next to work after that?
9     A. Spectrum.
10     Q. What's Spectrum?
11     A. Servicing Lowe's as an
12 inside/outside garden. It's a vendor
13 management service, uhm, where the Lowe's
14 workers don't really -- it's a good
15 service because for Lowe's employees,
16 they don't have to touch certain
17 products. Lowe's employees don't have to
18 down stock -- well, that's their job, but
19 as far as down stocking from the
20 overhead, that's where vendor management
21 service comes into play.
22     I would come into the store
23 and I would down stock all of the heavy
24 insecticides, whether it be granular or

**Page 104**

1 liquid form, I would bring all the heavy
2 stuff on the shelves, front face it, do
3 the side stacks, end caps, just do a lot
4 of the promotion of all the products
5 there.
6     Q. Let me walk you through a
7 little bit of that because I don't work
8 in a retail store so I might need you to
9 help me out with a little bit of this.
10     Down stock, I'm assuming
11 when you walk into Lowe's there's a lot
12 of stuff kept up high, so is down
13 stocking bringing it down?
14     A. Yes.
15     Q. So that would be part of the
16 job that you did?
17     A. Yes, sir.
18     Q. What else? You said front
19 face, what's that?
20     A. Yes, sir. If we don't have
21 the down stock, we do cycle counts so I
22 would know how many we had in inventory.
23 If I know there's wasn't any in inventory
24 and if there was a product way in the

**Page 105**

1 back, I will push it to the front to make
2 it look full, and if there was a couple
3 of more, second, third, and make it look
4 full, and then order what we needed so
5 that way we would have a full shelf and
6 not just a front face shelf where the
7 back is all empty.
8     Q. So you push -- when product
9 gets purchased, you push products to the
10 front so it looks full, but at the same
11 time order products for the back to fill
12 it in?
13     A. Yes, sir.
14     Q. Okay. What else did you do?
15     A. Cycle counts.
16     Q. What's a cycle count?
17     A. Inventory, physically
18 counting the amount of product on hand,
19 followed by ordering the product.
20     Q. Okay.
21     A. Then also, uhm, there's a
22 name for this. I can't think of it off
23 the top of my head, but, uhm, RTM
24 department, which is returned merchandise

**106**

in Lowe's. I would oversee that, so at any time I saw damaged goods, I would salvage it, either by taping it and discounting that product, and if that product was not salvageable, I would have to bring it to the RTM department and give them a credit so they would be issued a credit and then they could discard of the product and that way their inventory is flush with good product that doesn't have any damage to it.

Other job tasks included PK training, which is training Lowe's employees about the product where you would get like twenty Lowe's employees from five different -- well, in this case, five different Lowe's stores, and then you would educate the Lowe's employees about the product, how to sell the product, merchandise the product.

I also had a merchandiser that worked for me, too, so that helped, so it would be good service where we would come to a store, a busy store

**107**

before the weekend, and I would have my merchandiser work with me, we worked together, make that department look good. A busy-volume store, like 202 on Concord Pike, also Bear, for those busy stores we would do that. I would do Dover, too, probably maybe once a month.

I would do it before a weekend because there's five Lowe's stores -- right now there's six in Delaware, but at the time there was five, so we kind of just rotated on what to do before the weekend, but for the most part, every store got serviced that week.

Q. This is Spectrum; is that right?
A. Yes, sir.
Q. And what kind of vendor is that?
A. It is an inside/outside garden product, insecticide, four-step program for the grass.
Q. Who was your supervisor at Spectrum?

**108**

A. Joe Stackhouse.
Q. Do you know what his title was?
A. He's like a district manager, but I believe his title on the card was area manager is what they called him, an area manager.
Q. And you said that you worked -- you worked just for Lowe's at Lowe's stores when you were at Spectrum?
A. Home Depot, sorry.
Q. That's okay.
A. Lowe's and Home Depot.
Q. Okay. What Lowe's stores did you work at?
A. Lowe's of Dover, Lowe's of Lewis, Lowe's of Bear, Lowe's of Middletown and Lowe's of Wilmington.
Q. Okay. So, I'm sorry, it was Dover, Lewis, Middletown, Wilmington?
A. Bear.
Q. Bear, and Wilmington?
A. Yes, sir.
Q. Okay. And you also worked

**109**

at Home Depot stores?
A. Yes.
Q. How many Home Depot stores?
A. Five.
Q. Do you remember where they were?
A. Rehobeth, New Castle, Newark, Glasgow and Wilmington.
Q. And you said that Joe Stackhouse was your boss there?
A. Yes, sir.
Q. You reported to him the entire time that you worked there?
A. Yes, sir.
Q. Now, when you went to that job at Spectrum, did you know that you would be servicing the Dover store where you had worked for Lowe's?
A. Yes, sir.
Q. Okay. And did that bother you?
A. A little bit.
Q. Why did it bother you?
A. Because, uhm, part of my job

