WILLIAM HANSON,

**Page 150**

1  of product were to go in that aisle, but
2  those pallets were not exactly adjacent
3  to the shelf where they go on.
4     Q.  Okay.
5     A.  They would have to be moved
6  around with the pallet jack, but they
7  were in the same aisle where it needed to
8  go.
9     Q.  Any other problems that you
10 had with the Lowe's Dover store when you
11 worked for Spectrum?
12    A.  No, sir, not at this time.
13 I can't think of anything else.
14    Q.  Was there an incident where
15 you remained in the store after it had
16 closed when you worked for Spectrum?
17    A.  Yes, sir.
18    Q.  What happened then?
19    A.  I don't remember the -- I
20 don't remember the full details, but one
21 thing I did not want to do was leave, I
22 guess you could say, a mess.
23        You know, I had -- I had a
24 shopping cart full of stuff that I just

**Page 151**

1  didn't want to throw in the overhead.
2  They closed at 10:00 and I know I would
3  have gotten it done in fifteen minutes,
4  and I didn't feel fifteen minutes was
5  going to be detrimental as far as their
6  store's operation.
7        I did ask a manager at the
8  time -- actually, I asked Linda, to be
9  honest with you, I asked Linda Myers.
10 She happened to be the manager on duty.
11 And she was upset -- I mean, she got
12 upset with the fact that I didn't get
13 done before 10:00, but I explained the
14 situation, and I said, Linda, I don't
15 want to leave the cart behind. I'm
16 trying to have a good name for myself.
17 It will only take ten or fifteen minutes,
18 but I want to get this on the shelf.
19        And she said -- I'm not
20 going to say she was happy. She just
21 said basic -- basically she gave me the
22 approval to be there after 10:00. She
23 said hurry up with it, and I said thanks.
24        But I did get done in a

**Page 152**

1  timely matter. I'm not going to say it
2  was fifteen or twenty minutes or
3  whatever, but it was a short period of
4  time that I did get it done and then I
5  was escorted out.
6     Q.  What do you mean "you were
7  escorted out"?
8     A.  I'm sorry. I -- escorted
9  out with the security. They have a -- I
10 guess like an ADT key pad basically just
11 making sure that -- because, you know,
12 they have security making sure that
13 nobody steals anything, so they basically
14 check everything, make sure nothing has
15 been taken and -- and to open the door
16 and immediately lock it and then have the
17 security alarm on for the night stocking
18 girl.
19    Q.  And who escorted you out?
20    A.  Linda Myers.
21    Q.  Okay. Did you set off the
22 alarm?
23    A.  No, sir.
24    Q.  Did you ever -- were you

**Page 153**

1  ever in the store where you set off the
2  alarm in Dover?
3     A.  As an employee or vendor?
4     Q.  Either one.
5     A.  I don't think so.
6     Q.  Okay. Now, why was it that
7  you were not able to get that product put
8  back or get the area cleaned up before
9  10:00?
10    A.  Customers.
11    Q.  You were always servicing
12 customers?
13    A.  Not always, but if a -- if a
14 customer did ask me a question, it's hard
15 for me to blow them off. I would not --
16 I wouldn't initiate going to the
17 customer, but if the customer did come to
18 me, I would answer any questions that
19 they had.
20    Q.  And that kept you from
21 getting your work done that night?
22    A.  On that particular night, it
23 did.
24    Q.  Did you spend any time

**Page 154**

1  talking to the Lowe's employees while you
2  were there?
3      A.  Yes, sir.
4      Q.  How much time did you spend
5  talking to the Lowe's employees while you
6  were there?
7      A.  It would be brief, probably
8  a couple of minutes, just asking them if
9  they needed anything done as far as
10 product placement.
11     Q.  Anything else you talked to
12 the Lowe's employees about when you were
13 there?
14     A.  I mean, of course we all
15 talk. There would be a couple of
16 times -- uhm, we all take breaks and go
17 to the breakroom, and then in the
18 breakroom we would just talk about, you
19 know, just various things going on in the
20 news.
21     Q.  Okay. Why did you leave
22 Spectrum?
23     A.  Laid off.
24     Q.  When was that?

**Page 155**

1      A.  It was, uhm -- I believe it
2  was like the end of October of 2003.
3         No. Was it? September.
4  September of 2003.
5         MR. LEAHY: We can go off
6  the record.
7         - - -
8         (Whereupon, there was a
9  discussion held off the record at
10 this time.)
11        - - -
12        (Whereupon, there was a
13 luncheon recess held at this time,
14 12:37 to 1:31 p.m.)
15        - - -
16 BY MR. LEAHY:
17     Q.  Mr. Hanson, when we left
18 off, we were talking about your
19 employment with Spectrum, and I think you
20 said that you left there because you were
21 laid off?
22     A.  Yes, sir.
23     Q.  Did somebody replace you
24 then covering the Dover store for Lowe's?

**Page 156**

1      A.  No, sir.
2      Q.  Okay. What did you do after
3  you were laid off from Spectrum?
4      A.  I went to Ideal
5  Merchandising.
6      Q.  How soon after you left
7  Spectrum did you go to Ideal?
8      A.  One month.
9      Q.  Do you remember when that
10 was?
11     A.  I don't remember the date,
12 but it was in October of 2003.
13     Q.  Okay. How did you find out
14 about a job at Ideal?
15     A.  That's an interesting
16 question. Uhm, actually, you would think
17 that I would have found out, uhm, through
18 word of mouth, but, uhm, actually, it was
19 advertised on NARMS dot com.
20     Q.  NARMS?
21     A.  NARMS.
22     Q.  NARMS?
23     A.  NARMS, it's a search engine
24 for vendor management. Actually, all

**Page 157**

1  they do is place workers for vending
2  jobs, whether it be vending at a retail
3  store, wholesale store, and they had an
4  opening, and I put posted my resume on
5  NARMS.
6      Q.  Is it N-a-r-m-s?
7      A.  N-a-r-m-s.
8      Q.  Then what did you do to
9  apply, you posted it on the Internet?
10     A.  Yes, sir.
11     Q.  Then did somebody contact
12 you from Ideal?
13     A.  Jeremy Leaman.
14     Q.  What did he say to you? Did
15 he contact you by phone?
16     A.  Yes, sir.
17     Q.  What did he tell you?
18     A.  He said that they had an
19 opening in the Dover and Middletown
20 position, and if I was interested, to
21 meet him in Middletown to go over what
22 the job would entail.
23     Q.  Did you know before then
24 that the job would entail being in a

**158**

1  Lowe's store?
2     A.  Yes, sir.
3     Q.  How did you know that?
4     A.  He said that.
5     Q.  Okay. When he contacted
6  you, he told you that it would involve
7  vending in a Lowe's store?
8     A.  Yes, sir.
9     Q.  And he said it would be the
10 Dover and Middletown stores?
11    A.  Yes, sir.
12    Q.  Okay. And he said meet me
13 at Middletown?
14    A.  Yes.
15    Q.  Did you meet him there?
16    A.  Yes.
17    Q.  What happened there?
18    A.  I met him in Middletown at
19 -- and he just basically walked me
20 through what I would do.
21        Ideal Merchandising
22 consisted of two departments, a plumbing
23 and an electrical department, and he was
24 very informative. He walked me over each

