**Page 218**

1  to me has been just negative pretty much
2  since I knew her.
3     Q.  And you didn't see her do it
4  to women in the store?
5     A.  I have heard her doing it to
6  other females, but I did not witness
7  that.
8     Q.  Okay.
9     A.  And those are like a very
10 rare few. You hear more about the men as
11 far as them quitting because of her or
12 getting terminated because of her or
13 transferring because of her. I mean, you
14 always hear it more from the men than you
15 do from the females.
16    Q.  So is that the only reason
17 that you think it was because of your sex
18 is because you didn't see her or hear her
19 doing it to other women?
20    A.  Also, the other thing is
21 because of my race, too.
22    Q.  Why do you think it was
23 because of your race?
24    A.  Because I don't know of

**Page 219**

1  anybody that was of Asian descent that
2  she treated that way. The Caucasians,
3  whether they be female or male, that was
4  just far and few between, but being that
5  I seemed to be the only -- I have to look
6  at myself because I'm the only Asian in
7  that store that I could think of at the
8  time. There were Hispanics, but this was
9  different, and I don't know what the
10 situation was, but I have -- I have no
11 other reason but to believe that she had
12 something against my national origin.
13    Q.  What I am trying to get at,
14 though, is why do you think it's because
15 -- and let me clarify something before we
16 get to that.
17       National origin and race, in
18 this case, I assume we are talking about
19 the same thing; is that right?
20    A.  Same thing.
21    Q.  And that's because you are
22 Asian or Korean American; is that
23 correct?
24    A.  Yeah, it could be because --

**Page 220**

1  either one of the two, Asian or
2  specifically half Korean. It could be
3  one of the two, which I don't know, I
4  will never know, but I have no choice but
5  to look at it from that perspective,
6  because, to be honest with you, I'm the
7  only one. I don't know of any -- I mean,
8  yeah, there have been Hispanics and
9  African Americans, but as far as being
10 the only Asian, it seemed like I was the
11 one getting the worst treatment. I
12 probably got the worst compared to
13 everybody because after I left Lowe's I
14 came back twice and still got treated
15 actually worse coming back to Lowe's,
16 getting treated worse, and I am wondering
17 why I even bothered, but, I mean, it's my
18 livelihood. It's all I have ever done.
19       And, like I said, my aim was
20 to eventually work for Lowe's again, not
21 necessarily saying I'm working in Lowe's
22 in Dover, unless she left, but I wanted
23 to come back and work for Lowe's some
24 day.

**Page 221**

1     Q.  Well, do you have any idea
2  whether Yvette Schreiber knew what your
3  race was?
4     A.  Yes.
5     Q.  You think she did know what
6  your race was?
7     A.  Yes, sir.
8     Q.  How did she know that?
9     A.  Company documents, my
10 application, uhm, computer.
11    Q.  Okay. Well, take a look at
12 your application. It's Exhibit 1. Is
13 your race on here?
14    A.  It's probably on the other
15 one.
16    Q.  What other one?
17    A.  Uhm, on the application that
18 I applied for appliance specialist.
19    Q.  And you put your race on
20 that?
21    A.  I'm not going to -- I'm not
22 going -- I'm not going to say absolutely
23 a hundred percent, yes, I did, but I do
24 know I did another application just for

**222**

1  that position and it was different from
2  this. I would have to, again, assume
3  that there was a space for that, but I
4  don't know, because it's been so long
5  since I had done that, but there had to
6  have been some other document that she
7  would have found out that I am of Korean
8  descent other than this particular
9  application.
10      Q.  Like what?
11      A.  The appliance specialist.
12          List job or the Genesis
13  system -- I don't know if Lowe's has an
14  Intranet or whatever, but, uhm, we would
15  constantly -- there was training modules
16  and we would do training modules and we
17  would do Lowe's University and they had
18  training modules in the H.R. department
19  and we had to do a lot of -- a lot of
20  procurement on that.
21          It could have been by any
22  means. Like I'm not going to say, like I
23  said, it was this, this or that, but I'm
24  saying there's ways she could have found

**223**

1  out.
2      Q.  And I am asking you what
3  they were, and you have given me an
4  application for the appliance position
5  and we don't have that in front of us,
6  but we can look into that later, but you
7  think you may have put your race on
8  there?
9      A.  Correct.
10     Q.  All you told me is there
11  must have been other documents. What
12  were they?
13     A.  If it's not -- again, like I
14  said, I'm not going to say a hundred
15  percent foolproof that it was on the
16  appliance specialist position because I'm
17  not a hundred percent on that. If it
18  would be on that, then it would be in the
19  computer or she found out from somebody
20  else.
21     Q.  Where in the computer would
22  it be?
23     A.  Human resources.
24     Q.  Did you tell somebody at

**224**

1  human resources that you were Asian or
2  Korean American?
3      A.  Don, I don't remember his
4  last name. Don, he -- and he might still
5  be working there, too. His first name is
6  definitely Don. I don't know his last
7  name.
8      Q.  What was Don's job?
9      A.  H.R., human resources. He
10  was -- he was also in that position when
11  I was at the old Lowe's of the Dover
12  store.
13     Q.  And you told Don what your
14  race was?
15     A.  No, he knew about it at the
16  old Lowe's store because before he was in
17  the human resources, he was the paint
18  manager, department manager in the paint
19  department, which is adjacent from the
20  flooring department, and we had -- like
21  when I first started, we had talked all
22  the time, and I remember talking to him,
23  because I talked to everybody, and he
24  knew what my national origin was.

**225**

1  Everybody did.
2          Because the human resources
3  personnel at the time at the old Lowe's
4  store was a lady by the name of Willie
5  and right before she left Don took her
6  job.
7      Q.  Okay.
8      A.  Everybody knew. Craig Hurd,
9  he was the co-manager at the store.
10  Everybody knew I was Korean.
11     Q.  How did everybody know?
12     A.  Because they knew I took
13  martial arts and did Tae Kwon Do in
14  upstate New York for five years and knew
15  I was Korean because I had spoken some
16  Korean.
17     Q.  Did you tell them you were
18  Korean?
19     A.  Yes, sir.
20     Q.  Then you told -- so you told
21  them you were Korean and that's how they
22  knew you were Korean?
23     A.  Yes, sir.
24     Q.  Did you ever tell Yvette

**226**

1 Schreiber you were Korean?
2    A. I never told her that.
3    Q. Other than the fact that you
4 told some employees there that you were
5 Korean, do you have any reason to think
6 that Yvette Schreiber knew what your race
7 was?
8    A. I'm not going to say, hey,
9 she knew exactly what I was, but I'm
10 definitely going to say she knew I was of
11 Asian descent.
12    Q. How do you know she knew you
13 were definitely of Asian descent?
14    A. I would have to just say
15 that from just the feedback.
16    Q. What do you mean by "the
17 feedback"?
18    A. That people would always
19 guess that I was Asian.
20    Q. Who would guess that you
21 were Asian?
22    A. People would just ask me
23 like what nationality I am. They would
24 know I'm Asian, but weren't exactly

**227**

1 sure -- wouldn't know what part of Asian,
2 if it was Korean or Filipino or something
3 like that.
4    Q. Who would ask you?
5    A. Everybody, Lowe's managers,
6 Lowe's employees.
7    Q. The employees, who?
8    A. Jay is one of them.
9    Q. Jay?
10    A. Jay was the assistant store
11 manager at the time.
12    Q. Did Yvette Schreiber ever
13 ask you that?
14    A. She never asked me directly,
15 are you Korean.
16    Q. Did she ever ask you what
17 your race was?
18    A. She never asked me what my
19 race was.
20    Q. Okay. Anybody other than
21 Jay ever ask you?
22    A. Juanita.
23    Q. Who is that?
24    A. She's in shipping and

**228**

1 receiving. She's -- she's on day shift
2 just unloading off the trucks.
3    Q. What did she say?
4    A. Just -- I don't know if she
5 said it verbatim, but she just wanted to
6 know like what race I was.
7    Q. What did you tell her?
8    A. I just told her half Korean.
9    Q. Anybody other than Jay or
10 Juanita?
11    A. Thelma. Thelma has asked
12 me.
13    Q. What did Thelma ask you?
14    A. Like again, I don't know if
15 she said what my race or nationality or
16 origin is, but she just wanted to know
17 what I was. I usually say Korean. I
18 hardly say Asian or Ameri-Asian, which is
19 half Asian and half Korean(sic). I
20 usually just say Korean.
21    Q. Anybody other than Jay,
22 Juanita or Thelma?
23    A. Hector Goicoria.
24    Q. What's Hector's last name?

