**Linda's** 208:16
**line** 50:7 76:4,7 127:5 271:21 273:2 275:22 285:16 293:5 298:8,12 303:21 308:4,17,18 309:5 309:15 327:4,21 387:5 428:19,21 434:14,24 435:8 436:4 437:22 442:4 470:3 472:2
**lines** 50:8 167:5 428:7
**linoleum** 90:8 94:21
**liquid** 104:1
**Lisa** 404:9
**list** 89:15,18,19,21 89:22 90:2,16 91:4,16,22 92:2,4 92:9,12,21 93:1,2 94:2,5,6 222:12 319:8 403:5
**listed** 177:15,18 178:7 181:18 318:10 337:4 403:14
**listen** 206:12 346:21,22 347:19 363:3 370:14
**listened** 363:23
**listening** 461:20
**lists** 89:14 91:1,8,18 92:16 93:13,14,20
**literature** 181:1
**litigation** 7:20 411:10
**little** 13:7 76:10 99:15 104:7,9 109:22 121:12 133:10 135:6 163:13 176:6 206:23 213:13 238:22 256:3,4 333:1 338:10 356:7 360:21 367:15 375:11 383:21 387:10 392:5 402:18 416:24 420:5 423:12 426:15 453:24
**LITTLER** 3:9
**live** 14:10,14,21,24 15:3,6,14,17 19:8 82:4,8 136:2 147:18 422:23
**lived** 14:7,11 15:7 82:5
**livelihood** 220:18
**lives** 19:3
**living** 19:6
**LLP** 2:7 3:16
**loaded** 180:6
**loader** 180:5
**loan** 238:15
**loaned** 246:21 247:3
**location** 134:6,8,11 141:7 176:12 186:7 417:2 458:18
**lock** 152:16
**logo** 237:10
**long** 14:7,14 15:14 19:8 22:17 28:15 47:11 49:14,16 79:12,12 115:2 172:9 181:7,11 183:23 189:4 222:4 237:10 242:8 249:2 253:14 263:16 306:17 314:23 320:24 334:24 382:20 419:8 434:5 443:9,14 444:13
**longer** 274:11,17 338:21,22 339:21 340:18 451:15
**longest** 41:1
**look** 40:24 81:8 105:2,3 107:3 126:21 127:2 144:6 168:10,17 177:5 178:10 190:7 192:2 201:10 212:5 213:11,17 214:8 219:5 220:5 221:11 223:6 236:10 245:2,9 256:16 279:21 280:13 281:3 287:8,16 288:16 288:22 289:23 290:7,8,16 294:21 294:22 300:2,3 301:17 324:3 330:22 333:2 337:19 353:14 361:18 375:12,18 376:8 379:18 405:23 424:21 425:10 426:12,15 427:12,20 432:18 432:24 433:1 458:16
**looked** 40:13 72:3,4 121:9 167:20 173:14 193:13 214:17,19 235:24 266:13 281:22,24 296:5,6,6,7 300:5 380:6,10
**looking** 49:3,5 88:15 89:1 115:12 121:8 131:4 214:15 259:4 378:11 395:15 398:9,14 406:2 409:10 412:20 419:1 422:5,8 433:8 460:22
**looks** 81:8 105:10 201:19 214:2,4 216:10 232:17 235:22,24 247:13 261:20,22 279:18 280:5 281:7 335:1 372:3 382:21 393:1,22 426:14
**loop** 298:24
**loose** 83:9 344:15
**lose** 172:21 319:6 408:2
**losing** 172:17 419:18
**lost** 239:24 345:15 381:8,11,19 412:9 412:20 413:9
**lot** 11:18 31:15 35:8 56:14,19,22 57:11 60:23 61:12 66:2 68:11 71:1 72:16 72:19 83:10 84:20 85:12 90:4,8 92:5 100:23 104:3,11 110:12 126:22 128:10,12,24 141:17 163:12 164:21 167:15,18 181:12 182:12 184:14 185:6,16 214:14 222:19,19 230:8 233:6 239:1 272:12 280:7 301:7 305:14,15 313:11 342:10 347:14 349:22 353:22 354:15,19 359:3,4 362:19 363:7 367:11 370:1,5,5 384:16 416:18 417:13 418:3 421:9,24 422:2,6,11 443:15 445:11 446:2,13
**loud** 142:20 143:1 237:19 280:2,6 283:16 357:8 361:4,20 365:23 366:2 368:24
**louder** 142:19,19 142:19 356:22,22 356:22
**Louisiana** 84:17 87:20 287:19 396:7,8
**loved** 116:15 118:12,23 162:5,8
**low** 55:18
**Lowe's** 1:6 3:13 4:18 5:4 7:20,21 18:3,7,9,14,16,18 20:13,24 21:13,22 22:8,13 23:1 24:10 25:14,20 26:4,8,9,13 27:15 29:23 31:12 36:24 37:2,8,9 38:9,15 38:19 39:3,4 47:12,14 49:20 50:1 56:9 59:11 61:13,14,16,18 62:4,6,22,24 63:20 64:5,14,15 64:23 65:5,23 66:8 72:24 80:6 80:10,11,15,20 82:14 84:18 89:9 94:9 95:19 96:11 98:7 102:1,4,9,9 102:15 103:4,7,11 103:13,15,17 104:11 106:1,13 106:15,17,18 107:9 108:9,10,13 108:14,16,16,17 108:17,18 109:18 110:3 115:15,21 116:1,4,5,9,11,14 116:18 117:15,15 118:13,13 120:12 121:20 122:14 123:21 124:2,9,18 124:19,23 125:13 125:20,22,23,24 126:3,4,7,12,23 131:16 135:13 144:1,2,3 150:10 154:1,5,12 155:24 158:1,7 161:11 162:9,18,21 164:3 169:9 170:16 171:23 173:3 174:2,6,13,18,21 176:14 179:5,7,15 179:17 181:6,14 181:20,24 182:12 182:13,16,17,21 183:10 184:13 185:15,18 186:10 188:1,13,17,23 191:6,15 192:18 193:3,23 194:4,8 198:21,23 199:1,5 199:12,18 202:20 205:17 207:12 209:12,15 210:13 212:10 215:5 216:23 220:13,15 220:20,21,23 222:13,17 224:11 224:16 225:3 227:5,6 230:22 231:11 233:1 234:1 236:5 240:5 240:16 253:10 255:13 258:15 259:7 260:1,7 271:12 277:6,7,17 282:21 285:4 286:22 287:1,6,18 288:6,9,12,13,21 292:1 294:1 295:7 295:15 296:11,16 296:17,17,17 297:3 300:17,24 301:14,15,21 302:1 303:2,14 304:20,24 305:2 305:17,23 306:19 306:22 307:3,8,9 308:18,23 311:6 316:5 317:16 320:12 321:23 322:9,24 323:4 324:7,14,18 325:24 326:5,12 326:14,22 327:21 329:5,7,15,18 333:9 334:5,23 336:14,21 337:6 338:22 342:24 343:15 345:6 346:23 348:4,5,7 348:9,24 349:4 353:5,8 359:23 363:1,12 364:9,11 364:13,19,24 374:10,24 375:7 375:20 376:1,5 378:8 385:2,18

387:6 389:3 390:5 390:9,21,23 391:1 391:3,6 392:15,17 396:16 397:9,14 397:18 400:21 416:16,22 417:6 418:3,5 419:12 436:12 447:10 456:1 458:23 459:16 460:3 466:5
**loyal** 123:20
**luck** 457:5
**Lucretia** 407:20
**lumber** 83:15,16
**lunch** 80:14 184:2
**luncheon** 155:13

**M**

**mad** 249:12 300:22
**Mahogany** 14:12 14:15 15:7
**mailed** 424:6
**main** 110:20 180:20 184:16 212:23 260:4 280:4,9
**maintain** 136:5 176:11
**maintained** 135:19 375:7 409:18
**major** 16:22 50:3
**majority** 61:2 84:6 181:14
**making** 140:6 152:11,12 163:24 164:1 180:22 185:20 213:10 236:12,12 264:23 272:7 308:10 321:3 356:2 401:12 417:1 419:13
**male** 49:2 190:11 216:11,16 219:3 264:13 288:23 289:11,12 290:5 290:17 296:23
**males** 217:2
**mall** 58:8
**man** 57:5 244:8 344:21 451:22
**manage** 140:21
**managed** 210:17
**management** 4:23 17:4 18:12,12 22:4 94:10 103:13 103:20 115:24 118:1,5,11 119:3 156:24 296:11
314:1 375:1 390:17 392:9
**manager** 21:20 22:4,6,12,18,21 26:3,7 27:1,1,7,11 35:19 40:8,17 41:17,18 44:18 45:3 57:9,13 64:20 69:8 70:3 70:15 75:5,5 78:15 81:12 84:19 87:1 108:5,6,7 112:20 113:5,9,11 114:3 123:10,17 123:18 137:10,12 137:13 138:4 139:21 141:3,7 148:19,22 151:7 151:10 160:7 161:2,10,11 162:8 165:8 168:22,24 169:5,14 171:4,5 171:11,17 172:16 173:24 175:10,10 188:24 194:13 202:20 205:13,17 209:19 210:21,24 211:6,15,19 212:11,15 213:2 224:18,18 227:11 233:9 242:11,13 243:2 258:11 260:23 271:10 285:4 288:15 293:6 298:21 305:13 311:2,13 311:15 317:15 339:8 355:20 391:11 395:24 396:13,14 403:16 404:11 435:9 449:3 458:23 462:21 463:3,15 463:19,24
**managers** 26:19 27:13 34:19 69:10 113:5,8 117:9,24 118:17 137:9,18 210:19 227:5 271:12 275:24 302:3 316:24 449:12 458:18,19 460:3 463:9
**manager's** 211:6 464:1
**manner** 59:18 178:21 287:23 291:16,17 374:5 454:16 455:4
**mannerism** 60:21
**Manpower** 23:7,20
**manual** 5:9 427:24
**March** 388:10,19
**margin** 125:21,22 126:13 135:14,24 144:3
**margins** 144:5
**Maria** 1:19 2:11 468:12
**marked** 4:12 6:20 23:23 24:3 175:16 175:20 189:15,19 257:20 331:23 351:3 358:10 374:19,23 377:15 377:19 408:5 424:16,20 425:7 425:11 429:18,22
**market** 2:8 3:17 141:3,7 162:7 298:21 302:3
**marketing** 18:11 162:11
**married** 16:3,5
**martial** 225:13 231:14,20
**Maryland** 19:4
**matter** 52:15 53:4 53:17 84:23 111:20 113:15 136:12,14,17 138:13,19 152:1 199:15 201:23 202:3 209:18 244:13 252:7 256:1 295:16,17 307:19
**ma'am** 80:23 408:9 408:22 409:17 411:15 413:22 415:18 416:12 418:11,16,20 422:17 424:12 425:4,14 426:4 430:1 434:17,19 450:17,20 451:9 451:13
**mean** 10:10 30:3 34:7 60:1,18 61:17 62:3 63:5,8 69:2 77:12 78:23 82:18 91:21 94:11 97:6 112:23 115:19,21,23 118:12,17,19,23 121:3,11,23 124:15 126:4 127:2,4,10 128:7
128:22 129:24 134:23 135:8 137:9 138:18 140:18 141:4,21 141:22 142:16 143:19,21,22,23 151:11 152:6 154:14 161:11 162:24 164:21 170:17 172:7,8,12 172:24 181:4 182:8 184:19,21 184:22 185:4,13 185:17 190:17 193:8,10,17,18,18 206:6 207:8 209:23 212:12,16 212:24,24 213:5 214:24 217:2,7,9 217:18 218:13 220:7,17 226:16 232:20 233:2 235:17 236:11 241:1 242:10 248:15 250:11 255:23 256:17,17 257:1 268:24 269:23 270:5,16 276:9,11 282:22 283:20 285:11 286:15,19 287:20 290:2,5,8 292:14 292:15,16,16 299:20 306:15 310:23,23 313:23 317:14 322:3,11 322:12 327:17 344:17 347:2 349:17 354:21 356:12 370:7 371:6,9,13,17 394:20 396:5 397:4 411:11 415:20,22 417:8 418:22 419:4,10 419:17,19 420:14 420:17 422:1 423:13,21 430:6 432:5 435:2 436:22 440:17 443:11 451:23,24 455:22,23 456:8
**meaning** 40:15 58:7 59:3 92:6 130:11 301:21
**means** 50:6,8 68:12 172:21 173:2 177:21 222:22 233:23 440:11
468:20
**medication** 9:15
**medications** 9:20 9:22
**meet** 13:15 157:21 158:12,15 168:1 456:15
**men** 218:10,14
**MENDELSON** 3:9
**mention** 125:14 127:18 268:7 299:5 345:17
**mentioned** 46:18,22 122:21 127:24 182:24 210:2 231:14 243:8 250:3 257:11 279:1,24 280:4,8 286:5 290:5 299:2 299:3 305:10,14 305:15 311:23 316:6 328:9 342:17 345:13,21 348:8,14 356:14 422:18 440:2,3 447:17 450:9
**mentioning** 268:13
**mentor** 46:20 119:7
**merchandise** 105:24 106:20 143:3 162:16
**merchandiser** 106:21 107:2 126:24 159:20 162:4 175:22 176:20 178:18 180:10 200:23 201:4 241:17 320:10,15 322:17
**merchandisers** 414:2,18 415:13
**Merchandising** 1:8 3:20 4:14 5:8 12:21 18:15 65:1 156:5 158:21 159:2 160:3 169:20,24 171:24 175:11 181:16 194:3 198:6 203:6 203:7 205:4 207:3 216:19 241:15,17 249:4 288:10 290:2 298:2 312:1 314:3 340:10,19 347:15 377:24 396:16 416:1,15 416:19 417:10,15 460:1
**Merchandising's**

