**GORDON, FOURNARIS & MAMMARELLA, P.A.**
ATTORNEYS AT LAW
1925 LOVERING AVENUE
WILMINGTON, DELAWARE  19806

PETER S. GORDON*
THOMAS MAMMARELLA
EMMANUEL G. FOURNARIS*
ROBERT A. PENZA
BRYAN E. KEENAN*
PETER M. SWEENEY
FRANCIS X. GORMAN
MICHAEL M. GORDON**

*ALSO PENNSYLVANIA BAR
**ALSO MARYLAND BAR
+ALSO NEW YORK BAR

TELEPHONE NUMBER:
(302) 652-2900
TELECOPIER NUMBERS:
(302) 652-1142
(302) 652-2348

_____

Special Counsel
GROVER C. BROWN
MICHAEL J. MAIMONE+

December 29, 2005

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

    **Re:  William Hanson, III v. Lowe's Home Centers, Inc., et. al.
C. A. No.: 05-0046 (JJF)**

Dear Judge Farnan:

    Enclosed please find a courtesy copy of Defendant Lowe's Home Centers, Inc.'s Motion for Summary Judgment and Their Opening Brief in Support of Their Motion for Summary Judgment, which was filed in the United States District Court for the District of Delaware today.

    Counsel is available at the Court's convenience to further discuss this matter if necessary.

                             Yours truly,

                             **/s/ Peter M. Sweeney**

                             Peter M. Sweeney
                             DSB #3671
                             psweeney@gfmlaw.com

PMS/pas
Enclosure
cc:  William H. Leahy, Esquire (w/encl.)
     William D. Fletcher, Esquire (w/encl.)
     Noel E. Primos, Esquire (w/encl.)
     Lucretia Clemons, Esquire (w/encl.)
     William M. Kelleher, Esquire (w/encl.)