IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III, | * | C.A. No. 05-0046 (JJF) |
| Plaintiff, | * | |
| v. | * | |
| LOWE'S HOME CENTERS, INC., et al., | * | |
| Defendants. | * | |

**STIPULATION AND ORDER EXTENDING TIME**

It is hereby stipulated by Plaintiff William Hanson, III and Defendant Lowe's Home Centers, Inc. that Plaintiff Hanson will have until and including January 30, 2006, to file his Answering Brief to Lowe's Motion for Summary Judgment and Supporting Brief, and that Lowe's will have until February 14, 2006, to file its reply.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ Noel E. Primos,
    NOEL E. PRIMOS, ESQUIRE
    Bar I.D. #3124
    414 S. State Street
    P.O. Box 497
    Dover, DE  19903
    (302) 674-0140
    Attorneys for William
      Hanson, III

DATED: 1/5/06

GORDON, FOURNARIS & MAMMARELLA

BY: /s/ Peter M. Sweeney
    PETER M. SWEENEY, ESQUIRE
    Bar I.D. #3671
    1925 Lovering Avenue
    Wilmington, DE  19806
    (302) 652-2900
    Attorneys for Lowe's Home
      Centers, Inc.

DATED: 1/5/06

SO ORDERED:

_____
United States District Court Judge