## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WILLIAM HANSON, III          :
                                    :

        Plaintiff,            :
                                      :

        v.                       :     CIVIL ACTION
                                    :     NO. 05-0046 (JJF)

LOWE'S HOME CENTERS, INC., et al.  :
                                      :

        Defendants.       :
                                      :

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANT DDP HOLDINGS, INC.

Defendant DDP Holdings, Inc., by its undersigned attorneys, respectfully moves

this Court pursuant to Federal Rule of Civil Procedure 56(c) for an order granting judgment in its

favor and against Plaintiff. The reasons for this motion are set forth in the accompanying Brief.

Respectfully submitted,

Dated:  January 17, 2006

_____
William M. Kelleher (#3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor

Attorneys for Defendant
DDP Holdings, Inc.

OF COUNSEL:
David S. Fryman
Lucretia C. Clemons
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
(215) 665-8500