IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 05-0046 (JJF) |
| LOWE'S HOME CENTERS, INC., et al. : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of the Motion for Summary Judgment of defendant DDP Holdings, Inc. and Plaintiff's response in opposition thereto, it is hereby ORDERED that defendant's motion is GRANTED and that JUDGMENT IS ENTERED in favor of defendant DDP Holdings, Inc., and against Plaintiff.

BY THE COURT:

_____
J.