# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM HANSON, III | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 05-0046 (JJF) |
| LOWE'S HOME CENTERS, INC., et al. | : |
| Defendants. | : |

### VERIFICATION OF RON HARRIS

I, Ron Harris, pursuant to 28 U.S.C. § 1746, state the following based on my personal knowledge:

1. I am the Vice President of DDP Holdings, Inc. ("DDP").

2. DDP provides merchandising services to the rough plumbing and electrical departments at Lowe's stores on an exclusive basis throughout the country.

3. DDP provided merchandising services to Lowe's through its subsidiary Ideal Merchandising, Inc., until January 1, 2005. On that date, Ideal Merchandising was dissolved and now operates as a division of DDP.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of January, 2006

_____
Ron Harris

DMEAST #9427350 v1