# EXHIBIT E

Case 1:05-cv-00046-JJF    Document 56-6    Filed 01/17/2006    Page 2 of 4

40

```
 1    Q.    Uh-huh.
 2    A.    And I did.  I called Jeremy.
 3    Q.    Is that all the two of you discussed?
 4    A.    I believe so.
 5    Q.    You can't recall anything?
 6    A.    I can't recall anything else.
 7    Q.    Yvette had no reaction to you telling
 8  her that someone said that they were out to get
 9  her?
10          MS. MALLOY:  Objection.
11    A.    Obviously, she was concerned.
12    Q.    Well, how did she express her concern?
13    A.    I don't have an answer for that.  I
14  mean I could hear that she was concerned.
15    Q.    How could you hear?  What were you
16  hearing?
17    A.    Just -- I don't know how to describe,
18  you know, an emotion in a voice.  I don't know
19  how to describe that.
20    Q.    Uh-huh, okay.  Did she indicate that
21  she was going to call Ideal also?  Did she make
22  any reference to that?
23    A.    I don't recall that.
24    Q.    She just directed you to?
```

(302) 426-1007 or 736-3661

```
 1                    question.)
 2              MS. MALLOY:  Do you have my objection
 3       on there to the form of the question and the
 4       fact that it's argumentative?
 5              REPORTER:  Yes.
 6              MS. MALLOY:  Okay, I just want to make
 7       sure.
 8              MS. CLEMONS:  Mine too, because it
 9       assumes a fact not in evidence.
10              MR. FLETCHER:  Go ahead.
11         A.   I called Jeremy based on the
12       information given to me by Carlos.
13         Q.   But you hadn't even asked Carlos for
14       the tape before calling Jeremy?
15         A.   No, I did not.
16         Q.   All right, did you get ahold of
17       Mr. Leaman?
18         A.   Yes.
19         Q.   All right, what did you tell him?
20         A.   I told him that I have been informed
21       that Will Hanson was recording in our store and
22       it's a violation of Lowe's company policies to
23       record for any reason in our store.  I don't
24       recall verbatim what Jeremy may have said at that
```

```
 1   time.
 2         Q.    Well, tell me in a general way what
 3   you believe he said.
 4         A.    Okay.
 5               MS. MALLOY:  Don't guess, please.  You
 6         were instructed about depositions.  I am
 7         going to ask you not to guess.
 8   BY MR. FLETCHER:
 9         Q.    I want your best recollection.  It
10   does not have to be verbatim, but it does have to
11   be complete.  Go ahead.
12         A.    Jeremy told me he would take care of
13   it, and he asked me if Will could work that day.
14   I told him at that time that I would prefer not.
15         Q.    Did you take it to mean that he wanted
16   to know if Will could finish up that day's work?
17         A.    Um, as far as I presumed that would
18   mean that, but I don't know if that's what he was
19   implying.
20         Q.    Well, were you telling him, when you
21   said "I prefer not," were you expecting that he
22   would remove him from the premises then and
23   there?
24         A.    Yes.
```