# EXHIBIT F

Case 1:05-cv-00046-JJF   Document 56-7   Filed 01/17/2006   Page 1 of 2




# Human Resources Management Guide

| MISCELLANEOUS | 413 |
|---|---|
| 413-PROHIBITION OF RECORDING EQUIPMENT USE | 4/1/03 |
| | 1 |

## I. Policy Summary

A. Lowe's and all employees share a mutual interest in protecting the privacy of employees and customers.

B. Consequently, Lowe's prohibits employees from using any recording device on Company property, including audio, video, and still photography.

C. The only exceptions to this prohibition are:
- (REV) Tape recording, still photography, or video taping (other than those outlined in Lowe's Corporate Data Security and Electronic Monitoring policies) when there is *informed consent* of all parties to the conversation or event. Examples include training sessions, advertisements, and market research focus groups in which all parties consent to the recording.
- A recording that is part of a Loss Prevention, Safety, HAZMAT or MIS investigation or other approved basis as outlined in Lowe's Corporate Data Security and Electronic Monitoring policies.

D. No employee or other individual may openly or secretly tape or otherwise record or videotape any conversation, communication, activity, or event that in any way involves the Company, the employees of the Company, any of the Company's subsidiaries or affiliates, any customers or clients, or any other individual with whom the Company is doing business or intending to do business in any capacity.

E. No employee may eavesdrop on the conversations or communications of other employees or non-employees in accordance with the same standards set forth above.

F. Employee violations will subject the employee to disciplinary action up to and including termination. If the conduct in which the employee is engaged is illegal, violators may also be subject to prosecution under applicable federal, state, or local laws.

G. (REV) All requests for recording equipment use, except those noted in C. above, must be previously approved by the appropriate Regional HR Director.

## II. Purpose

To protect the privacy of Lowe's personnel and customers. To prevent the secret taping, recording or listening in on any conversation or communication at work. To ensure compliance with applicable federal, state and local wiretapping, eavesdropping, and privacy laws.

## III. Scope

This policy applies to all employees.

## IV. Responsibility

Location Managers and CSC Department Manages are responsible for ensuring employees are aware and comply with this policy. Supervisors or managers knowingly permitting unauthorized photography, videotaping, eavesdropping, or audio recording will be subject to disciplinary action up to and including termination.



LHC004