## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire hereby certify that on this date I caused two true and correct copies of the foregoing Brief and Appendix of Defendant DDP Holdings, Inc. in support of its Motion for Summary Judgment to be served as follows:

## BY FIRST CLASS MAIL

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P. O. Box 497
Dover, DE 19901

Peter M. Sweeney, Esquire
Gordon, Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806

William J. Leahy, Esquire
Littler Mendelson, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102

Dated: January 17, 2006

William M. Kelleher, Esquire (No. 3961)