IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WILLIAM HANSON, III        *

                             *

       Plaintiff,        *      CIVIL ACTION

                             *      NO. 05-0046(JJF)

v.                          *

                             *

LOWE'S HOME CENTERS, INC., et al.*

                             *

       Defendants.       *

---

## APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

SCHMITTINGER AND RODRIGUEZ, P.A
BY:   WILLIAM D. FLETCHER, JR.
      Bar I.D. #362
BY:   NOEL E. PRIMOS, ESQUIRE
      Bar I.D. #3124
      414 South State Street
      P.O. Box 497
      Dover, Delaware 19903-0497
      (302) 674-0140
      Attorneys for Plaintiff

Dated: 1-30-06

## TABLE OF CONTENTS

PAGE

DEPOSITION OF WILLIAM HANSON, III,
    DATED NOVEMBER 2, 2005........................... B1

DEPOSITION OF LINDA MYERS,
    DATED DECEMBER 14, 2005.......................... B97

DEPOSITION OF YVETTE SCHREIBER,
    DATED DECEMBER 14, 2005.......................... B124

DEPOSITION OF JEREMY LEAMAN,
    DATED DECEMBER 21, 2005.......................... B131

CUSTOMER CARE INCIDENT FAX........................... B138

LOWE'S PROHIBITION OF RECORDING EQUIPMENT USE.......... B141

SWORN STATEMENT OF JEREMY LEAMAN...................... B142

IDEAL MERCHANDISING TERMINATION/SEPARATION NOTICE...... B143

IDEAL EMPLOYEE HANDBOOK............................... B144

```
 1        IN  THE  UNITED  STATES  DISTRICT  COURT
 2          FOR  THE  DISTRICT  OF  DELAWARE
 3                 -    -    -
 4   WILLIAM  HANSON,  III,    :    CIVIL  ACTION
 5              Plaintiff      :
              v.              :
 6                            :
     LOWE'S  HOME  CENTERS,    :
 7   INC.,  and  DDP  HOLDINGS :
     INC.,  f/k/a  IDEAL       :
 8   MERCHANDISING  &  SERVICES:
     UNLIMITED,  INC.,         :
 9
10        Defendants    :   NO.  05-0046-JJF
11
                -    -    -
12
          Wednesday,  November  2,  2005
13
          Wilimington,  Delaware
14
15                -    -    -
16            EXAMINATION  OF
17          WILLIAM  HANSON,  III
18                -    -    -
19   TAKEN  BY:   Maria  N.  Damiani,  RMR,  CSR
20                -    -    -
21        ESQUIRE  DEPOSITION  SERVICES
         Four  Penn  Center,  Suite  1210
22       1600  John  F.  Kennedy  Boulevard
         Philadelphia,  Pennsylvania  19103
23            (215)  988-9191
24
```

COPY

2

1

2

3                    Oral  deposition  of

4          WILLIAM  HANSON,  III,  taken

5          pursuant  to  notice,  was  held  at

6          the  law  offices  of  BALLARD  SPAHR

7          ANDREWS  &  INGERSOLL,  LLP,  919

8          Market  Street,  Wilmington,

9          Delaware  19806,  beginning  at  10:34

10         a.m.,  on  the  above  date,  before

11         MARIA  NOELLE  DAMIANI,  Registered

12         Merit  Reporter,  Certified

13         Shorthand  Reporter  (DE  License  No.

14         RPR-117,  Exp.  12/08)  and  Notary

15         Public.

16

17

18

19

20

21

22

23

24

B2

```
 1

 2   A P P E A R A N C E S :

 3

 4        SCHMITTINGER and RODRIGUEZ, P.A.
          BY:  NOEL E. PRIMOS, ESQUIRE
 5        414 South State Street
          P.O. Box 497
 6        Dover, Delaware 19901
          (302) 674-0140
 7
          -Representing the Plaintiff
 8

 9

10        LITTLER MENDELSON, P.C.
          BY:  WILLIAM J. LEAHY, ESQUIRE
          1601 Cherry Street, Suite 1400
11        Three Parkway
          Philadelphia, Pennsylvania 19102
12        (267) 402-3012
13        -Representing the Defendant,
          Lowe's Home Centers, Inc.
14

15

          BALLARD SPAHR ANDREWS &
16        INGERSOLL, LLP
          BY:  LACRETIA C. CLEMONS, ESQUIRE
17        1735 Market Street, 51st Floor
          Philadelphia, Pennsylvania 19103
18        (215) 864-8137
19        -Representing the Defendant,
          DDP Holdings, Inc., f/k/a Ideal
20        Merchandising & Services
          Unlimited, Inc.
21

22

23

24
```

WILLIAM HANSON,

1          A.      No, sir.

2          Q.      Okay.  What did you do after

3    you were laid off from Spectrum?

4          A.      I went to Ideal

5    Merchandising.

6          Q.      How soon after you left

7    Spectrum did you go to Ideal?

8          A.      One month.

9          Q.      Do you remember when that

10   was?

11         A.      I don't remember the date,

12   but it was in October of 2003.

13         Q.      Okay.  How did you find out

14   about a job at Ideal?

15         A.      That's an interesting

16   question.  Uhm, actually, you would think

17   that I would have found out, uhm, through

18   word of mouth, but, uhm, actually, it was

19   advertised on NARMS dot com.

