WILLIAM HANSON,

1          A.     Yes, sir.

2          Q.     You did?

3          A.     Yes, sir.

4          Q.     Okay.  Does it say that in

5     here?

6          A.     No, it doesn't.

7          Q.     So when I asked you if this

8     was accurate and if there was anything

9     left out, was there something left out,

10    or did you not tell them that?

11         A.     I'm -- I'm going to be up

12    front and honest.  I'm not going to

13    remember exactly what I said verbatim as

14    far as I'm not going to say yes, I said

15    that or, no, I didn't say that because

16    this has been so long ago that I'm not

17    going to remember exactly.

18              This is consistent with what

19    the conversation is I had with corporate,

20    but as far as throwing in like gender and

21    national origin and all that stuff, I'm

22    not going to say that's what I said

23    because I don't remember word for word

24    what I said, but as far as the problem

WILLIAM HANSON,

1    that had transpired with Yvette, this is

2    consistent.

3         Q.    What I am getting at,

4    though, is, do you remember then whether

5    or not you told anybody, the person that

6    you made this phone call to, that you

7    thought this was all because of your

8    gender or your race?

9         A.    Can you ask me if I

10   remember?  I would be honest with you, I

11   don't remember physically saying, hey,

12   you know, she's -- you know, this is

13   because I'm male or anything like that.

14   I'm not going to say that I said that

15   because I don't remember, so, therefore,

16   I'm not going to say that.

17        Q.    Go ahead, no, finish.

18        A.    Therefore, this is

19   consistent with the problem that had

20   transpired.

21        Q.    Okay.  Now, I think we got

22   on to the subject by you telling me that

23   something happened following you making

24   this call?

WILLIAM HANSON,

1          Q.    And what did she say to you?

2          A.    She just really, more or

3    less, just blew me off.  She goes, I have

4    nothing to do with that.

5          Q.    Did she tell you that there

6    was somebody else you needed to talk to

7    about it?

8          A.    She says that she doesn't

9    have time for it and I needed to talk to

10   somebody else.

11         Q.    Did she tell you who?

12         A.    Brenda.

13         Q.    So she told you who to talk

14   to about it?

15         A.    Right.

16         Q.    Who was Brenda?

17         A.    The RTM clerk.

18         Q.    Okay.  Any other ways in

19   which you were subjected to harassment by

20   Yvette Schreiber?

21         A.    Other than that, just all

22   the times that she called me boy.

23         Q.    What times did she call you

24   boy?

WILLIAM HANSON,

1          A.          I probably mentioned it.    I
2    don't want to repeat myself and I know I
3    probably already said it.    The one time
4    when she went by and she said, you want
5    to do any work today, boy.
6                And I told you, the
7    electrical desk is really hard to find,
8    it is recessed in, it's hard to find, the
9    desk, and I didn't know if it was her, so
10   I leaned over to see if it was her, and
11   she turned around and said, yeah, that's
12   right, I'm talking to you, boy.
13          Q.          Okay.    So is that the only
14   time she called you boy?
15          A.          No -- well, when she told me
16   that -- when she would go by -- I told
17   you one example when she said -- excuse
18   my language, but when she said this looks
19   like shit, and she would go by me other
20   times and say, what are you doing, boy,
21   and this doesn't look good, boy, and
22   stuff like that and just real snotty
23   comments.
24                That one I mentioned because

WILLIAM HANSON,

1   she said -- you know, she said it real

2   loud, and Keith, like I said, was there

3   and I know of some other customers

4   heard -- that's the main one I mentioned

5   because she said this place looks shit

6   and she said it so loud.  It wasn't that

7   bad, it was a lot better than the day

8   before, and that's why I mentioned that

9   one as the main one.

10          But there was incidents

11  comparable to that where she just called

12  me boy, and then she told people you

13  better look after that kid, like I was

14  telling you before.  She talked to Jeff

15  Ramirez to keep an eye on that kid, and

16  that's when Jeff related it back to me

17  and those were the comments that I was

18  getting back.

19       Q.    Any other times that she

20  called you boy?

21       A.    Those are the occasions that

22  she called me boy.

23       Q.    So it's this one time when

24  she didn't see you at the desk or you

WILLIAM HANSON,

1  didn't see her, you were at the desk?

2          A.      Yeah, I didn't see her at

3  first, but when I turned to look she was

4  there.

5          Q.      So there was that one time,

6  and when was the other time when she said

7  this place looks like shit; is that what

8  it was?

9          A.      She said that, but didn't

10  call me boy.

11          Q.      When did she call you boy?

12          A.      She called me boy on a

13  couple of occasions.  Like one time when

14  I had a shopping cart -- actually, it

15  was, you know, it was a shopping cart,

16  but I guess that was in her way because

17  she was trying to get something, and she

18  said, you got to move this out the way,

19  boy.

20          And there was another

21  incident where I think she just didn't

22  like the way things looked and she

23  assumed that it was my fault that it

24  looked bad, so she goes, you need to do a

WILLIAM HANSON,

1    better job on this, boy, this is

2    unacceptable, boy, and that's it.

3         Q.    Any other times that she

4    called you boy?

5         A.    That's about it.

6         Q.    Okay.  So there were four

7    occasions?

8         A.    Four occasions.

9         Q.    I'm sorry, three; is that

10   right?

