**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused copies of the following:

**APPELLANT'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**APPENDIX TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

to be served upon:    PETER M. SWEENEY, ESQ.
                             Gordon, Fournaris & Mammarella, P.A.
                             1925 Lovering Avenue
                             Wilmington, DE 19806

                             WILLIAM J. LEAHY, ESQ.
                             MICHELE HALGAS MALLOY, ESQ.
                             Littler Mendelson, P.C.
                             Three Parkway, Suite 1400
                             1601 Cherry Street
                             Philadelphia, PA 19102

at the addresses above, via electronic service, on Jan. 30, 2006.

                                               SCHMITTINGER & RODRIGUEZ, P.A.

                                         BY: /s/ William D. Fletcher, Jr.
                                             WILLIAM D. FLETCHER, JR.
                                             Bar I.D. #362
                                             NOEL E. PRIMOS, ESQUIRE
                                             Bar I.D. #3124
                                             414 S. State Street
                                             P.O. Box 497
                                             Dover, DE  19901
                                             (302) 674-0140
                                             Attorneys for Plaintiff

DATED: 1-30-06
NEP:acg