IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-0046 (JJF) |
| v. | : | |
| LOWE'S HOME CENTERS, INC., et al. | : | |
| Defendants. | : | |

**STIPULATION AND ORDER TO POSTPONE THE PRETRIAL CONFERENCE**

It is hereby stipulated and requested by plaintiff William Hanson, III, defendant DDP, and defendant Lowe's Home Centers, Inc. that the pretrial conference in this matter now scheduled for March 8, 2006 be postponed until after this Court rules on the defendants' pending motions for summary judgment.

/s/ Noel E. Primos
Noel E. Primos (DE Bar # 3124)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
Attorney for William Hanson, III

Dated: _____2/7/06_____

/s/ William M. Kelleher
William M. Kelleher (DE Bar # 3961)
Ballard, Spahr, Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
Attorney for DDP

Dated: _____2/7/06_____

/s/ Peter M. Sweeney
Peter M. Sweeney (DE Bar #3671)
Gordon Fournaris & Mammarella, P.A.
1925 Lovering Avenue
Wilmington, DE 19806
Attorney for Lowe's Home Centers, Inc.

Dated: _____2/7/06_____

SO ORDERED:

_____
U.S.D.J.

DMEAST #9452660 v1