LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
P. KRISTEN BENNETT
ADAM C. GERBER

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

February 16, 2006

Judge Joseph J. Farnan, Jr.
U.S. District Court
844 North King Street
Room 4209
Wilmington, DE 19801

RE:   **Lowe's Home Centers, Inc., et al.**
      C.A. No.: 05-046 (JJF)

Dear Judge Farnan:

I represent Plaintiff William Hanson, III in the above matter. Defendant Lowe's Home Centers is represented by Peter M. Sweeney, Esquire, William J. Leahy, Esquire and Michele Halgas Malloy, Esquire. Defendant DDP Holdings, Inc. is represented by William M. Kelleher, Esquire, David S. Fryman, Esquire, and Lucretia C. Clemons, Esquire. I am writing to inform the Court that we have settled this case. Under the circumstances, this matter may be removed from the Court's calendar. We will see that a Stipulation of Dismissal is filed in the immediate future. I appreciate the Court's consideration of this matter.

Respectfully yours,

NOEL E. PRIMOS

NEP:tcl
cc:   Clerk, U.S. District Court
      Peter M. Sweeney, Esquire (via facsimile)
      William J. Leahy, Esquire (via facsimile)
      Michele Halgas Malloy, Esquire (via facsimile)
      William M. Kelleher, Esquire (via facsimile)
      David S. Fryman, Esquire (via facsimile)
      Lucretia C. Clemons, Esquire (via facsimile)