IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM HANSON, III,                :
                                    :
          Plaintiff,                :
                                    :
     v.                             : Civil Action No. 05-46-JJF
                                    :
LOWE'S HOME CENTERS, INC., et al.,  :
                                    :
          Defendants.               :

## O R D E R

WHEREAS, the Court has been advised by Noel E. Primos, Esq. that the parties have reached a settlement in this case (D.I. 62);

NOW THEREFORE, IT IS ORDERED that this matter is **STAYED** and **CLOSED** administratively. The parties shall file a Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

April 10, 2006                     /s/ Joseph J. Farnan, Jr.
    DATE                           UNITED STATES DISTRICT JUDGE