IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM HANSON, III, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 05-0046 (JJF) |
| | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| LOWE'S HOME CENTERS, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that the above-captioned matter shall be dismissed with prejudice. Each party shall be responsible for its court costs and attorneys fees.

SCHMITTINGER & RODRIGUEZ, P.A.        BALLARD, SPAHR, ANDREWS &
                                      INGERSOLL, LLP

BY: /s/ William D. Fletcher, Jr.       BY: /s/ William M. Kelleher
    WILLIAM D. FLETCHER, JR.               WILLIAM M. KELLEHER
    Bar I.D. No. 362                       Bar I.D. No. 3961
    414 S. State Street                    919 N. Market St., 12th Flr.
    P.O. Box 497                           Wilmington, DE 19801
    Dover, DE 19903                        Attorneys for Defendant DDP
    Attorneys for Plaintiff


GORDON, FOURNARIS &
MAMMARELLA, P.A.


BY: /s/ Peter M. Sweeney
    PETER M. SWEENEY
    Bar I.D. No. 3671
    1925 Lovering Ave.
    Wilmington, DE 19806
    Attorneys for Defendant Lowe's

DATED: April 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### STIPULATION OF DISMISSAL

to be served upon:

| | |
|---|---|
| William M. Kelleher, Esq.<br>Ballard Spahr Andrews &<br>Ingersoll, LLP<br>919 Market St., 12th Floor<br>Wilmington, DE 19801 | Peter Sweeney, Esq.<br>Gordon Fournaris & Mammarella, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806 |
| William J. Leahy, Esq.<br>Littler Mendelson, P.C.<br>Three Parkway, Ste. 1400<br>1601 Cherry Street<br>Philadelphia, PA 19102 | David Fryman, Esq.<br>Lucretia Clemmons, Esq.<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599 |

by mailing copies at the address shown above, postage prepaid on <u>April 20, 2006</u>.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:tcl