**Page 110**

1  is to get sales. I don't like to say
2  solicit, but trying to over order --
3  Lowe's has a program where they order X
4  amount of products for every department.
5  My job is to make them order when they
6  really didn't need to order, you know,
7  but in doing that, I would have to sell,
8  tell them why they needed 8-foot end cap
9  because it was for -- step 3 --
10 example: Step 3 insecticide, the bugs
11 are coming, we need -- the customers want
12 to, you know, add a lot of nitrogen to
13 their grass, make it green, and also kill
14 the bugs, so I would have to sell myself
15 and be like you need 8-foot end cap. We
16 don't really need --
17     Q.  End cap?
18     A.  Yeah, an end cap is a --
19 usually like right before you go into the
20 aisle, it's the main one in the front --
21     Q.  Okay.
22     A.  -- and just like a grocery
23 store, usually discounted stuff, so part
24 of my job was to -- they all have

**Page 111**

1  planograms for where what product is
2  supposed to go where, but some -- there
3  was a couple of throughout the store that
4  you -- you know, they could do anything
5  with, but sometimes you don't always go
6  by the planograms, so my job was to get
7  end cap, have them order more product,
8  and that way it increases volume and that
9  way it will increase the sales.
10     Now, you said did it bother
11 me? Yes, it did kind of bother me
12 because I know that Dover will be one
13 where I knew I wouldn't get good sales
14 growth because Yvette would not be
15 willing to work with me, and it proved to
16 be true when I did work at that store.
17     Q.  How do you know that she
18 would not be willing to work with you?
19     A.  Right off the bat. Uhm, as
20 a matter of fact, when I was telling you
21 about that time when I had -- actually,
22 probably, it was maybe the second time I
23 dealt with her, the time that I was
24 telling you that I had two pallets of

**Page 112**

1  product that I was going to throw away,
2  going back to our earlier conversation --
3     Q.  Okay.
4     A.  -- and I was with the
5  customer, and then instead of saying hi
6  or -- and I was going to initiate the hi,
7  but instead of just trying to figure out
8  like who I was and what I was doing, I
9  guess she found out from someone else
10 right off the bat.
11     It was the first time she
12 had seen me in a while and she was like,
13 are you going to throw that away? And
14 just like that's all she said.
15     And there would be times --
16 I think it was either that day or, like I
17 said, this was the second -- either the
18 first time, she was like -- saying
19 like -- she walked with another
20 gentleman, another manager, and she saw
21 me and she is like, you got to watch out
22 for him.
23     I'm being, what do you mean
24 by that?

**Page 113**

1      You know what I am talking
2  about, you got to watch out for him.
3      Q.  She said that to you?
4      A.  She said that to me with one
5  of the managers, a new manager that
6  happened to be in that garden department,
7  which I didn't like because sometimes
8  department managers could help me get to
9  the store manager, so automatically she
10 just pretty much chastised me in front of
11 that new department manager in the garden
12 department that I was trying to help
13 grow, you know, and that didn't give a
14 good impression on him.
15     As a matter of fact, we
16 didn't even have a rapport after that.
17     Q.  Do you remember what his
18 name was?
19     A.  Uhm, I don't even remember
20 his name.
21     Q.  Do you think she was kidding
22 when she was saying this to you in front
23 of him?
24     A.  I don't know.

**114**

1  Q. Was she smiling at all?
2  A. Yes, sir.
3  Q. Did the department manager
4  say anything when she said this?
5  A. He just laughed.
6  Q. And this is when you worked
7  for Spectrum?
8  A. Yes, sir.
9  Q. You said your sales did not
10 grow at the Dover store the way they did
11 at other stores?
12 A. No, sir, did not grow at
13 all.
14 Q. It did grow at other stores?
15 A. Yes, sir.
16 Q. How much did it grow at the
17 other stores?
18 A. Probably about 60 to 70
19 percent sales growth.
20 Q. What was your sales growth
21 at Dover?
22 A. Like less than single
23 digits, like 9, 8 percent. Every month
24 it was different, but I was not doing any

**115**

1  better than last year's sales.
2  Q. How long did you work for
3  Spectrum?
4  A. About upwards of, uhm, over
5  a year to two years.
6  Q. Over a year to two years?
7  A. Yeah, probably 15 to 19
8  months, somewhere like that.
9  Q. Okay. And you serviced the
10 Dover store the entire time?
11 A. Yes, sir.
12 Q. When you were looking for
13 your job with Spectrum, did it occur to
14 you that maybe since I just quit at
15 Lowe's and I didn't like working for
16 Yvette and Linda, that I shouldn't take a
17 job where I am going to be there one day
18 a week?
19 A. Well, I mean, I never -- I
20 never even -- I regretted quitting
21 Lowe's. I mean, I wanted to make that a
22 career. I had six, seven years fully
23 vested. I mean, a great company. I
24 wanted to go into management, so I never