**159**

1  aisle on what I would exactly be doing
2  with Ideal Merchandising. He did
3  plumbing and electrical.
4         And I was surprised, he
5  expedited everything that day. He said
6  if I was interested that, uhm, I could
7  start, I think he said, like next week or
8  something like that. I might have
9  started the next week, but he pretty much
10 said I could start at the time that he
11 had offered and so I took that offer.
12    Q.  So he offered you the job on
13 that same day?
14    A.  Yes, sir.
15    Q.  And you accepted it that
16 same day?
17    A.  Yes, sir.
18    Q.  What was the title of your
19 position there?
20    A.  Merchandiser.
21    Q.  Who did you report to?
22    A.  Jeremy Leaman.
23    Q.  Did you report to him for
24 the entire time that you worked for

**160**

1  Ideal?
2     A.  Yes, sir. On a footnote, we
3  would have Ideal Merchandising -- like
4  when I did work, whether I would be --
5  like one day I would do plumbing, one day
6  electrical, I would have that department
7  manager sign off, not necessarily
8  reporting to him or her, per se, but they
9  would sign off on my PDA or paperwork.
10    Q.  I'm sorry, what was the
11 first term you used?
12    A.  PDA.
13    Q.  What does that stand for?
14    A.  That's a -- a -- wow, that's
15 a --
16        MS. CLEMONS: Personal
17 digital assistant.
18        THE WITNESS: Thank you. I
19 couldn't even think. Thank you.
20 That's what it is.
21 BY MR. LEAHY:
22    Q.  Personal digital assistant?
23    A.  Yes, sir.
24    Q.  So if you worked in the

**161**

1  plumbing department, the plumbing
2  department manager would sign off on your
3  digital assistant to indicate that you
4  had worked there for the day?
5     A.  Yes, sir.
6     Q.  And the same with the
7  electrical?
8     A.  Yes, sir.
9     Q.  Okay. And by plumbing
10 department manager and electrical
11 department manager, you mean the Lowe's
12 employee?
13    A.  Yes, sir.
14    Q.  Okay.
15    A.  But, again, on the footnote,
16 they did not give me any directives on
17 what I had to do because I strictly
18 reported with Jeremy Leaman. He gave
19 me -- on the PDA there would be
20 activities on what I would have to do and
21 on the paperwork there would be
22 activities on what I would have to do, so
23 I had work assigned to him, therefore, I
24 reported to him, and he would expect a

**Page 162**

1  call on a daily basis, like wanting to
2  know what was going on and stuff.
3  Q. Okay. So what were your
4  responsibilities as merchandiser?
5  A. I loved it, actually, even
6  though it was -- it wasn't the glorified
7  role I had before as market sales
8  manager, I loved what I did because I did
9  what the Lowe's employees wouldn't do or
10 too often. I would be responsible for
11 marketing, which is basically -- I had
12 everything.
13         Any type of display, I was
14 responsible to make sure the display was
15 clean, was colorful, was, you know --
16 just basically sold the merchandise. I
17 was also responsible for the beams to be
18 painted the Lowe's color, which is like a
19 -- well, the beam color is a certain kind
20 of gray. There's different gray
21 schematics, but it was the Lowe's color
22 gray, so I was responsible to make sure
23 that the beams were flush gray.
24 Q. What do you mean by "beams"?

**Page 163**

1  A. Beams are the beams that
2  hold the product -- I shouldn't say that,
3  actually, the overlay, which is like the
4  wood that goes -- the wood that's
5  underneath the product. These beams hold
6  the -- they are like part of the shelf
7  unit. These beams hold the wooden slab
8  that holds the product, so they're
9  support units.
10 Q. Okay.
11 A. So all I did was basically
12 make a lot of bench stickers, small
13 stickers, beam stickers, a little bit
14 bigger stickers where the price is. As
15 part of my job, it was to make sure the
16 prices were accurate, make sure the
17 stickers were flush and they were not
18 torn off or scratched, that everything
19 was where it was supposed to be, product
20 was supposed to be where that item number
21 was.
22         And, uhm, to go along with
23 that, the whole schematics of that bay
24 was my overseeing, making sure, like I

**Page 164**

1  said, the display was perfect, making
2  sure the brochures was fully stocked with
3  brochures, the beam was a Lowe's color
4  gray, nice color, the stickers were brand
5  new. I also had to do the stocking, too,
6  to make sure everything was brought down
7  in order.
8          I liked doing it, to be
9  honest with you.
10 Q. Were there specific products
11 that were responsible for working for
12 Ideal?
13 A. Yeah, I oversee like
14 electrical and GE and Buss -- like GE,
15 the brand, Buss, B-u-s-s, the brand,
16 dealing with the fuses and the electrical
17 plumbing, American Valve, uhm, and all
18 the PVC pipes, pretty much everything --
19 all the small components pretty much in
20 plumbing. Quest, the copper, black iron.
21 I mean, I did everything. I did a lot of
22 the smaller units in plumbing and
23 electrical.
24 Q. Okay. And which stores did

**Page 165**

1  you work in?
2  A. Middletown and Dover.
3  Q. Just those two?
4  A. Yes, sir.
5  Q. How often would you be at
6  each store?
7  A. The way my -- my district
8  manager, Jeremy Leaman, had it set up,
9  two days in Middletown, two days in
10 Dover.
11 Q. Okay. And then what would
12 you do the next day, just continue to
13 rotate?
14 A. Actually, it was kind of
15 weird. Monday and Tuesday would be
16 Middletown, Wednesday I would have off,
17 Thursday and Friday I would have Dover.
18 Q. Okay.
19 A. Weekends off.
20 Q. Okay. So you worked four
21 days a week?
22 A. Yes, sir.
23 Q. How many hours a day did you
24 work?

WILLIAM HANSON,

**166**

1  A. Ten hours a day.
2  Q. And how much were you paid?
3  A. $12 an hour.
4  Q. And when you went to each
5  store, did you have it like one day you
6  would do plumbing, one day you would do
7  electrical?
8  A. Yes, sir.
9  Q. Which day would you do
10 plumbing and which electrical?
11 A. They let -- Jeremy Leaman
12 was great about that. He let me --
13 wouldn't be assigned, hey, plumbing is
14 Monday, electrical is Tuesday. It's what
15 needed the most work. So Monday I
16 would -- I still had to give equal
17 treatment, but I could be flexible with
18 what day I did plumbing or electrical.
19 Q. Okay. Okay. Then -- and I
20 think you said that you had to check in
21 with Jeremy Leaman?
22 A. Yes, sir.
23 Q. How often did you check in
24 with him?