**229**

1    A. Goicoria.
2    Q. Can you spell that?
3    A. G-o-i -- I know the first
4 three letters are g-o-i, but I'm not sure
5 how to spell the rest of it.
6    Q. Goicoria?
7    And what is Hector's
8 position?
9    A. At the time, he was the
10 flooring specialist.
11    Q. When did he ask you this?
12    A. Uhm, probably my first year
13 into the job. I'm not sure if it was
14 right away or later on, but he did ask me
15 because I worked with him all the time.
16    Q. Uh-huh. Anybody else?
17    A. Charlie Stapleford.
18    Q. Who is he?
19    A. He's the -- at the time, he
20 was the mill work specialist.
21    Q. Okay. In what context was
22 he asking you this?
23    A. He put a storm door --
24 actually, he put a storm door up for my

230

1  parents, and then he started asking my
2  parents and then myself, you know,
3  because he saw my mom, didn't know what
4  she was, trying to figure out what
5  nationality I was. This is when my
6  parents were around.
7      Q. Anybody else?
8      A. There's a lot more people,
9  but I'm like not going to remember all
10 the last names.
11     Q. Let me ask you this: Did
12 you ever discuss your race or national
13 origin, however you want to identify it,
14 with Linda Myers?
15     A. Yeah, I have.
16     Q. Okay. Tell me about that,
17 your discussions about your race with
18 Linda Myers.
19     A. That goes back to when I --
20 I don't know if you want me to talk about
21 it. That goes back to when I worked for
22 Lowe's.
23     Q. That's fine.
24     A. Okay? She knew I was going

231

1  through a tough time, back when she was
2  working, going through school, just was
3  stressed out, and I was trying to finish,
4  but I was still --
5      Q. Let me back you up for a
6  second.
7          Who was going through
8  school?
9      A. Me, I was going through
10 school, and towards the end of my school
11 I was working at Lowe's full time, but
12 they were still working around my
13 schedule, which was cool, and she had
14 mentioned taking martial arts because of
15 the stress, and I told her I had a
16 background in it, but didn't have the
17 time for it because of being too busy
18 with work and school.
19         And we started talking about
20 just different martial arts and talking
21 about Yoga and talking about the Asian
22 culture and that's how she came to find
23 out that I was half Korean.
24     Q. Did you tell her you were

232

1  half Korean?
2      A. Yes, sir.
3      Q. Was that the only time you
4  ever discussed your race or national
5  origin with Linda Myers?
6      A. I don't -- that was the only
7  time because we never talked about it
8  again.
9      Q. Yvette you never discussed
10 it with?
11     A. No, sir.
12     Q. We were talking about the
13 harassment that you claim Yvette
14 Schreiber subjected you to, and the first
15 one you gave me was she walked past the
16 section you were in and said, this
17 section looks like shit. What other ways
18 did she subject you to harassment?
19     A. The very first day.
20     Q. What do you mean "by the
21 very first day," your first day with
22 Ideal?
23     A. Yes, sir. I was at the
24 Dover store and, uhm, the labels -- the

233

1  beams needed to be painted the Lowe's
2  color gray. I mean, they were just all
3  scratched up from a cherry picker, which
4  is a form of a forklift, that goes by for
5  stocking way up high. It's like an
6  elevator. And there was a lot of
7  scratches and scuffs on it.
8          So I asked the department
9  manager if they had any paint, and he
10 said no, that I would have to get it
11 billed out. So I went to Keith Dominick,
12 he's the gentleman that referred Jeremy
13 Leaman, I shouldn't say refer, but Jeremy
14 Leaman did approach him on my background,
15 and he's the one that gave him the nod to
16 say okay.
17         Well, he happened to be in
18 the store that day and I asked him, hey,
19 this is what I am doing, I got to paint
20 all the beams and electrical, and can I
21 please get this paint and brush and
22 everything billed out, which basically
23 means the store pays for it, which I have
24 done it many times with Spectrum and done

**234**

1  it as a Lowe's employee. It's really not
2  a big problem at all.
3            So I got everything done,
4  got the paint mixed, got the supplies to
5  paint the beams with, and I brought it to
6  the customer service desk, but you can't
7  just take everything and paint it. I
8  have to give it to customer service desk
9  and scan everything and bill it out.
10 There's a specific way to do that that
11 shows it hasn't been paid for, it is paid
12 for by the store.
13           The only person that could
14 help me at the time was Yvette. There
15 was no other person. So I'm trying to
16 get the job done. So I asked Yvette, and
17 I said, Yvette, can I please get this
18 billed out?
19           She goes, why?
20           I explained to her what
21 needed to be done. I'm not trying to
22 repeat myself, but the beams needed to be
23 repainted because they were scuffed up
24 from the cherry pickers and the shopping

**235**

1  carts and everything, and she goes, no,
2  you pay for that.
3            And I said, Yvette, Keith
4  just approved this to be billed out. He
5  said it could be billed out.
6            She goes no, no, you want to
7  paint it, you pay for it.
8            And I said, Yvette, call
9  Keith, please. He will tell you that he
10 said that.
11           She goes, I don't believe
12 you.
13           I said, if you don't believe
14 me, fine, just call him, believe him.
15           She couldn't get in touch
16 with him right away, so it's probably
17 about -- I mean, this was over 20 minutes
18 she made me wait there. Then he finally
19 got to the customer service desk. It was
20 simple. Yeah, I did, I told him he could
21 bill it out. It's no problem.
22           Then Yvette just looks at
23 him like, are you sure? Keith is like
24 yeah, he looked at -- looks at Yvette and

**236**

1  was befuddled by it, like why is this
2  such a big deal, and going back to what I
3  was saying, it's not really a big deal
4  because I have had equipment, paint,
5  tools billed out as a Lowe's employee and
6  as the previous vendor. It's not a big
7  deal. It's not. She made a big deal out
8  of it. So I had to go through all that
9  just to get the -- just trying -- I am
10 just trying to make the beam look good.
11 I mean, I'm doing her a service and she
12 is just making my -- making it really
13 difficult for me. So I had to go through
14 all that to get it -- you know, to get --
15 to paint the beams.
16     Q.  Did you get your paint?
17     A.  I got the paint, but I had
18 to go -- I didn't feel as if I had to go
19 through all that just to get the paint.
20     Q.  So you had to wait a few
21 minutes to get the paint?
22     A.  I had to wait over 20
23 minutes. At least half an hour.
24     Q.  And then you got the paint?