170:18 425:23
**Merit** 2:12 468:12
**mess** 33:21,21 150:22
**messed** 96:8 206:10 213:12
**messing** 344:22
**met** 158:18 168:5 204:4 448:19
**MF** 364:23
**Micro** 94:10
**micromanage** 64:18
**micromanaged** 64:23 65:8 119:7 172:1 286:18 291:18
**micromanagement** 269:22,24
**micromanaging** 99:6 331:13 392:13
**middle** 51:3 137:16
**Middletown** 108:18 108:20 125:15,18 127:16,20 128:6,8 128:13,17 129:13 129:22 130:8,22 131:2 157:19,21 158:10,13,18 165:2,9,16 184:15 184:15,16,18 202:1 205:15,23 210:15 240:2 272:12,14 306:22 339:23 340:1,6,10 340:15 381:13,19 381:21 394:9 448:19 453:7 455:15 456:1,2,14 463:15
**midnight** 35:7
**Mike** 27:2 54:2,10 57:9 58:18,20,22 66:10,10,11,14 71:9 72:6,8 117:11,21 140:24 146:7 147:9,10,22 217:4 302:19
**Mikes** 66:13
**milage** 422:3
**mild** 420:6
**Milford** 354:17
**military** 18:23,24 19:24
**mill** 229:20
**milligrams** 9:24 10:2 419:6
**million** 420:14,15
**millionaires** 118:17
**mind** 136:22 194:7 206:2 339:22
**mine** 34:12 36:9 48:5 92:3
**mini** 82:22,24 83:5 312:5
**minority** 297:2
**minuscule** 77:12,21 77:22
**minute** 284:18,20 293:3 296:13 303:7 309:21 356:21 375:13 388:13 424:21
**minutes** 136:4 151:3,4,17 152:2 154:8 235:17 236:21,23 339:19 368:15 435:2
**miscommunication** 88:8 89:4,5
**miserable** 40:4 42:4 419:20
**missing** 167:19 245:6 428:6,19
**misskewed(sic)** 341:23
**mistake** 384:9,10 406:18 453:11
**mistaken** 325:18
**mix** 49:8 61:15
**mixed** 149:20 234:4
**modules** 222:15,16 222:18
**mole** 140:6 310:5
**mom** 15:2 230:3 422:23
**mom's** 190:21
**Monday** 165:15 166:14,15
**money** 23:17 126:20,23 135:23 143:7 144:4 172:18,21,23 178:3,4 239:2
**monitor** 91:17,19 170:1
**month** 50:24 107:7 114:23 156:8 168:7 216:1 302:5 315:1 405:10,12 414:10,10
**monthly** 419:24
**months** 14:9,17 15:16 18:4 35:1 36:19 43:23,24 46:10 47:14 48:21 49:17 78:23 79:4 115:8 120:11,12
217:13 245:18 297:21,22 412:13 412:14,15 422:12 422:20
**morning** 7:17,18 33:1 91:13 246:15 334:4,21 408:11
**mother** 15:3 190:22 362:4
**mountain** 140:6 310:5
**mouth** 156:18 217:21 368:19
**move** 18:20 185:10 186:6 215:4 281:18 400:3 433:15
**moved** 150:5 215:5 305:17
**moving** 242:6 243:10,12,19,23 249:6 250:11
**multitasking** 180:8
**Myer** 212:15 311:15,17
**Myers** 21:17 84:19 85:5 87:13 88:5 89:8 94:8 97:3 151:9 152:20 202:18,19 203:4,5 204:8,17,19,21,23 206:19 208:13,22 212:16 230:14,18 232:5 237:5 274:9 274:9 302:7 311:20,21 313:3 313:16 315:17 316:3 317:12,24 318:17,21 319:14 319:20 321:22 328:18 373:13 374:8 388:2 393:15 395:18,23 396:12,24 407:9 448:4,5 452:15,21 460:4 462:13
**mysterious** 275:23 312:2

N

**N** 1:19 3:2 4:3 468:12
**name** 7:19 13:19 19:17,21 25:24 27:8,10 49:2 50:17,17 57:7 58:13 60:14 67:23 69:24 70:18,24 71:15 73:9 75:2
81:17,22 98:13,14 105:22 113:18,20 140:23 141:1,1 142:1,18 151:16 200:2,5 211:3,6,9 211:13,14 224:4,5 224:7 225:4 228:24 241:13,15 241:21 242:8,19 243:23 244:7,9 246:1,3 247:6 249:3 268:13 305:14,15 320:15 344:3 390:2 406:15,22 432:6 452:16 463:1,2,4 464:1
**named** 27:2 34:13 57:6,8,9,11 122:23 210:20 266:3,5
**names** 54:3,9,11,11 57:15,17 70:23 71:3,5,5 98:14 121:5 200:1 230:10 289:7 314:8 321:23
**NARMS** 156:19,20 156:21,22,23 157:5
**national** 58:16,21 190:11,14 191:3,6 191:15 219:12,17 224:24 230:12 232:4 263:21 301:18 327:11,14 354:4 355:14 408:24 409:3,6,14 444:10 445:20 446:16 457:19
**nationality** 71:23 226:23 228:15 230:5
**nature** 47:8
**near** 356:18
**necessarily** 68:16 125:11 160:7 213:9 220:21 249:2 283:23 371:7 374:11 409:10
**necessary** 36:1 196:5 469:4
**need** 33:11 37:14 53:4 76:18 97:19 97:21 104:8 110:6 110:11,15,16 132:14 143:9,14 214:4 252:23
253:3 265:21 281:24 294:16 295:18 299:7,24 317:21 335:16 340:2,2 370:16 383:14,24 394:23 432:24
**needed** 12:12 28:24 39:10,14 43:7 52:17 83:4 97:11 105:4 110:8 117:16 121:17 144:13,19,22 150:7 154:9 166:15 168:14,16 169:1 180:16 233:1 234:21,22 276:12 278:6,9 298:11 300:1 304:22 307:11 344:18 360:9
**needle** 172:11
**needs** 36:11 167:15 167:18 173:15 179:12 194:16 198:2 310:19,19
**negative** 147:7 148:6,9 149:4,9 217:17,22 218:1 284:4 308:1 367:19 370:6,8
**neighbors** 82:7
**neither** 393:5 466:13
**nepotism** 395:23 396:2,23 397:16
**Net** 405:3
**never** 29:13 42:18 62:15 75:18 84:24 87:15 96:21 115:19,20,24 133:3 136:7 147:5 173:10,11 201:4,5 209:3 213:1 214:13 216:24 220:4 226:2 227:14,18 232:7,9 241:20 242:22,23 249:24 250:3 258:2 268:5 287:20 288:1 301:19 343:17 345:6 349:3 350:9 353:4,6,7,9,10 361:15 362:20 388:20 394:13,18 395:12 397:24 398:5 461:23 464:23 466:7

**new** 17:12,15 18:6 18:21 80:12 109:7 113:5,11 131:5 141:2,10 164:5 184:16,17 194:7 211:18,22 225:14 242:18 272:24 274:22 321:23 346:19 359:2,6 390:14 392:6 395:11 463:19,23 463:24
**Newark** 109:8
**news** 154:20
**newsletters** 118:21
**nice** 164:4 241:21 457:10,12,13
**niche** 307:9
**night** 10:3,4,9 35:6 87:16 91:23 143:12,14 144:21 152:17 153:21,22 167:8 185:9 265:10 304:17 384:5 446:14
**Nineteen** 23:13
**nitpick** 256:5
**nitrogen** 110:12
**nod** 205:20,24 233:15 345:18,24 380:21 455:8
**Noel** 3:4 336:18
**NOELLE** 2:11
**noise** 362:19
**nonchalant** 441:11
**nonchalantly** 441:9
**nonsense** 453:17 454:7,23
**non-documented** 326:8
**non-tangible** 296:2
**non-work-related** 186:24 256:6
**North** 13:22 193:24
**Notary** 2:14 471:23
**note** 29:22 30:1,2,4 30:6,10,11 31:20 32:3,23 33:20 34:1 73:1 333:16 428:5
**noted** 333:22 469:11 471:10
**notes** 363:15,18,20 363:22 364:4 408:5 472:1
**note-taking** 341:8 341:20 342:19 343:8,23 398:16 460:6 464:14,19 466:17
**notice** 2:5 27:18,19 295:20
**noticed** 270:1
**November** 1:12 216:7 334:21 382:19 383:1 384:20 468:13
**no-brainer** 183:4 286:17
**number** 4:6,12 61:4 163:20 260:5 333:3 336:16,24 347:6 377:19 394:5,16 400:7,14 402:21,24 405:23 425:11,17,20 426:19 431:4
**numbers** 187:14,16 187:17 347:8,9,13 353:11 360:8
**Numeral** 458:17 461:17
**numerous** 95:7 242:17
**nutshell** 28:17 213:20 245:21 312:14
**N-a-r-m-s** 157:6,7

**O**

**oath** 129:19
**object** 461:14
**objection** 251:22 294:10 325:5,12 330:1 331:5 376:24 420:24 447:11 459:8 460:19 461:11 465:10
**objections** 7:6
**observing** 331:14
**obstacle** 185:17
**obviously** 183:4 247:16 274:15 432:6
**occasion** 243:14 248:23 251:20
**occasions** 268:13 269:7 270:14 277:9 280:21 281:13 282:7,8 286:24 355:21
**occur** 115:13
**October** 155:2 156:12 201:14 216:4,6 334:4 378:13 379:3 381:2 382:1,1,10 432:14
**offender** 11:22
**offer** 26:16 159:11
**offered** 159:11,12
**offhand** 70:11 182:24 183:2
**office** 35:10,23 36:15 80:16 81:3 193:23 196:14 257:14 260:2 261:23 265:16,23 269:2 283:14 324:6,12,17 342:8 351:8 354:17 356:18 427:18
**offices** 2:6
**oh** 36:3 168:16 175:7 191:17 344:21 362:6 439:24
**okay** 8:1,15 10:17 11:5 13:8,18 14:4 14:18,21 15:22 16:3 17:1 18:10 19:5 22:2,11 23:18 24:15 27:6 27:12 28:17 33:10 35:21 38:3 39:15 42:6,22 43:13,17 48:23 49:22 54:20 55:10,15 58:9 59:20 61:3 62:6 63:23 64:3 65:22 67:21 68:23 69:17 70:5 75:20 76:6 76:11,23 78:20 79:21 80:8 85:23 86:7 88:3 89:7,12 93:8,18 94:7 95:2 98:3,22 99:18,20 101:14 102:7,22 105:14,20 108:12 108:14,19,24 109:20 110:21 112:3 115:9 116:16 118:8 122:13 123:23 124:15,20 125:3 125:10 126:17 127:15,21 130:20 131:1 132:4 133:3 134:3,7,15 137:2 139:5,9,15,17,18 140:12,22 141:9 145:17 149:15 150:4 152:21 153:6 154:21 156:2,13 158:5,12 161:9,14 162:3 163:10 164:24 165:11,18,20 166:19,19 169:8 170:5,10,23 175:13 176:7,19 177:3 178:6,10 179:2 181:17 182:3,18 183:12 184:6 188:4 190:1 190:3 191:22 192:2,22 194:20 195:14 198:15,16 198:20 199:14,24 200:3,7 201:13 202:5 203:2,8 204:7 205:8 208:5 208:19,22 212:1,4 212:19 214:20 215:17 218:8 221:11 225:7 227:20 229:21 230:16,24 233:16 237:4 239:13 242:12,14 243:14 246:8 247:18 248:19,21 250:1 250:16 252:4 254:24 255:13 257:7 258:7 260:8 260:21 261:18 262:11 263:4 264:21 265:24 266:7 269:3,9,17 269:19 271:22 274:12 276:2 278:18 279:13 282:6,14 284:17 286:3,13 287:14 297:23 299:17 300:11,15 303:6 303:22 304:1 315:16 318:19 319:12 320:2 321:1,10 322:4,18 323:18 324:14 326:4,16,24 328:1 330:20 332:9,14 332:23 333:6,14 333:20 334:1,1,10 334:13 335:5,10 335:13,19,24 336:6,16 337:18 337:18,22 338:1 338:13 339:13 340:22 343:10,13 348:7 351:15 352:3 353:14,21 355:18 357:11 360:1,14 361:19 363:9,14 364:3,14 364:17 365:3 368:7 369:15 371:15 373:4,12 373:18 374:16 375:6,10 376:7 378:10,19,22 379:5,12,15 380:9 380:15,18 381:14 381:18 382:7,10 382:15 383:18 384:21 386:11,22 387:8,17 388:9,23 389:10 390:4 391:17 392:5 395:20 398:9,14 398:19 399:16,16 399:16 400:18,23 401:4,23 402:5,10 402:17,24 404:3 404:12 405:14,18 405:22 406:24 407:3,22 408:8,13 408:14,17 409:13 409:18,24 410:11 410:16,19 411:7 411:22 412:3,5,18 413:1,4,8,18 414:11 415:5,19 416:7,13 418:4,9 419:2 421:20 422:18 424:9,13 424:23 425:15,19 427:2 428:3 430:2 430:9,13,16,21 431:16,21 432:13 432:18 433:3,5,6 433:23 434:2,9 435:5,5 436:7,14 437:8,12,15 439:4 440:9 441:1,6,22 442:8,12 443:5,10 443:17 445:18 446:1,15 447:3,19 448:6,13 449:22 450:3,13 451:10 453:12 457:14 460:10 461:14 463:13 464:18,22 466:4,19
**old** 184:18 202:19 224:11,16 225:3 346:18
**once** 10:11,12 93:11 107:7 121:22,24 122:1 126:20 132:21 136:3 168:6 300:24
**ones** 21:10 133:21

188:19,21 257:4 257:10 284:3 285:8 449:12,14
**ongoing** 32:6
**open** 28:23 152:15 185:23 305:21
**opening** 157:4,19
**openings** 39:9,11 43:9 45:24 49:9 49:12 118:21
**openly** 376:10
**operating** 176:21 405:3
**operation** 151:6
**opinion** 42:5,10 143:22 207:24 208:1 253:16
**opinions** 148:4
**opportunity** 432:20 468:9
**opposed** 52:9 217:2 271:1
**oral** 2:3 366:24 367:16 369:19,23 370:10,12 400:21 401:24
**order** 12:13 87:5 105:4,11 110:2,3 110:5,6 111:7 164:7 167:21 168:23 169:2,6 171:8,17 172:22 173:18,22
**ordered** 167:16 173:11
**ordering** 105:19
**orders** 100:13,16 173:7
**organization** 184:24
**origin** 58:16,21 190:12,15 191:3,7 191:16 219:12,17 224:24 228:16 230:13 232:5 263:21 301:18 327:11,15 354:4 355:14 393:4 408:24 409:3,6,14 444:10 445:21 446:17 457:19
**original** 469:15
**outcome** 445:15
**outline** 408:6 429:12
**outside** 30:15 31:12 37:6 76:1,15 83:7 127:10 130:7 133:11 137:8,11 137:12,14,17,18 138:4,12 139:21 148:18,22 180:6 252:11,13 254:6 254:10,17,22 260:15,16 307:8 335:11,13 344:3 344:15 349:14,18 349:19 361:17 383:13 384:11,21 384:22 385:5,13 386:7,9 396:7 397:9
**outstanding** 36:23 328:7,8
**overhead** 40:10 103:20 141:18,19 143:17 151:1 185:1,4,5,19,21 186:20,21 341:19 343:11
**overlay** 163:3
**overnight** 34:21
**oversee** 106:1 164:13
**overseeing** 163:24
**oversees** 210:24
**overtime** 413:3,5,9