20         Q.      NARMS?

21         A.      NARMS.

22         Q.      NARMS?

23         A.      NARMS, it's a search engine

24   for vendor management.  Actually, all

B4

WILLIAM HANSON,

1    they do is place workers for vending

2    jobs, whether it be vending at a retail

3    store, wholesale store, and they had an

4    opening, and I put posted my resume on

5    NARMS.

6           Q.    Is it N-a-r-m-s?

7           A.    N-a-r-m-s.

8           Q.    Then what did you do to

9    apply, you posted it on the Internet?

10          A.    Yes, sir.

11          Q.    Then did somebody contact

12   you from Ideal?

13          A.    Jeremy Leaman.

14          Q.    What did he say to you?  Did

15   he contact you by phone?

16          A.    Yes, sir.

17          Q.    What did he tell you?

18          A.    He said that they had an

19   opening in the Dover and Middletown

20   position, and if I was interested, to

21   meet him in Middletown to go over what

22   the job would entail.

23          Q.    Did you know before then

24   that the job would entail being in a

WILLIAM HANSON,

1    Lowe's store?

2            A.    Yes, sir.

3            Q.    How did you know that?

4            A.    He said that.

5            Q.    Okay.  When he contacted

6    you, he told you that it would involve

7    vending in a Lowe's store?

8            A.    Yes, sir.

9            Q.    And he said it would be the

10   Dover and Middletown stores?

11           A.    Yes, sir.

12           Q.    Okay.  And he said meet me

13   at Middletown?

14           A.    Yes.

15           Q.    Did you meet him there?

16           A.    Yes.

17           Q.    What happened there?

18           A.    I met him in Middletown at

19   -- and he just basically walked me

20   through what I would do.

21                Ideal Merchandising

22   consisted of two departments, a plumbing

23   and an electrical department, and he was

24   very informative.  He walked me over each

WILLIAM HANSON,

1    aisle on what I would exactly be doing

2    with Ideal Merchandising.  He did

3    plumbing and electrical.

4              And I was surprised, he

5    expedited everything that day.  He said

6    if I was interested that, uhm, I could

7    start, I think he said, like next week or

8    something like that.  I might have

9    started the next week, but he pretty much

10   said I could start at the time that he

11   had offered and so I took that offer.

12         Q.    So he offered you the job on

13   that same day?

14         A.    Yes, sir.

15         Q.    And you accepted it that

16   same day?

17         A.    Yes, sir.

18         Q.    What was the title of your

19   position there?

20         A.    Merchandiser.

21         Q.    Who did you report to?

22         A.    Jeremy Leaman.

23         Q.    Did you report to him for

24   the entire time that you worked for

WILLIAM HANSON,

1    Ideal?

2              A.      Yes, sir.   On a footnote, we

3    would have Ideal Merchandising -- like

4    when I did work, whether I would be --

5    like one day I would do plumbing, one day

6    electrical, I would have that department

7    manager sign off, not necessarily

8    reporting to him or her, per se, but they

9    would sign off on my PDA or paperwork.

10             Q.      I'm sorry, what was the

11   first term you used?

12             A.      PDA.

13             Q.      What does that stand for?

14             A.      That's a -- a -- wow, that's

15   a --

16                     MS. CLEMONS:   Personal

17          digital assistant.

18                     THE WITNESS:   Thank you.   I

19          couldn't even think.   Thank you.

20          That's what it is.

21   BY MR. LEAHY:

22             Q.      Personal digital assistant?

23             A.      Yes, sir.

24             Q.      So if you worked in the

WILLIAM HANSON,

1    plumbing department, the plumbing

2    department manager would sign off on your

3    digital assistant to indicate that you

4    had worked there for the day?

5              A.      Yes, sir.

6              Q.      And the same with the

7    electrical?

8              A.      Yes, sir.

9              Q.      Okay.  And by plumbing

10   department manager and electrical

11   department manager, you mean the Lowe's

12   employee?

13             A.      Yes, sir.

14             Q.      Okay.

15             A.      But, again, on the footnote,

16   they did not give me any directives on

17   what I had to do because I strictly

18   reported with Jeremy Leaman.  He gave

19   me -- on the PDA there would be

20   activities on what I would have to do and

21   on the paperwork there would be

22   activities on what I would have to do, so

23   I had work assigned to him, therefore, I

24   reported to him, and he would expect a

WILLIAM HANSON,

1    call on a daily basis, like wanting to

2    know what was going on and stuff.

3           Q.    Okay.  So what were your

4    responsibilities as merchandiser?

5           A.    I loved it, actually, even

6    though it was -- it wasn't the glorified

7    role I had before as market sales

8    manager, I loved what I did because I did

9    what the Lowe's employees wouldn't do or

10   too often.  I would be responsible for

11   marketing, which is basically -- I had

12   everything.

13              Any type of display, I was

14   responsible to make sure the display was

15   clean, was colorful, was, you know --

16   just basically sold the merchandise.  I

17   was also responsible for the beams to be

18   painted the Lowe's color, which is like a

19   -- well, the beam color is a certain kind

20   of gray.  There's different gray

21   schematics, but it was the Lowe's color

22   gray, so I was responsible to make sure

23   that the beams were flush gray.

24              Q.    What do you mean by "beams"?

WILLIAM HANSON,

1          A.      Beams are the beams that

2    hold the product -- I shouldn't say that,

3    actually, the overlay, which is like the

4    wood that goes -- the wood that's

5    underneath the product.  These beams hold

6    the -- they are like part of the shelf

7    unit.  These beams hold the wooden slab

8    that holds the product, so they're

9    support units.