11              There was a time sitting at

12   the desk?

13        A.    Three.

14        Q.    Okay.  Any other times in

15   which you were subjected to harassment by

16   Yvette Schreiber?

17        A.    Just snide remarks, though,

18   but that's something that she did to me

19   before I worked for Ideal and something

20   that she did to me when I worked for

21   Lowe's.

22        Q.    What do you mean by "snide

23   remarks"?

24        A.    Are you going to do any work

WILLIAM HANSON,

1          Q.    Yes, dealing with Yvette.

2          A.    That would have to be it.

3          Q.    Okay.  Now, all of those

4    instances of harassment that you just

5    mentioned, do you think they were all

6    because of your sex?

7          A.    Yes, sir.

8          Q.    Why do you think they were

9    because of your sex?

10         A.    Being that I was a vendor

11   there, uhm, you also have female vendors

12   as well --

13         Q.    Okay.

14         A.    -- and I felt like it's just

15   -- I mean, I shouldn't say it's

16   probably -- probably not right to say

17   it's a no-brainer, but when you go into

18   vending, you're not micromanaged

19   whatsoever.  I mean, you just

20   specifically are going to the store, do

21   the job that you're to do through the

22   vendor that has the contract with Lowe's

23   and that's it.

24              On some occasions you will

WILLIAM HANSON,

1    interact with customers and Lowe's

2    employees and so on and so forth, but

3    it's not a regular routine or pattern.

4    With me, because of Yvette and Linda, I

5    had dealt with them in my previous

6    vending position and as a previous Lowe's

7    employee, and I felt that it had -- had

8    to do with my race because I had to look

9    at it from that perspective because they

10   are both females --

11            Q.       You just said race.  I was

12   asking you about your sex.

13            A.       My sex, excuse me.

14            Q.       Okay.

15            A.       Correct myself.  I have to

16   look at it from the sex perspective

17   because they are both females and they

18   are both from the same Lowe's store in

19   Louisiana.  They know each other.  And I

20   will never know to this day -- I mean, I

21   like to think my work ethic is just one

22   that's consistent and is that -- is one

23   that shows up on a timely manner that is

24   counter productive and does the best he

WILLIAM HANSON,

```
 1  can, so, therefore, I will never know
 2  what it is with Linda and Yvette that
 3  this -- they always gave me a hard time
 4  because other vendors -- I know other
 5  vendors, I talked to them, I know them
 6  from being a vendor before and a Lowe's
 7  employee, so I just know how vending
 8  works.  And it was as almost as if I was
 9  a Lowe's employee working for Ideal
10  Merchandising, and I felt like I was
11  being treated worse than when I was a
12  Lowe's employee.
13                I was a Lowe's employee
14  under Yvette's direction when she was
15  store manager and, uhm, that's why I say
16  I have no other choice, but to look at it
17  as sex, because, like I said, they are
18  both females and I don't know what it is
19  about what I have done -- like I said, I
20  don't know, because it probably started
21  from when I worked at Lowe's, but I have
22  to look at it from that perspective as
23  being a male, that they had it in for me.
24        Q.      Because they are both
```

WILLIAM HANSON,

1    get as much knowledge in electrical and

2    plumbing through Ideal and then get into

3    Lowe's.

4                    Even though I was going

5    through this tough time, I knew this is

6    what I was doing since I was 18, always

7    -- my career always seemed to evolve

8    around Lowe's, whether for or outside of

9    Lowe's, so since I felt this is my niche

10   and what I have always done, that I just

11   needed to stick with it, so I wasn't

12   thinking of any kind of -- taking it to

13   the next level, just basically just take

14   it a day at a time and just hope, you

15   know, it just gets better.

16             Q.    Tell me what your complaint

17   was to Larry Reed.

18             A.    Just frustrated that no

19   matter what I do or what I say, Yvette

20   and Linda have it out for me and -- and

21   they make it real uncomfortable for me,

22   just a hostile environment, always

23   checking up on me, and when they do

24   approach me, it's abrasive, it's

WILLIAM HANSON,

1    negative, and it makes me very

2    uncomfortable.

3                    And I told them about the

4    care line, that she denied what she had

5    done, and I just said this shows you the

6    character that she is.  She said that

7    about me, to me, called me boy and all

8    these remarks, and she is going to deny

9    it, so I told him that to her this is a

10   game, because he's making serious

11   allegations and not fessing up to it.

12          Q.      But when did you tell him

13   that you thought it was because of your

14   race and your sex?

15          A.      I believe it was that week.

16          Q.      What week?

17          A.      The week of the care line,

18   when I called the Lowe's care line.

19          Q.      And you clearly remember

20   telling him it was for those reasons?

21          A.      Yes, sir.

22          Q.      Is there anybody else at

23   Lowe's who you told it was because of

24   your race and your sex?

WILLIAM HANSON,

1          A.        No, sir.

2          Q.        Now, if that was the reason

3    that you felt you were being treated that

4    way, why did you not very clearly state

5    that to the customer care line when you

6    made that call?

7          A.        Going back to the call that

8    I made about Yvette Schreiber?

9          Q.        Well, you told me earlier,

10   and correct me if I'm wrong, you don't

11   remember specifically if you said it was

12   because of your race or sex, but you did

13   tell me that Exhibit 4 was substantively

14   correct with regard to what you have told

15   the person on the customer care line;

16   correct?