**116**

1  really wanted to leave Lowe's, and I was
2  trying to let bygones be bygones, and I
3  figured I would still be a part of
4  Lowe's, but as a vendor, and I thought
5  maybe some day I would go back to Lowe's,
6  maybe do three to five years as vendor,
7  but not for the same company, another
8  company as a vendor, and then eventually
9  get back into Lowe's. That was my focus.
10 Three to five years vending and then get
11 back into Lowe's. That was actually my
12 whole focus.
13 Q. Did you like working at
14 Lowe's?
15 A. I loved it.
16 Q. Okay. So even though you
17 didn't like working for Yvette and Linda,
18 you still liked working for Lowe's?
19 A. Yes, sir.
20 Q. So would you say they didn't
21 have a huge impact on your job then when
22 you were working for them?
23 A. They -- they had a huge
24 impact uhm, so --

**117**

1      I'm sorry, I don't
2  understand the question.
3  Q. What kind of impact did they
4  have on your job if you still liked
5  working there, but didn't like working
6  for the people you were working for?
7  A. The impact that they had --
8  because I had worked for four other store
9  managers, Yvette being the fourth, the
10 other three, I'm not the first one
11 because I just started, but like Mike
12 Webbe, then John, they worked with me.
13     When I did term papers for
14 my business classes, they would give me
15 Lowe's fax transmittals, just Lowe's
16 documentation for stuff that I needed for
17 my school projects. They would provide
18 me information for my classes. They
19 would work around my school schedule.
20 And the pay raises were great through
21 Mike and John. They gave me very fair
22 pay raises, like I was telling you a
23 dollar in a couple of cases, and I knew
24 if they were still store managers that I

118

1  would get into a management position
2  after I graduated, and I was going to do
3  that after my associate's.
4      Q.  How did you know that you
5  would get into management?
6      A.  Because -- well, I shouldn't
7  say that because there's no guarantee.
8      Q.  Okay.
9      A.  I shouldn't say that. I
10 felt that I would be a good candidate to
11 get into management.
12         I mean, I just loved the
13 Lowe's stock. The way that Lowe's stock
14 had split, the two for one splits,
15 especially in the '90s, the two to three
16 times it happened, knowing that the store
17 managers were millionaires, I mean, being
18 fully vested seven years, the benefits, I
19 mean, the relocation, being able to go to
20 any state you want, for the most part
21 they have openings. The newsletters, the
22 Christmas picnics --
23         I mean, I just loved
24 everything about it, and, I'm sorry, to

119

1  answer your question, the way they
2  impacted my job was when Yvette came into
3  management I didn't feel just like it was
4  family like it was. I felt like I was
5  supported to -- with her to being like
6  not being supported and being more
7  micromanaged. Instead of having a mentor
8  and being coached, I felt like I was just
9  being delegated to do things that I felt
10 wasn't fair because they were not being
11 delegated to other people, per se, just
12 directly to me, and what I wouldn't
13 fulfill -- if I wouldn't fulfill the
14 tasks to their likings, then I would hear
15 about it, not from one, but from two
16 people, Linda and Yvette respectively,
17 and then they would use that as an excuse
18 to make their comments to me, you know,
19 as far as I'm disappointed in you, I
20 couldn't find you, where were you, and --
21 and just remarks like that.
22         Pay raises being 25 cents,
23 not getting promotions when I was told I
24 was getting a promotion. That's

120

1  basically it.
2      Q.  Is that the only promotion
3  that you were told you would get and then
4  didn't get?
5      A.  Yes, sir.
6      Q.  Do you remember when you
7  started working for Spectrum?
8      A.  Sorry. Repeat the question.
9      Q.  Do you remember when you
10 started working for Spectrum?
11     A.  It was about six months,
12 five to six months after Lowe's.
13     Q.  What did you do in the
14 meantime?
15     A.  I had no employment.
16     Q.  Were you still in school?
17     A.  I was still in school.
18     Q.  Did you go to school full
19 time?
20     A.  Yes, sir.
21     Q.  Did you try to find any jobs
22 in that time frame?
23     A.  Yes, sir.
24     Q.  What kind of jobs did you

121

1  try to find?
2      A.  Production.
3      Q.  What do you mean by
4  "production"?
5      A.  I will throw out names like
6  a Playtex, uhm, just something different.
7      Q.  What kind of work, though,
8  looking at these companies that you
9  looked at?
10     A.  It was production work. I
11 mean, actually, I will be honest with
12 you, I applied for a little bit of
13 everything, production, warehouse, uhm,
14 sales. I wasn't -- I'm not going to say
15 that I was aggressive and definitely
16 trying to get something, but at the time
17 I just needed a break.
18     Q.  All right. During the time
19 that you worked for Spectrum, how often
20 were you typically in the Lowe's Dover
21 store, one day a week?
22     A.  It's about once a week, I
23 mean, sometimes I do it twice a week, but
24 it was once a week.