**167**

1  A. Daily.
2  Q. How would you check in?
3  A. Uhm, he would either call me
4  or I would call him just to let him know
5  what's going on. We had direct lines of
6  communication through PDA and fax. I
7  would have to fax him paperwork every
8  night, but he expected communications as
9  far as, you know, knowing what I did, who
10 I spoke with and everything like that.
11 Q. What would you -- what kinds
12 of things would you tell him?
13 A. I would just tell him, you
14 know, good things and bad things. I
15 would tell him a lot of stuff needs to be
16 ordered and, you know, I don't know if I
17 could spend so much time in electrical
18 because plumbing needs a lot of PVC they
19 are missing in inventory, and even though
20 we looked for them, can't find them, have
21 to order them, so I'd just let him know
22 what's going on as far as that goes, as
23 far as, you know, the consistency of what
24 was going on.

**168**

1  Q. Did you ever have to meet
2  with Mr. Leaman in person?
3  A. That's the unusual part.
4  Uhm, through my 90-day tenure with Ideal,
5  I have only met him like three times,
6  maybe four, but it -- basically like once
7  a month.
8  Q. Now, give me an idea of how
9  things would work. You would go in, say,
10 to the Dover store, and you would look to
11 plumbing and decide you had to work for
12 plumbing for the day, for example?
13 A. Yes, sir.
14 Q. What if you needed products,
15 how would you handle that?
16 A. Oh, I would -- if I needed
17 products, there are two ways to look at
18 it. If I had the product, I would get
19 the product down myself with the ladder.
20 If I know that the store -- if that
21 product wasn't there, then I will go to
22 the department manager and ask because I
23 couldn't order it, so I would give the
24 manager our cycle count sheet and they

**169**

1  would -- the sheet on what he needed to
2  order.
3  Q. The cycle count sheet?
4  A. Yes, sir.
5  Q. And then the manager would
6  order the product?
7  A. Yes, sir.
8  Q. Okay. When you went into
9  the Lowe's store, would you have to check
10 in with anybody at the store and let them
11 know you were there?
12 A. No, sir.
13 Q. At what point would you have
14 the department manager indicate on your
15 PDA that you had worked for them for the
16 day or worked in that department for the
17 day?
18 A. Yes, sir. The way it worked
19 is that, uhm, we have a -- Ideal
20 Merchandising has bar codes on -- in the
21 department where they have their desks
22 because the electrical plum -- well, they
23 have their own desk and there would be a
24 specific Ideal Merchandising bar code on

43 (Pages 166 to 169)

Page 170

1  the side of the monitor usually where we
2  used that PDA and we'd connect a scanning
3  device. We scan in. That's our way of
4  checking in.
5      Q.  Okay.
6      A.  We scan out. That's our way
7  of checking out, but it's defaulted, and
8  it won't let us check out unless we have
9  a signature on the PDA.
10     Q.  Okay. So you would -- when
11 you would check in, you would scan in --
12     A.  Yes, sir.
13     Q.  -- to indicate that you were
14 there?
15         And did you check in with
16 anybody at Lowe's?
17     A.  I mean, Ideal
18 Merchandising's procurement is checking
19 in by signing in.
20     Q.  And that's the scanning in
21 that you have just described for me?
22     A.  Yes.
23     Q.  Okay.
24     A.  There's no procurement. If

Page 171

1  you ask Jeremy, it is not like I have to
2  report to somebody. I want to report to
3  Jeremy himself. If I saw a department
4  manager, I would acknowledge the
5  department manager and say hi, this is my
6  activities for the day, you know, today,
7  and, uhm, you know, I might check in with
8  you later to order something. I will
9  keep it short and brief.
10         So if I did see the
11 department manager, I would acknowledge
12 him or her, tell them that I am there,
13 but for the most part, I was working on
14 my own, and to work on my own and do the
15 tasks that I was assigned to, and then
16 when I am done, to get with the
17 department manager to order product, or
18 if I had damaged product, go to the RTM
19 department and have that returned and
20 credited.
21         And that's the only --
22 really, that's the only communication
23 that I would have with the Lowe's
24 employee with Ideal Merchandising. Other

Page 172

1  than that, we are not micromanaged, we
2  get to work by ourselves and basically do
3  the job that we were assigned to do.
4      Q.  And it would take you ten
5  hours in one shift to do that job in a
6  store in one department?
7      A.  Yes, sir. I was -- I mean,
8  it's -- I mean, I enjoyed it, but it was
9  ten long hours because all our components
10 were small, and when you're dealing with
11 -- it's like a needle in a haystack. I
12 mean, you try your best to find something
13 that's not there, but the computer shows
14 that it's there, but you want to do it
15 anyway before you just have the
16 department manager cycle it out because
17 if they cycle it out, they are losing
18 money, because it says we have a hundred
19 of the small half-inch PVC, and if it's a
20 hundred and we can't find it, they cycled
21 that out, which means they lose money for
22 that and you have to order more and spend
23 more money.
24     Q.  What do you mean "they cycle

Page 173

1  it out"?
2      A.  It means they clear it out
3  the system, because they will -- Lowe's
4  automatically has a Genesis system where
5  they automatically replenish and reorder
6  their goods by -- if it gets down to a
7  certain amount, it automatically orders,
8  but if it stays in the system, like the
9  half-inch PVC, if it is still showing a
10 hundred but it's never on the shelf, then
11 it's never going to be ordered because
12 it's still showing a hundred.
13         So my job is to make sure,
14 hey, I looked for it everywhere, I can't
15 find it, so this needs to be cycled out.
16 So they will flush it out, it won't show
17 a hundred, it will show it to zero, and
18 they will probably place an order for a
19 hundred and then they place it in the box
20 and put it on the shelf.
21     Q.  And, again, you wouldn't
22 order the products yourself?
23     A.  I couldn't. I would have to
24 pass it on to the department manager.

174

1  Q. Did you work for any other
2  place other than Lowe's stores?
3  A. No, sir.
4  Q. Other than Ideal?
5  A. No, sir.
6  Q. It was only these two Lowe's
7  stores?
8  A. Yes, sir.
9  Q. Did you have to wear a
10 uniform?
11 A. Yes, sir.
12 Q. What kind of a uniform?
13 A. Just a Lowe's vendor vest.
14 Q. Is that similar to the vest
15 you wore when you worked for Spectrum?
16 A. Yes.
17 Q. And is it different from
18 what a Lowe's employee wears?
19 A. Yes.
20 Q. How is it different?
21 A. The color. Lowe's employees
22 have a red-colored vest; vendors have a
23 gray-colored vest with blue trim.
24 Q. How did you get the vest

175

1  when you worked for Spectrum?
2  A. Jeremy Leaman gave me -- he
3  had a whole trunk full. He gave me a
4  couple of them.
5  Q. When you worked for
6  Spectrum?
7  A. Oh, I'm sorry.
8     For Spectrum, I was given
9  one -- I was given the vendor vest by a
10 store manager, assistant store manager in
11 Wilmington and Ideal Merchandising, as
12 Jeremy Leaman gave me a couple.
13 Q. Okay.
14    - - -
15    (Whereupon, Exhibit 2 was
16    marked for identification.)
17    - - -
18 BY MR. LEAHY:
19 Q. Mr. Hanson, I'm now showing
20 you a document that we have marked as
21 Exhibit 2, which is the job description
22 for the position of merchandiser at
23 Ideal.
24    Have you ever seen this