**237**

1      A.  Then I got the paint.
2      Q.  And you painted the beams?
3      A.  I painted the beams.
4      Q.  Okay. What else did Linda
5  Myers -- sorry, Yvette Schreiber do that
6  you considered harassing?
7      A.  One time, and this is just
8  one time, I didn't have my vendor vest
9  on, and usually it's not a problem as
10 long as you had like a company shirt logo
11 and that shows the ID color or emblem
12 that you work for that company, then that
13 would suffice.
14           At one time I didn't have my
15 vest on. She called me from -- she
16 called me from quite a ways, at least
17 fifty or more yards, and saying, Mr.
18 Hanson, what are you doing, like just
19 really loud. Mr. Hanson, what are you
20 doing? And she wasn't exactly telling
21 me, but she said it in a way to where I
22 would have to go all the way to the
23 customer service desk and find out why.
24           So I went up to the customer

238

1  service desk and I asked her what's
2  wrong.
3         She said, where is -- where
4  is your vest at?
5         I said Yvette, I do
6  apologize, I didn't have it with me, I
7  left it at home and it's in the laundry,
8  and then I didn't get a chance for it to
9  dry.
10        She goes, you can't work in
11 my store unless you wear a vest.
12        And I said, Yvette, I said,
13 can I just -- and I borrowed one in Bear
14 or Wilmington, I borrowed vests before,
15 and it's not a problem. They will loan
16 you one. I said, do you have one that I
17 could borrow for the day?
18        She goes, no, you're going
19 to buy one.
20        I said, how much is it?
21        And she said like 20 bucks
22 or -- it seemed like it was a little bit
23 too high, and don't quote me on that, but
24 it was real expensive.

239

1         I said, that's a lot of
2  money.
3         She goes, well, you got to
4  leave my store.
5         I said, how about this -- I
6  didn't want to disappoint Jeremy. I said
7  how about this, how about I just get it
8  out, just finish drying it up and I will
9  come back.
10        And she goes, if you let it
11 happen again, I don't want you back in my
12 store.
13        And I was like, okay.
14    Q.  So what did you do?
15    A.  I left. I went -- had the
16 vest go through the dryer, the vendor
17 vest went through the dryer, and I came
18 back and finished up my day.
19    Q.  So you went home and dried
20 it, put your vest on and came back?
21    A.  Yes, sir.
22    Q.  Didn't Jeremy Leaman give
23 you more than one vest?
24    A.  Yes, he did, but I lost the

240

1  other vest. I didn't know where it was
2  at. I think I left it in the Middletown
3  store, but I wasn't able to recover it.
4     Q.  Were you supposed to wear
5  your vest when you worked in the Lowe's
6  store?
7     A.  That's a good idea, to wear
8  the vest, because it's a vest that says
9  vendor on the back, so that way customers
10 could differentiate the difference
11 between a vendor and an employee, because
12 most of the customers will see that, and
13 not to say they will go there and leave
14 you alone, but if they know they have to
15 ask you a question, they will know they
16 are better off going to a Lowe's
17 employee, and it gives us a better chance
18 to get our jobs done as far as inventory.
19    Q.  So there's a reason for you
20 to wear the vest?
21    A.  Yeah.
22    Q.  It's pretty important for
23 you to wear it?
24    A.  I am for it. It could also

241

1  deal with theft. I mean, you want to
2  know who is working in your store,
3  especially with vendors. If you have
4  someone without a vest, you will be
5  like -- it's not a customer, you know,
6  who is it, so -- so for security reasons,
7  so I'm absolutely for that.
8     Q.  Could you then understand
9  why it was that Yvette Schreiber wanted
10 you to put your vest on?
11    A.  Well, the thing with that
12 is, again, with my previous vending jobs,
13 if you were to wear a name tag, you can
14 get working that day, and I had my Ideal
15 Merchandising name tag pinned on a
16 solid-colored shirt that says Ideal
17 Merchandising, Will Hanson, Merchandiser,
18 on the bottom.
19        I did the same thing with
20 Spectrum and she never said anything.
21 Spectrum had a really nice name tag. It
22 was hard plastic. This one was just the
23 card and it was hard to read. The one
24 Spectrum had was a hard plastic one and I

**Page 242**

1  wore it and she saw me with that
2  frequently, you know, without the vest,
3  and I had to do that because I'm always
4  up and down on the ladder, you know, and
5  the vest could catch on boxes. I'm
6  always up and down the ladder, I'm moving
7  boxes, getting underneath the bays,
8  getting dirty. As long as you had a name
9  tag, it would suffice.
10          I mean, Chris Borzero(ph),
11  the store manager at Wilmington, he said
12  it was okay. I even asked the store
13  manager at Bear at the time and he said
14  it was okay. And I did it in Dover, and
15  I am not saying I asked Yvette's
16  permission, but she did see me without a
17  vest numerous times, so this one time I
18  start with a new company, yes, I don't
19  have any vest, but I have a name tag, and
20  I don't think that would be an issue.
21  For some reason she made it an issue that
22  day. Why she never made it an issue last
23  time, I will never understand, but it was
24  a big issue this time.

**Page 243**

1      Q. Do you have any idea whether
2  she as the store manager was required to
3  make sure that vendors had their vests
4  on?
5      A. I don't -- I don't know her
6  job description, sir.
7      Q. The other times that you
8  mentioned that she saw you in the store
9  without your vest on, was it just because
10  you were lifting something or moving
11  product around?
12      A. At the time, I was moving
13  product around.
14      Q. Okay. But on this occasion
15  you didn't even have your vest with you
16  at all, did you?
17      A. Correct, I didn't have my
18  vest with me.
19      Q. And you were not moving
20  product around at the time, you were just
21  there without your vest?
22      A. I was -- at the time when
23  she called out my name, I was moving
24  product around.

**Page 244**

1      Q. But you didn't have a vest
2  anywhere to be seen?
3      A. Correct.
4      Q. Did you complain to anybody
5  about that?
6      A. There was a lady there. I'm
7  trying to remember her name. There was
8  one lady there and I think her -- man,
9  Coral. I think her name was Coral.
10  Probably it will come back to me later,
11  but there was a lady that was going to
12  help me out.
13          As a matter of fact, when
14  this whole vest thing was happening she
15  was actually going to get me a vest. She
16  was going to go above Yvette's head, and
17  she just like took it underneath the
18  counter and gave it to me, but, you know,
19  at the time Yvette knew that I didn't
20  have a vest. This was after the fact,
21  when I told her that I was going to go
22  home and, you know, get my vest
23  drycleaned.
24          And she just like -- I guess

**Page 245**

1  she heard the conversation and felt bad
2  for me, whatever. And I said, look, I
3  don't want to get you in trouble. If she
4  sees me with this vest, then she will
5  wonder where I got it from, sees that it
6  is missing, and so I said I don't want to
7  get you in trouble, and I told her I
8  won't make a big deal about it, so I
9  said, look, just take the vest back. I'm
10  going to go home, get the vest drycleaned
11  and then I will come back and finish out
12  my day.
13          And she was just addressing
14  to me that she understands my situation
15  because Yvette had burned her -- wrong
16  terminology, but really hurt her because
17  she put in for vacation like several
18  months in advance and had airplane
19  tickets paid for and everything and
20  Yvette forced her to go to work. In a
21  nutshell, she just was pretty much
22  telling me her problems with Yvette. She
23  was trying to help me out, but by helping
24  me out, it would hurt her, and I didn't