**P**

**P** 3:2,2
**pad** 152:10
**padding** 86:20,21 90:8
**page** 4:6,12 6:6,11 6:16,21 24:19 190:6 204:15 332:6,10 333:3 378:11 379:7 382:18 393:9,9 400:20 403:6 428:6,13,13,17,18 470:3 472:2
**pages** 471:5
**paid** 166:2 184:4 234:11,11 245:19
**pain** 420:3
**paint** 39:8 43:9 44:19,20 45:2 49:10 97:1 188:24 209:19 224:17,18 233:9,19,21 234:4 234:5,7 235:7 236:4,15,16,17,19 236:21,24 237:1 251:6,9,13,16 305:13 334:14 382:12
**painted** 162:18
233:1 237:2,3
**pallet** 133:13 141:19 149:22,22 150:6 179:24
**pallets** 37:10 111:24 133:10,11 133:20 141:23 142:3,4,7,9 143:11,17 145:19 145:21,24 149:15 149:16,20,20,24 150:2
**pans** 46:8
**papers** 117:13
**paperwork** 12:5,14 12:16 65:2 160:9 161:21 167:7 204:10 206:3 312:5 347:15,17 421:16 424:5
**par** 272:7
**paragraph** 190:7 190:10 192:3,3 199:2 201:10 212:5 262:3 285:2 285:9 311:10 324:4 325:24 326:17 330:23,23 333:10,18,19 335:9 336:19 337:19 338:2,8 375:18 393:14,17 393:23 395:17,22 398:11 400:9,19 400:20 402:2 460:23
**paraphrase** 296:23 331:2
**paraphrasing** 317:20 454:12,14
**parents** 230:1,2,6
**parking** 31:14 35:8 83:10
**Parkway** 3:11
**part** 20:16 33:5,8 76:14 84:10 91:12 91:15,24 100:5 104:15 107:14 109:24 110:23 116:3 118:20 122:9 163:6,15 168:3 171:13 176:9 177:1 178:24 187:1 227:1 262:11 340:17 355:9 360:22 393:11 455:21 456:4,12
**partially** 190:12,18
331:19
**particular** 54:14 141:14 153:22 222:8 256:17 444:24 445:1
**parties** 461:3
**party** 48:4 411:10
**part-time** 340:9,13 340:15 455:24
**pass** 173:24
**passed** 69:4,5,9 273:19
**passing** 270:18,19 270:20
**path** 419:14
**pattern** 287:3
**Paul** 211:9,10,11,13 211:20 212:1 463:17,19,22
**Paula** 299:15 300:4
**pause** 347:10
**Paxil** 9:24 10:2,8,17 419:7,22 420:5
**pay** 77:9,10,13,19 78:18 79:1,8,17 79:21 117:20,22 119:22 235:2,7 249:18 250:24 294:23 295:8 300:21 340:3 411:20,21,23,23 411:24 412:7,9,11 412:15,20 413:2 414:5,21,24 415:9 415:14,17,20,21 415:22 416:1,4 418:18,19 421:11 455:18
**payables** 405:5
**pays** 233:23
**PDA** 65:2 160:9,12 161:19 167:6 169:15 170:2,9 272:15 449:15 456:16,17,23 457:1
**pedal** 330:15
**Penn** 1:21
**Pennsylvania** 1:22 3:11,17
**people** 41:5,14 50:7 50:10 54:5,14,21 56:12,13,14,19,22 58:8 61:12,15,17 64:3 66:3 68:21 69:14 71:2 72:16 72:19 83:20 84:8 87:8,13,19 91:7 98:7 117:6 119:11
119:16 182:5 188:17 191:11 226:18,22 230:8 256:11 277:16 280:12 291:13 298:22 299:4 301:7 302:19 310:9,24 313:22 314:1,7 315:15 318:7 320:12,21 320:21 321:2,13 321:19 330:17 344:17 348:16 349:22 352:13 357:5 418:1,5 420:16
**percent** 100:20 114:19,23 129:5 129:10,18 130:1 130:13,18,21 214:14 221:23 223:15,17
**perfect** 164:1
**performance** 271:8 271:15 273:11 274:3 275:14,18 331:14
**performed** 192:6 199:3
**performing** 199:7 334:22 414:16
**period** 10:11,13 124:21 131:8 140:17,19 152:3 199:12 212:7 274:13 412:17,21 413:10 423:17 466:9
**permanent** 248:24
**permission** 242:16
**permitted** 423:18
**person** 29:2 33:16 41:4 56:16 91:23 168:2 179:22 207:1 211:22 234:13,15 247:7 261:22 264:5 277:14 299:15 309:15 321:6 323:8 340:15 397:6,13
**personal** 136:10 160:16,22 188:2 322:16 409:19,19 410:5
**personnel** 64:23 178:19 192:18,18 192:19 225:3
**perspective** 220:5

287:9,16 288:22 290:7,16 301:19 372:7
persuade 207:14
pertaining 186:12
phases 141:12
Philadelphia 1:22 3:11,17
phone 29:14 52:5 53:22,22 55:14,19 55:24 87:6 146:22 147:10,11 157:15 204:14,15,17 264:6 266:4,15,18 267:3,23 270:23 271:3 291:20 292:2 312:2 336:2 338:15,16 387:11 387:20 435:6 437:5,9,15 451:19
phones 51:5
photography 375:23 459:23
phrase 217:23 362:3
phrases 367:16,18
physical 208:7 409:9
physically 31:5 105:17 259:13 264:11
pick 451:16
picked 312:11 359:15
picker 233:3
pickers 234:24
picks 311:8
picnics 118:22
pictures 456:22 459:24
Pike 107:5
pinned 241:15
pinpoint 384:10
pipes 164:18
PK 106:12
place 14:12,15,19 14:19 15:7 82:5 157:1 173:18,19 174:2 185:1 207:20,23 213:16 214:11 280:5 281:7
placed 23:8 137:20 138:21
placement 140:2 154:10 179:10 180:22
places 15:8 128:14 460:23
plain 356:18
plaintiff 1:5 3:7 190:10 192:5 212:8 324:5 334:6 334:22 336:1 400:22 402:1 419:1
plaintiff's 4:18 337:9
planogram 187:6,8
planograms 111:1,6
plants 137:24 138:1
plastic 213:7,13 241:22,24
plates 213:7,15
play 103:21 345:4 347:6,12,18 368:6
played 348:6 358:13,17 359:12 360:17,20 362:12 368:10
playing 344:22,24
Playtex 23:8 121:6
pleasant 84:1
please 11:12 136:1 233:21 234:17 235:9 261:9 339:7 339:11 401:18 408:3 433:1 453:17 454:8 469:3,8
plum 169:22
plumbing 57:8,10 57:10 58:10,19 62:3 63:15,20 66:12,15 71:9 72:7,8 158:22 159:3 160:5 161:1 161:1,9 164:17,20 164:22 166:6,10 166:13,18 167:18 168:11,12 176:13 181:4 184:19 199:20 200:14,18 201:3 211:1 255:17 272:5 276:14 307:2 312:24 313:7 315:3 344:1,1,2 359:21 361:12 363:19 390:6 391:7,11 416:22 417:15 462:17,21
plus 50:16 182:11 206:6
point 8:16 19:13 62:17 76:15 77:20 78:15 83:13 100:2 124:3 140:4 145:14 148:2 169:13 204:7 258:4 277:14 363:23 371:21 384:13 389:18 423:21 434:7
pointing 383:19
policies 181:24
policy 5:10 374:24 375:4,7,11,24 425:1,21 429:13 430:17 431:20 458:8,21,24 460:22
politically 182:10
POP 180:24
portion 358:12,17 360:16 362:11 363:11,21,22 365:4 368:9 372:17 379:5 385:16,20,23 386:1,7 408:12
portions 360:21 364:6,18,21
position 21:19 26:2 35:18 36:6,9,12 47:21,21,23 48:5 48:13,14,18 68:2 118:1 141:2,5,6 157:20 159:19 175:22 192:6,7 199:4 203:12 222:1 223:4,16 224:10 229:8 287:6 305:12 321:17 322:21 396:18 403:15 404:10,13,18
possession 341:18
possible 39:2 77:15
possibly 35:2
post 421:11
posted 39:9 157:4,9
pounds 100:24
practically 455:5
pre 421:10
premises 31:12
prepare 378:4
prepared 378:2
preparing 378:16
prepped 380:2
prescribed 10:17 419:22
prescriptions 422:10
presence 65:12
pretty 34:14 48:5,7 59:16 62:11 69:3 84:16 113:10 123:21 136:21 142:17 159:9 164:18,19 180:21 189:5 210:8 213:6 213:14 218:1 240:22 245:21 277:3,9 294:8 295:22 301:2 319:23 367:19 442:14
prevent 461:19
previous 9:9 205:18 208:17 236:6 241:12 285:14 287:5,6 320:10 438:11 442:5
previously 9:6 207:1 393:18 411:9 450:22
price 78:11 126:22 127:6 163:14
prices 163:16
pricing 40:10,11 180:24 347:3 417:3
primarily 127:19 138:1
Primos 3:4 4:9 130:5 251:22 294:10 325:5,13 328:12,15 329:24 331:5,10 333:15 333:21 334:1 358:3,6 376:24 377:3,8 394:14 420:18,23 428:4 428:12 433:14,21 447:11 457:24 458:4 459:11,14 460:21 461:13 462:2 465:10 466:21
print 347:2,13 348:2
printed 283:19 347:21
printing 343:10
prior 21:23 22:19 369:24
privately 357:6
probably 8:3 11:22 19:11 36:18 47:13 47:13 48:20,21 49:15,16 51:17 57:14,23 59:2 61:2 71:6 78:22 82:15,17 84:14 94:19 99:19 107:7 111:22 114:18 115:7 131:4,10 142:15,16 143:12 145:8 148:19,23 148:24 154:7 173:18 182:8,10 189:2 214:22 215:1 220:12 221:14 229:12 235:16 244:10 257:10 268:23 273:1,16 279:1,3 284:2,10 286:16 286:16 288:20 299:3 314:6 315:6 319:11,21 322:19 322:21 336:17 349:19 354:21 360:5 363:7 381:24 410:12 426:14 431:9 432:16 433:2 443:16 444:12 452:7
probed 316:14
problem 36:22 52:13 85:3 88:11 88:21 90:17,19 131:12 137:8 234:2 235:21 237:9 238:15 263:24 264:19 292:9,10 343:12 379:2 449:6 456:3 456:19,22
problems 36:20 41:2 49:23 56:20 66:22 67:7 77:5 77:11 80:4 82:12 84:11 85:2,5 89:7 94:7 97:2 101:23 102:2,7,14,17,18 103:3 122:14,17 140:12 150:9 193:18 206:6 245:22 271:11 316:23 360:11 378:8 449:4,17
process 37:12 140:20 206:4 369:7,8
procurement 34:16 80:12 170:18,24 222:20
prodesk 246:10,12 246:13,14 407:2,3
produce 411:6 427:14
produced 358:2,4

product 40:12 104:24 105:8,18 105:19 106:4,5,9 106:10,14,19,20 106:20 107:21 111:1,7 112:1 124:11 125:21,22 125:23,24 126:2,6 126:20 127:1,1,2 127:9 135:13,14 135:18,23 137:21 138:22 140:1 144:1,2,2,8 150:1 153:7 154:10 163:2,5,8,19 168:18,19,21 169:6 171:17,18 176:11,22 179:10 180:21 185:3,24 187:10,10 243:11 243:13,20,24 249:6 250:11 272:6 276:23 277:6,17 299:11 347:4 410:8,10
production 6:10 121:2,4,10,13
productive 287:24
products 103:17 104:4 105:9,11 110:4 126:3 133:15 139:23 164:10 168:14,17 173:22 416:19
professional 136:11 178:20 194:14 213:2,3
profit 125:21 126:13 135:14,24 144:2
program 107:22 110:3 396:10 413:16 419:22
progressed 301:16
progressively 215:6 305:18
prohibition 375:1 461:1
prohibits 375:20 376:1 459:17
project 276:18,19
projecting 176:21
projects 117:17
promise 451:14
promotion 34:10 69:5,6,9 77:8 104:4 119:24 120:2 295:10 297:10 300:21 416:3
promotions 119:23
property 375:21 376:5
propounded 471:8
prove 315:18 316:12 440:13 441:3 465:4
proved 111:15
provide 117:17 176:12 187:24
Proving 315:23
Public 2:15 471:23
pull 91:19
punitive 411:21 412:2 418:21,22 419:3,5 420:2,11
purchased 105:9
purpose 310:17 461:18
purposes 341:9,20 342:19 343:8,23 398:16 460:6 461:18 464:15,19 466:17
pursuant 2:5
push 105:1,8,9
pushed 295:24
pushing 83:8
put 42:2 133:12,14 133:20 139:22 142:5,6 143:16,18 146:24 148:21,22 153:7 157:4 173:20 213:24 221:19 223:7 229:23,24 239:20 241:10 245:17 262:2 329:24 379:9,12 397:2,2 420:23
putting 35:8 142:9 143:2
PVC 164:18 167:18 172:19 173:9 416:20
P.A 3:4
P.C 3:9
p.m 87:18 155:14 258:24 357:21 377:12 467:3
P.O 3:5

Q

qualified 192:5
quality 24:4
quarter 10:6 133:10,11,13,20 145:9
Quest 164:20
question 6:20 7:7 8:9,11,24 11:1,3 11:12,13 40:18 117:2 119:1 120:8 153:14 156:16 180:14,14,17,18 240:15 253:20 257:13 396:22 397:21 399:6 408:17 417:18 420:1 421:4
questionnaire 4:20 351:7
questions 8:6,20 9:17 10:23 127:9 153:18 179:13 272:22,23 299:8,9 351:16 355:5 407:15,23 432:23 439:16,19 462:3 464:3,6,12 466:22 471:7
quick 146:6 351:16
quickly 71:2 333:13 464:4
quit 27:21 30:24,24 32:14,14 36:19 42:12 56:14,22 57:3,18 61:4,8,9 61:12,15,17,23 62:7 64:14 65:23 66:7,19,20 67:6 67:17 68:4 69:1 69:18 70:6,11 72:19,24 115:14 257:5 301:10,21
quite 59:21 61:20 237:16
quitting 33:22 62:19 115:20 218:11
quote 96:7 130:23 217:4,7 238:23 463:1
quoted 333:17 342:12

R

R 3:2 470:1,1
race 58:16,23 71:17 101:19 191:16 218:21,23 219:17 221:3,6,13,19 223:7 224:14 226:6 227:17,19 228:6,15 230:12 230:17 232:4 247:11,12,14 264:8 287:8,11 289:21,22,24 290:9,18 291:2,4 291:7,12,24 292:12 293:1,14 298:17 300:12 301:18 302:22 304:3 306:1 308:14,24 309:12 309:20 322:6 323:6,20 327:8,14 328:4,22 354:1 355:12 392:22 409:14 444:4,9 445:20 446:16 457:19
races 291:14
racks 185:22
Rain 276:16,19 277:5,16
raise 77:9,10,13,19 78:2,18 79:9 300:21 414:5,21 414:24 415:9,14
raises 79:17,21 117:20,22 119:22
raising 356:1
Ramirez 62:2 63:17 71:8,16 200:15 255:15,16 256:10 267:15,17 280:15 390:14,24 391:5 391:10 392:7,10 393:3 401:9 406:3 462:22
rang 180:3,4
range 129:5
rapport 113:16 188:22 207:11 257:2 310:14,15 317:2 339:9 453:20 455:1 457:15,16
rare 218:10
rate 176:15 294:23 295:8
read 25:2 127:6 241:23 258:4,12 332:14,19 338:7 375:13 376:1 388:12 400:18,24 426:16 427:21,23 429:1 430:2,6,10 430:22 431:14,19 466:23 468:9 469:3 471:4
reading 338:11 432:9
ready 11:24 12:2 13:13 259:2 379:21 380:7,10 388:16 403:16 404:8,20
real 142:24 183:23 238:24 279:22 280:1 283:16 307:21
realize 9:5,9 83:13
really 36:3 45:23 67:1 68:11 77:12 96:5 101:6 103:14 110:6,16 116:1 126:18 128:1,8 133:20 143:20 171:22 176:3 179:11 189:3 196:4 234:1 236:3 236:12 237:19 241:21 245:16 248:10 252:17 267:12 270:12 278:2 279:7 285:15 296:2 301:6 313:10 406:17 414:1,2,18 415:12 417:6 418:2 419:9,14 431:13 437:4 440:6 444:20,21 455:19 456:10
reason 27:9 32:9 36:8 37:15 41:21 43:18 55:19 61:23 61:23 85:9,10 86:23 131:18 143:24 182:15 184:16 203:22 204:22 208:9 218:16 219:11 226:5 240:19 242:21 290:20,20 291:1 293:12,17 293:19 294:17 304:16 309:2 314:14 354:21 355:10 391:23 406:14 409:1 424:3 445:7 453:10 456:20 469:5
reasonable 374:8
reasons 39:18 241:6 292:11 293:21 298:16 300:11 302:21 308:20
rebuttal 43:19 444:1
recall 314:15 370:4