10          Q.     Okay.

11          A.      So all I did was basically

12   make a lot of bench stickers, small

13   stickers, beam stickers, a little bit

14   bigger stickers where the price is.  As

15   part of my job, it was to make sure the

16   prices were accurate, make sure the

17   stickers were flush and they were not

18   torn off or scratched, that everything

19   was where it was supposed to be, product

20   was supposed to be where that item number

21   was.

22              And, uhm, to go along with

23   that, the whole schematics of that bay

24   was my overseeing, making sure, like I

WILLIAM HANSON,

1    said, the display was perfect, making

2    sure the brochures was fully stocked with

3    brochures, the beam was a Lowe's color

4    gray, nice color, the stickers were brand

5    new.  I also had to do the stocking, too,

6    to make sure everything was brought down

7    in order.

8              I liked doing it, to be

9    honest with you.

10             Q.    Were there specific products

11   that were responsible for working for

12   Ideal?

13             A.    Yeah, I oversee like

14   electrical and GE and Buss -- like GE,

15   the brand, Buss, B-u-s-s, the brand,

16   dealing with the fuses and the electrical

17   plumbing, American Valve, uhm, and all

18   the PVC pipes, pretty much everything --

19   all the small components pretty much in

20   plumbing.  Quest, the copper, black iron.

21   I mean, I did everything.  I did a lot of

22   the smaller units in plumbing and

23   electrical.

24             Q.    Okay.  And which stores did

WILLIAM HANSON,

1     you work in?

2              A.     Middletown and Dover.

3              Q.     Just those two?

4              A.     Yes, sir.

5              Q.     How often would you be at

6     each store?

7              A.     The way my -- my district

8     manager, Jeremy Leaman, had it set up,

9     two days in Middletown, two days in

10    Dover.

11             Q.     Okay.  And then what would

12    you do the next day, just continue to

13    rotate?

14             A.     Actually, it was kind of

15    weird.  Monday and Tuesday would be

16    Middletown, Wednesday I would have off,

17    Thursday and Friday I would have Dover.

18             Q.     Okay.

19             A.     Weekends off.

20             Q.     Okay.  So you worked four

21    days a week?

22             A.     Yes, sir.

23             Q.     How many hours a day did you

24    work?

WILLIAM HANSON,

1              Q.      Okay.   I would like to go
2    through some of the things that you have
3    in here.   Okay?
4              A.      Yes.
5              Q.      The first thing I would like
6    you to do is turn to the second page.
7    Look at paragraph 10.
8              A.      (Witness complies with
9    request.)
10             Q.      Paragraph 10 says, plaintiff
11   is an Asian American male whose national
12   origin is partially Korean.
13             A.      Yes, sir.
14             Q.      So that's your national
15   origin?
16             A.      Yes, sir.
17             Q.      What do you mean by
18   "partially Korean"?
19             A.      I'm half Korean.
20             Q.      Half Korean?
21             A.      On my mom's side.
22             Q.      Is your mother Korean?
23             A.      Yes, sir.
24             Q.      And your father is not?

WILLIAM HANSON,

1          A.        Correct.

2          Q.        What is your father's

3    national origin?

4          A.        Caucasian.

5          Q.        Did you ever tell anybody at

6    Lowe's that that was your national

7    origin?

8          A.        I can't -- off the top of my

9    head, I don't remember actually saying,

10   hey, I'm half Korean, but I do know if

11   people will ask me, I will tell them that

12   I am half Korean.  I don't have nothing

13   to hide.

14         Q.        Do you know if anybody at

15   Lowe's ever asked you what your national

16   origin or your race was?

17         A.        Oh, if they did, I'm not

18   going to remember at this time.

19         Q.        You don't remember?

20         A.        I don't -- correct, I don't

21   remember.

22         Q.        Okay.  I just wanted to be

23   clear that you were not refusing to

24   remember for me, you just don't remember?

WILLIAM HANSON,

1          A.      Right, I don't remember.

2          Q.      Okay.  Take a look at

3  paragraph 12, and paragraph 12 says, at

4  all times relevant to this complaint,

5  plaintiff was qualified for his job

6  position and satisfactorily performed all

7  duties of his position.

8          A.      Yes, sir.

9          Q.      Is that correct?

10          A.      That's correct.

11          Q.      And that's while you worked

12  for Ideal?

13          A.      Yes, sir.

14          Q.      Did anybody ever tell you

15  that you had done something incorrectly

16  when you worked for Ideal?

17          A.      Coming from an Ideal

18  personnel or Lowe's?  Personnel.

19          Q.      Ideal personnel first.

20          A.      When I, uhm, called

21  corporate on Yvette.

22          Q.      Okay.  Tell me about that.

23          A.      Uhm, I was -- I was at the

24  computer and I was doing cycle counts

WILLIAM HANSON,

1  because that's how I find out -- that's

2  how I find out about inventory is by

3  actually using the Lowe's computer.

4           Then Yvette goes by and she

5  goes, you want to do any work today, boy?

6  I didn't know who it was, but I --

7  electrical has a desk that's kind of

8  hidden.  I mean, it's kind of like

9  recessed, and the light fixtures were --

10  I mean, you wouldn't even know it's a

11  desk, but there's a -- there's the

12  divider where it is a desk.