17         A.        That's correct.

18         Q.        Why didn't you make sure

19   that you told them it was because of your

20   race and your sex, because, as you said a

21   minute ago, this is a serious allegation,

22   isn't it?

23         A.        Yes, it is.

24         Q.        Why didn't you make sure you

WILLIAM HANSON,

1    told them that?

2         A.    Because at the time I just

3    wanted to rectify it.  My intent in

4    calling was not to cause a scene and make

5    a mountain out of a mole hill, but maybe

6    this would break the ice, maybe this

7    would -- maybe it would -- maybe it would

8    and maybe it wouldn't, but for some

9    people it works differently, but maybe

10   this call would have us establish some

11   sort of relationship that's on a business

12   level and not on a confrontational level.

13              My intent to call was to

14   work things out, just to have a rapport,

15   to have some kind of a rapport and

16   understanding and communication.  That's

17   the purpose of the call.  I wanted to

18   work things out, not -- not just be like,

19   you know, she needs to -- needs to -- I

20   don't have the authority to say she can

21   be transferred or whatever, but just to

22   work things out.

23              I mean, sometimes, I mean,

24   you work for people and you're not going

WILLIAM HANSON,

1  to get along with them, and in this case,

2  that happens to be the store manager, and

3  I'm just a vendor, but I still -- I just

4  wanted to work things out because I

5  didn't feel like I should have to go to

6  the Lowe's store depressed all time

7  because I feel this is another day where

8  Yvette picks on Will and gets embarrassed

9  in front of everybody.

10      Q.    Let's go back to paragraph

11  14 of your complaint, and we were talking

12  about you were subject to constant

13  harassment by store manager Yvette, and

14  the rest of it says, and assistant store

15  manager Linda Myer.

16      A.    Yes, sir.

17      Q.    Tell me how Linda Myer

18  subjected you to harassment.

19      A.    From the very --

20      Q.    I should say Myers.

21      A.    Myers, yes, that's correct.

22            Starting from the very first

23  day, which I have already mentioned when

24  I almost didn't get the job with Ideal

WILLIAM HANSON,

1   Merchandising, that Jeremy Leaman had got

2   a mysterious call, not to his cell phone,

3   but amazingly at the department that he

4   was at, which was home decor, which I had

5   to do paperwork at, mini blind

6   department, and she would have had to

7   have known exactly where he was at

8   because every department has a different

9   extension.

10            So one of the associates

11  picked up and said, is there a Jeremy

12  here? He goes, yeah, that's me. Got the

13  call from the department and it was -- in

14  a nutshell, after the call, I didn't even

15  ask him anything, and he said that was

16  Linda. Do you know who she is?

17            And I said, yeah. Like I

18  said to you before, that goes through the

19  whole store why she didn't want me to

20  work there.

21       Q.    Let me make something clear.

22  Jeremy worked for Ideal; correct?

23       A.    Yes, sir.

24       Q.    And Ideal serviced plumbing

WILLIAM HANSON,

1    and electrical?

2           A.     Yes.

3           Q.     So if Linda Myers wanted to

4    know what department he was in, she had

5    two choices, didn't she?

6           A.     Yes, sir.

7           Q.     Plumbing or electrical?

8           A.     Yes, sir.

9           Q.     So for her to know what

10   department he was in really didn't take a

11   whole lot of guesswork by her, did it?

12          A.     No, it did not.

13          Q.     So you told me about that

14   one.  What other instances do you feel

15   that you were subjected to harassment by

16   Linda Myers?

17          A.     I want to say the

18   chastising, if that's the right word, or

19   the -- I don't know if I am using the

20   right word there, but more -- more like a

21   defamation type of situation because she

22   was telling various people that she

23   didn't want me -- I mean, and she

24   shouldn't do that, being she's in

WILLIAM HANSON,



1    management, telling various people that

2    she didn't want me to work for Ideal

3    Merchandising.

4         Q.    Who did she tell?

5         A.    Everybody.  She told Larry,

6    Thelma, uhm, Juanita.  Uhm, probably a

7    couple people, but I can't think of their

8    names right now, but that goes back to

9    what I was telling you before, that she

10   felt that I was responsible for her son

11   getting terminated and that she didn't

12   want me to take over after her son.

13        Q.    Why do you think that was

14   the reason?  I know you told me before,

15   but I apologize, because I don't recall.

16        A.    Her dislike for me.

17        Q.    I'm sorry, that was why she

18   felt that you were responsible, for you

19   getting her son terminated?

20        A.    No, sir.  I don't know why

21   she felt that I was -- I guess she felt

22   that it was so soon, because when I took

23   over, it wasn't that long after her son

24   got terminated, we are talking maybe

WILLIAM HANSON,

1    about a month, and so it's not like there

2    was this big gap where nobody serviced

3    plumbing and electrical.  Shortly

4    thereafter I was hired, and I guess

5    because it was so fast that they hired

6    someone, she probably felt I was

7    responsible for getting her son

8    terminated, which wasn't the case because

9    I don't even know her son.

10         Q.    That's your own speculation

11   on that, though, not something somebody

12   told you?

13         A.    That's something from Larry,

14   Joe, Juanita and, like I said, a couple

15   of other people I can't even think about.