**Page 122**

1  Q. So at least once a week you
2  were there?
3  A. Yes, sir.
4  Q. Were there weeks you didn't
5  go at all?
6  A. There might have been one or
7  two weeks I didn't go because I was busy
8  in other stores.
9  Q. For the most part, it was
10 about a week -- one day a week you were
11 there?
12 A. Yes, sir.
13 Q. Okay. Did you have any
14 problems at the Lowe's Dover store during
15 the time that you worked for Spectrum?
16 A. Yes, sir.
17 Q. What kind of problems did
18 you have?
19 A. Like going back to the -- to
20 talking about the end caps, end caps that
21 I knew were available and even mentioned
22 about getting, I didn't get.
23    I had a competitor named
24 Scott's. Everybody heard of Scott's.

**Page 123**

1  They would get all the end caps and side
2  stacks.
3  Q. Did you ever complain to
4  anybody about that?
5  A. Yes, sir.
6  Q. I'm sorry?
7  A. Yes, sir.
8  Q. Who did you complain to
9  about that?
10 A. Department manager.
11 Q. Who was that?
12 A. Debbie.
13 Q. What did Debbie tell you?
14 A. I'd like to -- I'm sorry. I
15 would like to back up.
16    She was the assistant -- she
17 was above the department manager, like an
18 assistant store manager in that area, and
19 Debbie just basically said that she
20 was -- that Scott's has been loyal to
21 Lowe's and they pretty much can get
22 whatever they want.
23 Q. Okay. Do you think that's
24 why -- so is that why Scott's was getting

**Page 124**

1  the end caps, because of their
2  relationship with Lowe's?
3  A. She has a good point.
4  Q. So what I am asking you,
5  though, is that, as far as you know, was
6  that correct?
7  A. That's correct, but on a
8  footnote, Spectrum has a relationship
9  with Lowe's, too, but there was a gap
10 from when they last had someone service
11 the Spectrum product and so they were
12 more consistent, per se.
13 Q. Scott's was more consistent?
14 A. Yes, sir.
15 Q. Okay. And do you mean --
16 when you say "Spectrum had a gap," is
17 that a gap at the Dover store or at
18 Lowe's as a whole?
19 A. Lowe's as a whole.
20 Q. Okay. And so there was a
21 period of time when Spectrum wasn't
22 sending its representatives into the
23 Lowe's stores?
24 A. Yes, sir.

**Page 125**

1  Q. And Scott's still was?
2  A. Yes, sir.
3  Q. Okay. So is that why
4  Scott's was getting the end caps, as far
5  as you know?
6  A. I like -- I'd like to say
7  yes, but on a footnote, I don't feel like
8  I was given a fair chance to get an end
9  cap.
10 Q. Okay.
11 A. Not necessarily -- I will
12 say that because I had like four other
13 Lowe's stores and I was able to get end
14 caps easily, and I will mention those
15 stores, Middletown and Wilmington are one
16 of the two -- even, actually, Bear, but
17 those two stores, Wilmington and
18 Middletown, I was able to get easy, and I
19 basically used the same thing as I did
20 with any of the other Lowe's stores, that
21 our product is higher with profit margin,
22 the gross margin. Our product is Lowe's
23 product. For Lowe's we sell Sta-green.
24 That's an exclusive Lowe's product.

**126**

1  Q. You sell what?
2  A. I'm sorry, our product was
3  -- Spectrum sells Lowe's products. I
4  mean, only sold at Lowe's. You can't buy
5  it at Wal-Mart, Home Depot. You can't by
6  it anywhere. The product I sold was
7  Lowe's, which was Sta-green grass seed.
8  Q. Stage ring?
9  A. Sta-green.
10  Q. Sta-green, I'm sorry.
11  A. It was only sold exclusively
12  at Lowe's, so, of course, it's higher
13  profit margin, three times as much as
14  them, you know.
15  Q. Scott's?
16  A. As Scott's.
17  Q. Okay.
18  A. So I really had a case
19  because they were going to make sure
20  money. And once we filled the product,
21  we make it look good, not only because
22  it's a lot less in price than Scott's and
23  it is more money for Lowe's, but because
24  myself and my merchandiser would always