176

1  document before?
2  A. I may have seen something
3  comparable, but I can't really say I have
4  seen this exact same document.
5  Q. Why don't we go through it a
6  little bit, and you just tell me if this
7  sounds like what you did. Okay?
8  A. Yes, sir.
9  Q. In the top part it says job
10 summary, works with a team or as an
11 individual to maintain the product in the
12 store location to provide basic service
13 to the rough plumbing and electrical
14 departments in all Lowe's stores at a
15 rate of 20 hours per week in each
16 assigned store.
17    Is that what you did?
18 A. Yes, sir.
19 Q. Okay. And it says, as a
20 merchandiser working in the store during
21 operating hours, you will be projecting
22 the image of the product, the company you
23 are working for, and the store.
24    Did you understand that that

177

1  was part of your job?
2  A. Yes, sir.
3  Q. Okay. Do you see there it
4  says, essential duties and
5  responsibilities, and could you just look
6  down through those and tell me if those
7  were all things that you had to do in
8  your employment for Ideal?
9  A. Yes, sir, that's all
10 correct, sir.
11 Q. So you did all of those
12 things?
13 A. Yes, sir.
14 Q. Did you do anything that
15 isn't listed there?
16 A. Yes.
17 Q. What did you do that isn't
18 listed there?
19 A. Uhm, I don't see it in here,
20 but damaged goods, I returned it to the
21 RTM clerk, which means -- I don't --
22 unless it's in there in different
23 writing. I don't see it, any damaged
24 goods I would return to the RTM clerk and

Page 178

1  issue them a credit and they wouldn't be
2  held at fault or charged with the damaged
3  good, and they would get money back into
4  their computer or money back into their
5  system.
6      Q.  Okay. Anything else that
7  you did that isn't listed there?
8      A.  Let me see. I can't think
9  of anything else.
10     Q.  Okay. Look down at the
11 bottom, and do you see job
12 specifications?
13     A.  Yes, sir.
14     Q.  Do you see where it says
15 skills?
16     A.  Yes, sir.
17     Q.  Do you see the last sentence
18 there? It says, a merchandiser must be
19 able to interact with store personnel and
20 customers in a professional and courteous
21 manner.
22     A.  Yes, sir.
23     Q.  Did you understand that that
24 was part of your job for Ideal?

Page 179

1      A.  Yes, sir.
2      Q.  Okay. Now, just so I'm
3  clear on it, how is what you did for
4  Ideal different from what you did as a
5  Lowe's employee?
6      A.  It was more specialized. As
7  a Lowe's employee, uhm, the focus is more
8  worrying about the customer, customer
9  satisfaction. Yes, you're dealing with
10 product, uhm, placement and everything
11 like that, but it's really about a
12 customer, assisting their needs,
13 answering all their questions, going
14 above and beyond.
15          In some cases at Lowe's --
16 hardwood flooring, for example, back to
17 flooring, because Lowe's is -- always has
18 -- especially this store in Dover has a
19 high turnover and is understaffed, so
20 there are times when on a slow weekday,
21 it would have to be slow, not only would
22 I sell this person like for -- we had
23 Armstrong laminated flooring. I would
24 have customers buy by the pallet. Not

Page 180

1  only would I sell them that laminated
2  flooring, but I took it to the register,
3  I rang them up, I was the cashier who
4  rang them up, so I was the salesperson,
5  cashier and the loader. So I also took
6  it outside and I loaded it into their
7  car, so I did like three in one, like
8  multitasking.
9           And now being a
10 merchandiser, when I said before it's
11 more specialized, yes, you are to help
12 out the customer, but the way they train
13 us is, you know, if the customer asked
14 you a question, answer that question and
15 go -- and try to help -- help them
16 with -- find whatever they needed to
17 find, or if they have a question, just
18 answer the question.
19          If you can't answer it, get
20 someone that can, but the main focus is
21 pretty much, more or less, product
22 placement, making sure inventory is where
23 it's supposed to be, it's accurate, the
24 -- the pricing, they say POP, which is

Page 181

1  the displays and the literature,
2  everything where it's supposed to be.
3           Because when you have rough
4  plumbing or -- and electrical, I mean,
5  that's two departments that consists of a
6  dozen aisles, and the aisles in Lowe's
7  are long, so that's why you could do 40
8  hours in two departments, or as you said
9  before, ten hours and in one department.
10          Yes, you can do it, but it
11 makes for a long day because you spend a
12 lot more time counting. Yes, yes, you
13 deal with customers, you interact with
14 Lowe's employees, but a majority of the
15 time is it's specifically just doing the
16 inventory with Ideal Merchandising.
17     Q.  Okay. Now, beyond what's
18 listed here on your job description, were
19 there other rules that you had to follow
20 when you worked in a Lowe's store?
21     A.  Uhm, such as?
22     Q.  Well, did you understand
23 that you had to -- did anybody tell you
24 that you had to abide by Lowe's policies

**182**

1  while you were in the store?
2      A.  No, sir.
3      Q.  Okay. Did you understand
4  that, for example, you were not allowed
5  to sexually harass people in the store?
6      A.  Yes. Yes, sir.
7      Q.  How do you understand that?
8      A.  I mean, it's probably the
9  wrong thing to say, but it's just common
10  sense, probably not the politically
11  correct thing to say, but -- plus, I had
12  worked at Lowe's, so there's a lot of
13  things that I knew about Lowe's coming
14  into this job, which could have been the
15  reason why Jeremy Leaman didn't emphasize
16  about the Lowe's structure, because he
17  knew I had a Lowe's background.
18      Q.  Okay. So you understood
19  that at least there were some things that
20  you could not do when you worked in the
21  Lowe's store?
22      A.  Yes, sir.
23      Q.  Can you think of anything
24  offhand? I mentioned sexual harassment

**183**

1  and that was off the top of my head.
2  Anything else offhand that you can think
3  of?
4      A.  Obviously, the no-brainer is
5  stealing, fighting. I hate to say those
6  kinds of things, and it's kind of silly,
7  but off the top of my head, that's what
8  stands out.
9      Q.  Those are things you knew
10  you couldn't do in the Lowe's store?
11      A.  You couldn't do, yes, sir.
12      Q.  Okay. You said that you
13  worked a ten-hour day --
14      A.  Yes, sir.
15      Q.  -- when you worked for
16  Ideal?
17          What were the hours that you
18  worked?
19      A.  They -- Jeremy Leaman had
20  stated that usually -- like to be at the
21  job at least by 9:00 and you could work
22  until 7:00, sometimes 8:00 to 5:00. He
23  was real flexible, as long as I did a
24  ten-hour.