**Page 246**

1  want that to happen. I think her name
2  was Coral.
3      Q.  What was the name?
4      A.  Coral.
5      Q.  Coral?
6      A.  Again, I'm not sure how to
7  spell that.
8      Q.  Okay. What department did
9  she work in?
10     A.  She worked in the prodesk
11 department, which is the -- they call it
12 the prodesk department.
13     Q.  Prodesk?
14     A.  Yeah, prodesk, and they deal
15 with all the contractors in the morning.
16     Q.  So she wasn't happy with the
17 way Yvette had treated her?
18     A.  She wasn't happy with the
19 way she treated her and the way she had
20 treated me about the vest, because they
21 have loaned vests to other vendors, no --
22 they have done it, and even Coral told
23 me, that, you know, they lend vests out
24 for the day, but you just got to return

**Page 247**

1  it.
2      Q.  What other vendors had they
3  loaned vests to in the Dover store?
4      A.  Coral had just said she seen
5  the vest being lent out the other
6  vendors. As far as the name of the
7  company and person, I don't know.
8      Q.  So you didn't see it happen,
9  Coral just told you about it?
10     A.  She just told me.
11     Q.  What's Coral's race?
12     A.  I don't know her race, but
13 looks to be Caucasian, from what I can
14 see. I don't know exactly what her race
15 is, though.
16     Q.  She's female, obviously?
17     A.  Yes, sir.
18     Q.  Okay. Anybody else that you
19 complained to about this?
20     A.  About the vest?
21     Q.  Yes.
22     A.  Jeremy.
23     Q.  What did you say to Jeremy
24 about it?

**Page 248**

1      A.  I said, well -- because we
2  had a conversation about it. I told
3  Jeremy there would be times where, you
4  know, I might not have my vest on because
5  I'm going up and down a ladder because
6  there's times you just constantly are
7  going up and down the ladder, and he says
8  that's fine, so I addressed it with him
9  and told him the situation, that Yvette
10 really made a scene, you know, with this
11 vest thing and told me if it happens
12 again I can't come back.
13         He goes, yeah, you know,
14 this -- just try to work with her, you
15 know, because, I mean, he goes to the
16 store without a vest himself. He doesn't
17 always just go in and out. Actually,
18 Jeremy Leaman actually does some work,
19 and he even said it was okay for me to do
20 it, too.
21     Q.  He said it was okay for you
22 not to wear your vest to work?
23     A.  No, on occasion. Not to do
24 it as a permanent thing, a situation, but

**Page 249**

1  there would be times where I would not
2  necessarily have to wear my vest as long
3  as I had a name tag that said I was with
4  Ideal Merchandising.
5      Q.  And what you described to me
6  was times when you were moving product
7  around and things like that; is that
8  correct?
9      A.  Correct.
10     Q.  Did you ever tell him,
11 though, I left the thing at home and
12 that's why Yvette was mad at me?
13     A.  I don't even think -- I
14 don't remember the whole extent of the
15 conversation, but I just told him that I
16 didn't see why she wouldn't let me borrow
17 a vest and why it was such a shame. She
18 wanted me to pay for a vest, but I ended
19 up getting one anyway.
20         I did tell him I had to go
21 back home and get one. I was just
22 frustrated with the fact that she made it
23 a big deal and I had to buy one.
24     Q.  But he never told you it was

**Page 250**

1  okay with him for you not to wear your
2  vest at all and leave it at home, did he?
3      A. He never mentioned anything
4  about that. He didn't reprimand me, if
5  that's what you're asking. He did not
6  reprimand me and said you shouldn't have
7  left it at home, you should have known
8  better.
9      Q. No, what I am asking you is,
10  did he tell you you didn't have to wear
11  the vest, and I don't mean moving product
12  around or climbing up on ladders? Did he
13  tell you you didn't have to wear the vest
14  to work?
15      A. No, he didn't say that.
16      Q. Okay. Is there anybody else
17  you complained to about the vest issue?
18      A. Uhm, I talked to Larry about
19  it. Larry Reed.
20      Q. What did you say to Larry
21  about it?
22      A. I just told him have you
23  seen vendors borrow vests because I don't
24  -- I don't know why she wants me to pay

**Page 251**

1  for one, and he said yes.
2      Q. He said he had seen vendors
3  borrow vests?
4      A. Because he has vendors that
5  come -- I believe Val*Spar vendors,
6  that's his vendor in the paint
7  department, has regularly had to borrow
8  the vest because they are constantly
9  getting paint on the -- the vest and
10  stuff and they try to be good at having a
11  big supply, but there's times when they
12  have to borrow a vest.
13      Q. Because they have paint on
14  it?
15      A. Right.
16      Q. You were not getting paint
17  on your vest, were you?
18      A. No.
19      Q. You were leaving it at home
20  on that occasion?
21      A. Yes.
22      MR. PRIMOS: Objection to
23  the form.
24  BY MR. LEAHY:

**Page 252**

1      Q. Anybody else that you
2  complained to about the vest?
3      A. No, sir.
4      Q. Okay. What other instances
5  of harassment were you subjected to about
6  Yvette Schreiber?
7      A. Coffee. As a matter of
8  fact, I was drinking coffee. I wasn't
9  exactly at the front door. They have --
10  at the time they had grills. They had a
11  -- do a switch-up on inventory outside.
12      Q. What kind of inventory
13  outside?
14      A. Grills, barbecue grills, and
15  sometimes they will have tractors. I was
16  over by that section, I wasn't even by
17  the front door, and she was really upset
18  that I had coffee so close to the
19  entrance.
20      And I told her that, you
21  know, I can't understand what the big
22  deal is. She goes, it is a big deal. If
23  you're going to drink coffee, you need to
24  drink that coffee in your car.

**Page 253**

1      And I said, well, I can't
2  understand it.
3      She goes, you don't need to
4  understand it. You go to your car and
5  finish up that coffee before you come
6  into my store.
7      Q. When you worked as a vendor,
8  were you allowed to eat or drink working
9  in the floor or working actually in the
10  store at Lowe's?
11      A. No, sir, you can't do that.
12      Q. Were you allowed to have
13  food or drink with you in the store?
14      A. I don't see why not, as long
15  as you didn't eat it.
16      Q. I didn't ask your opinion on
17  it. I just want to know, were you
18  allowed to do it?
19      A. I'm sorry. Rephrase the
20  question.
21      Q. Were you allowed to have
22  food or drink with you when you were
23  actually in the store working on the
24  floor?

**Page 254**

1   A.  No, sir.
2   Q.  So you were in the store on
3 the floor and you had coffee with you?
4   A.  No, sir.
5   Q.  Where you were?
6   A.  Outside the store by the
7 barbecue grills.
8   Q.  You were about to go inside
9 the store with coffee?
10   A.  No, I was outside taking a
11 break with the coffee.
12   Q.  So you were not going
13 inside?
14   A.  After I was done with the
15 coffee, I was going to go inside.
16   Q.  So you were just drinking
17 your coffee outside?
18   A.  Right.
19   Q.  And Yvette told you that you
20 had to drink the coffee in your car?
21   A.  Yes, sir.
22   Q.  Not outside the store?
23   A.  Correct.
24   Q.  Okay. And so what was the

**Page 255**

1 thing about not bringing the coffee in to
2 her store? Did she say that to you?
3   A.  No, sir.
4   Q.  She didn't say don't bring
5 that coffee into my store?
6   A.  Correct.
7   Q.  She just said go drink the
8 coffee in the car?
9   A.  Yes, sir.
10   Q.  Did you complain to anybody
11 about that?
12   A.  Another vendor, Vernon.
13   Q.  Okay. Anybody at Lowe's
14 that you complained to about that?
15   A.  Jeff Ramirez.
16   Q.  Who is Jeff Ramirez?
17   A.  He's the plumbing
18 specialist.
19   Q.  What did Jeff say to you?
20   A.  He just said he basically
21 knew how she was and he's not surprised
22 that she said that.
23   Q.  What do you mean "he knew
24 how she was"?