371:2 430:10
431:23 432:1
444:15 445:19
463:24
receipt 5:7 469:17
receivables 405:5
receive 422:24
    429:11 431:1
received 387:20
    407:7 426:11,17
    426:18,21,24
    427:14,23 429:6,6
    431:8,10
receiving 87:15
    142:2 228:1 423:4
recess 155:13
    258:23 357:20
    377:11
recessed 193:9
    279:8
recognize 24:5
recollection 24:16
    24:17 414:12
    425:16
recommendation
    35:12
record 13:19 155:6
    155:9 258:16,19
    301:3,5 330:2
    333:16 343:3,6,20
    353:2 357:16
    358:7 367:24
    373:19 374:2
    376:11 380:22,24
    394:15 399:1,13
    399:18,21 410:21
    410:24 411:4
    420:24 427:3,7,11
    427:16 428:5
    457:22 459:5
    466:8 468:6
recorded 341:16
    342:16 346:12
    353:4,7,10 359:4
    360:3 363:12,21
    364:8 367:6,8
    369:19,24 373:24
    374:13,13 392:2
    440:8 442:24
    443:13 453:14
    454:3 465:5
recorder 341:6,13
    341:16 342:6,17
    342:18,20,24
    343:14 344:5
    346:9 347:18
    348:10,11,17,23
    352:12,15 361:11
    361:21 365:11,17

366:4,9,11,14
369:9 389:17
394:6,9 395:4,9
395:13 398:15
399:14 439:22
440:10,20 441:3
441:13 453:16
456:21,24 459:5
459:19 460:5,9,15
464:14,18 466:12
466:16
recording 274:24
    293:8 340:24
    341:1 342:3
    343:24 346:8
    353:1 359:20
    369:13 373:9,14
    374:9 375:2,21
    376:5 389:7
    398:21 399:10,12
    440:14 458:8
    461:1,5,9,15,20
    466:13
recover 30:8 240:3
    411:17
recruiting 395:23
    396:23
rectified 440:24
rectify 310:3
redundant 322:3
red-colored 174:22
Reed 44:16,17,23
    44:24 54:10 96:12
    96:14 188:23
    209:18,20 250:19
    305:9 307:17
refer 233:13
reference 336:18
    366:23 369:19
    370:9
referenced 324:24
    325:24 333:10
    400:23
referencing 336:19
referred 45:5
    233:12
referring 13:3
    32:19,21,22
    148:16 338:10
    379:24
refers 258:8 336:22
refresh 425:16
refusing 191:23
regard 309:14
regarding 400:22
    401:13,17,24
regardless 33:7
    34:19 43:8 136:24
    207:16

register 50:10,11
    50:15,22 53:9
    54:16,18,22 55:1
    60:3 85:17 88:9
    88:16 180:2
Registered 2:11
    468:12
registers 77:15
regretted 115:20
regular 37:24 59:19
    95:5 188:8,12
    201:9 272:19
    287:3 292:3,16
    460:9
regularly 51:15
    78:14 251:7
Rehobeth 109:7
    130:9 306:23
    422:8
related 280:16
relates 258:13,14
    420:11
relating 416:4
relationship 124:2
    124:8 131:14
    188:22 310:11
relevant 192:4
relieve 30:8 33:1,16
relocate 18:23 19:2
relocated 18:5
relocation 118:19
remain 44:5
remained 150:15
remarks 52:4 56:1
    56:2 119:21 147:8
    194:15 282:17,23
    283:20 308:8
    397:24 398:6
remedial 90:3
remember 8:23 9:1
    12:9,11 21:15,18
    22:11 23:11 24:12
    25:19,23 26:1,18
    27:3,10,23 36:16
    53:2 54:9,12 57:2
    57:7,16,17 58:12
    58:15 61:7 64:4
    65:23 67:17 69:18
    69:23 70:18 71:14
    74:24 75:2 77:6
    79:10,11 81:18,20
    81:21,24 84:12
    97:24 98:12,13
    101:15,18 102:6
    102:21 103:1
    109:5 113:17,19
    120:6,9 140:24
    141:1 146:12
    148:12 150:19,20

156:9,11 188:9
191:9,18,19,21,24
191:24 192:1
202:6,8,9 205:1
211:2,4 215:20
224:3,22 230:9
244:7 249:14
263:13,17,23
264:4,10,11,15
308:19 309:11
323:9 354:24
365:9 367:12,17
389:22 404:3
423:3,11 425:15
425:24 426:5
430:10,24 431:2,6
431:14 432:4,9,15
435:13 441:6
443:21 444:18
445:19 446:9
451:23
rent 14:19,20
rented 16:1,1
Renting 14:3
reorder 173:5
reordering 417:5
rep 203:7
repainted 234:23
repeat 8:10 28:20
    102:11 120:8
    234:22 261:9
    279:2 336:11
repetitive 59:13
    357:8
rephrase 8:11 23:4
    78:4 91:6 102:1
    253:19 325:19
replace 155:23
replay 362:8
replenish 173:5
report 159:21,23
    171:2,2 304:23
    433:17 438:22
    448:9 455:11
reported 92:21 93:3
    109:12 161:18,24
    271:10 418:1,14
    447:4
reporter 2:12,13
    8:6 468:12,13,22
reporting 160:8
    303:2
reports 283:14
    452:20
represent 7:20
    407:22
representative
    201:2
representatives

124:22
representing 3:7,13
    3:19 201:1 272:2
    272:6
reprimand 40:16
    40:17 250:4,6
reprimanding
    40:19
reproduction
    468:20
request 6:10 24:21
    190:9 201:12
    332:8 333:5
    337:21 400:16
    428:2
requested 468:7
required 243:2
reserved 7:7
reside 14:5
residence 14:2
resources 4:23
    223:23 224:1,9,17
    225:2 260:6,9,12
    260:15,16 374:24
    433:20,22
respect 415:16
respectively 119:16
respond 357:10
response 8:5 265:3
    265:4,7 266:1
    336:24 337:9
    368:4 401:6 406:2
    415:2 435:21
    441:1 453:1
responses 332:3,15
    400:13
responsibilities
    4:14 162:4 177:5
    418:13
responsible 162:10
    162:14,17,22
    164:11 302:10
    314:10,18 315:7
    458:19
rest 229:5 311:14
restructuring 302:2
result 273:1
resume 157:4
retail 104:8 157:2
retaliated 331:4
retaliation 330:24
    336:20 337:4
retired 18:22 20:3
return 177:24
    246:24 456:19
    469:15
returned 105:24
    171:19 177:20
    457:3

**reuse** 346:13 347:22
**reused** 346:16
**review** 12:15 432:20
**reviewed** 12:5,22 13:10 379:20 432:22
**Reviewing** 433:4
**rewind** 359:12
**Rick** 57:12 59:7,8
**rid** 143:10 302:4
**ridiculous** 302:11 340:5
**right** 10:20 18:2 19:23 28:11 31:7 36:1 37:12,17 48:20 68:8 75:12 78:11 80:16 88:10 91:17 92:10 100:23 103:6 107:10,16 110:19 111:19 112:10 121:18 139:7 143:10 147:11 192:1 193:16 213:16 219:19 225:5 229:14 235:16 251:15 254:18 259:19 278:15 279:12 282:10 286:16 292:24 297:14 299:19 303:11 304:9 313:18,20 314:8 315:24 326:12 329:2 338:12 349:20 354:23 355:1 361:5 365:7 369:6 369:8,9 379:22 385:6 386:16 396:18,19,19 398:17,20 401:10 402:21 415:8 420:9,21 423:23 431:16 433:24 434:24 435:1,17 435:17 436:21 437:17 439:6 440:4 442:16 443:3,4 452:1 454:22 455:5 458:14 459:12,20 465:22
**rights** 294:6
**ring** 126:8
**rings** 435:6 437:15 451:19
**RMR** 1:19
**rocket** 46:2,4
**RODRIGUEZ** 3:4
**role** 162:7
**rolling** 86:18
**Roman** 458:17 461:17
**Ron** 54:10 57:6,8 58:9
**Ron's** 58:12,15
**room** 16:1 137:15 137:22 139:20,24 141:21 359:15
**rotate** 38:21,23 165:13
**rotated** 107:12
**rough** 130:24 176:13 181:3 186:15 416:20
**roughly** 130:21
**route** 211:21
**routine** 59:19 64:16 95:5 287:3
**RPR-117** 2:14
**RTM** 105:23 106:6 171:18 177:21,24 278:17
**Rubbermade** 289:10
**Rucker** 408:19
**rude** 300:9
**rules** 8:2 181:19 408:10
**run** 34:22 50:10 54:15,17,22 60:2 60:8 85:17 88:9 333:12 375:10
**runners** 86:18
**running** 50:22 77:15 85:16
**run-ins** 258:11 260:22
**Ryan** 45:10,11,13 46:21 47:9 95:22 95:23 96:4

**S**

**S** 3:2 4:10 5:2
**safe** 300:8
**said/she** 342:12,15 439:6 440:5 441:11 442:22 465:3
**salary** 403:22 404:1
**sales** 5:8 21:2,12 38:24 39:13 40:7 88:23 90:11,14 92:6 94:15 99:8 99:21 100:13,16 101:5 110:1 111:9 111:13 114:9,19 114:20 115:1 121:14 127:14 128:5,9,18 129:1 129:3,4,10,14,15 130:12,13,21 141:3,7 144:5,6 162:7 298:21 302:3 405:4
**salesperson** 180:4
**salt** 276:23
**salvage** 106:3
**salvageable** 106:5
**satisfaction** 179:9
**satisfactorily** 192:6 199:3,8
**Saturday** 97:10,20 97:21
**saw** 57:16 74:6,8 76:23 81:11 106:2 112:20 171:3 202:22 230:3 242:1 243:8 270:18 283:15 361:11
**saying** 36:3 42:13 60:20 65:16 83:22 112:5,18 113:22 147:13 149:23 191:9 200:24 214:5,6 220:21 222:24 236:3 237:17 242:15 256:2 264:11 265:13 268:14 274:1,17 275:22 284:13 299:23 302:16 320:22 344:8,11 356:19 358:20 359:18 361:13,14,17 362:9 365:7,8,9 366:15 367:12 370:10,14 430:9 431:21,24 444:14 445:24 446:6,12 447:23
**says** 29:19 46:12 48:7 78:16 81:5 132:9 134:20 146:12 147:12 172:18 176:9,19 177:4 178:14,18 190:10 192:3 193:15 198:4 212:7 240:8 241:16 248:7 258:9 260:21 261:11 268:4 274:23 278:8 285:2 304:8 306:7 311:14 324:4 326:16 334:4,20 336:1 337:1 340:13 342:11 351:18 352:3,24 353:17 356:8 367:11 370:1,19 375:19 376:9 382:18 383:6,14 390:14 392:6 394:3 395:18,20 395:22 398:15,19 400:20 403:21 414:17,21 435:6 437:18,19 442:16 442:18,21 451:21 458:17 461:1,18
**scan** 170:3,6,11 234:9
**scanning** 170:2,20
**scene** 248:10 310:4 356:2 383:7
**schedule** 20:19 67:13 91:12 97:8 97:16,17 117:19 231:13
**scheduling** 66:18 67:2,8
**schematic** 187:9 341:13
**schematics** 162:21 163:23 345:5
**SCHMITTINGER** 3:4
**school** 17:9,11,17 17:18,20,23 18:2 67:10,14 97:8,15 97:21 117:17,19 120:16,17,18 231:2,8,10,10,18 296:8,21
**schooling** 17:2
**Schreiber** 22:15,16 26:20 27:11,17,18 36:21 38:11 49:24 59:10 212:12,21 221:2 226:1,6 227:12 232:14 237:5 241:9 252:6 257:9 258:12 259:8 260:23 262:23 269:21 271:6 273:9,20,24 275:11 276:4 278:20 282:16 284:8 303:15 309:8 328:23 331:4 334:5,23 342:10 395:21 459:6 460:4
**science** 46:2,4
**Scott's** 122:24,24 123:20,24 124:13 125:1,4 126:15,16 126:22 131:15 134:14 135:22,24
**scratched** 163:18 233:3
**scratches** 233:7
**scuffed** 234:23
**scuffs** 233:7
**se** 119:11 124:12 160:8 396:10 445:24
**sealing** 7:4
**search** 156:23
**seasonal** 23:8 137:15,22 139:20 139:23 141:21 148:17
**seasonals** 137:24
**second** 24:19 27:1 48:4 68:9 77:23 85:1 105:3 111:22 112:17 187:13,15 190:6 216:1 231:6 258:3 274:4,8 293:11 326:13 332:6 333:2 334:13 337:24 378:11 379:6 393:9 398:10 399:18 419:13 428:17 443:8,14 461:19
**seconds** 95:12 457:22
**secret** 461:20
**secretly** 376:10 461:23
**section** 214:2,4,8 216:10 232:16,17 252:16 353:15,19 355:19 359:18
**security** 152:9,12 152:17 241:6 299:16
**see** 29:12 46:8 48:16 52:1 55:24 58:6 66:3 70:8 74:5,6 87:16 93:12 94:1 138:16 140:15 142:8 171:10 177:3,19 177:23 178:8,11