13           And then I looked back and

14  she was walking towards customer service

15  and she turns around and says, yeah,

16  that's right, I'm talking to you, boy.

17           So, I mean, I knew that, I

18  mean -- I mean, I had problems with her,

19  but -- but that broke the straw on the

20  camel's back, so I called corporate on

21  her.

22       Q.    Who is corporate?

23       A.    Lowe's corporate office out

24  of Chapel Hill, North Carolina, and I

WILLIAM HANSON,

1    called and I told them exactly what had

2    transpired, that -- that was one of --

3    I'm talking about Ideal Merchandising,

4    not Spectrum or Lowe's.  That was one of

5    like a half a dozen, if not more,

6    incidents that I had with her just with

7    Ideal, and keeping in mind, I'm new with

8    Ideal going through Lowe's.

9                And I just basically called

10   corporate to let them know that I felt I

11   was in a hostile work environment.  I was

12   not comfortable.  I'm getting -- you

13   know, Yvette is the store manager and she

14   is not very professional towards me.  She

15   has demeaning remarks towards me and I'm

16   just very uncomfortable and this needs to

17   stop, something has to stop.

18                And whatever they

19   documented, it did get back to her.

20        Q.    Okay.  Now, what I asked you

21   initially was, though, had anybody from

22   Ideal ever told you that you had done

23   something incorrectly --

24        A.    That's correct.

WILLIAM HANSON,

```
 1          Q.      -- during the time that you
 2    worked there?  Tell me how somebody told
 3    you that you had done something
 4    incorrectly.
 5          A.      Well, Jeremy me called
 6    because he heard it from Yvette, and he
 7    had called me to say, did you call
 8    corporate on Yvette?
 9          And I said, yes, I did.  I
10    can't take it no more.
11          He goes, well, you shouldn't
12    have done that.  You should have called
13    me first and let me handle that.
14          Q.      Okay.  What did you say?
15          A.      I said -- actually, uhm,
16    actually, it was like the day before I
17    called him to let him know that I had
18    called corporate.  I guess he didn't make
19    a big deal out of it because that day he
20    didn't get a call from corporate or
21    Yvette, it was like the next day that he
22    called me back.
23          And I said, well, I told you
24    about it.
```

WILLIAM HANSON,

1              Well, he said, yeah, I heard
2    it from Yvette.  Next time you got to go
3    through me.
4              I'm like, is that really
5    necessary?
6              He said, yes, next time, and
7    he also said Yvette wants you to go and
8    apologize to her for that, and I said,
9    Jeremy, you know I can't do that.  I'm
10   not going to make something like that up.
11   She called me boy twice and said it in a
12   demeaning way, and she is on the wrong.
13   You can take it like you want, but I'm
14   not going to go to the office and
15   apologize to her, and I am going to call
16   corporate again if it happens again.
17        Q.    So even though he had said
18   to go through him next time, you still
19   said you were going to call corporate
20   again?
21        A.    I said I'm going to have to
22   call corporate.
23        Q.    What did he say?
24        A.    He goes, well, the chain of

WILLIAM HANSON,

1          Q.      Okay.  So Paul was there and

2     then he left while you were there?

3          A.      Yes, sir.

4          Q.      Okay.  Let me ask you to

5     take a look at paragraph 14.

6          A.      Yes.

7          Q.      It says, during the period

8     of his employment, plaintiff was

9     subjected to constant harassment by

10    agents of defendant, Lowe's; namely,

11    store manager Yvette, and I take it you

12    mean Yvette Schreiber?

13         A.      Yes, sir.

14         Q.      A white American female and

15    assistant store manager, Linda Myer, I

16    think you mean Linda Myers, also a white

17    American female?

18         A.      Yes, sir.

19         Q.      Okay.  What kind of

20    harassment were you subjected to by

21    Yvette Schreiber during the time that you

22    worked for Ideal?

23         A.      The main case is when I was

24    -- I mean, this is just -- I mean, I just

WILLIAM HANSON,

```
 1   never expected I would go through this
 2   with a store manager or any professional,
 3   but supposed to be a professional, but I
 4   was in the electrical department doing
 5   the switch covers, I mean, it's -- the
 6   work can be tedious.  Pretty much all the
 7   cover plates have brass, plastic, so on
 8   and so forth.  That is all I was doing
 9   that day, not necessarily doing cycle
10   counts or inventory, just making
11   everything look good, because those boxes
12   are small and they get messed up and they
13   are in little plastic sleeves.  It's one
14   of the hardest things to do, but I pretty
15   much just made sure all the plates were
16   in the right place and just -- basically
17   just trying to make it look good.
18             It's hard when you are
19   dealing with small components, but in a
20   nutshell -- and I -- I had two shopping
21   carts full of boxes, and I was
22   consistently working in that aisle, and I
23   usually stay in that aisle for a couple
24   of hours.  And she goes by, and to put a
```

WILLIAM HANSON,

1    damper on my day, she goes, this -- this

2    section looks like shit, excuse my

3    language.  That's what she said verbatim,

4    this section looks like shit, you need to

5    do a better job, not even saying a hi,

6    not even saying what are you doing or

7    anything, and then she left.

8        Q.    How did the section look?

9        A.    Average.  I will say that on

10   a footnote, because it's not like there

11   was boxes all the over the place.  The

12   boxes I had were in my two shopping

13   carts, and that aisle is never a hundred

14   percent, but I assure you, it was a lot

15   better looking than the day before.