16         Q.    Okay.  And any other ways in

17   which you were harassed by Linda Myers?

18         A.    I can't -- I can't prove it,

19   though.

20         Q.    Well, tell me.

21         A.    I believe -- see, it's -- I

22   don't know if she --

23         Q.    Proving your case is your

24   attorney's job right now, so I'm sure he

WILLIAM HANSON,



1  will have to deal with that, but I want

2  you to tell me ways in which you think

3  you were harassed by Linda Myers.

4         A.    Eric is the electrical

5  specialist at Lowe's in the electrical

6  department, and I mentioned earlier that

7  he had gotten a call to check up on me.

8         Q.    Is that something that you

9  have already told me about?

10        A.    That one yes, sir.

11              One thing I didn't tell you

12  about, I guess I can't prove it, but I

13  believe that was her on the other end.    I

14  probed Eric, I said, was it a lady?

15              He said, yeah.

16              Well, Yvette wasn't there

17  that day, but Linda was, and I know the

18  only one that had -- I don't like to use

19  these kind of words -- I'm not even going

20  to use it, but the only thing that had --

21  she's the only lady that I basically know

22  would do something like that because I

23  didn't have problems with any of the

24  other female managers or specialists or

WILLIAM HANSON,

1  whoever they may be.  Most of them I

2  didn't even have a rapport with, to be

3  honest with you, so I knew if anyone

4  would call, it would be her, especially

5  if it was an internal call.

6        Q.    But you don't know that for

7  certain?

8        A.    I don't know that for

9  certain.

10        Q.    Any other ways in which you

11  were subjected to harassment by Linda

12  Myers?

13        A.    Other than the fact that

14  she, I mean, chastised me with my

15  district manager, said stuff, said stuff

16  with other Lowe's employees.

17        Q.    Now you got to be specific

18  on this.

19        A.    Basically -- I am just

20  paraphrasing what I already said.

21        Q.    I don't need to know

22  anything you already told me.

23              What I asked about is ways

24  in which Linda Myers harassed you, and

WILLIAM HANSON,

1    here's what you told me, and tell me if

2    there's anything that you've left out.

3    She made a call to Jeremy Leaman on the

4    first day where she said she didn't want

5    you working there?

6          A.    Correct.

7          Q.    She told various people that

8    she didn't want you working for Ideal?

9          A.    Correct.

10         Q.    And you listed a few of

11   them, Larry, Juanita, Thelma.  I think

12   they are the three I wrote down, at

13   least.

14         A.    Yes, sir.

15         Q.    Next one, Eric got a call

16   checking up on you, and you think that

17   was Linda Myers doing that?

18         A.    Yes, sir.

19         Q.    Okay.  Any other ways in

20   which you were subjected to harassment by

21   Linda Myers?

22         A.    The other one would be -- I

23   know you're not going to talk about it is

24   the termination.

WILLIAM HANSON,

1        Q.    We are going to talk about

2   the termination.  You're not getting off

3   that easy.

4        A.    Yeah.

5        Q.    But that -- so the term --

6   and I just -- I don't want to lose sight

7   of any of the other instances, so the

8   termination is an incident we will list,

9   but what else, any other ways?

10       A.    Not that I can think of.

11  That would probably be it.

12       Q.    Okay.  Now, did you ever

13  complain to anybody about the way that

14  you were treated by Linda Myers?

15       A.    Yes, sir.

16       Q.    Who did you complain to?

17       A.    My boss, Jeremy Leaman.

18       Q.    When did you complain to

19  Jeremy Leaman about the way that you were

20  treated by Linda Myers?

21       A.    Probably like a week or two

22  weeks after she didn't want me there.

23       Q.    So this is pretty soon after

24  you started?

B66

WILLIAM HANSON,



1    been doing this, everything looks like

2    shit, and is that one that you have told

3    me about?

4         A.    Yes, sir.

5         Q.    Okay.  And the next one is

6    the issue with the coffee.  Is that the

7    one that you have already told me about?

8         A.    Yes, sir, but I would like

9    to correct -- correct paragraph D.

10        Q.    Okay.

11        A.    That was actually outside

12   the store.

13        Q.    Okay.  So you were outside

14   the store?

15        A.    Yes, sir.

16        Q.    And she said you need to get

17   out of this store now?

18        A.    Correct.

19        Q.    Okay.  The next one, are you

20   going to get any work done today, boy.

21   That's one that you have already told me

22   about?

23        A.    Yes, sir.

24        Q.    Okay.  And the last one

WILLIAM HANSON,

1    says, Mr. Leaman called plaintiff on his

2    cell phone, and is this the conversation

3    that you told us about following the

4    complaint that you made?

5         A.    Yes, sir.

6         Q.    Okay. Now, if you take a --

7    so are those all the instances of

8    harassment, in addition to anything else

9    that you may have told me today in your

10   deposition?

11        A.    I'm sorry. Repeat that.

12        Q.    Those are all the instances

13   of harassment that you were subjected to

14   at Lowe's?

15        A.    Yes, sir.

16        Q.    Okay. Now, number 4

17   probably is a better one, at least based

18   on my reference to the complaint, Noel,

19   referencing paragraph 16, and it asks you

20   to describe every instance of retaliation

21   that you suffered at Lowe's.