**127**

1  stock that product, clean that product
2  and make that product look good. I mean,
3  it wouldn't be just a bunch of junk
4  laying around. I mean, we would make
5  everything line flush, cleaned, the
6  price, you could read it, and -- uhm, and
7  if we were there, we would help the
8  customer out, answer any of their
9  questions, and stock that product into
10  their cart or outside, so, I mean, they
11  were getting a good service.
12     The same thing as I was
13  doing in other stores. I didn't do
14  anything different, same sales approach.
15  Q. Okay. Now, you said that --
16  did you say Middletown and Bear gave you
17  end caps?
18  A. I'm sorry, I did mention
19  Bear, but it was primarily one --
20  Middletown and Wilmington.
21  Q. Okay. And so Bear did not
22  give you an end cap?
23  A. They did, but it -- I
24  mentioned Bear because they did give me

**128**

1  end caps, but it just was a really small
2  end cap and that's why I didn't
3  capitalize on Bear.
4  Q. Did you not have the same
5  sales growth that you had at Bear than
6  you had at Wilmington and Middletown?
7  A. It was comparable. I mean,
8  Middletown I really didn't have much
9  sales growth because there's not -- the
10  demographics there doesn't call for a lot
11  of traffic, or higher volume, but I did
12  get space, I had a lot of space, but
13  nobody buys in Middletown. There are
14  just some places where you don't have
15  customers, but even though I didn't get
16  as much space in Bear as I did in
17  Middletown, I would still have a
18  significant amount of sales in Bear
19  because there's a high volume in Bear,
20  Christiana, seven and one, and just like
21  Wilmington, one and 95, one with high
22  traffic volume and demographics, I mean,
23  it sells itself, but again, the actual
24  space helps out a lot more in getting

**129**

1  that extra sales.
2  Q. When I asked you earlier
3  about your sales growth, you said your
4  sales didn't grow at Dover. You told me
5  they grew in the 8 to 9 percent range;
6  correct?
7  A. Correct.
8  Q. Now, you told me that at
9  your other stores you had 60 to 70
10  percent sales growth; is that correct?
11  A. Yes.
12  Q. Now, are you telling me now
13  that at Middletown you didn't have that
14  kind of sales growth?
15  A. It was double digits sales
16  growth.
17  Q. There's a different between
18  double digits and 60 to 70 percent, and
19  you're under oath, and what I want to get
20  at is what actually happened at each of
21  the stores. What was your growth at
22  Middletown?
23  A. Double digit.
24  Q. What do you mean by "double

**Page 130**

1  digit," was it 60 to 70 percent?
2      A.   Can I say something on a
3  footnote?
4      Q.   Go ahead.
5          MR. PRIMOS: Go ahead.
6          THE WITNESS: What I was
7  giving you outside of Dover, which
8  is Middletown, Bear, Wilmington,
9  and also Rehobeth, I'm averaging
10 those stores as a whole double
11 digit, meaning that from last
12 year's sales I would get upwards
13 of 60 to 70 percent sales growth
14 averaging them all.
15         It would be closer to the
16 60s and 70s than it would be in
17 Dover where it's single digits,
18 like 9 percent or less.
19 BY MR. LEAHY:
20     Q.   Okay. So Dover was 9
21 percent sales growth roughly. What was
22 it in Middletown?
23     A.   And don't quote me on this.
24 This is all a rough estimate.

**Page 131**

1      Q.   Okay.
2      A.   Middletown was a double
3  digit, but it wasn't like a 60 to 70,
4  probably looking somewheres in the 20s.
5  It's a new store.
6      Q.   And were you the first
7  vendor servicing from Spectrum in some
8  period of time?
9      A.   Yes, sir, from what I
10 understand, probably over a year
11     Q.   So getting back to the
12 problem that you had getting an end cap
13 at Dover, you said that Debbie told you
14 that it was because of the relationship
15 Scott's had had with the store -- with
16 Lowe's?
17     A.   Yes, sir.
18     Q.   And do you have any reason
19 to doubt that what Debbie had said was
20 true?
21     A.   No, sir.
22     Q.   And did you complain to
23 anybody else about not getting an end cap
24 there?