**184**

1      Q.  Would you take a break for
2  lunch?
3      A.  Yes, sir.
4      Q.  Would you get paid for that?
5      A.  No, sir.
6      Q.  Okay. How did you spend
7  your time during that typical shift
8  working for Ideal?
9      A.  Just like any day?
10      Q.  Yes.
11      A.  I will just throw out Dover
12  as an example. On Friday -- Thursday and
13  Friday would be my Lowe's and Dover days
14  and Dover was a lot worse than
15  Middletown -- well, Middletown -- well,
16  main reason is Middletown is a new store,
17  Dover is not. Well, it's new, but five
18  years ago old. Middletown is a couple.
19          But, I mean, both plumbing
20  and electrical, they are just terrible.
21  I mean --
22      Q.  What do you mean by
23  "terrible"?
24      A.  Just no organization, boxes

**185**

1  all over the place, overhead not
2  consistent with what's below as far as
3  the product, you know, in the bays. I
4  mean, I would have like overhead that's
5  in electrical and that's overhead for
6  lawn and garden, so just -- and a lot of
7  the stuff had to deal with getting a
8  forklift. It would be great if I could
9  work in the evening, night shift, and
10  have a forklift driver move things
11  around, but they wouldn't let me do that,
12  but the whole -- that was -- that was
13  just a tough -- I mean, it was actually
14  worse than when I was a vendor doing the
15  inside/outside garden at the Lowe's in
16  Dover. This was a lot worse. So, I
17  mean, it was a challenge and an obstacle.
18          So my typical day at Lowe's
19  in Dover was overhead. I worked from,
20  you know, top to bottom just making sure
21  overhead was where it's supposed to be,
22  and then there would be display racks
23  where you could open the doors and there
24  would be product in there, so try and

**Page 186**

1  make sure that's where it's supposed to
2  be, and I worked my way down to the bays,
3  and that's when I would go into inventory
4  and make sure everything is supposed to
5  be where it's supposed to be at, and if
6  not, then I would move it back in the
7  appropriate location.
8      Q.  During this time that you
9  were doing all this, would you spend time
10 talking to the Lowe's employees?
11     A.  I would spend time talking
12 to them, but it was pertaining to where I
13 could find such and such. Like, for
14 example, I would have a box -- let's say
15 rough components of fuses, I would hold
16 it in my hand and ask them this is what I
17 have, here's the SKU, nothing, and the
18 computer is showing you have X amount.
19     Have you seen this? Do you
20 know if it's in overhead here? Do you
21 know if it is in the overhead there? It
22 would be strictly -- you know, of course
23 there will be times when you talk about
24 non-work-related stuff, but for the most

**Page 187**

1  part, everything I talked about was
2  work-related stuff, trying to find out
3  where -- you know, if they have seen it,
4  if they haven't seen it, you know, and
5  where does it go if there's no home for
6  it, because I didn't have a planogram for
7  every day.
8      Q.  What is a planogram?
9      A.  It's a schematic on where
10 the product is supposed to go. Product
11 is supposed to go -- they have three --
12 you have a bay here, the third shelf,
13 second and first shelf. They will have
14 SKU numbers that this goes on the first
15 shelf and this goes on the second shelf.
16     Q.  What are those numbers?
17     A.  SKU numbers.
18     Q.  What's that?
19     A.  Acronym. I'm sorry, I have
20 no idea.
21     Q.  S-K-U?
22     A.  S-K-U, and I would talk to
23 him on this and I think they could
24 provide me with that.

**Page 188**

1      Q.  Did you ever talk to Lowe's
2  employees about personal things?
3      A.  Yeah, we all do.
4      Q.  Okay. What kinds of things?
5      A.  Again, most of it would be
6  in the breakroom, so it was an
7  appropriate environment, and it just
8  would be regular stuff, like, uhm, the
9  game. I can't remember -- this is --
10 this goes back two years ago, but I know
11 we talked about the football game and
12 basketball games, so just regular stuff.
13     Q.  Did you have Lowe's
14 employees in the Dover store that you
15 were friendly with?
16     A.  There was Dover -- there was
17 people in the Lowe's store that I talked
18 to more than others.
19     Q.  Were they ones that you were
20 friendly with?
21     A.  They were ones that had a
22 rapport -- relationship with from what I
23 worked at Lowe's, like Larry Reed, the
24 department manager in paint.

**Page 189**

1      Q.  Who else besides him?
2      A.  Probably Jay, but, uhm, he
3  didn't -- he -- he didn't really get to
4  stay there that long when I got there.
5      Q.  He left pretty soon after
6  you got there?
7      A.  Yes, sir.
8      Q.  Anybody else?
9      A.  Thelma.
10     Q.  Anybody else you were
11 friendly with?
12     A.  That's about it.
13         - - -
14     (Whereupon, Exhibit 3 was
15     marked for identification.)
16         - - -
17 BY MR. LEAHY:
18     Q.  Mr. Hanson, I'm showing you
19 now what we have marked as Exhibit 3 and
20 it's a copy of your complaint in this
21 case.
22         Have you seen this document
23 before?
24     A.  Yes, sir.

190

1  Q. Okay. I would like to go
2  through some of the things that you have
3  in here. Okay?
4  A. Yes.
5  Q. The first thing I would like
6  you to do is turn to the second page.
7  Look at paragraph 10.
8  A. (Witness complies with
9  request.)
10  Q. Paragraph 10 says, plaintiff
11  is an Asian American male whose national
12  origin is partially Korean.
13  A. Yes, sir.
14  Q. So that's your national
15  origin?
16  A. Yes, sir.
17  Q. What do you mean by
18  "partially Korean"?
19  A. I'm half Korean.
20  Q. Half Korean?
21  A. On my mom's side.
22  Q. Is your mother Korean?
23  A. Yes, sir.
24  Q. And your father is not?

191

1  A. Correct.
2  Q. What is your father's
3  national origin?
4  A. Caucasian.
5  Q. Did you ever tell anybody at
6  Lowe's that that was your national
7  origin?
8  A. I can't -- off the top of my
9  head, I don't remember actually saying,
10  hey, I'm half Korean, but I do know if
11  people will ask me, I will tell them that
12  I am half Korean. I don't have nothing
13  to hide.
14  Q. Do you know if anybody at
15  Lowe's ever asked you what your national
16  origin or your race was?
17  A. Oh, if they did, I'm not
18  going to remember at this time.
19  Q. You don't remember?
20  A. I don't -- correct, I don't
21  remember.
22  Q. Okay. I just wanted to be
23  clear that you were not refusing to
24  remember for me, you just don't remember?