**Page 256**

1   A.  That it doesn't matter -- it
2 could be just anything. Not saying
3 coffee is a little thing, could be a
4 little thing, but she will just basically
5 nitpick, whether work-related or
6 non-work-related, she's going to find
7 something to either embarrass you or be
8 abrupt and abrasive to make a statement.
9   Q.  Is that something that Mr.
10 Ramirez told you had happened to him or
11 had happened to other people?
12   A.  No, he just said he's not
13 surprised that she did that when I told
14 him about the coffee incident.
15   Q.  But when you say she will
16 look for any chance to embarrass you, did
17 he mean you in particular or did he mean
18 anybody?
19   A.  I don't know. He didn't
20 specifically say it was me or him. He
21 just -- I guess I would have to say in
22 general.
23   Q.  Because was he somebody who
24 didn't get along with Yvette?

**Page 257**

1   A.  I mean, it wasn't like I
2 wouldn't say they had a good rapport or
3 anything.
4   Q.  Is he one of the ones who
5 quit because he didn't like Yvette?
6   A.  Yes, correct.
7   Q.  Okay. Any other instances
8 of harassment that you were subjected to
9 by Yvette Schreiber?
10   A.  Probably the ones that I
11 already mentioned. I don't know if you
12 want to go back to it from a different
13 question. That's when I had called the
14 corporate -- corporate office on her. A
15 hostile environment was just more hostile
16 because things did get worse after I
17 called.
18       - - -
19       (Whereupon, Exhibit 4 was
20       marked for identification.)
21       - - -
22 BY MR. LEAHY:
23   Q.  Mr. Hanson, I'm showing you
24 Exhibit 4. Have you seen this document

**Page 258**

1  before?
2  A. I have never seen this, sir.
3  Q. Why don't you take a second
4  and read through it, and I will point out
5  a couple of things to you. There's a
6  date on there of 12/3/03 --
7  A. Okay.
8  Q. -- and it refers to a -- it
9  begins with vendor states. It says,
10  vendor states that he constantly has
11  run-ins with the store manager, Yvette
12  Schreiber. I would like you to read
13  through this and tell me if this relates
14  to your complaint that you said relates
15  to Lowe's corporate, and we will go off
16  the record to do that, if you want.
17     - - -
18     (Whereupon, there was a
19     discussion held off the record at
20     this time.)
21     - - -
22     (Whereupon, there was a
23     recess held at this time, 2:54 to
24     3:01 p.m.)

**Page 259**

1  BY MR. LEAHY:
2  Q. Mr. Hanson, are you ready?
3  A. Yes, sir.
4  Q. Mr. Hanson, looking at this
5  customer care incident fax, does that
6  sound like the complaint that you made,
7  you said, I think, to Lowe's corporate
8  about Yvette Schreiber?
9  A. Yes, sir.
10  Q. Correct?
11  A. Yes, sir.
12  Q. How did you make the
13  complaint, can you tell me physically
14  what it was that you did?
15  A. I, uhm -- I called, uhm,
16  shortly -- it was shortly after the
17  incident I called, and I don't know if
18  they are factoring in a time difference
19  in this or not, but right after the
20  incident I called and I just had -- I
21  called from home and this is basically
22  where I told them that --
23  Q. Back up.
24     Who did you call?

**Page 260**

1  A. I called Lowe's corporate
2  office.
3  Q. What did you do, you called
4  the main switchboard or what?
5  A. The number that I had, which
6  I got from the human resources department
7  at Lowe's.
8  Q. Okay. And when did you get
9  it from the human resources department?
10  A. That day.
11  Q. Who did you talk to in human
12  resources?
13  A. I got it from the wall.
14  Q. You got it from the wall
15  outside of the human resources --
16  A. Outside the human resources
17  department.
18  Q. Is this essentially the
19  complaint that you made?
20  A. Yes, sir.
21  Q. Okay. And it says in there
22  that you constantly have run-ins with the
23  store manager, Yvette Schreiber?
24  A. Yes, sir.

**Page 261**

1  Q. She always has smart alec
2  comments and makes the work environment
3  very unpleasant and stresses this vendor,
4  that's you; is that correct?
5  A. Can I make a comment?
6  Q. Sure. Well, tell me if
7  that's correct first. Is that the
8  complaint that you made?
9  A. Can you please repeat that?
10  Q. Is that complaint what it
11  says here?
12  A. I'm sorry, what you said
13  before that.
14  Q. She always has smart alec
15  comments and makes the work environment
16  very unpleasant and stresses this vendor.
17  A. Yes, sir.
18  Q. Okay. What was your
19  comment?
20  A. Yeah, this looks like -- I'm
21  not going to say this is what I said
22  verbatim. It looks like the person that
23  I spoke with at the corporate office,
24  that's their interpretation of what I

**262**

1  said, I guess like a synopsis. They took
2  everything I said and put it in this
3  paragraph. Those are not the words I
4  would use. I wouldn't use smart alec and
5  I wouldn't use -- there is some stuff in
6  here that I wouldn't say so it's their
7  interpretation of what I told them.
8      Q.  Is it accurate? Is it
9  consistent with what you told them?
10     A.  Yes, sir.
11     Q.  Okay. Is there any part of
12 it that's inaccurate?
13     A.  No, sir.
14     Q.  Is there anything that they
15 have -- other than you said you wouldn't
16 use the word smart alec, I think, is
17 there anything here that -- anything
18 that's left out from this complaint that
19 you told them?
20     A.  No, sir.
21     Q.  Did you tell them that it
22 was because you thought it was because of
23 your gender that Yvette Schreiber was
24 doing this to you?

**263**

1      A.  Yes, sir.
2      Q.  You did?
3      A.  Yes, sir.
4      Q.  Okay. Does it say that in
5  here?
6      A.  No, it doesn't.
7      Q.  So when I asked you if this
8  was accurate and if there was anything
9  left out, was there something left out,
10 or did you not tell them that?
11     A.  I'm -- I'm going to be up
12 front and honest. I'm not going to
13 remember exactly what I said verbatim as
14 far as I'm not going to say yes, I said
15 that or, no, I didn't say that because
16 this has been so long ago that I'm not
17 going to remember exactly.
18         This is consistent with what
19 the conversation is I had with corporate,
20 but as far as throwing in like gender and
21 national origin and all that stuff, I'm
22 not going to say that's what I said
23 because I don't remember word for word
24 what I said, but as far as the problem

**264**

1  that had transpired with Yvette, this is
2  consistent.
3      Q.  What I am getting at,
4  though, is, do you remember then whether
5  or not you told anybody, the person that
6  you made this phone call to, that you
7  thought this was all because of your
8  gender or your race?
9      A.  Can you ask me if I
10 remember? I would be honest with you, I
11 don't remember physically saying, hey,
12 you know, she's -- you know, this is
13 because I'm male or anything like that.
14 I'm not going to say that I said that
15 because I don't remember, so, therefore,
16 I'm not going to say that.
17     Q.  Go ahead, no, finish.
18     A.  Therefore, this is
19 consistent with the problem that had
20 transpired.
21     Q.  Okay. Now, I think we got
22 on to the subject by you telling me that
23 something happened following you making
24 this call?