178:14,17 197:14 205:18 215:3 218:3,18 240:12 242:16 247:8,14 249:16 253:14 268:3 270:1,4,6 270:13,14 271:9 279:10 280:24 281:1,2 293:23 295:18 305:18 315:21 321:12 336:24 337:9 346:23 351:17,19 352:1,2 353:15,19 353:21,23 354:16 356:17,20 359:15 362:6,9 371:7,9 371:20 375:19 376:8,20 393:15 393:20,24 400:24 414:23 419:21,23 422:10 427:12 433:13 438:3 457:1
**seed** 126:7
**seeing** 52:5 348:11
**seek** 423:8
**seeking** 411:16 421:8
**seen** 26:9 75:18,19 82:9 112:12 175:24 176:2,4 186:19 187:3,4 189:22 244:2 247:4 250:23 251:2 257:24 258:2 270:3 342:19,21 345:7 348:16 350:18,21 352:13 361:15 375:3 377:20 394:13 425:2 458:11 460:11,12
**sees** 245:4,5
**segments** 360:21
**sell** 99:10 106:19 110:7,14 125:23 126:1 135:13 144:1 179:22 180:1
**selling** 90:14
**sells** 126:3 128:23
**sending** 124:22
**sense** 144:10 182:10 340:8 394:21
**sensible** 144:11
**sent** 332:4 380:5
**sentence** 178:17 390:13 395:21
398:15,20 461:19
**separate** 85:6
**September** 155:3,4 403:22 404:4
**serious** 294:8 304:9 308:10 309:21 441:10
**service** 17:4 18:12 21:8 38:2 64:21 70:3,14,16 71:11 72:11 73:9 74:14 103:13,15,21 106:23 124:10 127:11 176:12 193:14 234:6,8 235:19 236:11 237:23 238:1 270:10 283:13 334:7
**serviced** 107:14 115:9 312:24 315:2
**Services** 1:8,21 3:20 5:9
**servicing** 18:13,16 62:21 64:15,21 103:11 109:17 131:7 153:11
**set** 4:19 152:21 153:1 165:8 337:24
**seven** 28:20 115:22 118:18 128:20
**severe** 283:11,23
**sex** 218:17 286:6,9 287:12,13,16 288:17 290:10 291:8 293:1,13,22 294:15,20 298:18 300:13 301:18 302:23 304:3 306:1 308:14,24 309:12,20 322:6 323:7,20 328:5,22 354:10,13 366:24 367:16 369:19,23 370:10,12,22 444:4,10 445:20 457:19
**sexual** 182:24
**sexually** 182:5
**shame** 249:17
**shape** 145:23
**sheet** 168:24 169:1 169:3 469:7,9,12 469:15 471:11
**sheets** 272:16
**shelf** 105:5,6 142:10 143:8,19
149:24 150:3 151:18 163:6 173:10,20 187:12 187:13,15,15
**shelves** 104:2
**shift** 29:2 33:1 87:17 172:5 184:7 185:9 228:1
**shipped** 276:21
**shipping** 75:4 87:15 142:1 227:24
**shirt** 237:10 241:16
**shit** 37:14 214:2,4 216:11 232:17 279:19 280:5 281:7 335:2 382:22
**shocked** 146:14 419:10
**shopping** 19:1 83:9 146:1 150:24 213:20 214:12 234:24 281:14,15 385:8,21
**short** 152:3 171:9 202:19 437:5,7
**Shorthand** 2:13 468:13
**shortly** 259:16,16 292:21 315:3 350:14 434:13
**show** 29:6,7,8,15,24 33:15 53:24 84:7 173:16,17 295:4,6 295:14 296:14
**showed** 92:9 295:2 299:19
**showing** 24:2 173:9 173:12 175:19 186:18 189:18 257:23 332:2 351:6 374:22 377:18
**shows** 29:5 172:13 234:11 237:11 287:23 308:5
**sick** 29:4 33:9,10,24 295:20 301:6,7
**side** 104:3 123:1 133:19 142:5 170:1 190:21
**sight** 319:6
**sign** 133:21 160:7,9 161:2 292:24 430:21 431:11 432:5,11,17 449:14 466:23 468:9 469:8
**signature** 24:22
170:9 332:12 351:10 425:13 429:23 430:8,15 431:17 432:2,12 432:16
**signatures** 431:7
**signed** 332:20 430:4 430:11 431:13,15 432:2,6
**significant** 128:18
**signing** 170:19 426:18 430:24 431:3,6 432:15 469:10
**silly** 183:6
**similar** 174:14 390:15 392:8
**simple** 83:3 235:20 300:19
**simply** 8:18 65:15 85:14 136:12,14 144:15 340:16 354:20
**single** 114:22 130:17 285:12 410:13
**sir** 7:24 8:14 9:3,13 9:19 10:24 11:6 13:5,11,14,17 14:6,23 15:5 16:4 16:6,8,14,20 17:3 17:14,16 18:19 19:7 20:4,8,14,22 21:14 22:7,10,23 23:3 24:6,11,24 25:7,15,18 26:11 26:14,22 27:5,14 31:18,21,23 38:6 38:16 42:21 43:2 44:11,13,21 45:12 49:21 54:6,19,23 55:12 56:21 57:20 58:11 61:24 63:11 64:9 67:9,15 68:3 71:12 72:22 73:4 73:15,18 74:18 75:8,22 77:1,4 79:5,5,7,16 81:23 82:11 84:3 86:6 86:13 91:2,5 93:4 95:20 101:13 103:5 104:17,20 105:13 107:17 108:23 109:11,14 109:19 114:2,8,12 114:15 115:11 116:19 120:5,20 120:23 122:3,12 122:16 123:5,7
124:14,24 125:2 131:9,17,21 132:1 132:3,20,23 133:2 134:9,12 135:1 139:8,11 140:11 145:15 149:11 150:12,17 152:23 154:3 155:22 156:1 157:10,16 158:2,8,11 159:14 159:17 160:2,23 161:5,8,13 165:4 165:22 166:8,22 168:13 169:4,7,12 169:18 170:12 172:7 174:3,5,8 174:11 176:8,18 177:2,9,10,13 178:13,16,22 179:1 182:2,6,22 183:11,14 184:3,5 189:7,24 190:13 190:16,23 192:8 192:13 199:9,13 200:19 201:16 204:6 208:18 209:7,9 212:3,13 212:18 215:13,19 216:8,12,14 221:7 225:19,23 232:2 232:11,23 239:21 243:6 247:17 252:3 253:11 254:1,4,21 255:3 255:9 258:2 259:3 259:9,11 260:20 260:24 261:17 262:10,13,20 263:1,3 265:1,6 267:6,9 283:8 285:6 286:7 289:13,20 291:6 293:15 294:5,9 297:16 303:5,24 304:4,6 306:3 308:21 309:1 311:16 312:23 313:6,8 314:20 316:10 318:14,18 319:15 323:17,24 324:13,15,19 325:1 326:3,15 327:9 329:4,11,19 332:13,16,18,22 334:3,9,12,16,19 335:4,8,15,23 336:5,15 337:2,17 338:4 343:4,16,19 346:6,10 349:1,5

350:18,24 351:11
351:14,24 352:2
353:13,16,20
354:6 355:15,23
356:5 358:19
359:24 361:6
363:2,13 364:2,5
364:20 366:20
367:24 368:22
369:21 372:15,18
372:21,24 373:7
373:17 374:15
375:5,9 376:6,21
377:21 378:3,14
378:21 379:8,14
379:17 380:19
381:1 382:9,14,24
383:4,17 384:24
385:7 386:21
387:3,24 388:8,17
390:10,18,22
393:21 395:19
396:1 398:8,13,18
398:23 402:9,23
403:4,10,20,24
404:15,21 406:5
406:21 407:10
420:12 462:11,15
462:19 463:7,12
**sitting** 145:19
282:11
**situation** 37:24
46:13 52:11 64:12
87:2 137:1 141:16
151:14 206:24
219:10 245:14
248:9,24 273:22
300:7 313:21
321:14 355:4
396:21
**six** 15:16 18:9 28:20
36:19 37:2 47:14
48:21 107:10
115:22 120:11,12
297:22 424:3
**skewed** 426:15
**skills** 178:15
**skin** 59:1
**SKU** 186:17 187:14
187:17 347:6,8,13
353:11
**SKUs** 347:19,19
360:8
**slab** 163:7
**slap** 203:11,14
**sleep** 419:18
**sleeves** 213:13
**sloppy** 135:19
**slow** 179:20,21
**small** 89:14 128:1
133:21 163:12
164:19 172:10,19
213:12,19 341:10
416:19 426:1
**smaller** 164:22
426:13
**smart** 63:3 261:1,14
262:4,16
**smiling** 114:1
**snide** 52:4 56:1,2
62:13,16 282:17
282:22 283:17
**snotty** 279:22
**socking** 90:6
**sold** 126:4,6,11
144:3 162:16
**solicit** 110:2
**solid-colored**
241:16
**somebody** 28:24
33:2 39:10 43:8
43:15 46:19 52:9
97:11 155:23
157:11 171:2
195:2 207:19,21
207:22 211:21
223:19,24 256:23
266:24 278:6,10
296:10,10 304:20
315:11 362:23
397:12
**somewheres** 28:9
131:4
**son** 203:7,12 206:9
206:9,12,24 207:2
207:10,18 208:16
302:10,12 314:10
314:12,19,23
315:7,9 320:9
321:22 396:19
**sons** 206:19
**son's** 302:8 321:17
322:20
**soon** 156:6 189:5
314:22 319:23
**sorry** 13:2 35:16
43:4 44:12 48:9
53:10 61:22 64:8
97:13,19 102:11
108:11,19 117:1
118:24 120:8
123:6,14 126:2,10
127:18 152:8
160:10 175:7
187:19 202:6
205:10 216:13
237:5 253:19
261:12 268:24
282:9 305:11
314:17 327:12
332:11,17 336:11
337:23 349:8,9
350:4 360:2
366:12 367:23
372:12 384:14,24
398:10 409:8
439:1 454:18
**sort** 310:11
**sought** 403:2
**sound** 25:4,8 259:6
**sounded** 35:4 361:2
362:23
**sounds** 176:7
382:11 383:2
457:11
**source** 63:19 68:17
206:8 274:5,8
**south** 3:5 276:22
277:7
**space** 128:12,12,16
128:24 133:6,8,24
134:1,4 135:4
222:3 469:6
**spaces** 133:9,21
**SPAHR** 2:6 3:15
**speak** 28:19 76:9
145:21 395:3
**speaking** 134:22
290:22 291:10
365:5
**speaks** 367:14,14
**special** 87:5 100:13
100:15
**specialist** 34:11
35:3 36:6 41:19
41:21 45:15,20
47:21 48:14,18
49:4,7,11 57:10
68:2 221:18
222:11 223:16
229:10,20 255:18
266:8 316:5
387:19 390:6
391:8
**specialists** 98:19,20
316:24
**specialized** 179:6
180:11
**specific** 12:9 134:5
164:10 169:24
234:10 317:17
323:10 450:4
**specifically** 18:15
21:11 100:15
181:15 220:2
256:20 286:20
309:11 326:12
341:19
**specifications**
178:12
**Spectrum** 18:13
37:4,5,7,9 38:5
103:9,10 107:15
107:24 108:10
109:16 114:7
115:3,13 120:7,10
121:19 122:15
124:8,11,16,21
126:3 131:7
140:14 141:8,19
150:11,16 154:22
155:19 156:3,7
174:15 175:1,6,8
194:4 217:5
233:24 241:20,21
241:24 271:2
298:22 300:17
301:13,15,23
394:10 448:16
460:17
**speculation** 315:10
**spell** 27:3 229:2,5
246:7
**spelling** 15:20
67:23
**spend** 153:24 154:4
167:17 172:22
181:11 184:6
186:9,11 417:11
**split** 118:14
**splits** 118:14
**spoke** 28:18 88:22
147:11,12 167:10
261:23 437:19
442:16 455:6
**spoken** 225:15
**sporadic** 51:22
**spot** 27:22 32:15
302:8
**spring** 28:1,3,5,8
**sprinkling** 276:17
**Stackhouse** 108:1
109:10 134:24
136:19 140:17
146:22 147:2,2
**stacks** 104:3 123:2
**stage** 126:8 457:9
**stand** 76:2 160:13
**standard** 41:10,13
272:8
**standards** 414:16
**standing** 266:12
359:18 384:22
385:12 386:6,13
**standpoint** 374:7
**stands** 37:8 183:8
**Stapleford** 229:17
**star** 40:22,23
**stare** 95:11
**staring** 270:20
**start** 11:15 20:9
71:4 93:5 159:7
159:10 199:23
242:18 363:18
412:5
**started** 18:17 38:17
38:20 50:19 78:24
78:24 79:4,13
80:1 93:9,19
117:11 120:7,10
159:9 201:15
207:15 216:3
224:21 230:1
231:19 288:20
290:11,15 293:24
305:16,17 319:24
365:5 378:7,15
382:4 404:4 414:8
414:10 415:11
455:23 463:6,18
**starting** 18:1
311:22 419:11
**starts** 393:15,18,22
398:11
**state** 3:5 19:1
118:20 274:10
294:7 309:4
325:12 351:9
469:5
**stated** 46:24 183:20
334:24 339:20
340:17 344:16
387:12
**statement** 256:8
401:16 453:3
**statements** 400:22
401:13,24 402:3
**states** 1:1 20:2
258:9,10 382:20
408:21
**station** 80:16 348:1
**stationary** 359:17
**stations** 346:24
347:1,1,2
**stature** 31:5
**stay** 11:20 33:4
34:21 35:7 135:20
189:4 213:23
216:18 422:22
456:2
**stayed** 29:3,3 33:7
35:14
**stays** 173:8
**Sta-green** 125:23
126:7,9,10

stealing 183:5
steals 152:13
stellar 206:13
step 110:9,10
stepchild 146:19 217:6
Steve 64:6,10,14 65:8 71:9,19 200:15 388:21 389:13,18 390:4 391:20 401:8 402:4,6 406:6
stick 307:11
stickers 163:12,13 163:13,14,17 164:4 341:10,11 343:11 347:2 348:3
sticking 133:18
stipulate 433:16
stipulated 7:2
Stipulations 6:15
stock 78:8,10 82:22 82:24 89:16 103:18,23 104:10 104:21 118:13,13 127:1,9
stocked 40:13,14 135:20 164:2
stocking 94:15 100:18 103:19 104:13 152:17 164:5 233:5 417:4
stop 194:17,17
store 5:5 21:3 22:12 22:17 26:3,19,19 26:20,24 27:1,7 27:11,12 29:11 31:14 35:19 50:20 62:22 69:4,8,15 70:14,17 81:12 84:18 87:20 103:22 104:8 106:24,24 107:4 107:14 109:17 110:23 111:3,16 113:9 114:10 115:10 117:8,24 118:16 121:21 122:14 123:18 124:17 131:5,15 140:13 141:15 144:15 145:6,13 145:15 147:17,19 150:10,15 153:1 155:24 157:3,3 158:1,7 165:6 166:5 168:10,20 169:9,10 172:6 175:10,10 176:12 176:16,20,23 178:19 179:18 181:20 182:1,5,21 183:10 184:16 188:14,17 194:13 201:21 202:2 203:17 204:5,16 205:4,13,15,16,22 205:24 206:22 209:2 210:13,17 210:19,21 211:5,5 211:6,15,18 212:11,15 213:2 218:4 219:7 224:12,16 225:4,9 227:10 232:24 233:18,23 234:12 238:11 239:4,12 240:3,6 241:2 242:11,12 243:2,8 247:3 248:16 253:6,10,13,23 254:2,6,9,22 255:2,5 258:11 260:23 266:24 267:2 270:16,17 274:11,18,24 276:1 277:6,7,18 285:4 286:20 287:18 288:15 290:13 291:9 293:6 302:20 311:2,6,13,14 312:19 320:7 321:13 322:2 329:23 335:12,14 335:17 339:7,22 339:23 340:6 342:24 348:4,6,24 352:16 353:5,8 355:20 356:1 359:23 362:18 363:1,12 364:9,11 364:13,19,24 371:4 373:10,15 374:10 378:9 383:9,10,13,15 384:11,23 385:2,5 385:15 386:3 387:20,21 390:16 392:8,15 394:5 395:24 396:7,8,14 397:8 417:11 435:8 449:3 450:16 452:10,12 452:22 453:10 454:4 455:12 460:5 462:20 463:11,14,19,23 463:23,24 466:5
stores 37:9 38:22 65:6 106:17 107:5 107:10 108:10,14 109:1,3 114:11,14 114:17 122:8 124:23 125:13,15 125:17,20 127:13 129:9,21 130:10 136:8 141:14 147:17 158:10 164:24 174:2,7 176:14 346:23,24 418:3,5
store's 151:6
storm 229:23,24
story 28:15 208:16 450:10
straight 50:9
straw 193:19 302:6 435:13
Street 2:8 3:5,10,17
stress 231:15
stressed 231:3
stresses 261:3,16
strictly 161:17 186:22
strong 136:22 396:4 397:1,3
structure 182:16 416:8,11
stubs 424:5
study 97:22
stuff 37:10 60:3 83:17 90:15 100:12,24 104:2 104:12 110:23 117:16 137:22 141:17 143:15 144:22 148:15 150:24 162:2 167:15 185:7 186:24 187:2 188:8,12 201:6 251:10 262:5 263:21 279:22 317:15,15 343:24 344:9,9 370:1,19 376:2 417:5 456:8
stunted 300:20
subject 232:18 264:22 292:5 311:12 469:10
subjected 212:9,20 232:14 252:5 257:8 269:20 271:5 275:11 276:3 278:19 282:15 284:7,21 285:2 311:18 313:15 317:11 318:20 336:13 337:5
submitted 351:8 359:7
Subscribed 471:19
subsidiaries 376:15
substance 349:23 436:23 437:2,4 471:10
substantively 309:13 439:13 443:6
successful 296:24
suck 367:22
suffered 336:21
suffering 420:3
suffice 23:7 237:13 242:9
suit 12:6,17
Suite 1:21 3:10
summary 176:10
Sunday 274:17 338:21 451:20 452:4,5
supervise 100:3
supervision 100:6,6 468:22
supervisor 21:21 107:23 404:7 413:21
supervisors 21:16 433:18
supplement 9:11
supplemental 340:11
supplies 234:4
supply 251:11
support 6:2 96:6 163:9 276:11 422:20
supported 119:5,6
suppose 19:19
supposed 28:23 40:21,23,23 46:7 53:7,13 86:17,20 111:2 135:17 138:18 140:2 148:15 149:17 163:19,20 180:23 181:2 185:21 186:1,4,5 187:10 187:11 213:3 240:4 417:1
sure 11:8 31:10 53:19 59:6 65:9 65:11 68:16 71:22 76:16 78:11 83:8 86:1 94:17 102:13 126:19 152:11,12 152:14 162:14,22 163:15,16,24 164:2,6 173:13 180:22 185:20 186:1,4 200:9 211:13 213:15 227:1 229:4,13 235:23 243:3 246:6 261:6 268:16 309:18,24 315:24 327:18 328:24 330:9 339:12 343:12 358:24 360:3 366:13 372:6 380:18,22 393:1 393:10 399:5 406:11,18 414:18 417:1 426:14,17 438:6 439:9,20 458:7
surprised 159:4 255:21 256:13 306:7 356:9,10 436:11
surprisingly 339:4
suspect 388:2
sweep 35:9 89:16
sweeping 90:5
switch 213:5
switchboard 260:4
switch-up 252:11
sworn 7:11 468:5 471:19
synopsis 206:23 262:1
system 173:3,4,8 178:5 222:13 276:17
S-K-U 187:21,22