16       Q.    So she wasn't happy with the

17   way it looked?

18       A.    She wasn't happy with the

19   way it looked.

20       Q.    Okay.  Did anybody witness

21   that?

22       A.    He probably won't fess(sic)

23   to it, but Keith Dominick.

24       Q.    What do you mean by "he

WILLIAM HANSON,

1  probably won't fess to it"?

2      A.    Because he's my -- my -- my

3  -- you see, when I talk to Keith, Keith

4  is a young guy trying to move up in the

5  Lowe's company ladder.  He's moved up

6  progressively because of Yvette.  I know

7  this because I talked to him.

8          Whether he will admit to it

9  or not, that's on him, but he did witness

10  that.

11      Q.    Was he there when it

12  happened?

13      A.    Yes, sir.

14      Q.    You don't know whether he

15  would admit to it or not?

16      A.    Correct.

17      Q.    Okay.  Are there any other

18  witnesses?

19      A.    No, sir.

20      Q.    Do you remember when that

21  happened?

22      A.    Like I would not be able to

23  give you any accurate date on any of

24  this, but all I can tell you is it was

WILLIAM HANSON,

1  within either the first or second month

2  working for Ideal.

3          Q.      And you started there

4  October of 2003?

5          A.      Yes.

6          Q.      So it was October or

7  November of 2003?

8          A.      Yes, sir.

9          Q.      And do you think that Yvette

10 said to you, this section looks like

11 shit, because you're a male?

12         A.      Yes, sir.

13         Q.      I'm sorry?

14         A.      Yes, sir.

15         Q.      Why do you think it was

16 because you were a male?

17         A.      Because the whole time that

18 I worked for -- I will stay with Ideal

19 Merchandising, but it also applies to

20 when I was a vendor before, and it also

21 applies to when I was a vendor there

22 before and it also applies to when I was

23 a Lowe's employee there before, because

24 you don't -- I never ever accounted her

WILLIAM HANSON,

1   chastising or demoralizing other females

2   as opposed to the males.  I mean, she

3   would talk to us like -- like, uhm, like

4   one guy said it best, a quote from Mike

5   when I was Spectrum, that she talked to

6   me like I was an adopted stepchild, and

7   that's a quote from him, and, I mean, she

8   doesn't talk to me like I'm human.  I

9   mean, she just -- just doesn't even

10  acknowledge me.

11          Any things that she had said

12  to me since I have known her, or at least

13  that first couple of months I have known

14  her or thereafter, everything that came

15  out from her -- I'm not going to say it,

16  but everything that she said to me was

17  negative.

18      Q.    What do you mean "you were

19  not going to say it"?

20      A.    I was going to say anything

21  -- everything that come out of her mouth.

22      Q.    Was negative?

23      A.    I don't want to phrase it

24  like that, but everything that she said

WILLIAM HANSON,

1   to me has been just negative pretty much

2   since I knew her.

3          Q.     And you didn't see her do it

4   to women in the store?

5          A.     I have heard her doing it to

6   other females, but I did not witness

7   that.

8          Q.     Okay.

9          A.     And those are like a very

10  rare few.  You hear more about the men as

11  far as them quitting because of her or

12  getting terminated because of her or

13  transferring because of her.  I mean, you

14  always hear it more from the men than you

15  do from the females.

16         Q.     So is that the only reason

17  that you think it was because of your sex

18  is because you didn't see her or hear her

19  doing it to other women?

20         A.     Also, the other thing is

21  because of my race, too.

22         Q.     Why do you think it was

23  because of your race?

24         A.     Because I don't know of

WILLIAM HANSON,

```
 1   anybody that was of Asian descent that
 2   she treated that way.  The Caucasians,
 3   whether they be female or male, that was
 4   just far and few between, but being that
 5   I seemed to be the only -- I have to look
 6   at myself because I'm the only Asian in
 7   that store that I could think of at the
 8   time.  There were Hispanics, but this was
 9   different, and I don't know what the
10   situation was, but I have -- I have no
11   other reason but to believe that she had
12   something against my national origin.
13           Q.     What I am trying to get at,
14   though, is why do you think it's because
15   -- and let me clarify something before we
16   get to that.
17                  National origin and race, in
18   this case, I assume we are talking about
19   the same thing; is that right?
20           A.     Same thing.
21           Q.     And that's because you are
22   Asian or Korean American; is that
23   correct?
24           A.     Yeah, it could be because --
```

WILLIAM HANSON,

1    parents, and then he started asking my

2    parents and then myself, you know,

3    because he saw my mom, didn't know what

4    she was, trying to figure out what

5    nationality I was.  This is when my

6    parents were around.

7           Q.      Anybody else?

8           A.      There's a lot more people,

9    but I'm like not going to remember all

10   the last names.

11          Q.      Let me ask you this:  Did

12   you ever discuss your race or national

13   origin, however you want to identify it,

14   with Linda Myers?

15          A.      Yeah, I have.

16          Q.      Okay.  Tell me about that,

17   your discussions about your race with

18   Linda Myers.

19          A.      That goes back to when I --

20   I don't know if you want me to talk about

21   it.  That goes back to when I worked for

22   Lowe's.

23          Q.      That's fine.

24          A.      Okay?  She knew I was going

WILLIAM HANSON,

1    through a tough time, back when she was

2    working, going through school, just was

3    stressed out, and I was trying to finish,

4    but I was still --

5             Q.    Let me back you up for a

6    second.