22             Now, it refers to all of

23   those incidents described above and -- in

24   response to number 3. Do you see where

WILLIAM HANSON,

1        Q.    Because you were recording

2  conversations?

3        A.    Yes.

4        Q.    And that's --

5        A.    And that's false.  Jeremy

6  Leaman knew I had a tape recorder.  I had

7  used -- I didn't use it for

8  conversations, I used it for note-taking

9  purposes because I had to make hundreds

10  of bin labels, the small stickers, the

11  big stickers, beam labels, I had to make

12  hundreds of different labels so I went

13  over every schematic on the tape recorder

14  on what labels instead of writing it down

15  because there were just too many, so I

16  recorded on the tape recorder that I

17  used, which Jeremy Leaman knew that I had

18  in my possession for labels, for

19  overhead, and specifically for

20  note-taking purposes because there was

21  just too much to write.

22            And that whole information

23  was miss -- misskewed(sic), and Linda

24  just used that as if I was -- where she

WILLIAM HANSON,

1    came up with that?  She -- she just -- I

2    don't know where she came up with that,

3    but she came up with me recording

4    conversations to have me terminated.

5          Q.      How do you know that Jeremy

6    Leaman knew that you had a tape recorder?

7          A.      Because when I had

8    complained, uhm, to the corporate office,

9    and when he got the call the next day

10   from Yvette Schreiber, we talked a lot,

11   but one of the things he says is he

12   said/she said, and that's even quoted in

13   here, and basically, if anything, it

14   would have -- if anything, instead of he

15   said/she said, it would have to be, you

16   know, recorded.  He knew I had a tape

17   recorder so that's why he mentioned that.

18   He knew that I used the tape recorder for

19   note-taking purposes.  He seen me use the

20   tape recorder.

21         Q.      He had seen you use it?

22         A.      Yes.

23         Q.      So he knew you had a tape

24   recorder in the Lowe's store?

WILLIAM HANSON,

1          A.      Yes.

2          Q.      Did he tell you to tape

3    record a conversation then?

4          A.      No, sir.

5          Q.      Did he tell you to tape

6    record anything?

7          A.      He told me that I could use

8    it for note-taking purposes before

9    because I asked him about it.  I said, is

10   it okay if I use this just for printing

11   out stickers and overhead, and he said

12   sure, it's not a problem.

13         Q.      Okay.  Is that the only

14   thing you used your tape recorder for at

15   Lowe's?

16         A.      Yes, sir.

17         Q.      You never used it for

18   anything else?

19         A.      No, sir.

20         Q.      Did you ever record any

21   conversations at all?

22         A.      There was one time where I

23   was -- I was -- for note-taking purposes,

24   I was recording stuff that I had to do in

WILLIAM HANSON,

1    plumbing, and the plumbing -- I don't

2    think he even worked in plumbing, but his

3    name was Carlos, I think he was outside

4    garden, but he went by me and said, hey,

5    what you doing with that tape recorder?

6              And I said, I'm using it for

7    work.

8              And he was like saying all

9    kind of stuff about me and stuff, and he

10   goes, yeah, yeah, got that on tape. He

11   was saying that to me.

12             And I was like -- I said,

13   dude, I said, let me finish my job.

14   Carlos is just like extrovertous(sic),

15   outside the box, loose cannon, and I just

16   basically stated that, you know -- I

17   mean, I guess not too many people do it,

18   but I do it, and I needed it to get my

19   job done and it helps me out getting it

20   done.

21             And he goes, oh, man, you're

22   just messing around, you're playing

23   games.

24             So I said, I'm not playing

WILLIAM HANSON,



1   games.  If you don't believe that this is

2   what I do, here's the tape.  I gave him

3   my tape.  I said, you take that home and

4   you play that and you'll hear nothing but

5   schematics on everything that I have done

6   with Lowe's because I guess you never

7   seen that done before.  I said you take

8   it home and bring that back.

9              What came of it I guess he

10  gave it to Linda or something like

11  that -- or I don't know what happened, --

12  actually, I don't think he gave it to

13  Linda, he just mentioned it, because as

14  far as I understood, he didn't have the

15  tape so I guess he lost it, or whatever

16  he did with it, but all he did was

17  mention it, and that was ammunition for

18  Yvette to give the nod to have me

19  terminated.

20       Q.    How do you know that he

21  mentioned it to Linda?

22       A.    I don't know.

23       Q.    How do you know that Yvette

24  gave the nod to have you terminated?

WILLIAM HANSON,

1          A.     Because Linda had told

2    Jeremy Leaman that Yvette approved of my

3    termination.

4          Q.     And that's what Jeremy told

5    you?

6          A.     Yes, sir.

7          Q.     Now, you said that you were

8    recording this information on the tape

9    recorder?

10         A.     Yes, sir.

11         Q.     What did you do with it

12   after you recorded it?

13         A.     I would reuse the tape over

14   and over and over.  The tape was nothing

15   like I kept in my desk or -- I just

16   reused it, just flipped it back and forth

17   and just used it every day.  I left gaps

18   in there so I knew what was old and what

19   was new.

20         Q.     What did you do with it?

21   Did you listen to it afterwards?

22         A.     Yeah, I would listen to it.

23   See, some of the Lowe's stores have two

24   stations.  Actually, most of the stores

WILLIAM HANSON,

1    have two stations.  When I say stations,

2    I mean stations to print out stickers,

3    bin labels, beam labels, for pricing of

4    the product.