**Page 132**

1      A.   Yes, sir.
2      Q.   Yes?
3      A.   Yes, sir.
4      Q.   Okay. Who did you complain
5  to?
6      A.   Yvette.
7      Q.   And what did Yvette say to
8  you?
9      A.   She says did you talk to
10 Debbie.
11     Q.   And what did you say?
12     A.   I said yes, I did.
13         And she goes, well, that's
14 all you need to do then.
15     Q.   Did Debbie ever give you an
16 end cap?
17     A.   No.
18     Q.   Did you ever ask her again
19 to get you one?
20     A.   I asked her just -- no, sir.
21     Q.   So once you asked her to
22 give you an end cap; correct?
23     A.   Yes, sir.
24     Q.   And she told you no, you

**Page 133**

1  can't have it?
2      A.   Yes, sir.
3      Q.   Okay. And you never asked
4  her again?
5      A.   Not for an end cap. I asked
6  her for space.
7      Q.   And what did she tell you
8  when you asked her for space?
9      A.   She gave me assigned spaces.
10 We have little quarter pallets. The
11 quarter pallets are outside of the bays
12 and she would let me just like put -- a
13 quarter pallet could be up to four, five
14 feet high, so she would let me put
15 certain products in certain aisles,
16 because the aisles aren't just aisles,
17 but you will have an aisle here, but you
18 will have something sticking out like
19 that or on this side here, so she would
20 just let me put quarter pallets, really
21 small ones in certain spaces, and a sign,
22 so she would work with me on that.
23     Q.   So did she give you the
24 space that you were asking for then?

WILLIAM HANSON,

**134**

1  A.   No, she gave me the space
2  that she assigned me to.
3  Q.   Okay.  And you wanted more
4  space?
5  A.   I wanted it in a specific
6  location.
7  Q.   Okay.  So she didn't give
8  you the location you wanted?
9  A.   Yes, sir.
10 Q.   Did you say to her, I would
11 rather have this other location?
12 A.   Yes, sir.
13 Q.   What did she say?
14 A.   She said that's for Scott's.
15 Q.   Okay.  Did you ever complain
16 to anybody about that?
17 A.   My boss.
18 Q.   And what did your boss tell
19 you?
20 A.   He says I got to be more
21 aggressive.
22 Q.   And after speaking with your
23 boss, and I assume by your boss you mean
24 Joe Stackhouse?

**135**

1  A.   Yes, sir.
2  Q.   After that, did you go back
3  to Debbie and ask her for different
4  space?
5  A.   I just asked her if she
6  could work with me a little bit better
7  than what's happening.
8  Q.   What do you mean by "what's
9  happening"?
10 A.   I told her -- I told her
11 that basically I didn't feel that she was
12 hearing me out and I told her that the
13 product I sell is exclusively Lowe's
14 product, it's a higher profit margin, and
15 it is going to be advantageous and I --
16 you don't guarantee anything in life,
17 you're not supposed to, but I assured her
18 and I said, if this product is not
19 maintained, if it gets sloppy, if it
20 doesn't stay fully stocked, if it's
21 dirty, take it away from me, you know,
22 give it back to Scott's, but you will
23 make more money off this product, three
24 times more profit margin than Scott's.  I

**136**

1  said, just work with me, please, that I
2  live in Dover.  I don't have to be here
3  once a week, I can come here every other
4  day for maybe ten, fifteen minutes and I
5  will just maintain it.
6       So I even went above and
7  beyond, and I never did that with any of
8  the other stores and I just wanted her to
9  hear me out, and I was just trying to be
10 on a personal approach with her, too, and
11 just being professional, and she said
12 that it just simply didn't matter.
13 Q.   She said what?
14 A.   It simply didn't matter.
15 Q.   Did you ever talk to anybody
16 else after she told you that it didn't
17 matter?
18 A.   Well, I talked to Joe
19 Stackhouse before that, but after she
20 told me that, I already made up -- I
21 already pretty much -- I shouldn't say
22 made up my mind, but had just a strong
23 feeling that, you know, she wasn't going
24 to work with me regardless of the

**137**

1  situation.
2  Q.   Okay.  Do you have any idea
3  why that was?
4  A.   Yvette.
5  Q.   Why do you think it was
6  Yvette?
7  A.   Because one time I was
8  outside and -- uhm, the problem is
9  there's too many managers.  I mean, I had
10 an approval from another manager --
11 actually, it was outside garden -- they
12 have an outside garden manager and an
13 inside garden manager and there's in
14 between.  You have inside garden, outside
15 garden, then you have a seasonal room,
16 which is in the middle of inside and
17 outside.  I guess you kind of say inside/
18 outside.  They are kind of both managers
19 of that one area.
20      And I had placed some
21 product there with approval to get some
22 stuff in the seasonal room, like the
23 insecticide trigger bottles of -- and
24 just various things for plants, seasonals

Page 138

1  for indoor plants primarily. And Debbie
2  was talking to me and wanted to know why
3  this, this, this and that was there.
4       I said the outside manager
5  approved of it. Then Yvette happened to
6  walk by and she got in on the
7  conversation and she goes, you don't do
8  anything without going through me first
9  or Debbie, you know, you don't do
10 anything.
11      And I said, well, I got
12 approval from the outside department.
13      She goes, it don't matter
14 who you get approval from. You got to
15 get approval from either me or Debbie.
16      And I was like, I don't see
17 what the big deal is. And, you know, I
18 mean, it's where it's supposed to be.
19      She goes, it doesn't matter,
20 you just don't do that. And that was it.
21    Q.  So you had placed the
22 product there without getting the
23 approval from Debbie?
24    A.  Correct.