192

1  A. Right, I don't remember.
2  Q. Okay. Take a look at
3  paragraph 12, and paragraph 12 says, at
4  all times relevant to this complaint,
5  plaintiff was qualified for his job
6  position and satisfactorily performed all
7  duties of his position.
8  A. Yes, sir.
9  Q. Is that correct?
10  A. That's correct.
11  Q. And that's while you worked
12  for Ideal?
13  A. Yes, sir.
14  Q. Did anybody ever tell you
15  that you had done something incorrectly
16  when you worked for Ideal?
17  A. Coming from an Ideal
18  personnel or Lowe's? Personnel.
19  Q. Ideal personnel first.
20  A. When I, uhm, called
21  corporate on Yvette.
22  Q. Okay. Tell me about that.
23  A. Uhm, I was -- I was at the
24  computer and I was doing cycle counts

193

1  because that's how I find out -- that's
2  how I find out about inventory is by
3  actually using the Lowe's computer.
4  Then Yvette goes by and she
5  goes, you want to do any work today, boy?
6  I didn't know who it was, but I --
7  electrical has a desk that's kind of
8  hidden. I mean, it's kind of like
9  recessed, and the light fixtures were --
10  I mean, you wouldn't even know it's a
11  desk, but there's a -- there's the
12  divider where it is a desk.
13  And then I looked back and
14  she was walking towards customer service
15  and she turns around and says, yeah,
16  that's right, I'm talking to you, boy.
17  So, I mean, I knew that, I
18  mean -- I mean, I had problems with her,
19  but -- but that broke the straw on the
20  camel's back, so I called corporate on
21  her.
22  Q. Who is corporate?
23  A. Lowe's corporate office out
24  of Chapel Hill, North Carolina, and I

**Page 194**

1  called and I told them exactly what had
2  transpired, that -- that was one of --
3  I'm talking about Ideal Merchandising,
4  not Spectrum or Lowe's. That was one of
5  like a half a dozen, if not more,
6  incidents that I had with her just with
7  Ideal, and keeping in mind, I'm new with
8  Ideal going through Lowe's.
9           And I just basically called
10 corporate to let them know that I felt I
11 was in a hostile work environment. I was
12 not comfortable. I'm getting -- you
13 know, Yvette is the store manager and she
14 is not very professional towards me. She
15 has demeaning remarks towards me and I'm
16 just very uncomfortable and this needs to
17 stop, something has to stop.
18          And whatever they
19 documented, it did get back to her.
20    Q.  Okay. Now, what I asked you
21 initially was, though, had anybody from
22 Ideal ever told you that you had done
23 something incorrectly --
24    A.  That's correct.

**Page 195**

1     Q.  -- during the time that you
2  worked there? Tell me how somebody told
3  you that you had done something
4  incorrectly.
5     A.  Well, Jeremy me called
6  because he heard it from Yvette, and he
7  had called me to say, did you call
8  corporate on Yvette?
9           And I said, yes, I did. I
10 can't take it no more.
11          He goes, well, you shouldn't
12 have done that. You should have called
13 me first and let me handle that.
14    Q.  Okay. What did you say?
15    A.  I said -- actually, uhm,
16 actually, it was like the day before I
17 called him to let him know that I had
18 called corporate. I guess he didn't make
19 a big deal out of it because that day he
20 didn't get a call from corporate or
21 Yvette, it was like the next day that he
22 called me back.
23          And I said, well, I told you
24 about it.

**Page 196**

1           Well, he said, yeah, I heard
2  it from Yvette. Next time you got to go
3  through me.
4           I'm like, is that really
5  necessary?
6           He said, yes, next time, and
7  he also said Yvette wants you to go and
8  apologize to her for that, and I said,
9  Jeremy, you know I can't do that. I'm
10 not going to make something like that up.
11 She called me boy twice and said it in a
12 demeaning way, and she is on the wrong.
13 You can take it like you want, but I'm
14 not going to go to the office and
15 apologize to her, and I am going to call
16 corporate again if it happens again.
17    Q.  So even though he had said
18 to go through him next time, you still
19 said you were going to call corporate
20 again?
21    A.  I said I'm going to have to
22 call corporate.
23    Q.  What did he say?
24    A.  He goes, well, the chain of

**Page 197**

1  command is through me. And I told -- I
2  said, well, what exactly are you going to
3  do? Are you going to call corporate?
4           He goes, no, I will take
5  that into my own hands, and I took that
6  as if he will just blow it off and not do
7  anything about it.
8     Q.  What did you say next?
9     A.  I didn't tell him that I
10 thought he was going to blow it away and
11 not do anything about it. I didn't tell
12 him. When he said it got to go through
13 him, I said if that's what got to be
14 done, so be it, but I don't see why I
15 shouldn't have to call corporate. That
16 was it.
17    Q.  Is that how the conversation
18 ended?
19    A.  I don't know if -- like what
20 I am telling you, I don't know if it's
21 verbatim, but it's exactly what happened.
22 He wanted me to go through him instead of
23 calling corporate, and I told him I
24 didn't feel as if I should have to not

**Page 198**

1 call corporate if this happens again, but
2 he made it clear that it needs to go
3 through him. And I said, well, are you
4 going to call corporate, and he says no,
5 he will handle it in-house with Ideal
6 Merchandising.
7     But I didn't say it to him.
8 What I thought was that he was going to
9 blow it off, but he made it clear -- what
10 you said at the end of it, he made it
11 clear that it's got to go through him.
12     Q. Did you tell him that you
13 understood that?
14     A. I just said yes, I -- well,
15 I just said okay.
16     Q. Okay. Any other times that
17 you were told that you had done something
18 incorrectly while you worked for Ideal?
19     A. That was it.
20     Q. Okay. How about by anybody
21 at Lowe's?
22     A. That goes back to -- as a
23 vendor at Lowe's, not as --
24     Q. As working for Ideal at

**Page 199**

1 Lowe's, because we are talking about
2 paragraph 12 of your complaint and how
3 you satisfactorily performed all the
4 duties of your job position.
5     Did anybody at Lowe's during
6 the time that you worked for Ideal tell
7 you that you were not performing
8 satisfactorily?
9     A. No, sir.
10    Q. Did anybody tell you that
11 you were doing things incorrectly from
12 Lowe's during that time period?
13    A. No, sir.
14    Q. Okay.
15    A. As a matter of fact, I was
16 appraised(sic) for my job.
17    Q. By whom?
18    A. All the electrical -- Lowe's
19 associates in the electrical department
20 and all the associates in the plumbing
21 department.
22    Q. Can you tell me who they
23 were? Start with the electrical.
24    A. Okay. A gentleman -- I

**Page 200**

1 don't know the last names. A gentleman
2 by the name of Eric.
3     Q. Okay. And --
4     A. And then the other
5 gentleman's name. I don't even know if
6 it's correct. It's either Dan or Don.
7     Q. Okay.
8     A. One of the two. I'm not
9 sure which one.
10    Q. They were both in
11 electrical?
12    A. They were both in
13 electrical.
14    Q. How about plumbing?
15    A. Jeff Ramirez and Steve
16 Fowler.
17    Q. And they were both in
18 plumbing?
19    A. Yes, sir.
20    Q. And how did they appraise
21 you for the job you had done?
22    A. They were benchmarking from
23 the last Ideal merchandiser, and they
24 were saying -- they were just using as