**265**

1      A.  Yes, sir.
2      Q.  First off, why don't you
3  tell me what happened in response to
4  this? Did you get any response from
5  anybody?
6      A.  Yes, sir.
7      Q.  What kind of response did
8  you get?
9      A.  Uhm, actually, that -- that
10 night I called Jeremy Leaman and I told
11 him that, you know, I had filed a
12 complaint against Yvette, and like I was
13 saying before, there was not a big deal
14 made out of it until the next day when he
15 either got a call from Yvette or the
16 corporate office.
17         He got a call about me
18 calling corporate the next day. So what
19 come of it? He had brought it to my
20 attention that any kind of issue --
21 future issues, that they need to go
22 directly through him and not through the
23 corporate office.
24     Q.  Okay. Did you get any other

**Page 266**

```
 1  response to this?
 2      A.  I was, uhm, working in the
 3  electrical department and a guy named
 4  Eric got a call on his phone.
 5      Q.  Guy named who?
 6      A.  Eric.
 7      Q.  Okay.
 8      A.  Electrical specialist, and
 9  he -- it just happened to be just a
10  coincidence because he didn't have to be
11  where I was at at the time. He just was
12  standing there when I was working. And
13  he got a call and he looked at me funny.
14      And I said, what's wrong?
15  You act like you got a disturbing phone
16  call.
17      He goes, yeah, I just got a
18  call on my phone asking about you and
19  whether or not you were in the department
20  and whether or not you were working.
21      And I said, do you know who
22  you called?
23      He -- he goes, no, but it's
24  somebody from inside the store.
```

**Page 267**

```
 1      So he got an internal call
 2  from the store checking up on me on his
 3  phone.
 4      Q.  Did you ever find out who it
 5  was who had called him?
 6      A.  No, sir.
 7      Q.  Did you ever discuss that
 8  with anybody else?
 9      A.  No, sir.
10      Actually, I would like to
11  back up. I did, but I don't think it's
12  really a big deal. I talked to Jeff
13  about it.
14      Q.  Jeff?
15      A.  Jeff Ramirez.
16      Q.  What did you say to Jeff
17  Ramirez about it?
18      A.  I just said you -- you have
19  dealt with other vendors besides me,
20  because the department has three or four
21  different vendors, and I said, have you
22  ever -- have you ever gotten a call on
23  your phone asking you about a certain
24  vendor?
```

**Page 268**

```
 1      He said, no.
 2      So I was just checking to
 3  see if other vendors were going through
 4  what I was going through, and he says he
 5  never got a call from anybody checking up
 6  on a vendor, but he said -- but he did
 7  mention that Yvette did go to him to --
 8  checking up on me. Yvette had approached
 9  him. I think it was like --
10      I don't know when it was,
11  but it was before I had approached him
12  that he said Yvette had approached him on
13  a few occasions mentioning my name,
14  saying you keep an eye on that kid,
15  that's the word she used, keep an eye on
16  that kid, and you make sure, you know,
17  that, you know -- he just -- I don't know
18  to the extent, but he is to just
19  basically keep an eye on me and let her
20  know anything.
21      Q.  And when was it that he told
22  you about that?
23      A.  Probably it was about a week
24  after this incident. I mean, I'm sorry,
```

**Page 269**

```
 1  a week after I called the corporate
 2  office.
 3      Q.  Okay. Did you have an
 4  indication of when it was that she had
 5  approached Jeff and said that to him, had
 6  it happened much before then or that day?
 7      A.  A few occasions, that week
 8  and the week before.
 9      Q.  Okay. And so was it before
10  or after you made your call here that's
11  documented in Exhibit 4 that she had
12  approached him?
13      A.  It was before -- it was
14  before and after.
15      Q.  Both?
16      A.  Both.
17      Q.  Okay.
18      A.  In this case.
19      Q.  Okay. Any other incidents
20  of harassment that you were subjected to
21  by Yvette Schreiber?
22      A.  Micromanagement.
23      Q.  What do you mean by
24  "micromanagement"?
```

**270**

1    A.   I noticed I would see her
2  more than I ever did before. She would
3  check up on me more than I ever -- I seen
4  her more than I used to see her.
5    Q.   What do you mean "more than
6  you used to see her"?
7    A.   Before, like any time I
8  dealt with her, it would be her going by
9  me by some coincidence or approaching her
10 if I had to at the customer service desk.
11 Seemed like too frequently that it would
12 not be really a coincidence, but I would
13 see her more often. Instead of on a few
14 occasions, I would just see her just
15 about every hour on the hour when she was
16 at that store. I mean, from -- whether
17 it be on one end of the store or the
18 other, like I always saw her passing
19 by -- it wasn't just her passing by, it
20 was her passing by and staring at me
21 directly, frequently, through the day.
22    Q.   Are you talking about after
23 this phone call or is this something
24 during the time that you worked for Ideal

**271**

1  as opposed to the time that you worked
2  for Spectrum?
3    A.   After this phone call.
4    Q.   Any other ways in which you
5  were subjected to harassment by Yvette
6  Schreiber?
7    A.   I know if she had complained
8  to Jeremy about my work performance and I
9  couldn't see how she could do that when I
10 reported to the department manager, and I
11 didn't have any problems with the
12 department managers at Lowe's at all.
13    Q.   How do you know that she
14 complained to Jeremy about your work
15 performance?
16    A.   Jeremy told me like, you
17 know, what's going on.
18    Q.   When did Jeremy tell you
19 that?
20    A.   After this customer care
21 line call.
22    Q.   Okay. What did Jeremy say
23 to you about the complaint that she had
24 made?

**272**

1    A.   Just basically about she
2  didn't feel as if I was representing -- I
3  don't know if it's verbatim, but it had
4  to deal with both electrical and
5  plumbing, that she didn't feel as if I
6  was fully representing the product as far
7  as making it up to par as it should have
8  been, standard.
9    Q.   And what did you say to
10 Jeremy when he told you that?
11   A.   I said -- I said, Dover is a
12 lot worse than Middletown, so I agree
13 with it not being comparable to
14 Middletown, but, however, everything that
15 you have asked me on the PDA, on the fax
16 transmittal sheets, whatever it may be, I
17 have done, and I haven't -- and I have
18 gone above and beyond by calling you on a
19 regular basis, letting you know what's
20 going on.
21         You call me and I answered
22 your questions. I have called you and
23 you have answered my questions. I said
24 you know there is nothing new, and I said

**273**

1  this is probably a result of calling the
2  care line.
3          He goes, yeah, I just want
4  you to know what's going on.
5     Q.   Is that how the conversation
6  ended?
7     A.   Yeah.
8     Q.   Is that the only complaint
9  that Yvette Schreiber made to Jeremy
10 Leaman, as far as you know, about your
11 work performance?
12    A.   Not by -- by Yvette, but by
13 Linda.
14    Q.   So there were others by
15 Linda?
16    A.   That was probably the last
17 complaint from Yvette, but the last
18 complaint I got hearing it from Jeremy
19 was from Linda, but it was passed on by
20 Yvette Schreiber because Linda had to get
21 Yvette's approval before Linda could call
22 Jeremy about the situation.
23    Q.   That was the last complaint
24 by Yvette Schreiber; is that what you're

**274**

1 saying? Were there other complaints that
2 Yvette made to Jeremy Leaman about your
3 performance?
4     A.   Yes, but through a second
5 source, not directly through her.
6     Q.   Why don't you tell me about
7 that?
8     A.   The second source was
9 through Linda Myers. Linda Myers had
10 called Jeremy to state that I was no
11 longer to work at the Dover store --
12     Q.   Okay.
13     A.   -- period. And she had
14 gotten that approval from Yvette, and
15 obviously she can't make those decisions,
16 and then Jeremy then called me on a
17 Sunday saying that I was no longer able
18 to work at the Dover store.
19         And then I had asked him,
20 why, what is going on? What is -- this
21 is just -- there's always -- every day
22 there's something new. What is it this
23 time? He says that because I was
24 recording conversations in the store.