T

T 4:10 5:2 470:1
tab 89:14
Tae 225:13
tag 241:13,15,21 242:9,19 249:3
tail 423:23,24
take 8:7,16,17 10:7 10:11,14 23:15 33:10 55:14 97:11 101:5 115:16 135:21 151:17 154:16 172:4 184:1 192:2 195:10 196:13

197:4 201:7,10 203:11 207:24 212:5,11 221:11 234:7 245:9 258:3 275:3 294:18 295:11,17 300:4 307:13 313:10 314:12 324:3 330:22 333:2 336:6 337:18 345:3,7 349:15 350:7 357:13 361:21 363:18 365:14,18 366:9 375:13 377:7 379:18 381:3 395:6,16 400:1,4 400:12 424:21 425:10 427:20 433:1 435:19 459:24

**taken** 1:19 2:4 7:23 50:23 152:15 351:19 353:18 364:3

**takes** 294:17 417:13

**talk** 11:10 29:19 33:11,13 46:14 58:8 87:22 132:9 136:15 139:3 154:15,18 186:23 187:22 188:1 208:24 215:3 217:3,8 230:20 260:11 275:8 277:11 278:6,9,13 291:22 296:14 305:20 318:23 319:1 322:13 326:11 328:20 331:10 348:9 349:23 350:16 360:12 370:21 371:15 388:9 397:17 402:17 408:14 416:3 434:10 436:19 437:24 439:22 441:13

**talked** 30:14 45:8 136:18 154:11 187:1 188:11,17 215:7 217:5 224:21,23 232:7 250:18 267:12 280:14 288:5 296:17 297:11,14 322:11 325:16 328:3,10,10 342:10 355:22 371:17 408:24 413:20 418:18 424:10 434:3 437:3 454:20

**talking** 34:5 37:7 49:15,16 61:14 85:2 113:1 122:20 138:2 154:1,5 155:18 186:10,11 193:16 194:3 199:1 219:18 224:22 231:19,20 231:21 232:12 270:22 279:12 285:1,8 291:17 292:7 295:8 311:11 314:24 320:21 326:9 327:2,5 328:13 329:4 357:4,5 370:18 385:23 386:16 394:1 402:1 406:11 412:6,8,15 435:18 447:23 453:6 459:23

**talks** 381:3 382:11 460:24

**tangents** 327:3,5 367:14

**tape** 4:22 341:6,13 341:16 342:6,16 342:18,20,23 343:2,5,14 344:5 344:10 345:2,3,15 346:8,13,14 347:18,22,22 348:10,11,17,23 349:7 350:11,13 350:17,23 352:12 352:15 358:1,13 358:17,18,24 359:1,2,6,6,10 360:10,13,17,22 361:10,20,21 362:12 363:5,8 364:7 365:11,16 365:18,19 366:4,9 366:11,14 367:9 367:11 368:6,10 369:9,13 370:3,3 371:1 372:9,11,14 372:17,20 373:2,9 373:14,16 374:9 376:10,23 389:17 391:15,18,23 392:3,4 394:6,8 395:4,5,8,13 398:15 399:14 401:20,20 439:22 440:10,14,19 441:3,12 442:24 443:13 453:15 456:21,24 459:4 459:19 460:5,8,14 461:1 464:14,18 464:22 465:5 466:4,12,16

**taped** 91:16,19 92:22 389:7 461:23

**tapes** 359:3,8 360:7 362:1

**taping** 106:3 461:20

**tasks** 65:1 78:12,19 85:11,15 86:4 89:22 90:1,3,9 101:11 106:12 119:14 171:15

**tax-free** 19:1

**tea** 76:3,8,20,24

**team** 176:10

**Tech** 17:5 20:6

**tedious** 213:6 417:8

**tell** 8:22,24 11:19 20:23 21:4 28:12 31:16,19 38:14 44:22 45:16 47:2 55:10,22,22 58:7 63:16 68:19,23 71:6 74:1 78:20 84:21 85:8 92:5 92:12 94:3 95:23 99:1,4 100:8 110:8 123:13 133:7 134:18 157:17 167:12,13 167:15 171:12 176:6 177:6 181:23 191:5,11 192:14,22 195:2 197:9,11 198:12 199:6,10,22 202:7 202:16 203:20 204:8,20 206:18 208:3 209:1,5,10 209:20 210:7 215:24 223:24 225:17,24 228:7 230:16 231:24 235:9 249:10,20 250:10,13 258:13 259:13 261:6 262:21 263:10 265:3 271:18 274:6 278:5,11 294:2,3,19 304:1 305:24 307:16 308:12 309:13 311:17 314:4 315:20 316:2,11 318:1 322:4 323:3 323:13 324:10 327:7,13,18 329:20 331:3 333:13 338:3,13 339:4 340:20 343:2,5 349:14 350:22 357:23 367:3,7,20,24 370:15 372:8 377:22 384:12,18 388:18,23 389:4 392:5 395:6 412:7 413:23 414:11 416:7,13 423:6 424:21 425:12 427:21 429:23 434:21 436:24 441:22,24 443:17 448:23 451:3,10 452:17 459:16 462:9,12 464:21

**telling** 19:20 59:21 59:22 92:8 111:20 111:24 117:22 129:12 197:20 207:7 237:20 245:22 264:22 280:14 290:12,14 291:20 308:20 313:22 314:1,9 357:1 361:10 415:4

**temp** 23:5,7,18

**temporarily** 28:24 297:20

**temporary** 43:21 44:3

**ten** 136:4 142:3 143:11 145:18 149:16 151:17 166:1 172:4,9 181:9 417:10 457:22

**tended** 64:17

**tenure** 12:20 39:3 168:4 377:24

**ten-hour** 183:13,24

**term** 117:13 160:11 319:5 413:2 415:20 418:19 444:9,18

**termed** 412:19

**terminate** 352:22 451:4,11

**terminated** 203:9 206:14,16 207:3 207:18 218:12 284:13 292:23 293:7 302:11 314:11,19,24 315:8 322:22 338:19 342:4 345:19,24 350:15 350:17 354:14 379:11 388:7 389:3,9 392:1 395:1 396:20 401:21 403:8 412:22 419:9 450:24 452:1

**termination** 293:2 303:4,7 318:24 319:2,8 338:7,15 346:3 352:4,5,19 388:21 389:17 401:14,17 402:19 412:10

**terminology** 245:16 349:20

**terms** 409:15 424:10 444:22 445:20,24 457:6

**terrible** 184:20,23

**test** 8:18

**testified** 7:12 328:19 384:4 387:10 417:21 439:17 450:22 464:13

**testify** 421:2

**testimony** 4:4 434:7 468:6

**testing** 358:20 360:1 364:12 399:11

**thank** 83:3,22 160:18,19 374:6

**thanked** 35:24

**thanks** 151:23 388:15

**theft** 241:1

**Thelma** 54:10 99:19 99:20,23 100:3,8 101:10,21 189:9 210:6,7 228:11,11 228:13,22 299:3 302:18 314:6 318:11 323:12,13 323:16 324:1 328:11

**they'd** 94:3

**thing** 11:7 37:24 39:19 43:21 44:3

48:8 60:6,7 62:20
62:23 63:1 90:19
125:19 127:12
150:21 182:9,11
190:5 210:8
218:20 219:19,20
241:11,19 244:14
248:11,24 249:11
255:1 256:3,4
296:1 301:14
316:11,20 343:14
368:15 369:11,18
379:16 380:9
392:12 409:16
418:6,8 426:22
430:7 431:14
438:10 440:3
447:1 451:16
**things** 57:22 58:2
59:14,23 60:4
62:12 78:6,9
86:14 87:24 119:9
137:24 147:14
148:11 149:5,7,9
154:19 167:12,14
167:14 168:9
177:7,12 182:13
182:19 183:6,9
185:10 188:2,4
190:2 199:11
213:14 217:11
249:7 257:16
258:5 276:12
277:1 281:22
310:14,18,22
311:4 342:11
353:12 361:14
362:22 363:7
367:12 370:5
384:17 410:4
420:15 434:3
439:18 443:12,16
445:21 450:6
**think** 9:20 23:13,14
25:5,5 41:9,12,23
66:24 70:11,22
87:11 98:14
105:22 112:16
113:21 123:23
137:5 142:20
150:13 153:5
155:19 156:16
159:7 160:19
166:20 178:8
182:23 183:2
187:23 206:5
207:17 211:5,9
212:16 216:9,15
218:17,22 219:7

219:14 221:5
223:7 226:5 240:2
242:20 244:8,9
246:1 249:13
259:7 262:16
264:21 267:11
268:9 281:21
286:5,8 287:21
289:10,22 290:19
290:24 291:1,11
292:12 293:13,17
293:21 294:14,19
296:20,22 297:4
298:17 300:12
302:22 303:9
306:11,21 314:7
314:13 315:15
316:2 318:11,16
319:10 322:5
323:9,19 324:9
325:15 326:7,7
327:2 328:6,15
330:18,18 331:8
344:2,3 345:12
352:9,21 354:12
354:15,18,19
355:7 365:13,15
371:22 373:13
379:19 380:16
381:7 387:9
391:13 398:2
401:7 406:19
414:9 420:19
423:21,22 428:8
428:10,18,20
454:21 455:5
456:21
**thinking** 307:12
328:17 455:17
**third** 27:7 105:3
187:12 351:17,21
351:22
**thirds** 142:4
**thirty** 339:19
469:16
**thoroughly** 447:22
**thought** 76:13
116:4 197:10
198:8 262:22
264:7 285:17
302:4,9 308:13
320:17 323:4
352:14 355:3
365:11 381:14
383:22 389:19
394:18 397:12
406:14 443:18
446:10 456:1
**three** 3:11 35:1

41:4 50:7 51:17
51:18 57:14 61:7
68:20 78:23 79:3
116:6,10 117:10
118:15 126:13
135:23 168:5
180:7 187:11
229:4 267:20
276:20 277:15,15
277:15 282:9,13
318:12 431:10
**threw** 27:19 30:11
39:22 40:2
**throat** 146:4
**throw** 34:8 37:11
54:2 112:1,13
121:5 151:1
184:11 299:14
**throwing** 37:13,20
71:5 263:20
**Thursday** 165:17
184:12
**tickets** 245:19
**time** 7:8 8:16 9:11
10:1,4 11:10,14
12:10,11 19:6,14
20:12,16,24 21:13
21:22 22:1,12,24
26:6,9 28:16
34:18,20 38:1
40:8,18 44:7
45:14 47:5 49:5
49:14,24 50:13
51:19,21 52:12
55:6 59:10 60:9
60:14 62:5 65:19
65:24 67:18 69:19
70:12 75:20 77:18
78:12 79:18 80:5
80:11 82:13 84:13
87:12 88:7,15
89:2,9,18 90:12
91:24 92:3,20
93:3,9 94:5,6,9
100:4,14 101:3,18
102:5,20,21,24
105:11 106:2
107:11 109:13
111:21,22,23
112:11,18 115:10
120:19,22 121:16
121:18 122:15
124:21 131:8
137:7 140:14,15
142:21 145:14
150:12 151:8
152:4 153:24
154:4 155:10,13
159:10,24 167:17

181:12,15 184:7
186:8,9,11 191:18
195:1 196:2,6,18
199:6,12 210:14
211:16 212:21
216:17 219:8
224:22 225:3
227:11 229:9,15
229:19 231:1,11
231:17 232:3,7
234:14 237:7,8,14
242:13,17,23,24
243:12,20,22
244:19 252:10
258:20,23 259:18
266:11 270:7,24
271:1 274:23
276:4 278:9 279:3
279:14 280:23
281:5,6,13 282:11
288:3 295:9
296:14 297:6
298:19,19 299:15
300:10 301:4,8,9
301:12,24 305:16
306:10,15 307:5
307:14 310:2
311:6 324:22,23
328:2 332:24
340:18 343:22
354:12 355:3
357:17,20 370:12
371:19 377:11
379:1 389:19
390:7,19 394:12
395:8 396:12
399:15,22 403:8
404:14,17 409:20
411:1 412:21
413:11 416:17,23
417:7,12,13
422:21 423:1
424:6 427:8
432:10,24 433:1
437:21,23 438:1,4
438:14 454:19
455:18,21 456:5
456:10,13 463:10
463:15
**timely** 152:1 287:23
454:16 455:4
**times** 11:18 28:21
40:5 51:13,18
55:13,15,21 78:7
83:7 85:14 88:4
91:15,21 92:5,13
92:23 93:6,20
95:2,7 97:7,12,23
98:2 112:15