7                   Who was going through

8    school?

9             A.    Me, I was going through

10   school, and towards the end of my school

11   I was working at Lowe's full time, but

12   they were still working around my

13   schedule, which was cool, and she had

14   mentioned taking martial arts because of

15   the stress, and I told her I had a

16   background in it, but didn't have the

17   time for it because of being too busy

18   with work and school.

19                  And we started talking about

20   just different martial arts and talking

21   about Yoga and talking about the Asian

22   culture and that's how she came to find

23   out that I was half Korean.

24             Q.    Did you tell her you were

WILLIAM HANSON,

1    half Korean?

2          A.      Yes, sir.

3          Q.      Was that the only time you

4    ever discussed your race or national

5    origin with Linda Myers?

6          A.      I don't -- that was the only

7    time because we never talked about it

8    again.

9          Q.      Yvette you never discussed

10   it with?

11         A.      No, sir.

12         Q.      We were talking about the

13   harassment that you claim Yvette

14   Schreiber subjected you to, and the first

15   one you gave me was she walked past the

16   section you were in and said, this

17   section looks like shit.  What other ways

18   did she subject you to harassment?

19         A.      The very first day.

20         Q.      What do you mean "by the

21   very first day," your first day with

22   Ideal?

23         A.      Yes, sir.  I was at the

24   Dover store and, uhm, the labels -- the

WILLIAM HANSON,

1    beams needed to be painted the Lowe's

2    color gray.  I mean, they were just all

3    scratched up from a cherry picker, which

4    is a form of a forklift, that goes by for

5    stocking way up high.  It's like an

6    elevator.  And there was a lot of

7    scratches and scuffs on it.

8              So I asked the department

9    manager if they had any paint, and he

10   said no, that I would have to get it

11   billed out.  So I went to Keith Dominick,

12   he's the gentleman that referred Jeremy

13   Leaman, I shouldn't say refer, but Jeremy

14   Leaman did approach him on my background,

15   and he's the one that gave him the nod to

16   say okay.

17             Well, he happened to be in

18   the store that day and I asked him, hey,

19   this is what I am doing, I got to paint

20   all the beams and electrical, and can I

21   please get this paint and brush and

22   everything billed out, which basically

23   means the store pays for it, which I have

24   done it many times with Spectrum and done

WILLIAM HANSON,

1   it as a Lowe's employee.  It's really not

2   a big problem at all.

3                    So I got everything done,

4   got the paint mixed, got the supplies to

5   paint the beams with, and I brought it to

6   the customer service desk, but you can't

7   just take everything and paint it.  I

8   have to give it to customer service desk

9   and scan everything and bill it out.

10  There's a specific way to do that that

11  shows it hasn't been paid for, it is paid

12  for by the store.

13                    The only person that could

14  help me at the time was Yvette.  There

15  was no other person.  So I'm trying to

16  get the job done.  So I asked Yvette, and

17  I said, Yvette, can I please get this

18  billed out?

19                    She goes, why?

20                    I explained to her what

21  needed to be done.  I'm not trying to

22  repeat myself, but the beams needed to be

23  repainted because they were scuffed up

24  from the cherry pickers and the shopping

WILLIAM HANSON,

1    carts and everything, and she goes, no,

2    you pay for that.

3                    And I said, Yvette, Keith

4    just approved this to be billed out.  He

5    said it could be billed out.

6                    She goes no, no, you want to

7    paint it, you pay for it.

8                    And I said, Yvette, call

9    Keith, please.  He will tell you that he

10   said that.

11                   She goes, I don't believe

12   you.

13                   I said, if you don't believe

14   me, fine, just call him, believe him.

15                   She couldn't get in touch

16   with him right away, so it's probably

17   about -- I mean, this was over 20 minutes

18   she made me wait there.  Then he finally

19   got to the customer service desk.  It was

20   simple.  Yeah, I did, I told him he could

21   bill it out.  It's no problem.

22                   Then Yvette just looks at

23   him like, are you sure?  Keith is like

24   yeah, he looked at -- looks at Yvette and

WILLIAM HANSON,



1    was befuddled by it, like why is this

2    such a big deal, and going back to what I

3    was saying, it's not really a big deal

4    because I have had equipment, paint,

5    tools billed out as a Lowe's employee and

6    as the previous vendor.  It's not a big

7    deal.  It's not.  She made a big deal out

8    of it.  So I had to go through all that

9    just to get the -- just trying -- I am

10   just trying to make the beam look good.

11   I mean, I'm doing her a service and she

12   is just making my -- making it really

13   difficult for me.  So I had to go through

14   all that to get it -- you know, to get --

15   to paint the beams.

16        Q.     Did you get your paint?

17        A.     I got the paint, but I had

18   to go -- I didn't feel as if I had to go

19   through all that just to get the paint.

20        Q.     So you had to wait a few

21   minutes to get the paint?

22        A.     I had to wait over 20

23   minutes.  At least half an hour.

24        Q.     And then you got the paint?

WILLIAM HANSON,

1          A.      Then I got the paint.

2          Q.      And you painted the beams?

3          A.      I painted the beams.

4          Q.      Okay.  What else did Linda

5    Myers -- sorry, Yvette Schreiber do that

6    you considered harassing?