5                    So what I would do is I

6    would play every SKU number that I had,

7    and it would say aisle, for example, 7

8    following SKU numbers and 37168, you

9    know, most of them were five numbers,

10   37162, and then there would be a pause,

11   aisle 8, and while I was -- I type fast,

12   so when I would play it, I would type it

13   and get all the SKU numbers in and print

14   it out, because they gave me a lot of

15   paperwork, Ideal Merchandising, that is,

16   so I didn't want to carry too much

17   paperwork and that's why I had a -- the

18   tape recorder, but I would play it, just

19   listen to the SKUs, input all the SKUs

20   into the computers, have the labels

21   printed out.  Then when I was done with

22   the tape, I would reuse the tape for the

23   next day.

24           Q.      Where would you type it out?

WILLIAM HANSON,

1        A.      Uhm, at the station that --
2    that you were able to print out labels
3    for bin and beam stickers.
4        Q.      So within the Lowe's store?
5        A.      It was inside the Lowe's
6    store that I played it.
7        Q.      Okay.  Did anybody at Lowe's
8    ever -- you mentioned an incident with
9    Carlos.  Anybody at Lowe's ever talk to
10   you about having the tape recorder or
11   seeing you with the tape recorder other
12   than that?
13       A.      Nobody, that's why I guess I
14   mentioned Carlos.
15              Well, I can't say that -- to
16   back up, I know people have seen me with
17   the tape recorder.
18       Q.      Nobody ever said anything to
19   you about it?
20       A.      But nobody ever said
21   anything to me about it.
22       Q.      Did you ever ask anybody if
23   you could use the tape recorder in the
24   Lowe's store?

WILLIAM HANSON,

1   this right then and there in front of the

2   gentleman, Andrew Boggerty, that was

3   working there at the time, so I thought

4   it would be just a verbal, uhm, situation

5   where he asked me questions and I

6   answered them and he would type it in.

7           I don't think I would have

8   to write all this down, so that's just on

9   my part just bypassing that for some

10  reason.

11          Q.    But you did know that you

12  had to check race?

13          A.    Yes.

14          Q.    And national origin?

15          A.    Yes, sir.

16          Q.    And color?

17          A.    Yes.

18          Q.    Okay.  Let me ask you, in

19  the section where you wrote down below

20  there, you have store manager, Yvette,

21  has called me boy on several occasions,

22  we have talked about that; correct?

23          A.    Yes, sir.

24          Q.    Yvette has walked by me in

WILLIAM HANSON,

1  that's not me.  I wouldn't say anything

2  like that.

3          Q.    Okay.  Now, there was also a

4  portion on there where you -- when you

5  started speaking with Carlos and you said

6  something about what was it you were

7  saying to me earlier; is that right?

8          A.    I was saying what was you

9  saying -- I don't remember the whole

10  extent of the conversation, but he

11  thought me using a tape recorder was a

12  joke, and that I believe what I said to

13  him after that was, you think this is a

14  joke, you take this -- and then after

15  that I said, what did you say, you think

16  this is a joke?  And I had the tape

17  recorder in my hand, and I said, here,

18  take the tape home, and I gave him the

19  tape, and I said you could learn

20  something from it.

21          Q.    Why did you want him to say

22  it again -- you asked him -- you didn't

23  say that loud enough; is that what you

24  said?

WILLIAM HANSON,

1        A.    Yeah, that he didn't say --
2  I said that he didn't say that loud
3  enough because he said that by me using a
4  tape recorder is a joke.
5              And I said, what did you
6  say?
7              He goes, that's a joke.
8              I said, no, it's not a joke.
9  Here's the tape recorder, take it, you
10 could learn something from it.
11             And I had the tape recorder
12 -- I'm sorry, can I say something?
13       Q.    Sure.
14       A.    And I had the tape recorder
15 in my hand when I was saying that to him.
16       Q.    You didn't have it in a bag?
17       A.    No, it was in my hand.
18       Q.    You didn't have it anywhere
19 else?
20       A.    No, sir, in my hand.
21       Q.    In this conversation with
22 Carlos, the exchange that you were
23 having, did anybody make any reference to
24 oral sex?

WILLIAM HANSON,

1          A.      He did.

2          Q.      You haven't told me about

3  that yet.  Why don't you tell me about

4  that?

5          A.      I don't know if that was

6  recorded or not.

7          Q.      Well, why don't you tell me

8  about it, whether it was recorded or not.

9          A.      I gave him the tape, but it

10 might have been before I gave him the

11 tape.  Like I said, he says a lot of

12 things.  Remember when I was saying he

13 goes from one joke after another joke.

14 -- he speaks in tangents, he speaks a

15 little bit about everything, and he made

16 some phrases on oral sex.

17         Q.      Do you remember what the

18 phrases were?

19         A.      It was pretty negative.

20         Q.      You can tell me.

21         A.      He told me something like I

22 suck, you know.

23         Q.      I'm sorry, we are on the

24 record, sir, and you have to tell me what

WILLIAM HANSON,

1    it was he said.

2            A.      Dick.

3            Q.      Did you say anything in

4    response?

5            A.      Not -- you would have to

6    play the tape.