Page 139

1     Q.  And that's what Yvette was
2  upset about?
3     A.  And also I didn't talk to
4  her either.
5     Q.  Okay. But she said you have
6  to get the approval from her or from
7  Debbie; is that right?
8     A.  Yes, sir.
9     Q.  Okay. And you had not done
10 that?
11    A.  Yes, sir.
12    Q.  Correct, you had not done
13 it?
14    A.  Correct.
15    Q.  Okay.
16    A.  On a footnote --
17    Q.  Okay.
18    A.  -- okay, I didn't know that
19 I would have to go to Yvette or Debbie
20 because it was in the seasonal room, and
21 I did ask the outside garden manager if I
22 could put it there, because they have
23 just as many products in the seasonal
24 room -- just as much as the inside, and I

Page 140

1  didn't -- I felt that the product
2  placement was where it was supposed to
3  be, and I didn't feel it was a big deal.
4       I knew from that point on it
5  goes through Debbie or Yvette, but I felt
6  they were making a mountain out of a mole
7  hill.
8     Q.  Did they ever address this
9  with you again other than that one
10 instance?
11    A.  No, sir.
12    Q.  Okay. Any other problems
13 that you had at the Dover store during
14 the time that you worked for Spectrum?
15    A.  Yes. At the time -- see, I
16 was still going through the coaching
17 period, so Joe Stackhouse --
18    Q.  What do you mean by "the
19 coaching period"?
20    A.  The process of learning
21 about vendor manage inventory.
22    Q.  Okay.
23    A.  And a gentleman by the name
24 of Mike, I'm trying to remember his last

Page 141

1  name, but I can't remember his last name,
2  but he's from New Jersey, same position,
3  market sales manager.
4     Q.  What do you mean by "same
5  position"?
6     A.  Same position as me, just a
7  different location, market sales manager
8  for Spectrum.
9     Q.  Okay.
10    A.  He just does it in New
11 Jersey and I just happened to do it in
12 Delaware, and one of the coaching phases
13 is to have him work with me at different
14 stores, and on this particular day it was
15 in the Dover store.
16      The situation was there was
17 a lot of stuff, that I don't know why,
18 but on the overhead it seemed like every
19 pallet in the overhead was Spectrum
20 brands. There wasn't -- everything. I
21 mean, in the seasonal room in the inside
22 garden, I mean, there was just like
23 dozens of pallets.
24      And so I had a lady by the

**142**

1  name of Juanita who works in shipping and
2  receiving -- and I didn't get all the
3  pallets down, but I got like eight or ten
4  pallets down, two thirds of it, and we
5  put it to the side to where it wouldn't
6  be in the customer's way. We put the big
7  pallets by the bays out of the customer's
8  way, but you could see a whole aisle full
9  pallets with the intent of putting
10 everything on the shelf because we were
11 just going to do Dover that day because
12 that's how bad it was.
13         And then from being in the
14 inside garden department to where Yvette
15 was at, and this probably was a good --
16 probably was a good hundred yards, I mean
17 it's pretty far, she's like, Mr. Hanson,
18 because that's my last name, and she said
19 it louder and louder and louder, instead
20 of -- she said it loud. I think on the
21 fourth or fifth time I went to the front
22 desk to approach her.
23         She was calling me up. She
24 goes, what the hell are you doing, real

**143**

1  loud in front of customers and workers.
2          I said, I'm putting
3  merchandise away.
4          She goes, did you have to
5  get all that down?
6          And I said, yes. I said,
7  it's not going to make any money being on
8  top of the shelf.
9          She goes, well, you need to
10 get rid of it right now.
11         I said, there's ten pallets.
12 I will probably be here all night.
13         She goes, well, we don't got
14 all night. You need to get some of that
15 stuff back up, which I didn't understand.
16         So we put half of the
17 pallets back up on the overhead and then
18 the other half we put back up on the
19 shelf, but I just felt like -- I mean, I
20 didn't really get why she would do that
21 because that's -- I mean -- I -- and this
22 is like my opinion. I mean, I felt that,
23 I mean, she was just out to -- she had
24 something against me for some reason