**Page 201**

1 the benchmark -- that I was representing
2 -- I was more representative of the
3 electrical and plumbing department than
4 the last Ideal merchandiser who was never
5 there or never did anything, and who, I
6 guess, took breaks and stuff like that.
7     Q. And you didn't take breaks?
8     A. I took breaks, but this guy
9 took consistent regular breaks.
10    Q. Take a look at paragraph 13.
11    A. (Witness complies with
12 request.)
13    Okay.
14    Q. October 6th, 2003, was that
15 when you started with Ideal?
16    A. Yes, sir.
17    Q. Is that your first day of
18 work for Ideal?
19    A. That looks to be correct.
20    Q. Did you go to the Dover
21 store on your first day of work for
22 Ideal?
23    A. As a matter of fact, I
24 believe that's correct, because

**Page 202**

1  Middletown was just to interview, so I
2  believe the Dover store was the first
3  day. You know what, as a matter of fact,
4  it was the first day.
5     Q. Okay.
6     A. So I remember -- I'm sorry.
7     Q. No, go ahead, tell me how
8  you remember.
9     A. Because I remember how it
10 had transpired.
11    Q. How was that?
12    A. The -- the -- the -- Yvette
13 and Linda, they didn't want me to work
14 there. I almost didn't get the job that
15 day.
16    Q. Tell me how you almost
17 didn't get the job that day.
18    A. Linda Myers -- I will make
19 it short. Linda Myers, my old department
20 manager at Lowe's, is still working
21 there. Yvette is still working there.
22 And she had saw me with Jeremy walking
23 around the electrical department.
24    Q. Is this on your first day?

**Page 203**

1     A. First day.
2     Q. Okay.
3     A. She knows Jeremy.
4     Q. Linda Myers does?
5     A. Linda Myers knows Jeremy
6  Leaman at Ideal Merchandising because her
7  son was the last Ideal Merchandising rep.
8     Q. Okay.
9     A. He was fired, terminated,
10 and I guess that she felt like it was a
11 slap in the face that I would take the
12 position after her son.
13    Q. Why do you guess that she
14 felt it was a slap in her face?
15    A. She called Jeremy Leaman
16 that she didn't want me to work in the
17 Dover store.
18    Q. How do you know that?
19    A. Jeremy told me.
20    Q. What did Jeremy tell you
21 that Linda had said?
22    A. He said for some reason they
23 don't want you to work here, but I'm
24 going to work it out.

**Page 204**

1     Q. Was that the first day?
2     A. That was the first day.
3     Q. My assumption may be
4  incorrect, is that you met Mr. Leaman at
5  the store and he was taking you around?
6     A. Yes, sir.
7     Q. Okay. And at what point did
8  he tell you that Linda Myers had called
9  him?
10    A. We were doing paperwork in
11 the home decor department and he got a
12 call on his -- kind of weird, but he got
13 a call -- actually, not even on his cell
14 phone, but he got a call on the
15 department phone from a page. Somehow he
16 got a call, and it was actually a store
17 phone, and it was Linda Myers, because
18 after he was done with the call, he told
19 me it was Linda Myers that called.
20    Q. What did he tell you that
21 Linda Myers had said?
22    A. He said, for some reason --
23 he goes, do you know Linda Myers? I said
24 yes, I do. He just told me for some -- I

**Page 205**

1  don't remember what he said verbatim, but
2  the conversation was that she didn't want
3  me to work -- to work for Ideal
4  Merchandising in that store.
5     Q. What did you say?
6     A. I said that's not
7  acceptable --
8     Q. Okay.
9     A. -- because --
10    I'm sorry.
11    Q. No, go ahead.
12    A. Uhm, he already had a -- he
13 had an assistant store manager, Keith
14 Dominick, approve of me working in that
15 store already. He was in the Middletown
16 store and -- I already had the job, but
17 he wanted to go through a Lowe's manager
18 unit to see how I did as a previous
19 vendor, which I dealt with Keith, and
20 Keith basically gave him the nod and
21 said, yeah, he's good, he can work in my
22 store, you know, he's helping out in the
23 Middletown, but he actually works in the
24 Dover store, so he already had the nod.

**206**

1     So my impression is Jeremy
2  already had his mind made up. He already
3  went through paperwork to get me hired,
4  and to go through the whole process
5  again, I think he just wasn't happy and
6  -- and plus problems, you know, I mean,
7  it's not like it's that great of a, I'm
8  not going to say source or whatever, but
9  her son had worked for him and her son
10 had messed up everything, so it's not
11 like, you know, her -- you know, that he
12 could listen to her because her son was
13 stellar, because he wasn't, he got
14 terminated.
15     Q.  How do you know he got
16 terminated?
17     A.  Jeremy Leaman told me.
18     Q.  What did Jeremy tell you
19 about Linda Myers' sons?
20     A.  Basically because -- I was
21 trying to figure out why Linda didn't
22 want me in the store, and he was giving
23 me a little synopsis on what the
24 situation was, that her son had

**207**

1  previously -- actually, the person before
2  me was her son working for Ideal
3  Merchandising and he got terminated and
4  Linda doesn't want you to, you know, work
5  for us here, so I guess --
6         And that's what I was
7  telling you before, that it goes back to
8  -- I mean, I guess she just felt it was
9  disrespectful or something, you know, I'm
10 working after her son, because we didn't
11 have exactly the rapport when I worked at
12 Lowe's through her and Yvette, but
13 whatever she had told Jeremy, it still
14 was not enough to persuade him to not
15 have me work there, so I started that day
16 regardless.
17     Q.  So you think Linda was just
18 upset that her son had been terminated
19 and somebody else was now taking his
20 place?
21     A.  Not somebody else, because
22 the somebody else was me. She was upset
23 that I was the one that took his place.
24 You can take this as an opinion or

**208**

1  whatever, but this is my opinion, is
2  because she doesn't like me.
3     Q.  Did she tell you that?
4     A.  No.
5     Q.  Okay.
6     A.  But her actions, just her
7  verbal and physical gestures, indicated
8  to me that she just didn't -- had a
9  dislike for me for some reason.
10    Q.  Getting back to the
11 conversation that you had with Mr.
12 Leaman, what he told you was that Linda
13 Myers didn't want you working there?
14    A.  Yes.
15    Q.  And then he told you the
16 story about how Linda's son had been the
17 previous vendor?
18    A.  Yes, sir.
19    Q.  Okay. Is that all he told
20 you about it?
21    A.  That's it.
22    Q.  Okay. Did Linda Myers ever
23 say anything to you about it?
24    A.  She didn't talk to me.