**275**

1     Q.   Let me back up.
2         This was a complaint, and I
3 take it that was at the end of your
4 employment with Ideal?
5     A.   That was the end.
6     Q.   That was the end?
7     A.   That was the end.
8     Q.   I want to talk about while
9 you were working for Ideal, and I asked
10 you for instances in which Yvette
11 Schreiber had subjected you to
12 harassment, and you told me she
13 complained to Jeremy Leaman about your
14 performance.
15         Were there other times --
16 and you gave me one instance. Were there
17 other instances where she complained to
18 Jeremy Leaman about your performance, as
19 far as you know?
20     A.   As far as I know, that was
21 -- that was it, that, calling the care
22 line, and then getting -- not saying it
23 was her, but the mysterious calls to the
24 department managers about whether or not

**276**

1 I was in the store and if I was working.
2     Q.   Okay. Any other ways in
3 which you were subjected to harassment by
4 Yvette Schreiber during the time that you
5 worked for Ideal?
6     A.   I guess it would be more of
7 indirect -- uhm, it would be more
8 indirect.
9     Q.   What do you mean by that?
10     A.   That's just not getting the
11 support from her. I mean, there would be
12 things that I had needed from her as far
13 as like -- just like -- just help with
14 plumbing and electrical. Just let's say
15 I would have to --
16         Rain Bird is a -- it's an
17 inground sprinkling system, and when you
18 do something that big of a project --
19 because there is a big project with Rain
20 Bird where we had to clear out three bays
21 and it had to be shipped to somewhere in
22 the south to make way for the winter
23 product, the insulation, the salt and
24 everything like that, and there were just

**277**

1 some things I had to go through Yvette.
2 And when I tried to get her help, she
3 didn't want pretty much anything to do
4 with it as far as helping me out with
5 Rain Bird ICB, which is transferring one
6 product at the Lowe's store to another
7 Lowe's store, which is down south,
8 because I had asked for assistance on a
9 couple of occasions and she pretty much
10 didn't want to help me out, let alone
11 acknowledge me or talk to me.
12         So I -- she could have made
13 it easier for me and she could have been
14 the only point person. I ended up having
15 to go to three -- three -- two or three
16 people to get this ICB of this Rain Bird
17 product to transfer it to another Lowe's
18 store.
19     Q.   So you said that she
20 wouldn't help you with it?
21     A.   She wouldn't help me with
22 it.
23     Q.   You asked her for help?
24     A.   I asked her for help.

**278**

1  Q. And what did she say to you?
2  A. She just really, more or
3  less, just blew me off. She goes, I have
4  nothing to do with that.
5  Q. Did she tell you that there
6  was somebody else you needed to talk to
7  about it?
8  A. She says that she doesn't
9  have time for it and I needed to talk to
10 somebody else.
11 Q. Did she tell you who?
12 A. Brenda.
13 Q. So she told you who to talk
14 to about it?
15 A. Right.
16 Q. Who was Brenda?
17 A. The RTM clerk.
18 Q. Okay. Any other ways in
19 which you were subjected to harassment by
20 Yvette Schreiber?
21 A. Other than that, just all
22 the times that she called me boy.
23 Q. What times did she call you
24 boy?

**279**

1  A. I probably mentioned it. I
2  don't want to repeat myself and I know I
3  probably already said it. The one time
4  when she went by and she said, you want
5  to do any work today, boy.
6     And I told you, the
7  electrical desk is really hard to find,
8  it is recessed in, it's hard to find, the
9  desk, and I didn't know if it was her, so
10 I leaned over to see if it was her, and
11 she turned around and said, yeah, that's
12 right, I'm talking to you, boy.
13 Q. Okay. So is that the only
14 time she called you boy?
15 A. No -- well, when she told me
16 that -- when she would go by -- I told
17 you one example when she said -- excuse
18 my language, but when she said this looks
19 like shit, and she would go by me other
20 times and say, what are you doing, boy,
21 and this doesn't look good, boy, and
22 stuff like that and just real snotty
23 comments.
24    That one I mentioned because

**280**

1  she said -- you know, she said it real
2  loud, and Keith, like I said, was there
3  and I know of some other customers
4  heard -- that's the main one I mentioned
5  because she said this place looks shit
6  and she said it so loud. It wasn't that
7  bad, it was a lot better than the day
8  before, and that's why I mentioned that
9  one as the main one.
10    But there was incidents
11 comparable to that where she just called
12 me boy, and then she told people you
13 better look after that kid, like I was
14 telling you before. She talked to Jeff
15 Ramirez to keep an eye on that kid, and
16 that's when Jeff related it back to me
17 and those were the comments that I was
18 getting back.
19 Q. Any other times that she
20 called you boy?
21 A. Those are the occasions that
22 she called me boy.
23 Q. So it's this one time when
24 she didn't see you at the desk or you

**281**

1  didn't see her, you were at the desk?
2  A. Yeah, I didn't see her at
3  first, but when I turned to look she was
4  there.
5  Q. So there was that one time,
6  and when was the other time when she said
7  this place looks like shit; is that what
8  it was?
9  A. She said that, but didn't
10 call me boy.
11 Q. When did she call you boy?
12 A. She called me boy on a
13 couple of occasions. Like one time when
14 I had a shopping cart -- actually, it
15 was, you know, it was a shopping cart,
16 but I guess that was in her way because
17 she was trying to get something, and she
18 said, you got to move this out the way,
19 boy.
20    And there was another
21 incident where I think she just didn't
22 like the way things looked and she
23 assumed that it was my fault that it
24 looked bad, so she goes, you need to do a

**Page 282**

```
 1  better job on this, boy, this is
 2  unacceptable, boy, and that's it.
 3      Q.   Any other times that she
 4  called you boy?
 5      A.   That's about it.
 6      Q.   Okay. So there were four
 7  occasions?
 8      A.   Four occasions.
 9      Q.   I'm sorry, three; is that
10  right?
11           There was a time sitting at
12  the desk?
13      A.   Three.
14      Q.   Okay. Any other times in
15  which you were subjected to harassment by
16  Yvette Schreiber?
17      A.   Just snide remarks, though,
18  but that's something that she did to me
19  before I worked for Ideal and something
20  that she did to me when I worked for
21  Lowe's.
22      Q.   What do you mean by "snide
23  remarks"?
24      A.   Are you going to do any work
```

**Page 283**

```
 1  today?
 2      Q.   Is that something that she
 3  did while you worked for Ideal?
 4      A.   She did that while I worked
 5  for Ideal.
 6      Q.   She said, are you going to
 7  do any work today?
 8      A.   Yes, sir.
 9      Q.   Anything else?
10      A.   I don't know if it's -- it's
11  very severe or not, but from when I went
12  to the -- I had to -- to go to the
13  customer service desk to get cycle count
14  reports and Yvette was in the office and
15  she saw me. She goes, what are you doing
16  today? She said it like real loud and
17  snide.
18           I just told her I was
19  getting these cycle counts printed out.
20  I mean, she didn't say derogatory remarks
21  to me or anything like that, but it was
22  just the way she said it that was not --
23  not necessarily as severe as other
24  comments, but just the way she said it,
```

**Page 284**

```
 1  and that's just some other examples. It
 2  is probably not as big of examples as the
 3  other ones, but that was examples of just
 4  being that I felt she was just negative.
 5  She didn't have to even say that.
 6      Q.   Any other instances in which
 7  you were subjected to harassment by
 8  Yvette Schreiber?
 9      A.   Like the one I was going to
10  go on to is probably one that you don't
11  want to touch on yet and that -- and
12  that's when I got the call from Jeremy
13  saying I was terminated from Ideal, and
14  that was from Yvette.
15      Q.   That was from Yvette?
16      A.   Through Linda.
17      Q.   Okay, and we will deal with
18  that in a minute. That was another
19  instance. I can get all the details on
20  that in a minute, but that was another
21  instance in which you were subjected to
22  harassment by Yvette?
23           What I am getting at, just
24  to bring you back to where we were, we
```