118:16 126:13
135:24 145:10
154:16 168:5
179:20 186:23
192:4 198:16
233:24 242:17
243:7 248:3,6
249:1,6 251:11
275:15 278:22,23
279:20 280:19
282:3,14 297:8,17
299:2,4 301:2
303:13 330:4,7
359:10 413:7
**tired** 32:5
**title** 108:2,5 159:18
375:8
**titles** 20:23
**today** 9:15 10:21
171:6 193:5 279:5
283:1,7,16 335:20
336:9 386:15
434:3 435:15
458:11,12
**told** 29:4,17 30:11
30:17,19 32:3,16
33:16 34:9 35:24
41:3 44:24 45:18
46:6,10,23 47:7,8
48:12 52:19,21,23
53:1 56:12,13
58:4 60:4 63:9
66:11 68:24 77:2
77:7 78:8 80:13
83:4 88:11,24
97:12 98:24 100:1
102:10,16,16
103:7 119:23
120:3 129:4,8
131:13 132:24
135:10,10,12
136:16,20 144:19
147:5,7 158:6
194:1,22 195:2,23
197:1,23 198:17
203:19 204:18,24
206:17 207:13
208:12,15,19
209:3,13 210:4,9
223:10 224:13
225:20,20 226:2,4
228:8 231:15
235:20 244:21
245:7 246:22
247:9,10 248:2,9
248:11 249:15,24
250:22 252:20
254:19 256:10,13
259:22 262:7,9,19

264:5 265:10 268:21 271:16 272:10 275:12 278:13 279:6,15 279:16 280:12 283:18 285:20,21 291:7 293:12,16 293:18 298:5,15 303:22 308:3,9,23 309:9,14,19 310:1 313:13 314:5,14 315:12 316:9 317:22 318:1,7 323:16 324:20 327:1 329:5,9,16 330:10 334:11,17 335:2,7,21 336:3 336:9 339:4 340:14 343:7 346:1,4 349:13 350:7,8 356:3 367:2,21 369:11 373:8 382:8,15,22 386:20 387:1,15 387:22 388:22 389:14,15 391:13 391:21 392:1 401:8 406:1,3,6 407:4 415:16 420:10 438:10 439:13 440:21 444:6,16 445:4,5 445:6 446:10,23 448:1,11 449:1,20 450:23 453:15 454:2,22 455:24 458:24 459:15 463:13 465:12

**tone** 59:1,15,18 60:20

**tools** 236:5

**top** 78:9 105:23 143:8 176:9 183:1 183:7 185:20 191:8 404:23 428:23

**torn** 163:18

**torture** 451:15

**total** 423:13,14

**touch** 103:16 235:15 284:11

**tough** 84:16 185:13 231:1 305:22 307:5 438:3

**town** 17:13

**track** 301:2,5 422:2

**tractors** 252:15

**traffic** 128:11,22

**train** 43:12,15 46:3 46:19 180:12

**training** 21:9,9 106:13,13 222:15 222:16,18

**transaction** 87:4

**transcript** 295:2 296:14 468:9,19 469:17,19

**transcription** 471:6

**transfer** 277:17

**transferred** 310:21 463:22

**transferring** 218:13 277:5

**transition** 211:18 363:17

**transmittal** 272:16

**transmittals** 117:15

**transpired** 12:19 73:22 194:2 202:10 264:1,20 285:18

**treat** 397:10,11 398:2

**treated** 89:11 96:16 219:2 220:14,16 246:17,19,20 288:11 289:4,14 289:16,18 291:15 291:16 300:13,14 301:12 305:4 309:3 319:14,20 323:1 392:20 394:4 397:5,13,23 444:7,17 445:6 446:4

**treating** 303:16 304:2 306:2 323:5 323:6 392:16,18 392:19

**treatment** 166:17 220:11 447:9

**treats** 146:18

**trial** 7:8

**tried** 30:14 277:2

**trigger** 137:23

**trim** 174:23

**trouble** 245:3,7 356:7 448:14

**trucks** 228:2

**true** 25:17 43:18 64:1 111:16 131:20 389:10 468:6

**trunk** 175:3

**truthfully** 9:17

**try** 11:14,20 51:8 120:21 121:1 172:12 180:15 185:24 248:14 251:10 444:21

**trying** 12:8 29:18 39:3 61:11 76:24 81:10 99:10 110:2 112:7 113:12 116:2 121:16 136:9 140:24 146:2 151:16 187:2 206:21 211:7 213:17 215:4 219:13 230:4 231:3 234:15,21 236:9 236:10 244:7 245:23 281:17 291:6 293:11 294:1 296:8,9,24 332:23 350:6 359:8,10 384:17 444:20 445:2 462:9,13

**Tuesday** 165:15 166:14

**turn** 24:18 190:6 332:5 393:8 400:8 400:13 402:20

**turned** 279:11 281:3

**turnover** 179:19

**turns** 193:15

**twelve** 21:24

**twenty** 106:15 152:2 339:19

**twice** 121:23 196:11 220:14 301:1 452:7

**two** 29:22 30:1,3,6 33:24 35:1 37:3 37:10 49:17 66:6 66:6,12 68:20 87:8,13,19 98:18 111:24 115:5,6 118:14,15 119:15 122:7 125:16,17 142:4 144:21 158:22 165:3,9,9 168:17 174:6 181:5,8 188:10 200:8 213:20 214:12 220:1,3 277:15 296:13 299:18 301:1 313:5 319:21 346:23 347:1 381:9 400:1 409:15 417:12 432:20 434:13 447:4

**two-day** 27:17 295:20

**two-page** 12:23 13:3 379:20 409:22

**two-week** 23:9

**type** 37:24 59:1,23 60:22 162:13 296:3 313:21 347:11,12,24 355:6 384:7

**typed** 384:5

**typical** 184:7 185:18

**typically** 121:20 385:2 392:14

**typographical** 333:23

U

**uhm** 12:7,18 23:10 27:17 30:19 34:20 34:22 36:19 41:13 43:19 44:24 45:6 45:18,21 50:20 51:17 57:11 58:20 62:12 64:17 66:16 68:6 70:2 75:1 79:1,1 82:15 83:10 84:15 88:14 89:13,14 90:3,6 90:15,15 91:11 97:4 103:13 105:21,23 109:24 111:19 113:19 115:4 116:24 121:6,13 127:6 137:8 147:24 148:3,15 154:16 155:1 156:16,17 156:18 159:6 163:22 164:17 167:3 168:4 169:19 171:7 177:19 179:7,10 181:21 188:8 189:2 192:20,23 195:15 205:12 210:23 217:3 221:10,17 222:14 229:12 232:24 250:18 259:15,15 265:9 266:2 276:7 286:11 288:15 292:21 314:6,6 321:8 325:9 337:17 339:20 340:5,23 342:8 348:1 354:19 355:4 356:13 364:12 370:2 371:7 378:6 384:10 385:16 388:20 389:7 394:18 396:5,10 396:24 405:16 409:23 410:7,10 411:18,20 414:1 424:24 431:3 435:12 438:19 439:14 445:14 449:19,24 451:22 452:6,6,14 453:4 454:21 455:16 456:14,17

**Uh-huh** 32:18 229:16 423:9 446:22 448:22

**umbrella** 69:12 87:19

**unable** 88:5

**unacceptable** 282:2

**unauthorized** 459:23

**uncomfortable** 194:16 300:7 307:21 308:2

**underneath** 163:5 242:7 244:17

**understaffed** 85:16 179:19

**understand** 8:10,13 9:2,12 53:20 86:2 96:1 117:2 131:10 143:15 144:16 147:15,20 176:24 178:23 181:22 182:3,7 241:8 242:23 252:21 253:2,4 285:19 302:9,13 373:13 386:10 402:7 409:15 430:3,16 431:19 444:8,22 450:21

**understanding** 59:21 145:18 310:16 372:22 416:8 452:10

**understands** 46:12 245:14

**understood** 11:2 182:18 198:13 345:14

**unemployed** 422:12

**Unemployment** 423:2

**unfair** 41:13

**unfairly** 444:7,17 444:19 445:7 446:11
**unhappiness** 397:22
**unhappy** 63:21 96:15 101:3,11,15 321:18 445:15
**uniform** 174:10,12
**unintentional** 373:21 374:1 399:9
**unit** 96:6 163:7 205:18
**United** 1:1 20:2 408:21
**units** 163:9 164:22
**University** 222:17
**unjust** 412:11
**Unlimited** 1:8 3:20 5:9
**unload** 34:23
**unloading** 228:2
**unnecessary** 383:7
**unpleasant** 261:3 261:16
**unprofessional** 398:4
**unsure** 392:24
**unusual** 168:3
**update** 378:23
**updated** 378:20 379:4
**upset** 51:6,12 52:24 55:23 89:6 97:5,6 139:2 146:23,23 151:11,12 207:18 207:22 252:17 304:14 320:9 321:16
**upstate** 225:14
**upwards** 19:12 38:19 115:4 130:12
**use** 68:10 87:9 119:17 262:4,4,5 262:16 316:18,20 341:7 342:19,21 343:7,10 348:23 349:20 350:11 360:4,7 361:12,15 375:2 394:22 396:3,5 397:1,15 453:16 459:4 464:18,22 466:16
**usually** 58:4 64:20 110:19,23 170:1 183:20 213:23 228:17,20 237:9 392:14 446:24 452:4

**V**

**v** 1:5
**vacation** 245:17
**validity** 68:17 422:1
**Valve** 164:17
**Val*Spar** 251:5
**various** 21:2 78:12 137:24 154:19 302:19,19 313:22 314:1 318:7 320:12 330:17
**Vazquez** 358:1,2 360:24 361:8 363:10 364:1,8 369:4 372:9 373:20 401:12 450:19 461:6,24
**vending** 116:10 157:1,2 158:7 241:12 285:14 286:18 287:6 288:7 394:11 419:13
**vendor** 18:12 26:7 26:10 37:1,3,5 61:13,16,19 62:2 62:4,21,23 64:5 64:15,20 65:24 66:6,7 67:19 69:20 76:21 103:12,20 107:18 116:4,6,8 131:7 140:21 153:3 156:24 174:13 175:9 185:14 198:23 205:19 208:17 209:23 210:3 216:20,21 236:6 237:8 239:16 240:9,11 251:6 253:7 255:12 258:9,10 261:3,16 267:24 268:6 286:10,22 288:6 301:12 311:3 334:8 356:16 357:3 382:3 390:23 391:3 393:24 394:3 397:7,14 448:15 449:5
**vendors** 65:5,20 174:22 241:3 243:3 246:21 247:2,6 250:23 251:2,4,5 267:19 267:21 268:3 286:11 288:4,5 289:3,5,11,12,19 290:4 291:23 292:7,8,10 331:16 390:14 392:6,14
**vent** 305:22
**verbal** 8:5 208:7 355:4
**verbatim** 32:2 35:5 47:6 78:5 96:8 146:13,15 148:13 197:21 205:1 214:3 228:5 261:22 263:13 272:3 384:14,15 435:14 436:22 438:4
**verification** 332:20
**verify** 432:11
**Verne** 25:21
**Vernon** 25:22,23 26:4,12 255:12
**Vernon's** 26:2
**vest** 174:13,14,22 174:23,24 175:9 237:8,15 238:4,11 239:16,17,20,23 240:1,5,8,8,20 241:4,10 242:2,5 242:17,19 243:9 243:15,18,21 244:1,14,15,20,22 245:4,9,10 246:20 247:5,20 248:4,11 248:16,22 249:2 249:17,18 250:2 250:11,13,17 251:8,9,12,17 252:2 334:8 356:16 357:3 381:5,20 382:3 406:13
**vested** 115:23 118:18
**vests** 238:14 243:3 246:21,23 247:3 250:23 251:3 381:9,23
**video** 375:22
**videotape** 376:11
**view** 356:18 372:7
**Village** 15:9,10,11 15:13
**violated** 294:6 376:23
**VMI** 37:5
**voice** 356:1 358:18 359:13,16 360:3 362:7,15,16 364:15,24 369:1
**volume** 111:8 128:11,19,22
**volunteer** 395:3
**vouched** 45:3 147:22

**W**

**wages** 412:9,21 413:9
**wait** 235:18 236:20 236:22
**waiting** 34:16 76:4 76:7
**waived** 7:5
**walk** 104:6,11 138:6 380:15 466:2
**walked** 41:8 112:19 158:19,24 232:15 334:24 355:24
**walking** 193:14 202:22 301:20 359:14
**walks** 382:19
**wall** 260:13,14
**Wal-Mart** 126:5
**Wanda** 74:12,13,17
**want** 9:7 12:8 39:20 40:1 41:6 42:8 43:11 59:12 61:14 81:9 97:9 110:11 118:20 123:22 129:19 145:18 146:3 150:21 151:1,15,18 171:2 172:14 193:5 196:13 202:13 203:16,23 205:2 206:22 207:4 208:13 209:2,14 209:22 210:2,5,11 217:23 230:13,20 235:6 239:6,11 241:1 245:3,6 246:1 253:17 257:12 258:16 273:3 275:8 277:3 277:10 279:2,4 284:11 285:7,22 294:3,22 295:13 297:2 298:23 300:16 312:19 313:17,23 314:2 314:12 316:1 318:4,8 319:6,22 320:11,19 321:9 321:15 322:5 326:11 329:13 333:12 347:16 360:2 365:21 375:16 380:4,18 380:22 402:17 411:19 412:6 413:8 424:11 426:10,16 432:2,4 432:22,24 434:7 434:10 438:9 444:21,23 448:1 451:15 452:11,21 454:1 461:4
**wanted** 18:23 19:2 29:23 35:7,14 38:23 39:6,7 42:24 43:10 52:13 53:6 80:10,10 83:10 88:8,18 115:21,24 116:1 134:3,5,8 136:8 138:2 191:22 197:22 205:17 220:22 228:5,16 241:9 249:18 295:4,6 296:10 306:16 310:3,17 311:4 313:3 357:2 359:13 413:19 415:9 436:13 440:23 445:16 453:20 458:9,15 458:22
**wanting** 162:1 338:3
**wants** 65:17 196:7 250:24 438:21,22 442:19
**warehouse** 18:4,7 75:4,5 83:14,15 90:7 121:13
**warning** 11:23 352:5,8,10
**wasn't** 28:23 31:12 37:17,23 39:19,21 40:12 45:5 48:12 48:20 51:7,10 66:17 79:12 83:2 84:1,22 89:11 90:10 92:9,18 95:7 96:6 100:23 104:23 119:10 121:14 124:21 131:3 136:23 141:20 144:10 148:15 162:6 168:21 206:5,13 214:16,18 237:20 240:3 246:16,18

252:8,16 257:1 270:19 280:6 296:18 301:22 307:11 314:23 315:8 316:16 352:7 369:17 390:1 406:11 412:16 440:21 441:10 445:16 457:5 466:10,12

**watch** 112:21 113:2

**way** 18:8 31:9 32:21 36:5 37:20 59:24 64:19 65:6 76:18 82:23 84:4 96:16 104:24 105:5 106:9 111:8 111:9 114:10 118:13 119:1 142:6,8 145:22,23 149:18 165:7 169:18 170:3,6 180:12 186:2 196:12 214:17,19 219:2 233:5 234:10 237:21,22 240:9 246:17,19 246:19 276:22 281:16,18,22 283:22,24 289:4 296:3,4,6 300:13 303:2,15 304:2 305:3 306:2 309:4 319:13,19 322:24 323:5 331:15 351:18,22 362:18 376:13 392:19 394:4 397:22 398:2 414:3 417:19 419:8,9 428:9 440:6,13 441:2,12 442:22 442:24 463:20 465:4