7          A.      One time, and this is just

8    one time, I didn't have my vendor vest

9    on, and usually it's not a problem as

10   long as you had like a company shirt logo

11   and that shows the ID color or emblem

12   that you work for that company, then that

13   would suffice.

14              At one time I didn't have my

15   vest on.  She called me from -- she

16   called me from quite a ways, at least

17   fifty or more yards, and saying, Mr.

18   Hanson, what are you doing, like just

19   really loud.  Mr. Hanson, what are you

20   doing?  And she wasn't exactly telling

21   me, but she said it in a way to where I

22   would have to go all the way to the

23   customer service desk and find out why.

24              So I went up to the customer

WILLIAM HANSON,

1    service desk and I asked her what's

2    wrong.

3                She said, where is -- where

4    is your vest at?

5                I said Yvette, I do

6    apologize, I didn't have it with me, I

7    left it at home and it's in the laundry,

8    and then I didn't get a chance for it to

9    dry.

10                She goes, you can't work in

11    my store unless you wear a vest.

12                And I said, Yvette, I said,

13    can I just -- and I borrowed one in Bear

14    or Wilmington, I borrowed vests before,

15    and it's not a problem.  They will loan

16    you one.  I said, do you have one that I

17    could borrow for the day?

18                She goes, no, you're going

19    to buy one.

20                I said, how much is it?

21                And she said like 20 bucks

22    or -- it seemed like it was a little bit

23    too high, and don't quote me on that, but

24    it was real expensive.

WILLIAM HANSON,

1          I said, that's a lot of

2   money.

3               She goes, well, you got to

4   leave my store.

5               I said, how about this -- I

6   didn't want to disappoint Jeremy.  I said

7   how about this, how about I just get it

8   out, just finish drying it up and I will

9   come back.

10              And she goes, if you let it

11  happen again, I don't want you back in my

12  store.

13              And I was like, okay.

14     Q.    So what did you do?

15     A.    I left.  I went -- had the

16  vest go through the dryer, the vendor

17  vest went through the dryer, and I came

18  back and finished up my day.

19     Q.    So you went home and dried

20  it, put your vest on and came back?

21     A.    Yes, sir.

22     Q.    Didn't Jeremy Leaman give

23  you more than one vest?

24     A.    Yes, he did, but I lost the

WILLIAM HANSON,

1    other vest.    I didn't know where it was

2    at.    I think I left it in the Middletown

3    store, but I wasn't able to recover it.

4              Q.       Were you supposed to wear

5    your vest when you worked in the Lowe's

6    store?

7              A.       That's a good idea, to wear

8    the vest, because it's a vest that says

9    vendor on the back, so that way customers

10    could differentiate the difference

11    between a vendor and an employee, because

12    most of the customers will see that, and

13    not to say they will go there and leave

14    you alone, but if they know they have to

15    ask you a question, they will know they

16    are better off going to a Lowe's

17    employee, and it gives us a better chance

18    to get our jobs done as far as inventory.

19              Q.       So there's a reason for you

20    to wear the vest?

21              A.       Yeah.

22              Q.       It's pretty important for

23    you to wear it?

24              A.       I am for it.    It could also

WILLIAM HANSON,

1    deal with theft.  I mean, you want to

2    know who is working in your store,

3    especially with vendors.  If you have

4    someone without a vest, you will be

5    like -- it's not a customer, you know,

6    who is it, so -- so for security reasons,

7    so I'm absolutely for that.

8            Q.    Could you then understand

9    why it was that Yvette Schreiber wanted

10   you to put your vest on?

11           A.    Well, the thing with that

12   is, again, with my previous vending jobs,

13   if you were to wear a name tag, you can

14   get working that day, and I had my Ideal

15   Merchandising name tag pinned on a

16   solid-colored shirt that says Ideal

17   Merchandising, Will Hanson, Merchandiser,

18   on the bottom.

19           I did the same thing with

20   Spectrum and she never said anything.

21   Spectrum had a really nice name tag.  It

22   was hard plastic.  This one was just the

23   card and it was hard to read.  The one

24   Spectrum had was a hard plastic one and I

WILLIAM HANSON,

1    wore it and she saw me with that

2    frequently, you know, without the vest,

3    and I had to do that because I'm always

4    up and down on the ladder, you know, and

5    the vest could catch on boxes.  I'm

6    always up and down the ladder, I'm moving

7    boxes, getting underneath the bays,

8    getting dirty.  As long as you had a name

9    tag, it would suffice.

10                   I mean, Chris Borzero(ph),

11   the store manager at Wilmington, he said

12   it was okay.  I even asked the store

13   manager at Bear at the time and he said

14   it was okay.  And I did it in Dover, and

15   I am not saying I asked Yvette's

16   permission, but she did see me without a

17   vest numerous times, so this one time I

18   start with a new company, yes, I don't

19   have any vest, but I have a name tag, and

20   I don't think that would be an issue.

21   For some reason she made it an issue that

22   day.  Why she never made it an issue last

23   time, I will never understand, but it was

24   a big issue this time.

WILLIAM HANSON,

1          Q.      Do you have any idea whether

2    she as the store manager was required to

3    make sure that vendors had their vests

4    on?

5          A.      I don't -- I don't know her

6    job description, sir.

7          Q.      The other times that you

8    mentioned that she saw you in the store

9    without your vest on, was it just because

10   you were lifting something or moving

11   product around?

12         A.      At the time, I was moving

13   product around.