7            Q.      Okay.

8                    -   -   -

9                    (Whereupon, a portion of the

10           tape was played.)

11                   -   -   -

12   BY MR. LEAHY:

13           Q.      Now, was the conversation

14   something to the effect of what was the

15   thing you said a couple minutes ago; is

16   that what you asked him?

17           A.      Yes.

18           Q.      And he said, what, about my

19   dick in your mouth?

20           A.      Something like that.

21           Q.      Is that what he said?

22           A.      Yes, sir.

23           Q.      And you then said you didn't

24   say that loud enough?

B81

WILLIAM HANSON,

1          A.       That's my voice.   I said
2    that.
3          Q.       Is that a conversation that
4    you had been having with Carols Vazquez
5    earlier?
6          A.       It was right then and there
7    when I was in the process of using -- it
8    was right in the process when I was using
9    my tape recorder.   I had it right in my
10   hand.
11         Q.       What was the thing you told
12   me earlier, that he said something about
13   tape recording being a joke?
14         A.       Yeah, he did.
15         Q.       Okay.   I didn't hear that on
16   there.   Did you hear that on there?
17         A.       It wasn't on there.
18         Q.       So the only thing that got
19   recorded was this reference to oral sex
20   that he had made?
21         A.       Yes, sir.
22         Q.       And had you had a
23   conversation with him about oral sex
24   prior to this event that you recorded?

WILLIAM HANSON,

1          A.    He says a lot of stuff to me

2    and, uhm, if he did, I don't -- if it's

3    on the tape, it's on the tape.   If he

4    did, I don't recall, but he does say a

5    lot of different things to me, and a lot

6    of it is just negative.

7          Q.    What do you mean by

8    "negative"?

9          A.    Reference to what you were

10   saying before, oral sex.

11         Q.    Did you ever say anything to

12   him about oral sex during the time that

13   you worked there?

14         A.    I'm just saying I listen to

15   him, but I hear him.   I should tell him,

16   you know, I don't need to hear that and

17   go away, but I just -- I can actually do

18   my work while someone is still talking to

19   me, so when he says stuff to me I'm still

20   working.

21         Q.    Did you ever talk to him

22   about sex or anything like that?

23         A.    Not that I know of.

24         Q.    No?

WILLIAM HANSON,

1    unintentional.

2          Q.    But you did record it,

3    didn't you?

4          A.    If you're going to ask me in

5    that manner, I would have to say yes.

6          Q.    Thank you.

7                From your standpoint, is it

8    reasonable for Linda Myers, then, to say

9    that there were tape recording

10   conversations in the Lowe's store?

11         A.    Not necessarily.

12         Q.    No?  But you had, in fact,

13   recorded them, or at least recorded a

14   conversation?

15         A.    Yes, sir.

16         Q.    Okay.

17               -   -   -

18               (Whereupon, Exhibit 8 was

19         marked for identification.)

20               -   -   -

21   BY MR. LEAHY:

22         Q.    Mr. Hanson, I'm showing you

23   now what we have marked as Exhibit 8.  It

24   is a policy from Lowe's Human Resources

WILLIAM HANSON,

1   Management Guide entitled Prohibition Of

2   Recording Equipment Use.

3                   Have you ever seen this

4   policy before?

5           A.      No, sir.

6           Q.      Okay.   Were you aware that

7   Lowe's maintained a policy with this

8   title?

9           A.      No, sir.

10          Q.      Okay.   I would like to run

11  through a little bit of the policy with

12  you and, if you would, look -- actually,

13  would you like to take a minute and read

14  it to yourself?

15          A.      You can highlight what you

16  want to say.

17          Q.      That's fine.

18                  Let's look at paragraph B.

19  Do you see where it says, consequently,

20  Lowe's prohibits employees from using any

21  recording device on company property,

22  including audio, video and still

23  photography.

24                  So under this policy,

WILLIAM HANSON,

1    October 3rd, October -- it was like maybe

2    a week before this.  I already had the

3    vendor vest.

4           Q.      So it was before you started

5    actually working?

6           A.      Exactly.

7           Q.      Okay.  So you have already

8    told me about this incident then?

9           A.      Yes, sir.

10          Q.      Okay.  October 11th, it

11   talks about what sounds like the issue

12   with billing out paint for the beams; is

13   that correct?

14          A.      Yes, sir.

15          Q.      Okay.  You told me about

16   that incident?

17          A.      Yes.

18          Q.      On the next page, it says

19   November 3, 2003, Yvette walks by while I

20   was working and states, how long have you

21   been doing this, everything looks like

22   shit.  Now, you told me about that one,

23   haven't you?

24          A.      Yes, sir.

WILLIAM HANSON,

1          Q.      The next one is November 20,

2     2003, and this sounds like the incident

3     with the coffee; is that correct?

4          A.      Yes, sir.

5          Q.      Now, clarify something for

6     me here.  It says, Yvette made an

7     unnecessary scene in front of employees

8     and customers towards myself in having a

9     12-ounce coffee in the store.

10              Were you in the store with

11     the coffee?

12          A.      That's a clerical error.  I

13     was outside the store.

14          Q.      And it says you need to get

15     out of this store now.  No -- no coffee

16     allowed, get out.

17          A.      Yes, sir.

18          Q.      Okay.  Yvette was yelling

19     and pointing at me to leave immediately?