**144**

1  because the product that I sell is Lowe's
2  product, Lowe's product is higher profit
3  margin, only sold at Lowe's, so whatever
4  I did was to make more money for her with
5  gross margins sales, and my being there,
6  it will look better, because the sales
7  associate has five departments. When I
8  am there, I focus on just my product,
9  which is just like one aisle. So it
10 didn't make any sense. It wasn't even
11 sensible that she would make a big deal
12 out of work getting done, and it was all
13 focused on me that I needed to get that
14 back up and, you know, just get out of
15 the store, which I just simply did not
16 understand at all.
17     Q.  Did you ask her why?
18     A.  I didn't ask her why, but I
19 told her that I needed to get done. She
20 said that she didn't care, that she
21 didn't have all night, one of the two,
22 and that basically half that stuff needed
23 to get back up and the other half we
24 better hurry up and get it done and get

**145**

1  it over with.
2     Q.  Why did you have to hurry
3  up?
4     A.  I will be honest with you, I
5  don't know.
6     Q.  Was the store about to
7  close?
8     A.  No, it was probably about
9  quarter after -- I'm not going to say
10 times because I will just be guessing.
11 It was early afternoon, could be 4:00 or
12 5:00.
13     Q.  Was the store about to close
14 at that point in time?
15     A.  No, sir. The store doesn't
16 close until 10:00.
17     Q.  Okay. So was it your
18 understanding that she didn't want ten
19 pallets sitting out there in the aisles?
20     A.  That could have been it.
21 Not to speak for her, but the pallets
22 were out of the way, out of the
23 customer's way, so in no shape or form
24 were the pallets going to injure anyone

37 (Pages 142 to 145)

**Page 146**

1  or affect anyone shopping, and that was
2  what I was trying to explain to her, but
3  she didn't want to hear me out. It was
4  cut throat, get half of it up, whatever
5  is left on the floor, get it up, done and
6  over with quick.
7     Q. Was this other employee Mike
8  there when this happened?
9     A. Yes.
10    Q. Did he say anything to you
11 about it?
12    A. He says -- I don't remember
13 what he said verbatim, but he was just
14 shocked. He goes, I don't like to -- I'm
15 not going to say what he said verbatim,
16 but he said something like, you know,
17 Jesus, whatever. I'm not going to say
18 that, but he said she treats you like an
19 adopted stepchild.
20    And I said, yeah, I know.
21    And he had called Joe
22 Stackhouse from his phone, because he was
23 upset just as much as I was, so upset
24 that we had to put everything we had

**Page 147**

1  down, half of it had to go back up, so he
2  had called Joe Stackhouse and Stackhouse
3  called Yvette to figure out what's going
4  on, and basically he just made a -- Joe
5  never told me exactly what she said about
6  me, but he basically -- whatever she had
7  told him, it basically was negative
8  remarks about me.
9     And then Joe had called Mike
10 back up and then Mike gave me his phone,
11 and I spoke to him on the phone right
12 after he spoke with Yvette, and he says,
13 what's going on, you know, she is saying
14 all these things about you, you know, I
15 can't understand it, you know, this is --
16 you know, I didn't hear anything about
17 your other stores, but the Dover store is
18 the only one I hear about. You live in
19 Dover. Dover should be your best store
20 and it's not. I can't understand what's
21 going on, this and that.
22    But Mike had vouched for me,
23 so it did help me out as far as Joe not
24 being too hard on me, and, uhm, he just

**Page 148**

1  said, you know, just do whatever you can,
2  but at that point I felt like -- I don't
3  know if Joe, uhm, you know, made his
4  opinions about me that day or whatever,
5  but he can -- he's an adult, but she said
6  something negative about me that caused
7  him to say what he said.
8     Q. How do you know that she had
9  said something negative about you?
10    A. Because he said, well, she
11 said these things about you, about this,
12 this and that. I don't remember
13 verbatim.
14    One of them was like that,
15 uhm, I had stuff where it wasn't supposed
16 to be. I guess she was referring to when
17 I had the items in the seasonal
18 department, when I had asked the outside
19 department manager -- probably one of
20 those examples where I didn't ask Yvette
21 or Debbie, can I put this here, and I
22 asked another outside manager to put it
23 there. So she probably brought -- she
24 probably said -- I don't know what they

**Page 149**

1  said, but I'm assuming it would -- that
2  it would be something to that effect.
3  And based on that, that's why he said,
4  you know, well, she said these negative
5  things about you. Like I said, again,
6  I'm assuming that was like one of the
7  things.
8     Q. Is that what he said to you,
9  he said she said negative things about
10 you?
11    A. Yes, sir.
12    Q. He didn't give you any other
13 details?
14    A. No details.
15    Q. Okay. These pallets that
16 you had lifted down, these ten pallets,
17 were they where they were supposed to be?
18    A. The way I will answer that,
19 the -- I'm not going to say the
20 pallets -- the pallets were all mixed up.
21 I'm not going to say like if I had the
22 pallet like here, wherever this pallet
23 was, I'm not saying this goes on that
24 shelf. It's a big aisle, so the pallets