**209**

1     Q.  Did she ever tell you that
2  she didn't want you working in her store?
3     A.  She never told that to me
4  directly.
5     Q.  Did she ever tell that to
6  you indirectly?
7     A.  Yes, sir.
8     Q.  Yes?
9     A.  Yes, sir.
10    Q.  How did she tell it to you
11 indirectly?
12    A.  To other Lowe's associates
13 that came back to me and told me that
14 Linda didn't want you to work here.
15    Q.  Who were those Lowe's
16 associates?
17    A.  A couple of them. Larry
18 Reed, as a matter of fact, department
19 manager in paint.
20    Q.  And what did Mr. Reed tell
21 you?
22    A.  That Linda didn't even want
23 you here as a vendor. I mean, we didn't
24 have a like big conversation about it,

**Page 210**

1  but however that came up, he just
2  mentioned that Linda just did not want me
3  to work there as a vendor.
4      Q.  Who else told you that Linda
5  didn't want you working there?
6      A.  Thelma.
7      Q.  What did Thelma tell you?
8      A.  Pretty much the same thing
9  that Larry told me.
10     Q.  All she said is that Linda
11 didn't want you here?
12     A.  Yeah.
13     Q.  The other Lowe's store that
14 you worked at during the time that you
15 worked for Ideal was Middletown?
16     A.  Yes.
17     Q.  Who managed that store?
18     A.  Well, they had a couple of
19 store managers. The guy that -- the guy
20 that I dealt with was a guy named Will,
21 but he was not the store manager.
22     Q.  What was he?
23     A.  He was the, uhm, zone
24 manager that oversees the electrical and

**Page 211**

1  plumbing.
2      Q.  Do you remember his last
3  name?
4      A.  I don't. I do remember the
5  -- is the store -- I think the store
6  manager's name -- you said store manager
7  so I'm trying to get to that.
8      Q.  Yes.
9      A.  I think his name was Paul.
10     Q.  Paul?
11     A.  Paul -- I will be up front
12 and accurate on that one, that his first
13 name was Paul, but I'm not sure of the
14 last name.
15     Q.  Was he the store manager the
16 entire time that you worked for Ideal?
17     A.  Well, they were in
18 transition of getting a new store
19 manager, kind of -- it's like I was
20 there, they already had Paul, and then
21 were en route of getting somebody else,
22 so I didn't know who the new person was
23 because I was not working for Ideal
24 anymore.

**Page 212**

1      Q.  Okay. So Paul was there and
2  then he left while you were there?
3      A.  Yes, sir.
4      Q.  Okay. Let me ask you to
5  take a look at paragraph 14.
6      A.  Yes.
7      Q.  It says, during the period
8  of his employment, plaintiff was
9  subjected to constant harassment by
10 agents of defendant, Lowe's; namely,
11 store manager Yvette, and I take it you
12 mean Yvette Schreiber?
13     A.  Yes, sir.
14     Q.  A white American female and
15 assistant store manager, Linda Myer, I
16 think you mean Linda Myers, also a white
17 American female?
18     A.  Yes, sir.
19     Q.  Okay. What kind of
20 harassment were you subjected to by
21 Yvette Schreiber during the time that you
22 worked for Ideal?
23     A.  The main case is when I was
24 -- I mean, this is just -- I mean, I just

**Page 213**

1  never expected I would go through this
2  with a store manager or any professional,
3  but supposed to be a professional, but I
4  was in the electrical department doing
5  the switch covers, I mean, it's -- the
6  work can be tedious. Pretty much all the
7  cover plates have brass, plastic, so on
8  and so forth. That is all I was doing
9  that day, not necessarily doing cycle
10 counts or inventory, just making
11 everything look good, because those boxes
12 are small and they get messed up and they
13 are in little plastic sleeves. It's one
14 of the hardest things to do, but I pretty
15 much just made sure all the plates were
16 in the right place and just -- basically
17 just trying to make it look good.
18         It's hard when you are
19 dealing with small components, but in a
20 nutshell -- and I -- I had two shopping
21 carts full of boxes, and I was
22 consistently working in that aisle, and I
23 usually stay in that aisle for a couple
24 of hours. And she goes by, and to put a

**Page 214**

1  damper on my day, she goes, this -- this
2  section looks like shit, excuse my
3  language. That's what she said verbatim,
4  this section looks like shit, you need to
5  do a better job, not even saying a hi,
6  not even saying what are you doing or
7  anything, and then she left.
8      Q. How did the section look?
9      A. Average. I will say that on
10 a footnote, because it's not like there
11 was boxes all the over the place. The
12 boxes I had were in my two shopping
13 carts, and that aisle is never a hundred
14 percent, but I assure you, it was a lot
15 better looking than the day before.
16     Q. So she wasn't happy with the
17 way it looked?
18     A. She wasn't happy with the
19 way it looked.
20     Q. Okay. Did anybody witness
21 that?
22     A. He probably won't fess(sic)
23 to it, but Keith Dominick.
24     Q. What do you mean by "he

**Page 215**

1  probably won't fess to it"?
2      A. Because he's my -- my -- my
3  -- you see, when I talk to Keith, Keith
4  is a young guy trying to move up in the
5  Lowe's company ladder. He's moved up
6  progressively because of Yvette. I know
7  this because I talked to him.
8          Whether he will admit to it
9  or not, that's on him, but he did witness
10 that.
11     Q. Was he there when it
12 happened?
13     A. Yes, sir.
14     Q. You don't know whether he
15 would admit to it or not?
16     A. Correct.
17     Q. Okay. Are there any other
18 witnesses?
19     A. No, sir.
20     Q. Do you remember when that
21 happened?
22     A. Like I would not be able to
23 give you any accurate date on any of
24 this, but all I can tell you is it was

**Page 216**

1  within either the first or second month
2  working for Ideal.
3      Q. And you started there
4  October of 2003?
5      A. Yes.
6      Q. So it was October or
7  November of 2003?
8      A. Yes, sir.
9      Q. And do you think that Yvette
10 said to you, this section looks like
11 shit, because you're a male?
12     A. Yes, sir.
13     Q. I'm sorry?
14     A. Yes, sir.
15     Q. Why do you think it was
16 because you were a male?
17     A. Because the whole time that
18 I worked for -- I will stay with Ideal
19 Merchandising, but it also applies to
20 when I was a vendor before, and it also
21 applies to when I was a vendor there
22 before and it also applies to when I was
23 a Lowe's employee there before, because
24 you don't -- I never ever accounted her

**Page 217**

1  chastising or demoralizing other females
2  as opposed to the males. I mean, she
3  would talk to us like -- like, uhm, like
4  one guy said it best, a quote from Mike
5  when I was Spectrum, that she talked to
6  me like I was an adopted stepchild, and
7  that's a quote from him, and, I mean, she
8  doesn't talk to me like I'm human. I
9  mean, she just -- just doesn't even
10 acknowledge me.
11         Any things that she had said
12 to me since I have known her, or at least
13 that first couple of months I have known
14 her or thereafter, everything that came
15 out from her -- I'm not going to say it,
16 but everything that she said to me was
17 negative.
18     Q. What do you mean "you were
19 not going to say it"?
20     A. I was going to say anything
21 -- everything that come out of her mouth.
22     Q. Was negative?
23     A. I don't want to phrase it
24 like that, but everything that she said