**Page 285**

```
 1  were talking about your complaint in
 2  paragraph 14. It says you were subjected
 3  to constant harassment by agents of
 4  defendant Lowe's, namely, store manager
 5  Yvette.
 6      A.   Yes, sir.
 7      Q.   And I want to know all of
 8  the ones you're talking about in
 9  paragraph 14 of your complaint.
10      A.   I felt that -- for those 90
11  days I felt that I was -- I mean, I
12  didn't count every single complaint that
13  she gave me because some of them she did
14  to me in previous vending jobs, but with
15  some of them she really just crossed the
16  line and that's why I called the hotline,
17  but I thought for the first 90 days all
18  that had transpired was more than enough.
19      Q.   I understand that, but have
20  you told me about all of them? Are there
21  any others that you have not told me
22  about, is what I want to know?
23      A.   That's just for Yvette,
24  correct?
```

**286**

1  Q. Yes, dealing with Yvette.
2  A. That would have to be it.
3  Q. Okay. Now, all of those
4  instances of harassment that you just
5  mentioned, do you think they were all
6  because of your sex?
7  A. Yes, sir.
8  Q. Why do you think they were
9  because of your sex?
10  A. Being that I was a vendor
11  there, uhm, you also have female vendors
12  as well --
13  Q. Okay.
14  A. -- and I felt like it's just
15  -- I mean, I shouldn't say it's
16  probably -- probably not right to say
17  it's a no-brainer, but when you go into
18  vending, you're not micromanaged
19  whatsoever. I mean, you just
20  specifically are going to the store, do
21  the job that you're to do through the
22  vendor that has the contract with Lowe's
23  and that's it.
24           On some occasions you will

**287**

1  interact with customers and Lowe's
2  employees and so on and so forth, but
3  it's not a regular routine or pattern.
4  With me, because of Yvette and Linda, I
5  had dealt with them in my previous
6  vending position and as a previous Lowe's
7  employee, and I felt that it had -- had
8  to do with my race because I had to look
9  at it from that perspective because they
10  are both females --
11  Q. You just said race. I was
12  asking you about your sex.
13  A. My sex, excuse me.
14  Q. Okay.
15  A. Correct myself. I have to
16  look at it from the sex perspective
17  because they are both females and they
18  are both from the same Lowe's store in
19  Louisiana. They know each other. And I
20  will never know to this day -- I mean, I
21  like to think my work ethic is just one
22  that's consistent and is that -- is one
23  that shows up on a timely manner that is
24  counter productive and does the best he

**288**

1  can, so, therefore, I will never know
2  what it is with Linda and Yvette that
3  this -- they always gave me a hard time
4  because other vendors -- I know other
5  vendors, I talked to them, I know them
6  from being a vendor before and a Lowe's
7  employee, so I just know how vending
8  works. And it was as almost as if I was
9  a Lowe's employee working for Ideal
10  Merchandising, and I felt like I was
11  being treated worse than when I was a
12  Lowe's employee.
13           I was a Lowe's employee
14  under Yvette's direction when she was
15  store manager and, uhm, that's why I say
16  I have no other choice, but to look at it
17  as sex, because, like I said, they are
18  both females and I don't know what it is
19  about what I have done -- like I said, I
20  don't know, because it probably started
21  from when I worked at Lowe's, but I have
22  to look at it from that perspective as
23  being a male, that they had it in for me.
24  Q. Because they are both

**289**

1  female?
2  A. Because they are both female
3  and other female vendors weren't getting
4  treated the way that I was.
5  Q. What other female vendors
6  were there?
7  A. I don't know their names.
8  Black and Decker, and then the other one
9  is -- it's a -- it is a home decor. I
10  think it's called Rubbermade.
11  Q. Were there male vendors who
12  were -- were there other male vendors?
13  A. Yes, sir.
14  Q. How were they treated, as
15  badly as you?
16  A. They were treated great.
17  They were left alone.
18  Q. They were treated like
19  female vendors?
20  A. Yes, sir.
21  Q. How about your race, why do
22  you think it was about your race?
23  A. I'd have to look at it from
24  my race because I was the only one of

Page 290

1   Asian descent. Whether it was from -- I
2   mean, working for Ideal Merchandising
3   because this is what this is about, is
4   because the other vendors that I
5   mentioned, female and male, I mean they
6   were not of Asian descent, so I had to
7   look at it from that perspective, too.
8        I mean, I have to look at it
9   from being my race, or going back to
10  before, being my sex, because I don't
11  know how this started. Like going back
12  to what I was telling you before, yes,
13  Yvette and Linda came from the same store
14  and I was telling you before I don't know
15  how this started, and that's why I have
16  to look at it from this perspective
17  because I'm a male, and then going back
18  to this one now because of my race,
19  because I can't think of any other
20  reason, but it to be that, for the reason
21  that I have been given these hardships
22  for the past -- I'm speaking on Ideal,
23  for working for Ideal.
24      Q.   Because you can't think of

Page 291

1   any other reason so you think it's
2   because of your race?
3       A.   Well, I know it's because of
4   the race.
5       Q.   Why? That's what I am
6   trying to get at, sir. Why do you know
7   it's because of your race? You have told
8   me before, as with your sex, you said
9   they are female and from the same store,
10  speaking about Yvette and Linda.
11       Why do you think it's
12  because of your race?
13      A.   Because people of different
14  races, African American or Caucasian
15  descent, weren't treated in the same
16  manner that I was treated. I'm not
17  talking about the same manner isn't
18  better. They were not micromanaged, they
19  were not getting calls on their cell
20  phone, like I was telling you about
21  before. I asked Jeff about that -- I'm
22  not even going to talk about that.
23       Just knowing other vendors
24  weren't getting -- of a different race

Page 292

1   weren't getting calls on the Lowe's
2   phone, weren't getting checked up on on a
3   regular basis, whether it be every hour
4   on the hour, any of that. I was the only
5   one subject to this harassment.
6       Q.   How do you know that?
7       A.   Talking to other vendors.
8       Q.   And no vendors had that
9   problem?
10      A.   No vendors had that problem.
11      Q.   Any other reasons why you
12  think it was because of your race?
13      A.   The consistency.
14      Q.   What you mean? What do you
15  mean by "the consistency"?
16      A.   I mean the regular -- I mean
17  the hostile environment was already
18  there, but it became more of a hostile
19  environment after I called the corporate
20  hotline on them and then it just got
21  worse. And shortly thereafter, uhm, I
22  know we are not going to go into it now,
23  but I was terminated, and that, to me, is
24  a sign right there that it was definitely

Page 293

1   because of sex and race to expedite this
2   termination so fast over something
3   minute.
4       Q.   And that something is that
5   you called the customer care line and
6   complained about the store manager?
7       A.   No, I was terminated because
8   of falsely being accused of recording
9   conversations.
10      Q.   We will get to that in a
11  second, but what I am trying to get at
12  is, have you told me every reason why you
13  think it was because of your sex and
14  because of your race?
15      A.   Yes, sir.
16      Q.   You have told me every
17  reason why you think it was?
18      A.   I don't know if I told you
19  every reason.
20      Q.   Well, give me every one.
21  What other reasons do you think it was
22  because of your sex?
23      A.   See, if I say this -- and
24  it's going to go back to when I started