**ways** 168:17 222:24 232:17 237:16 271:4 276:2 278:18 297:23 315:16 316:2 317:10,23 318:19 319:9 372:3,5

**wear** 174:9 238:11 240:4,7,20,23 241:13 248:22 249:2 250:1,10,13

**wearing** 334:7

**wears** 174:18

**Webbe** 27:2 117:12

**Wednesday** 1:12

165:16

**week** 46:3 51:18 107:14 115:18 121:21,22,23,24 122:1,10,10 136:3 159:7,9 165:21 176:15 268:23 269:1,7,8 308:15 308:16,17 319:21 325:10 378:7,17 382:2 423:5,11 456:15 457:3

**weekday** 179:20

**weekend** 107:1,9,13

**Weekends** 165:19

**weeks** 122:4,7 319:22 423:17

**weight** 31:6,11 419:18

**weird** 165:15 204:12

**went** 18:11 20:7 29:4,11,12,21,22 31:10 38:1 42:11 50:20 63:2 76:16 81:3,5 92:1 95:9 109:15 136:6 142:21 156:4 166:4 169:8 206:3 233:11 237:24 239:15,17,19 279:4 283:11 301:14 337:12,13 341:12 344:4 408:11 431:9

**weren't** 67:11 226:24 289:3 291:15,24 292:1,2

**Westover** 15:9,10 15:12,13

**whatnot** 371:11

**whatsoever** 286:19

**white** 212:14,16

**wholesale** 157:3

**Wilmington** 1:13

**William** 1:4,17 2:4 3:10 7:10,19 13:20 19:18 54:1 468:8 471:15

**WILLIAMS** 4:5

**Willie** 225:4

**willing** 46:18 111:15,18

**Wilmington** 2:8 16:12,13 108:18 108:20,22 109:8 125:15,17 127:20 128:6,21 130:8 175:11 238:14

242:11 422:7

**winter** 28:5,5,7 276:22

**wished** 457:4

**wit** 64:20

**witness** 6:5 24:20 68:18 130:6 160:18 190:8 201:11 214:20 215:9 218:6 325:9 329:2,11 330:12 332:7 333:4 337:20 377:4 394:17 400:10,15 421:9 428:1 429:1 447:15 459:13 465:12,22 467:1 468:5,6,8 469:1

**witnessed** 73:5,21 74:11,24

**witnesses** 73:3 215:18 405:24

**woman** 31:5 70:19 70:20 73:11,12 371:12,21

**women** 218:4,19 371:4

**wonder** 245:5

**wondering** 29:13 220:16

**wood** 163:4,4

**wooden** 163:7

**word** 156:18 262:16 263:23,23 268:15 313:18,20 321:5 385:5 396:3,4 397:1,3,15 445:1 445:1

**wording** 428:15

**words** 262:3 316:19 393:23 394:22 444:19

**wore** 174:15 242:1

**work** 20:21 23:16 25:14,20 26:7 28:24 29:4,16 30:1,7 33:14 37:6 40:1 41:5 44:4 45:4 50:4 56:16 63:15 65:7 67:5 67:14 81:9 89:13 89:14,15,18,19,21 90:16 91:1,3,8,16 91:18,22 92:1,4,8 92:12,16,21,21,24 93:2,3,13,13,20 94:2,5,6 97:15,16 98:5 103:8 104:7 107:2 108:15

111:15,16,18 115:2 117:19 121:7,10 133:22 135:6 136:1,24 141:13 144:12 153:21 160:4 161:23 165:1,24 166:15 168:9,11 171:14 172:2 174:1 183:21 185:9 193:5 194:11 201:18,21 202:13 203:16,23 203:24 205:3,3,21 207:4,15 209:14 210:3 213:6 220:20,23 229:20 231:18 237:12 238:10 245:20 246:9 248:14,18 248:22 250:14 261:2,15 271:8,14 273:11 274:11,18 279:5 282:24 283:7 287:21 297:3 300:1 306:16,16,18,21 306:22 310:14,18 310:22,24 311:4 312:20 314:2 335:20 338:22,22 339:21 340:18 344:7 370:18 386:15 390:8 392:13 398:16 402:11 403:19 410:8 412:12 414:15 415:10,12 416:5 419:8 422:19 435:15 440:20 453:7 461:22

**worked** 18:6 20:19 21:1,11,13,22 22:13 23:1,5 26:21 38:4,15,16 38:18 45:19 49:24 59:11 62:3 80:6 82:14 84:9,13,23 89:9 92:7 94:9 100:22 106:22 107:2 108:9,9,24 109:13,18 114:6 117:8,12 121:19 122:15 140:14 150:11,16 159:24 160:24 161:4 165:20 169:15,16 169:18 174:15

175:1,5 181:20 182:12,20 183:13 183:15,18 185:19 186:2 188:23 192:11,16 195:2 198:18 199:6 206:9 207:11 210:14,15 211:16 212:22 216:18 229:15 230:21 240:5 246:10 253:7 270:24 271:1 276:5 282:19,20 283:3,4 288:21 300:24 301:13 302:1 312:22 320:12,16 344:2 370:13 381:15 391:6 396:6 405:19 407:1 409:20 413:10 416:9 462:16,17 463:10 463:16

**workers** 27:21 30:17 37:23 94:12 101:9 103:14 143:1 157:1

**working** 18:18 20:13 26:10 37:9 61:9,18 64:5 65:23 66:17 72:21 84:15,15 98:8,10 98:23 99:24 100:9 101:15,24 102:3,4 102:8,9,15 115:15 116:13,17,18,22 117:5,5,6 120:7 120:10 164:11 171:13 176:20,23 184:8 198:24 202:20,21 205:14 207:2,10 208:13 209:2 210:5 211:23 213:22 216:2 220:21 224:5 231:2,11,12 241:2,14 253:8,9 253:23 266:2,12 266:20 275:9 276:1 288:9 290:2 290:23 318:5,8 326:21 327:6 355:3 359:11 363:18 370:20 378:8 382:5,20 390:21,22 391:2 413:4,5 420:7 447:10 448:2,15

460:15,17
**works** 64:19 87:14 142:1 176:10 205:23 288:8 310:9
**work-related** 187:2 256:5
**worry** 75:14 449:9
**worrying** 179:8
**worse** 184:14 185:14,16 220:15 220:16 257:16 272:12 288:11 292:21 301:12,13 301:14,15,17,24 303:1 392:18
**worst** 11:22 220:11 220:12 396:11
**wouldn't** 51:23 55:3,5,16 60:2 67:2,4 85:12 86:3 88:21 93:23 100:17 111:13 119:12,13 127:3 142:5 153:16 162:9 166:13 173:21 178:1 185:11 193:10 227:1 249:16 257:2 262:4,5,6 262:15 277:20,21 310:8 361:23 362:1,17 365:1
**wow** 160:14
**write** 341:21 354:16 354:23,24 355:8
**writing** 177:23 341:14 354:18 432:3
**written** 352:16 406:15
**wrong** 32:4,5,17 40:9 71:7 74:4 81:6 182:9 196:12 238:2 245:15 266:14 309:10 372:9 401:19 412:19 444:2
**wrongful** 352:3,6
**wrote** 35:11 318:12 355:19 356:11 410:3

X

**X** 4:3,10 5:2 110:3 186:18

Y

**yard** 299:24
**yards** 142:16 237:17
**yeah** 15:11 19:23 28:9 36:3 42:5 47:19 48:19 59:24 61:20 89:10 97:20 99:16 110:18 115:7 146:20 164:13 188:3 193:15 196:1 205:21 210:12 219:24 220:8 230:15 235:20,24 240:21 246:14 248:13 261:20 266:17 273:3,7 279:11 281:2 312:12,17 316:15 319:4 320:1 322:19 325:13 330:12,13 344:10 344:10 346:22 350:8 356:9,11 366:1 369:14 371:17,23 386:4 386:16 388:14 425:24 428:24 429:9 435:7,17 437:19,20 441:15 445:23 453:13 459:10
**year** 12:6 16:15 17:6,19 22:20 23:11 44:1 49:19 115:5,6 131:10 229:12
**years** 18:9 19:12 37:2 38:20 39:17 57:6 66:6,7 101:1 115:5,6,22 116:6 116:10 118:18 184:18 188:10 225:14 300:23 301:3 396:17
**year's** 115:1 130:12
**yell** 384:13
**yelling** 74:9 383:18
**Yoga** 231:21
**York** 17:12,15 18:6 18:21 225:14
**young** 215:4
**Yvette** 22:14,15 26:20 27:11,16,18 28:19 29:12 35:11 35:23 36:2,21 38:11 45:23 46:9 47:1,3,22 48:2,8 48:11 49:23 55:11 57:4,19 59:10 62:8 63:16,21 64:2,13,16 65:16 66:1,17,23 67:8 67:18 69:4,11,19 70:8 72:17 73:1 74:8 76:14,23 77:6,11 80:5 82:13 84:12,17,21 85:3,4,8,9,18,18 85:21 86:5,11 87:9,9,12,22 88:8 88:9,13,18,20 102:17 103:4 111:14 115:16 116:17 117:9 119:2,16 132:6,7 137:4,6 138:5 139:1,19 140:5 142:14 147:3,12 148:20 192:21 193:4 194:13 195:6,8,21 196:2 196:7 202:12,21 207:12 212:11,12 212:21 215:6 216:9 221:2 225:24 226:6 227:12 232:9,13 234:14,16,17 235:3,8,22,24 237:5 238:5,12 241:9 244:19 245:15,20,22 246:17 248:9 249:12 252:6 254:19 256:24 257:5,9 258:11 259:8 260:23 262:23 264:1 265:12,15 268:7,8 268:12 269:21 271:5 273:9,12,17 273:20,24 274:2 274:14 275:10 276:4 277:1 278:20 282:16 283:14 284:8,14 284:15,22 285:5 285:23 286:1 287:4 288:2 290:13 291:10 295:1,13 299:11 300:8 303:15 304:20,24 305:4 306:2,20 307:19 309:8 311:8,13 316:16 328:23 329:9 331:4 334:5 339:7,10,21 342:10 345:18,23 346:2 355:20,24 382:19 383:6,18 386:24 387:12 392:11 395:20,22 397:19,23 398:1 434:16 435:9 436:12 437:20 438:21 442:9 443:18 447:5,24 448:15 449:2,17 450:2,12 453:18 453:20 454:7,23 455:6,7,8,9 460:3 462:10
**Yvette's** 80:16 242:15 244:16 273:21 288:14

Z

**zero** 173:17
**zone** 210:23

$

**$100** 405:11
**$12** 166:3
**$300** 405:9,11
**$36,000** 403:23 404:23
**$8,000** 423:12

#

**#587** 5:4

0

**05-0046-JJF** 1:10

1

**1** 4:13 23:22 24:4 221:12 358:21 364:12 399:11 471:5
**1:31** 155:14
**10** 5:6 190:7,10 405:23 424:15,20 425:17,20 427:21 429:8 432:19 433:9
**10:00** 87:17,18 145:16 151:2,13 151:22 153:9
**10:34** 2:9
**100** 100:24 405:8,8 405:9
**11** 5:7 425:6,11 426:19 431:4,4,5
**11th** 378:18 379:3 382:10
**12** 5:10 192:3,3 199:2 429:17,22 429:24 431:16 432:19 433:2,8,13
**12-ounce** 383:9
**12/08** 2:14
**12/3/03** 258:6
**12:37** 155:14
**1210** 1:21
**13** 14:9,16 201:10
**14** 14:9 212:5 285:2 285:9 311:11 333:18
**1400** 3:10
**15** 14:17 21:24 115:7 324:4 325:24 326:17
**150** 50:16
**16** 330:23,23 333:10,19 336:19
**1600** 1:22
**1601** 3:10
**17** 337:19 338:2,8 468:13
**1735** 3:17
**175** 4:14
**18** 307:6
**189** 4:15
**19** 115:7
**19102** 3:11
**19103** 1:22 3:17
**19806** 2:9
**19901** 3:6 13:24 14:13
**1996** 17:21 18:8 19:15 20:3,11 24:14 25:3
**1999** 23:14

2

**2** 1:12 4:14 175:15 175:21 358:21 364:12 386:24 399:11
**2nd** 386:12
**2:54** 258:23
**20** 9:24 10:2 176:15 235:17 236:22 238:21 383:1 419:6 471:20
**20s** 131:4
**20th** 384:20
**2000** 17:7 18:8 19:15 28:8 82:2
**2001** 16:17 18:8 28:2,3,6,8 82:2
**2003** 155:2,4 156:12 201:14 216:4,7 334:21 378:13 381:3

382:19 383:2 386:12,23 387:9 432:14
**2004** 387:18 388:6 388:10,19 403:22
**2005** 1:12 468:13
**202** 107:4
**215** 1:23 3:18
**217** 14:12,14
**22nd** 387:18
**23** 4:13
**23rd** 24:14 25:6,11 25:13
**24-hour** 10:11,12
**25** 20:20 77:21 79:14 80:2 119:22 294:23
**25th** 388:5
**257** 4:16
**26** 400:9,19,20 423:17
**267** 3:12
**27th** 25:3,9 404:6

**3**

**3** 4:15 50:3,4,6,8,14 50:18,19 51:1,7 52:8 53:8 54:1,2,5 55:2,7 60:19 78:18 110:9,10 189:14,19 333:3 334:21 336:24 337:7,10 358:21 364:12 382:19 399:11 400:5
**3rd** 331:12 382:1 386:23 388:10,19
**3s** 77:14 78:1,5
**3.5** 295:3
**3:01** 258:24
**30** 469:16
**302** 3:6
**331** 4:18
**351** 4:20
**358** 4:22
**37162** 347:10
**37168** 347:8
**374** 4:23
**377** 5:4

**4**

**4** 4:16 257:19,24 269:11 309:13 324:11,24 325:23 336:16
**4:00** 145:11
**4:20** 357:20
**4:29** 357:21
**4:47** 377:11
**4:58** 377:12
**40** 20:20 181:7
**400** 13:22 405:9
**401(k)** 405:17,21
**402-3012** 3:12
**407** 4:8
**411** 6:12
**414** 3:5
**424** 5:6
**425** 5:7
**429** 5:10
**458** 4:9
**462** 4:7
**464** 4:8
**466** 6:17
**469** 471:5
**497** 3:5

**5**

**5** 4:18 331:22 400:7 400:14 401:4
**5th** 387:9
**5:00** 145:12 183:22
**50** 77:17,19 79:15 79:19,20,22 294:24
**50-cent** 77:13 78:2 78:18
**500** 405:9
**51st** 3:17
**587** 394:5 395:24

**6**

**6** 4:20 351:2
**6th** 201:14 334:5 378:13,18 381:3
**6:00** 87:17,18
**6:19** 467:3
**60** 114:18 129:9,18 130:1,13 131:3
**60s** 130:16
**674-0140** 3:6

**7**

**7** 4:7,22 6:17 347:7 358:9
**7:00** 10:6 183:22
**70** 114:18 129:9,18 130:1,13 131:3
**70s** 130:16
**75** 100:24

**8**

**8** 4:23 114:23 129:5 347:11 374:18,23 394:16 458:6,11
**8-foot** 110:8,15
**8:00** 183:22
**864-8137** 3:18

**9**

**9** 5:4 114:23 129:5 130:18,20 377:14 377:20 402:21,24 409:23,24
**9:00** 183:21
**90** 18:16 285:10,17
**90s** 80:2 118:15
**90-day** 12:20 168:4
**919** 2:7
**95** 128:21 362:24
**96** 79:24
**988-9191** 1:23