14         Q.      Okay.  But on this occasion

15   you didn't even have your vest with you

16   at all, did you?

17         A.      Correct, I didn't have my

18   vest with me.

19         Q.      And you were not moving

20   product around at the time, you were just

21   there without your vest?

22         A.      I was -- at the time when

23   she called out my name, I was moving

24   product around.

WILLIAM HANSON,

```
 1            A.      I mean, it wasn't like I
 2   wouldn't say they had a good rapport or
 3   anything.
 4            Q.      Is he one of the ones who
 5   quit because he didn't like Yvette?
 6            A.      Yes, correct.
 7            Q.      Okay.  Any other instances
 8   of harassment that you were subjected to
 9   by Yvette Schreiber?
10            A.      Probably the ones that I
11   already mentioned.  I don't know if you
12   want to go back to it from a different
13   question.  That's when I had called the
14   corporate -- corporate office on her.  A
15   hostile environment was just more hostile
16   because things did get worse after I
17   called.
18                    -   -   -
19                    (Whereupon, Exhibit 4 was
20           marked for identification.)
21                    -   -   -
22   BY MR. LEAHY:
23            Q.      Mr. Hanson, I'm showing you
24   Exhibit 4.  Have you seen this document
```

WILLIAM HANSON,

1    before?

2            A.    I have never seen this, sir.

3            Q.    Why don't you take a second

4    and read through it, and I will point out

5    a couple of things to you.  There's a

6    date on there of 12/3/03 --

7            A.    Okay.

8            Q.    -- and it refers to a -- it

9    begins with vendor states.  It says,

10   vendor states that he constantly has

11   run-ins with the store manager, Yvette

12   Schreiber.  I would like you to read

13   through this and tell me if this relates

14   to your complaint that you said relates

15   to Lowe's corporate, and we will go off

16   the record to do that, if you want.

17                    -   -   -

18            (Whereupon, there was a

19        discussion held off the record at

20        this time.)

21                    -   -   -

22            (Whereupon, there was a

23        recess held at this time, 2:54 to

24        3:01 p.m.)

WILLIAM HANSON,

1    BY MR. LEAHY:

2        Q.    Mr. Hanson, are you ready?

3        A.    Yes, sir.

4        Q.    Mr. Hanson, looking at this

5    customer care incident fax, does that

6    sound like the complaint that you made,

7    you said, I think, to Lowe's corporate

8    about Yvette Schreiber?

9        A.    Yes, sir.

10        Q.    Correct?

11        A.    Yes, sir.

12        Q.    How did you make the

13    complaint, can you tell me physically

14    what it was that you did?

15        A.    I, uhm -- I called, uhm,

16    shortly -- it was shortly after the

17    incident I called, and I don't know if

18    they are factoring in a time difference

19    in this or not, but right after the

20    incident I called and I just had -- I

21    called from home and this is basically

22    where I told them that --

23        Q.    Back up.

24             Who did you call?

WILLIAM HANSON,

1          A.      I called Lowe's corporate

2    office.

3          Q.      What did you do, you called

4    the main switchboard or what?

5          A.      The number that I had, which

6    I got from the human resources department

7    at Lowe's.

8          Q.      Okay.  And when did you get

9    it from the human resources department?

10         A.      That day.

11         Q.      Who did you talk to in human

12   resources?

13         A.      I got it from the wall.

14         Q.      You got it from the wall

15   outside of the human resources --

16         A.      Outside the human resources

17   department.

18         Q.      Is this essentially the

19   complaint that you made?

20         A.      Yes, sir.

21         Q.      Okay.  And it says in there

22   that you constantly have run-ins with the

23   store manager, Yvette Schreiber?

24         A.      Yes, sir.

WILLIAM HANSON,

1          Q.      She always has smart alec

2     comments and makes the work environment

3     very unpleasant and stresses this vendor,

4     that's you; is that correct?

5          A.      Can I make a comment?

6          Q.      Sure.  Well, tell me if

7     that's correct first.  Is that the

8     complaint that you made?

9          A.      Can you please repeat that?

10         Q.      Is that complaint what it

11    says here?

12         A.      I'm sorry, what you said

13    before that.

14         Q.      She always has smart alec

15    comments and makes the work environment

16    very unpleasant and stresses this vendor.

17         A.      Yes, sir.

18         Q.      Okay.  What was your

19    comment?

20         A.      Yeah, this looks like -- I'm

21    not going to say this is what I said

22    verbatim.  It looks like the person that

23    I spoke with at the corporate office,

24    that's their interpretation of what I

WILLIAM HANSON,

1    said, I guess like a synopsis.  They took
2    everything I said and put it in this
3    paragraph.  Those are not the words I
4    would use.  I wouldn't use smart alec and
5    I wouldn't use -- there is some stuff in
6    here that I wouldn't say so it's their
7    interpretation of what I told them.
8             Q.     Is it accurate?  Is it
9    consistent with what you told them?
10            A.     Yes, sir.
11            Q.     Okay.  Is there any part of
12   it that's inaccurate?
13            A.     No, sir.
14            Q.     Is there anything that they
15   have -- other than you said you wouldn't
16   use the word smart alec, I think, is
17   there anything here that -- anything
18   that's left out from this complaint that
19   you told them?
20            A.     No, sir.
21            Q.     Did you tell them that it
22   was because you thought it was because of
23   your gender that Yvette Schreiber was
24   doing this to you?