20          A.      Correct.

21          Q.      I'm a little confused, only

22     because I thought you made it very clear

23     earlier that you were already out and

24     that she said you need to get to your

WILLIAM HANSON,

1  car?

2          A.      I was.

3          Q.      Why does it not say that

4  here if you, as you have just testified,

5  typed this up on the night that it

6  happened?

7          A.      Because I didn't type

8  everything on here.  It's a clerical

9  error.  I made a mistake.  And I will

10  pinpoint the mistake I made, uhm, that

11  this was outside the store and that she

12  did tell me to go to my car, but also did

13  yell and point to leave immediately, not

14  to say verbatim -- I'm sorry, to say

15  verbatim leave me and go to your car, I

16  can't say that, but she said a lot of

17  things and I was just trying to highlight

18  exactly what she said, but she did tell

19  me to go to my car, and just I didn't

20  document it on the November 20th one.

21          Q.      Okay.  But you were outside

22  the -- standing outside the door to the

23  store, was it?

24          A.      I'm sorry, yes, sir.

WILLIAM HANSON,

1          Q.    And just so I'm clear, in a

2    Lowe's store typically there's the

3    entrance and exit and then there's an

4    area, kind of an apron, for lack of a

5    better word, outside of the store; is

6    that right?

7          A.    Yes, sir.

8          Q.    And there's shopping carts

9    along that area?

10          A.    Correct.

11          Q.    Is that where you were

12    standing?

13          A.    No, I was outside of that.

14          Q.    So would that be in the

15    actual driveway of the store?

16          A.    Uhm, the concrete portion

17    where just about -- just about you

18    getting inside to the Lowe's.

19          Q.    Is that -- the concrete

20    portion, is that where the carts are,

21    shopping carts?

22          A.    Actually, it's what you were

23    talking about, the apron portion, that's

24    actually kind of inside.  The concrete

WILLIAM HANSON,

1    portion was inside of that.

2          Q.    Are they actually inside of

3    the doors of the store, the carts?

4          A.    Yeah, they are actually

5    inside the doors.

6          Q.    So you're standing on the

7    concrete portion that's outside the

8    doors?

9          A.    Just outside.

10          Q.    I understand.

11          Okay.  The next one is

12    December 2nd, 2003.  Is this the incident

13    where you were, was it, standing at the

14    desk in electrical and she said, are you

15    going to get any work done today, boy,

16    yeah, that's right, I'm talking to you

17    boy?

18          A.    That's correct.

19          Q.    That's the one you have

20    already told me about?

21          A.    Yes, sir.

22          Q.    Okay.  Next one, December

23    3rd, 2003, called Mr. Leaman on December

24    2, encounter with Yvette, and is that the

WILLIAM HANSON,

1    Linda told Jeremy I was terminated

2    because of recorded conversations and

3    Carlos -- I gave Carlos the tape, so,

4    therefore, Carlos gave Linda the tape.

5         Q.    Okay.  Now, tell me a little

6    bit about this.  It says, as new vendors,

7    Folder and Ramirez are both experiencing

8    similar discriminations with the store

9    management.  What was going on with

10   Mr. Folder and Mr. Ramirez?

11        A.    Yvette was basically doing

12   the same thing to them that she did to

13   me, and that's micromanaging their work,

14   and as vendors, that usually typically

15   doesn't happen at the Lowe's store, so

16   she basically was treating them as if

17   they were Lowe's employees, except

18   treating them worse.

19        Q.    Treating them the same way

20   she treated you?

21        A.    Correct.

22        Q.    What was Mr. Folder's race

23   again?

24        A.    As I said, I was unsure.  He

WILLIAM HANSON,

1    looks Caucasian, but I was not sure if he

2    was of European descent or not.

3           Q.    How about Mr. Ramirez?

4           A.    He's Hispanic origin.

5           Q.    So neither of them was

6    Asian?

7           A.    Correct.

8           Q.    I would like you to turn to

9    the next page, the second page there.

10          A.    Sure.

11          Q.    The part you have in italics

12   at the end --

13          A.    Yes.

14          Q.    -- and the first paragraph

15   starts Linda Myers.  Do you see that one?

16          A.    Yes.

17          Q.    In the next paragraph it

18   starts with, I was previously employed.

19          A.    Yes.

20          Q.    Do you see that?

21          A.    Yes, sir.

22          Q.    Then it looks like it starts

23   another paragraph with the words any

24   other vendor.  Do you see where I am

WILLIAM HANSON,

1    sorry, Jeremy, I can't do that.  She did

2    say that and I am not going to apologize

3    for what she said.

4         Q.    Okay.

5         A.    Then he said, well, it is

6    just like a he said/she said right now,

7    and if that happens again or anything

8    happens again, something to that extent,

9    to like make sure you go through me first

10   and call me.

11        Q.    Is there anything else

12   during that conversation that you haven't

13   told me about substantively?

14        A.    Uhm, that will be it.

15        Q.    I'm going to ask you some

16   questions because that's not what you

17   testified to before.  You said some other

18   things, so I'm going to ask you some

19   questions about that.

20        A.    Sure.

21        Q.    Now, did anything -- did you

22   talk at all about a tape recorder during

23   that conversation?

24        A.    Oh, yes, I did.  I did leave